AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern          District of          California

VOTING RIGHTS DEFENSE PROJECT,
AMERICAN INDEPENDENT PARTY OF CALIFORNIA, )
CLARA DAIMS, and SUZANNE BUSHNELL,          )
                                                              )
                                                              )
_____     )
                     *Plaintiff(s)*                            )
                              v.                               )     Civil Action No.     C-16-02739 WHA
ALEX PADILLA, in his official capacity as Secretary   )
of State and an indispensable party; TIM DUPUIS,       )
in his official capacity as chief of                    )
the Alameda County Registrar of Voters;                 )
JOHN ARNTZ, in his official capacity as chief           )
of the San Francisco Department of Elections,           )
                     *Defendant(s)*                            )
AND DOES I-X,

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     Alex Padilla, Secretary of State, 1500-11th Street, Sacramento, CA 95814

     Tim Dupuis, Registrar of Voters, 1225 Fallon Street, Oakland, CA 94612

     John Arntz, Department of Elections, 1 Carlton B. Goodlett Place, San Francisco, CA 94102

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simpich Attorney at Law
1736 Franklin St 10th Floor
Oakland CA 94612

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  May 23, 2016     _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: