UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INDEPENDENT PARTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No.  3:16-cv-02739-WHA <br><br> **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **Thursday, August 18, 2016 at 11:00 a.m.** before the Honorable William Alsup. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   May 24, 2016

Susan Y. Soong
Clerk, United States District Court

By: _Dawn Logan_ _____
Dawn Logan, Deputy Clerk to the
Honorable WILLIAM ALSUP
415-522-2000