KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5899
  Fax:  (415) 703-1234
  E-mail:  Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant Alex Padilla, in his official
capacity as Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I-X,**<br><br>Defendants. | 3:16-cv-02739-WHA<br><br>**NOTICE OF APPEARANCE**<br><br>Date:<br>Time:<br>Judge:          The Hon. William Alsup<br>Trial Date:    None set<br>Action Filed:  May 20, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Deputy Attorney General Sharon L. O'Grady hereby enters

her appearance as counsel for Defendant Alex Padilla, in his official capacity as Secretary of

1

1   State.  Ms. O'Grady is a member of the State Bar of California and is admitted to practice in the

2   Northern District of California.  Her contact information is as follows:

3         Sharon L. O'Grady

4         Deputy Attorney General

5         455 Golden Gate Avenue, Suite 11000

6         San Francisco, CA 94102-7004

7         Telephone: (415) 703-5899

8         Fax: (415) 703-1234

9         E-mail: Sharon.OGrady@doj.ca.gov

10

11  Dated:  May 27, 2016                                        Respectfully submitted,

12                                                              KAMALA D. HARRIS
                                                                Attorney General of California
13                                                              TAMAR PACHTER
                                                                Supervising Deputy Attorney General
14
                                                                /s/ Sharon L. O'Grady
15
                                                                SHARON L. O'GRADY
16                                                              Deputy Attorney General
                                                                *Attorneys for Defendant Alex Padilla, in his*
17                                                              *official capacity as Secretary of State*

18  SA2016102240
    20858130.doc
19

20

21

22

23

24

25

26

27

28