EXHIBIT 1

## CROSSOVER VOTING OPTIONS FOR THE PRESIDENTIAL PRIMARY ELECTION

Dear Voter:

You have indicated "No Party Preference" on your voter registration. As a Permanent Vote by Mail voter, you are automatically mailed an official ballot before every election in which you are eligible to vote.

Under California Law, qualified political parties may allow registered voters with "No Party Preference" to "crossover" and vote in their parties. For the June 7, 2016 Presidential Primary Election, the **American Independent**, **Democratic** and **Libertarian** parties have allowed "crossover" voting. Please note that if you choose to request a "crossover" ballot, it **will not** change your party preference.

**WHAT TO DO NEXT:**

1. If you do not wish to request a "crossover" ballot, no action is required. A "Nonpartisan" ballot will be mailed to you automatically.

2. To request a "crossover" ballot, complete the request form on the back. Write in your choice of party ballot (**American Independent**, **Democratic** or **Libertarian**) in the space provided. Sign and return the request by mail by **Friday, March 18, 2016.**

3. If you wish to vote with a ballot of a party not listed for crossover voting, you must first change your party affiliation status. You must complete and submit a new voter registration application indicating a party preference by **Monday, May 23, 2016**. To check your status, visit www.lavote.net.

Your Sample Ballot and Vote By Mail guide will contain additional information about "crossover" voting and instructions for completing your Vote By Mail ballot. If you have any questions, please contact our Vote By Mail Unit at (562) 466-1323. Additional voting information and resources are also available online at www.lavote.net.

Sincerely,

*Dean C. Logan*

DEAN C. LOGAN
Registrar-Recorder/County Clerk

---

To request a "crossover" ballot, complete and sign the request form below. Write in your choice of party ballot (**American Independent**, **Democratic** or **Libertarian**) in the space provided. Sign and return the request by mail by **Friday, March 18, 2016.**

I am presently registered to vote with No Party Preference. For the June 7, 2016 Presidential Primary Election **only**,

I request a Vote By Mail ballot for the _____ Party.
(Write in "American Independent", "Democratic" or "Libertarian" only)

Signature: _____   Date: _____
(Must be signed by applicant to be processed)

EXHIBIT 2

## APPLICATION FOR A VOTE BY MAIL BALLOT
### June 7th, 2016 PRESIDENTIAL PRIMARY ELECTION

**FOR OFFICIAL USE ONLY**

**1. PRINT NAME:** _____
First Name       Middle Name (or initial)       Last Name

**2. DATE OF BIRTH** _____
mm/dd/yy

If you would like to be a permanent vote by mail voter please mark an X in the box ☐

**3. RESIDENCE ADDRESS IN NEVADA COUNTY** (please print):

_____          _____
Number and Street (P.O. Box not acceptable)               (Designate N,S,E,W if used)

_____ **4. TELEPHONE:**( ) _____
City               Zip                                               Daytime

A vote by mail ballot will automatically be sent to you for future elections. Failure to vote in two consecutive statewide general elections will cancel your Permanent Vote by Mail status and you will need to reapply. If you have any questions concerning voting by mail ballot, telephone your county of residence Election office. Election Code Sections 3201 and 3206.

**5. PRINT MAILING ADDRESS BALLOT SHALL BE MAILED TO** *(if different from above)*:
   NOTE: Organizations distributing this form may not preprint mailing address information.

_____          _____
Number and Street/ P.O Box                                (Designate N,S,E,W if used)

_____
City                     State                       Zip Code

**6.** ☐ I am not presently affiliated with any political party. However, for this Primary Election only, I request a vote by mail ballot for the _____ Party*

You have the legal right to mail or deliver this application directly to the local elections official of the county where you reside. This address is:
Nevada County Elections Office
950 Maidu Avenue
Nevada City, CA 95959
Phone: 530-265-1298
Toll Free: 1-888-395-1298
Fax: 530-265-9829
Returning this application to anyone other than your elections official may cause a delay that could interfere with your right or ability to vote.

**NOTE: Organizations distributing this form may not preprint check mark or political party name.**

**7. THIS APPLICATION WILL NOT BE ACCEPTED WITHOUT THE PROPER SIGNATURE OF THE APPLICANT.** I have not applied for, nor do I intend to apply for, a vote by mail ballot for this election by any other means. I certify under penalty of perjury under the laws of the State of California that the name and residence address on this application are true and correct.

\* In order to determine which parties allow unaffiliated voters to vote in their primary elections, contact the Secretary of State's toll-free number:
1-800-345-8683
Elections Code Section 3006(c)

_____          _____
              Signature                                Date

**WARNING**: Perjury is punishable by imprisonment in state prison for two, three or four years. (Section 126 of the California Penal Code)

**8. THIS FORM WAS PROVIDED BY: Nevada County Elections**

ALL individuals, organizations and groups that distribute vote by mail ballot applications MUST use the format used on this application. Elections Code Section 3007

Failure to conform to this format is a misdemeanor. Elections Code Section 18402

EXHIBIT 3A



**WILL YOU GET TO VOTE FOR PRESIDENT IN THE PRIMARY?**

You are receiving this notice from the Registrar of Voters Office because you will be voting by mail in the June 7, 2016, Consolidated Primary Election. You live in a precinct that has no polling place for this election. YOU DO NOT NEED TO REQUEST AN OFFICIAL BALLOT; one will be automatically mailed to you. You are also receiving this notice because you did not choose a political party preference when you registered to vote. As a result, you may choose which ballot to vote.

**CHOOSE NOW!**

"No party preference" voters like you may choose to vote in a party's presidential primary election if that party allows it. However, if your preferred political party is not listed among the options, you will need to re-register to vote by May 23, 2016, and select that political party preference. To receive a presidential ballot:

- ✓ Check the box next to the party ballot of your choice (see attached form).
- ✓ Sign and date the form.
- ✓ Return the postcard before April 15, 2016. Don't forget a stamp!
- ✓ If your party preference is not listed, re-register to vote with that party by May 23, 2016.

If you do not notify us of your choice, you will receive a nonpartisan ballot which has voter-nominated and nonpartisan contests only; it does not include presidential candidates.

**WATCH FOR YOUR NEW & IMPROVED BALLOT ENVELOPE!**

Watch for a white envelope marked OFFICIAL ELECTION MAIL and OFFICIAL BALLOT ENCLOSED. Inside will be your official ballot and one blue Identification Envelope to return your ballot. The new envelope still keeps your signature private, is user-friendly, and makes returning your ballot by mail easy. Return your voted ballot as soon as possible so it is among the first counted Election Night. Mark your calendar! If your ballot does not arrive by May 19, 2016, call the Registrar of Voters Office.

Questions? Go to vote.sonoma-county.org or call (707) 565-6800 or 1-800-750-VOTE (toll free).

---

Lynn C

I will be voting by mail in the June 7, 2016, Consolidated Primary Election. I did not indicate a preference for a qualified political party on my voter registration form. For this election only, I hereby request the Presidential ballot of the political party indicated below* (choose one):

- ☐ American Independent Party
- ☒ Democratic Party
- ☐ Libertarian Party

DIDN'T RECEIVE UNTIL 4/21/16

* If your party preference is not listed, you must re-register to vote by May 23, 2016, and select that party to receive its presidential ballot.

I understand that I must return this notice to the Registrar of Voters no later than April 15, 2016, to ensure the correct ballot is issued to me. I also understand that if I do not return this card by the above date, I will be issued a non-partisan ballot containing only candidates for voter-nominated and nonpartisan contests, state propositions and local measures (if applicable).

Sign: _____  Date: 4/22/16

EXHIBIT 3B

## WILL YOU GET TO VOTE FOR PRESIDENT IN THE PRIMARY?

You are receiving this reminder from the Registrar of Voters Office that you will be voting by mail in the June 7, 2016, Consolidated Primary Election; you are a "permanent" vote by mail voter so YOU DO NOT NEED TO REQUEST AN OFFICIAL BALLOT. You are also receiving this notice because you did not choose a political party preference when you registered to vote. As a result, you may choose which ballot to vote.

### CHOOSE NOW!

"No party preference" voters like you may choose to vote in a party's presidential primary election *if that party allows it*. However, if your preferred political party is not listed among the options, you will need to re-register to vote by May 23, 2016, and select that political party preference. To receive a presidential ballot:

- ✓ Check the box next to the party ballot of your choice (see attached form).
- ✓ Sign and date the form.
- ✓ Return the postcard before **April 15, 2016**. Don't forget a stamp!
- ✓ If your party preference is not listed, re-register to vote with that party by May 23, 2016.

If you do not notify us of your choice, you will receive a nonpartisan ballot which has voter-nominated and nonpartisan contests only; it does not include presidential candidates.

### WATCH FOR YOUR NEW & IMPROVED BALLOT ENVELOPE!

Watch for a white envelope marked OFFICIAL ELECTION MAIL and OFFICIAL BALLOT ENCLOSED. Inside will be your official ballot and one blue Identification Envelope to return your ballot. The new envelope still keeps your signature private, is user-friendly, and makes returning your ballot by mail easy. Return your voted ballot as soon as possible so it is among the first counted Election Night. Mark your calendar! If your ballot does not arrive by May 19, 2016, call the Registrar of Voters Office.

Questions? Go to vote.sonoma-county.org or call (707) 565-6800 or 1-800-750-VOTE (toll free).

FROM:
_____
_____

Please Affix Postage Stamp Here

Did you sign the reverse side of this form?

SONOMA COUNTY CLERK
& REGISTRAR OF VOTERS
PO BOX 11485
SANTA ROSA CA 95406-1485

---

FROM:
REGISTRAR OF VOTERS
COUNTY OF SONOMA
P.O. BOX 11485
SANTA ROSA, CA 95406-1485

NONPROFIT ORG.
U.S. POSTAGE
PAID
SONOMA COUNTY
REGISTRAR OF VOTERS

RETURN SERVICE REQUESTED

I will be voting by mail in the **June 7, 2016, Consolidated Primary Election**. I did not indicate a preference for a qualified political party on my voter registration form. For this election only, I hereby request the Presidential ballot of the political party indicated below* (choose one):

☐ American Independent Party
☐ Democratic Party
☐ Libertarian Party

* If your party preference is not listed, you must re-register to vote by May 23, 2016, and select that party to receive its presidential ballot.

I understand that I must return this notice to the Registrar of Voters no later than **April 15, 2016**, to ensure the correct ballot is issued to me. I also understand that if I do not return this card by the above date, I will be issued a non-partisan ballot containing only candidates for voter-nominated and nonpartisan contests, state propositions and local measures (if applicable).

Sign: _____  Date: _____

EXHIBIT 4

## JUNE 7, 2016 PRESIDENTIAL PRIMARY ELECTION

As a No Party Preference voter, **for this Primary Election only,** I request a Vote By Mail Ballot for the following party: (Check only one)

☐ Democratic Party    ☐ American Independent Party    ☐ Libertarian Party

Aff. No. _____

First Name _____ Middle Name _____ Last Name _____

Ventura County Residence Address (Do not use P.O. Box Number) _____

City _____ State _____ Zip Code _____

Mailing Address (If different from residence) _____

City _____ State _____ Zip Code _____

X _____                                Date _____
**Signature of Voter**
(If unable to sign, voter's mark must have one witness.)

X _____
If applicable, witness signature only.

**RETURN THIS POSTCARD NO LATER THAN MARCH 25, 2016.**

EXHIBIT 5



# Do you want to vote for President on June 7, 2016?

ALL REGISTERED VOTERS CAN VOTE IN A PRIMARY ELECTION.
VOTING FOR A SPECIFIC CANDIDATE DEPENDS ON THE PARTY YOU ARE REGISTERED WITH.

If you are registered with a political party:

You can vote for a candidate running for President in *that* party.

If you registered with no party preference, you can choose to vote in this Presidential Primary for one of the following parties:

- Democrat
- American Independent
- Libertarian

You can select the party ballot at your polling place. If you vote by mail, you were sent a postcard to select a party ballot.

If you registered with no party preference and want to vote in this Presidential Primary for one of the following parties:

- Republican
- Green
- Peace & Freedom

You must re-register to vote *with that party* by **May 23, 2016**.

**Check your registration status online at www.VenturaVote.org**

Ventura County Elections Division (805) 654-2664

EXHIBIT 6

**Do you want to vote for President on June 7, 2016?**

You must return this postcard, or you will receive a ballot that does not include candidates for the office of President.

Three political parties allow you to vote in their Presidential Primary: Democratic, American Independent, and Libertarian. Use this postcard to select a party and return it by April 22, 2016.

To vote in the Presidential Primary for the Republican, Green, or Peace & Freedom parties, you must re-register to vote with that party before May 23, 2016.

For information provided by the California Secretary of State regarding these political parties, please call (800) 345-VOTE (8683). Register to Vote online at www.registertovote.ca.gov.

**¿Quiere votar por el Presidente el 7 de junio de 2016?**

Usted debe devolver esta postal, o usted recibirá una boleta que no incluye los candidatos al cargo de Presidente.

Tres partidos políticos permiten que usted vote en su Primaria Presidencial: Demócrata, Americano Independiente y Libertario. Utilice esta postal para seleccionar un partido y devuelva antes del 22 de abril de 2016.

Para votar en la Primaria Presidencial de los partidos Republicano, Verde, o de Paz y Libertad, debe volver a registrarse para votar con ese partido antes del 23 de mayo de 2016.

Para información proporcionada por el Secretario de Estado de California con respecto a estos partidos políticos, por favor llame al (800) 345-VOTE (8683). Regístrese para Votar en línea en www.registertovote.ca.gov.

*Riverside County Registrar of Voters*
2724 Gateway Drive, Riverside, CA 92507 ● (951) 486-7200





NO POSTAGE STAMP NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 126 RIVERSIDE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

**REGISTRAR OF VOTERS**
**COUNTY OF RIVERSIDE**
**2724 GATEWAY DRIVE**
**RIVERSIDE CA 92507-9897**



**Do you want to vote for President on June 7, 2016?**

You must return this postcard, or you will receive a ballot that does not include candidates for the office of President.

Three political parties allow you to vote in their Presidential Primary: Democratic, American Independent, and Libertarian. Use this postcard to select a party and return it by April 22, 2016.

To vote in the Presidential Primary for the Republican, Green, or Peace & Freedom parties, you must re-register to vote with that party before May 23, 2016.

For information provided by the California Secretary of State regarding these political parties, please call (800) 345-VOTE (8683). Register to Vote online at www.registertovote.ca.gov.

**¿Quiere votar por el Presidente el 7 de junio de 2016?**

Usted debe devolver esta postal, o usted recibirá una boleta que no incluye los candidatos al cargo de Presidente.

Tres partidos políticos permiten que usted vote en su Primaria Presidencial: Demócrata, Americano Independiente y Libertario. Utilice esta postal para seleccionar un partido y devuelva antes del 22 de abril de 2016.

Para votar en la Primaria Presidencial de los partidos Republicano, Verde, o de Paz y Libertad, debe volver a registrarse para votar con ese partido antes del 23 de mayo de 2016.

Para información proporcionada por el Secretario de Estado de California con respecto a estos partidos políticos, por favor llame al (800) 345-VOTE (8683). Regístrese para Votar en línea en www.registertovote.ca.gov.

*Riverside County Registrar of Voters*
2724 Gateway Drive, Riverside, CA 92507 ● (951) 486-7200





NO POSTAGE STAMP NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 126 RIVERSIDE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

**REGISTRAR OF VOTERS**
**COUNTY OF RIVERSIDE**
**2724 GATEWAY DRIVE**
**RIVERSIDE CA 92507-9897**

EXHIBIT 7



**Elections Office of the Registrar of Voters**

Dear Voter:

Our records indicate that you are a Permanent Mail Ballot voter who has not chosen a party preference. The following political parties have agreed to allow voters who have not chosen a party to vote their party's ballot in the **June 7, 2016 Presidential Primary Election**:

- American Independent Party
- Democratic Party
- Libertarian Party

If you wish to vote for candidates in one of the three parties listed above:

1. Complete the application on the reverse side, and
2. Return the application by April 1, 2016.

No response is necessary if you wish to vote a non-partisan ballot. Mail ballots will be mailed beginning May 12, 2016.

*Para solicitar esta información en español por favor llame al:* (909) 387-8200

Tear off here to return the application

FIRST-CLASS POSTAGE REQUIRED

**REGISTRAR OF VOTERS
777 E. RIALTO AVENUE
SAN BERNARDINO, CA 92415-0770**

EXHIBIT 8

## Online Vote-by-Mail Application

### June 7, 2016, Consolidated Presidential Primary Election

**This online application is only for voters registered in the City and County of San Francisco.**

To receive a ballot in the mail for the June 7, 2016, Consolidated Presidential Primary Election, complete and submit this form online no later than 11:59 p.m. on Tuesday, May 31, 2016.

To become a permanent vote-by-mail voter and receive a ballot in the mail for every election, click here.

According to state law, only the registered voter may apply for a vote-by-mail ballot for himself or herself. An application for a vote-by-mail ballot made by a person other than the registered voter is a felony punishable by imprisonment and/or by fine.

Please provide the following information. A ballot will be sent to you only if this application is complete and accurate.

**House Number**

[ e.g., 1234 ]

Do not enter street name

**ZIP Code**

[ e.g., 94102 ]

**Date of Birth**

[ MM / DD / YYYY ]

[Submit]

Voter information is used for official purposes only.

If you have questions, please contact the Department of Elections at 415-554-4375 or e-mail us.

EXHIBIT 9

## Registrar of Voters – Vote By Mail Ballot Application

https://www.acgov.org/rov/forms/vbme.htm

**APPLICATION FOR A VOTE BY MAIL BALLOT**
For the **June 7, 2016** - Presidential Primary Election
Electronic vote by mail ballot application for individual use only.

**VOTER INFORMATION WILL BE USED FOR OFFICIAL PURPOSES ONLY**

To obtain a vote by mail ballot, complete the information on this form. This application must be received by the elections official no later than 5 pm on **May 31, 2016**.
*Required field.

**1. NAME:**
* First Name    Middle Name or Initial    * Last Name

**2. DATE OF BIRTH:** *
mm / dd / yyyy  (e.g. 01/31/1900)

**3. RESIDENCE ADDRESS (where you live):**
* Number and Street - as registered (P.O. Box, Rural Route, etc. not acceptable) (Designate N, S, E, W if used)

* City    Alameda County    * Zip Code
         California

**4. TELEPHONE NO:**
Daytime    Evening

**5. MAILING ADDRESS FOR BALLOT (IF DIFFERENT FROM ABOVE):**
Number and Street/P.O. Box (Designate N, S, E, W if used)

City    U.S. State or Foreign Country    Zip Code

6. I have not applied for, nor do I intend to apply for, a vote by mail ballot from any other jurisdiction for this election. By submitting this application, I certify under the laws of the State of California that the name and residence address and information I have provided on this application are true and correct.

7. Only the registered voter himself or herself may apply for a vote by mail ballot. An application for a vote by mail ballot made by a person other than the registered voter is a criminal offense.

**8. A BALLOT WILL NOT BE SENT TO YOU IF THIS APPLICATION IS INCOMPLETE OR INACCURATE.**

Reset   Submit

Any voter may apply to become a PERMANENT VOTE BY MAIL VOTER. Contact us for further information.

**Address:**
REGISTRAR OF VOTERS
1225 Fallon Street Room G-1
Oakland, CA 94612
**Phone:**
510 272-6973

EXHIBIT 10

**793627**

_____ Rd
_____ CA

I will be voting by mail in the **June 7, 2016, Consolidated Primary Election**. I did not indicate a preference for a qualified political party on my voter registration form. For this election only, I hereby request the Presidential ballot of the political party indicated below* (choose one):

☐ American Independent Party
☐ Democratic Party
☐ Libertarian Party

* If your party preference is not listed, you must re-register to vote by May 23, 2016, and select that party to receive its presidential ballot.

I understand that I must return this notice to the Registrar of Voters no later than **April 15, 2016**, to ensure the correct ballot is issued to me. I also understand that if I do not return this card by the above date, I will be issued a non-partisan ballot containing only candidates for voter-nominated and nonpartisan contests, state propositions and local measures (if applicable).

Sign: _____  Date: _____

EXHIBIT 11A



City and County of San Francisco
**Department Of Elections**

### Important Notice about the June 7 Presidential Primary Election

According to our records, you did not indicate a preference for a qualified political party when you registered to vote. Each political party can allow voters with no party preference to vote in its presidential primary election. For the June 7 Presidential Primary Election, the following political parties will allow voters with no party preference to vote in their primary election for President of the United States:

- American Independent Party
- Democratic Party
- Libertarian Party

To request a ballot that includes the presidential primary contest of one of these parties, mark the name of the party on the attached postage-paid postcard, and sign and return the postcard no later than April 18. If you do not request the ballot of one of these parties, your ballot will not include a contest for President.

Vote-by-mail ballots will be mailed in early May (April for military and overseas voters). For more information about the June 7 election, visit *sfelections.org* or call the Department of Elections at (415) 554-4375. Alternatively, you may call the Secretary of State at (800) 345-8683 or visit *sos.ca.gov*.

---

### 關於6月7日總統初選的重要通知

我們的記錄顯示您在登記投票時，沒有表明政黨傾向。每個政黨可以允許「無政黨傾向」選民於他們的總統初選中投票。以下政黨允許「無政黨傾向」選民在2016年6月7日的總統初選參與投票：

- 美國獨立黨
- 民主黨
- 自由論黨

如果在今次聯合總統初選中您想投政黨的選票，請在此明信片上標明以上的政黨之一和簽名，並在2016年4月18日前將此明信片寄回。如果您不要求政黨的選票，您將收到一份沒有美國總統選項的選票。

郵寄選票將由5月初開始寄出(4月份開始寄出軍事選民及海外選民的郵寄選票)。欲了解更多有關郵寄投票的資料，請瀏覽 www.sfelections.org 或致電選務處，電話為415-554-4367。此外，您亦可致電國務卿，電話為800-339-2857或瀏覽 sos.ca.gov。

---

### Aviso importante sobre las Elecciones Primarias Presidenciales del 7 de junio

Nuestros archivos indican que usted no eligió una preferencia por un partido político cuando se inscribió para votar. Cada partido político puede permitir que los electores sin preferencia partidista puedan votar en su elección primaria presidencial. En las Elecciones Primarias Presidenciales del 7 de junio, los siguientes partidos permiten a los electores sin preferencia partidista a votar en sus elecciones primarias por Presidente de los Estados Unidos:

- Partido Independiente Americano
- Partido Demócrata
- Partido Libertario

Para solicitar una boleta que incluya la contienda primaria presidencial de uno de estos partidos, marque el nombre del partido en la tarjeta postal adjunta, y firme y envíe la tarjeta antes del 18 de abril. Si no solicita la boleta de uno de estos partidos, su boleta no incluirá una contienda por Presidente.

Boletas de voto por correo se le enviarán por correo a principios de mayo (en abril para los electores en el ejército o en el extranjero). Para más información sobre las elecciones del 7 de junio, visite sfelections.org o llame al Departamento de Elecciones al (415) 554-4366. Alternativamente, puede llamar a la Secretaría del Estado al (800) 232-8682 o visite sos.ca.gov.

---

### Importanteng Paunawa tungkol sa Pampanguluhan na Primaryang Eleksyon sa Hunyo 7

Ayon sa aming mga record, hindi kayo naglagay ng preperensiya para sa kwalipikadong partidong politikal noong nagparehistro kayo upang makaboto. Pinahihintulutan ng bawat partidong politikal ang mga botante na walang preperensiyang partido na bumoto sa pampanguluhan na primaryang eleksyon. Para sa Pampanguluhan na Primaryang Eleksyon sa Hunyo 7, pinahihintulutan ng sumusunod na mga partidong politikal na bumoto ang mga botante na walang preperensiyang partido sa kanilang primaryang eleksyon para sa Presidente ng Estados Unidos:

- Partidong American Independent
- Partidong Demokratiko
- Partidong Libertarian

Para maka-hiling ng balota na kabilang sa anumang partidong ito ang pampanguluhan na primaryang labanan, mangyaring markahan ang pangalan ng partido sa nakalakip na selyong-bayad na postcard, at pirmahan at ibalik ang postcard nang hindi lalampas sa Abril 18. Kung hindi kayo hihiling ng balota ng anumang partidong ito, hindi maisasama sa inyong balota ang labanan para sa Pagka-Presidente.

Ipadadala ang mga balotang Vote-by-Mail (pagboto sa pamamagitan ng koreo) sa unang bahagi ng Mayo (Abril para sa mga botanteng nasa militar at nasa ibang bansa). Para sa karagdagang impormasyon tungkol sa eleksyon sa Hunyo 7, tingnan ang *sfelections.org* o tumawag sa Departamento ng mga Eleksyon sa (415) 554-4310. Bukod dito, maaari kayong tumawag sa Secretary of State (Kalihim ng Estado) sa (800) 339-2957 or tingnan ang *sos.ca.gov*.

EXHIBIT 11B

**City and County of San Francisco**
**Department of Elections**   John Arntz, Director

**Presidential Primary Election June 7: Replacement Ballot Request for Voters with No Party Preference**

Dear Voter:

For the June 7 election, the American Independent, Democratic, and Libertarian parties allow voters with no party preference to vote in their presidential primary elections. California law requires that you *personally affix* the name of your preferred party to your request.

To request a replacement ballot of one of these parties, complete the form below and return it to the Department **as soon as possible** to ensure it reaches us by Wednesday, June 1. A replacement ballot will be sent to you if the information on this form is complete and accurate. You may mail, deliver or fax the form to the address or fax number listed below.

I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot of the: (choose one)

☐ American Independent Party  ☐ Democratic Party  ☐ Libertarian Party

Name: _____

Home Address: _____   San Francisco, CA 941_____
                                                                           ZIP Code

Mailing Address: _____

Signature: _____   Date: _____

I understand that it is a crime to vote twice. I certify, under penalty of perjury, that the information above is true and correct.

6月7日總統初選：無政黨歸屬選民的替換選票要求

親愛的選民：

對於6月7日選舉，美國獨立黨、民主黨和自由論黨允許無政黨歸屬的選民參與其黨的美國總統初選投票。加州法律規定，選民必須*親自附加*所選擇的政黨到替換選票要求上。

您若要求得到其中之一的政黨選票，請儘快填妥以下表格及遞交至選務處，並確保選務處在6月1日星期三或之前收到。您亦可以根據以下提供的地址或傳真號碼親自遞交或傳真此表格至本處。如果此表格上的信息完整正確，您將收到一份該黨的總統初選選票。

本人現在不屬於任何政黨。但是，僅為這次初選，我要求得到以下黨派的一份郵寄選票(只選擇一項；以英文填寫)：

☐ 美國獨立黨   ☐ 民主黨   ☐ 自由論黨

姓名：_____

住址：_____   San Francisco, CA 941_____
                                                              郵政編碼

郵寄地址：_____

簽名：_____   日期：_____

我了解在這次選舉投多於一張選票實屬違法。我聲明於加利福尼亞州的法律作偽證受處罰的前提下，以上所述都是真實和正確的。

English (415) 554-4375      *sfelections.org*           中文 (415) 554-4367
Fax (415) 554-7344       1 Dr. Carlton B. Goodlett Place    Español (415) 554-4366
TTY (415) 554-4386    City Hall, Room 48, San Francisco, CA 94102   Filipino (415) 554-4310

EXHIBIT 11C



**DEPARTMENT OF ELECTIONS**
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102-4608
Telephone: (415) 554-4375
TTY: (415) 554-4386
sfelections.org

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

NONPROFIT ORG.
U.S. POSTAGE
PAID
TOWNE, INC.

ELECTRONIC SERVICE REQUESTED

**Your polling place address:**
La dirección de su lugar de votación: / 您的投票站地址：/
Address ng inyong lugar ng botohan:

BERNAL DWELLING TENANTS ASSOC COMM RM
3128 KAMILLE CT
BTW 26TH ST & CESAR CHAVEZ AVE
YOUR PRECINCT IS 7921

**Mailing Address:**

**************ECRLOT**C052

SAN FRANCISCO CA 94110-4014

BT 11 P C305545V

177/0/55

**Are the entryway and the voting area accessible?** ¿Son accesibles la entrada y el área de votación? /
入口和投票區是否方便出入？/ Madali bang makarating at makapasok sa pasukan at sa lugar ng botohan?

YES  2.3% slope

**Political Party Preference:** / Preferencia por partido político: / 政黨傾向: / Kinakatigang Partidong Politikal: ▶  **Democratic Party**

**Vote-by-Mail Application for the June 7, 2016, Consolidated Presidential Primary Election**
Must be in the Department of Elections office by May 31 at 5 p.m.

**Name:** WILLIAM SIMPICH
PERM

711176

**If "PERM" is printed above, DO NOT send in this application. You are a Permanent Vote-by-Mail Voter. A ballot will be sent to you automatically.**
Si aparece impreso "PERM" arriba, NO envíe esta solicitud. Usted ya es un Elector de Voto por Correo Permanente. Se le enviará una boleta automáticamente.
如果以上印有「PERM」字樣，您不必寄送本申請表。您已是永久郵寄投票選民，我們會主動寄選票給您。/ Kung nakasulat ang "PERM"
sa itaas, HUWAG ipadala ang aplikasyong ito. Kayo ay isang Permanenteng Vote-by-Mail na Botante. Awtomatikong ipadadala sa inyo ang isang balota.

☐ **Check here if you wish to become a Permanent Vote-by-Mail Voter.** / Marque aquí si quiere hacerse un Elector de Voto por Correo Permanente. / 如果
您想申請成為永久郵寄投票的選民，請勾選此句前的方格。/ Markahan ng check dito kung nais ninyong maging Permanenteng Vote-by-Mail na Botante.

| **Residential Address** | | **Mailing Address (If different from Mailing Address printed above)** | |
|---|---|---|---|
| Street: | Apt: | Street: | Apt: |
| City, State, ZIP Code: | | City, State, ZIP Code: | |
| Phone: | | Country: | |

**I certify under penalty of perjury that this information is true and correct.** / Certifico bajo pena de perjurio que esta información es verídica y correcta. / 本人依照偽
證罪處罰法宣誓，所填資料真實無誤。/ Aking sinesertipika, alinsunod sa parusang pagsisinungaling sa sinumpaang salaysay, na totoo at tama ang impormasyong ito.

**Sign here / Firme aquí / 在此簽名 / Pumirma dito** ▶                                                  / /16

We must have your signature – **Do not print** / Necesitamos recibir su firma – No escriba en letra de molde / 我們一定要有您的簽名 ——        Date / Fecha /
不需正楷 / Kailangan namin ang inyong pirma – Huwag isulat ang pangalan.                                                        日期 / Petsa

☐ Marque aquí si en el futuro quiere recibir el Folleto de Información para los Electores en español.
☐ 如果您想在將來的選舉中收到中文版的《選民資料手冊》，請勾選此句前的方格。
☐ Lagyan ng check dito kung gusto ninyong makatanggap ng Pamplet ng Impormasyon para sa mga Botante sa wikang Filipino sa hinaharap.

P

EXHIBIT 11D



**DEPARTMENT OF ELECTIONS**
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102-4608
Telephone: (415) 554-4375
TTY: (415) 554-4386
sfelections.org

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

NONPROFIT ORG.
U.S. POSTAGE
PAID
TOWNE, INC.

ELECTRONIC SERVICE REQUESTED

**Your polling place address:**
La dirección de su lugar de votación: / 您的投票站地址: /
Address ng inyong lugar ng botohan:

BERNAL DWELLING TENANTS ASSOC  COMM RM
3128 KAMILLE CT
BTW 26TH ST & CESAR CHAVEZ AVE
YOUR PRECINCT IS 7921

**Mailing Address:**

***************ECRLOT**C052      BT 11 N C76975V
                                  55/0/21

SAN FRANCISCO CA 94110-4014

**Are the entryway and the voting area accessible?** ¿Son accesibles la entrada y el área de votación? /
入口和投票區是否方便出入？ / Madali bang makarating at makapasok sa pasukan at sa lugar ng botohan?

YES   2.3% slope

**Political Party Preference:** / Preferencia por partido político: / 政黨傾向: / Kinakatigang Partidong Politikal:   ▶ No Party Preference

---

**Vote-by-Mail Application for the June 7, 2016, Consolidated Presidential Primary Election**
Must be in the Department of Elections office by May 31 at 5 p.m.

**Name:** KORE SIMPICH
PERM                                                    1337617

**If "PERM" is printed above, DO NOT send in this application. You are a Permanent Vote-by-Mail Voter. A ballot will be sent to you automatically.**
Si aparece impreso "PERM" arriba, NO envíe esta solicitud. Usted ya es un Elector de Voto por Correo Permanente. Se le enviará una boleta automáticamente.
如果以上印有「PERM」字樣，您不必寄送本申請表。您已是永久郵寄投票選民，我們會主動寄票給您。 / Kung nakasulat ang "PERM"
sa itaas, HUWAG ipadala ang aplikasyong ito. Kayo ay isang Permanenteng Vote-by-Mail na Botante. Awtomatikong ipadadala sa inyo ang isang balota.

☐ **Check here if you wish to become a Permanent Vote-by-Mail Voter.** / Marque aquí si quiere hacerse un Elector de Voto por Correo Permanente. / 如果
您想申請成為永久郵寄投票的選民，請勾選此句前的方格。 / Markahan ng check dito kung nais ninyong maging Permanenteng Vote-by-Mail na Botante.

| **Residential Address** | | **Mailing Address (If different from Mailing Address printed above)** | |
|---|---|---|---|
| Street: | Apt: | Street: | Apt: |
| City, State, ZIP Code: | | City, State, ZIP Code: | |
| Phone: | | Country: | |

**I certify under penalty of perjury that this information is true and correct.** / Certifico bajo pena de perjurio que esta información es verídica y correcta. / 本人依照偽
證罪處罰法宣誓，所填資料真實無誤。 / Aking sinesertipika, alinsunod sa parusang pagsisinungaling sa sinumpaang salaysay, na totoo at tama ang impormasyong ito.

**Sign here** / Firme aquí / 在此簽名 / **Pumirma dito** ▶                                          ___/___/16
**We must have your signature – Do not print** / Necesitamos recibir su firma – No escriba en letra de molde / 我們一定要有您的簽名 ——   Date / Fecha /
不需正楷 / Kailangan namin ang inyong pirma – Huwag isulat ang pangalan.                             日期 / Petsa

According to our records, you did not indicate a preference for a qualified po-     I have declined to disclose a preference for a qualified political party. However, for this
litical party when you registered to vote. For this election, the following political   primary election only, I request a vote-by-mail ballot of the _____ party (choose one):
parties will allow voters with no party preference to vote in their primary election
for President: American Independent, Democratic, Libertarian.                       ☐ American Independent   ☐ Democratic   ☐ Libertarian

Note: If you do not request the ballot of one of these parties, your ballot will not   For more information, call 1-800-345-VOTE, or visit sos.ca.gov.         NP
include a contest for President.

EXHIBIT 12



EXHIBIT 13

# California Vote-By-Mail Ballot Application

FOR OFFICIAL USE ONLY

Rev. 04/2016

Enter the date of the election and the type of election (e.g., Primary, General, or Special). This application must be received by your county elections official not later than seven (7) days prior to the date of the election. The date of the election can be found at www.sos.ca.gov/elections/upcoming-elections/. A ballot will not be sent to you if this application is incomplete or inaccurate.

1. This is an application for a vote-by-mail ballot for the _____, _____ election.
   Month/Day/Year    Type of Election (Primary, General, or Special)

2. Print name: _____
   First    Middle Name or Initial    Last

3. Date of birth: _____
   Month/Day/Year

4. Residence address: _____
   Number and Street (P.O. Box, Rural Route, etc. will not be accepted)    (Designate N, S, E, W if used)

   _____
   City    Zip Code    California County

5. Mailing address for ballot (if different from above):
   If your mailing address is outside of the U.S., and you are a military or overseas voter, re-register at RegisterToVote.ca.gov or use the Federal Post Card Application at www.fvap.gov.

   _____
   Number and Street/P.O. Box   (Designate N, S, E, W if used)

   _____
   City    State or Foreign County    Zip Code or Postal Code

6. Telephone number (optional): (____) _____  (____) _____
                                    Day                    Evening

7. ☐ (Only complete Item 7 if this application is for a Presidential Primary Election.)
   **Yes, I want to request a political party ballot for the Presidential Primary Election.**
   I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot for the _____ Party.*
   * The following political parties are allowing No Party Preference voters (voters who have declined to disclose a preference for a political party) to vote their party's presidential ballot for the upcoming June 7, 2016, Presidential Primary Election:
      •American Independent    •Democratic    •Libertarian

8. ☐ **Yes, I want to become a permanent vote-by-mail voter.**
   By checking this box and by initialing here _____, I am requesting to become a permanent vote-by-mail voter. A vote-by-mail ballot will automatically be sent to me in all future elections. I understand that if I fail to vote by mail in four consecutive statewide general elections, I will need to reapply for permanent vote-by-mail voter status.

9. **This application must be signed.**
   I have not applied for a vote-by-mail ballot from any other jurisdiction for this election. I certify under **penalty of perjury** under the laws of the State of California that the information I have provided on this application is true and correct.

   Signature: _____    Date: _____

   Warning: Perjury is a felony, punishable by imprisonment in state prison for up to four years. (Penal Code § 126)

**NOTICE**

You have the right to mail or deliver this application directly to your county elections official.
Returning this application to anyone other than your county elections official may cause a delay that could interfere with your ability to vote.
If this application is returned by mail, it must be returned directly to your county elections official.
Only the registered voter himself or herself may apply for a vote-by-mail ballot. An application for a vote-by-mail ballot made by a person other than the registered voter is a criminal offense.

**Individuals/Organizations/Groups Distributing this Application**
The format used on this application must be followed by anyone distributing vote-by-mail ballot applications. Failure to conform to this format is a crime.
Anyone distributing this application may not preprint a mailing address in Item 5.
Anyone distributing this application may not preprint a check mark or political party name in Item 7.
Anyone providing this application to a voter must enter their name, address, and telephone number here: _____
_____
_____

EXHIBIT 14

## Top Two Candidates Open Primary Act and Voter-Nominated Offices

The Top Two Candidates Open Primary Act, which took effect January 1, 2011, requires that all candidates for a voter-nominated office be listed on the same ballot. Previously known as partisan offices, voter-nominated offices are state legislative offices, U.S. congressional offices, and state constitutional offices. Only the two candidates receiving the most votes—regardless of party preference—move on to the general election regardless of vote totals.

Write-in candidates for voter-nominated offices can only run in the primary election. However, a write-in candidate can only move on to the general election if the candidate is one of the top two vote-getters in the primary election.

Additionally, there is no independent nomination process for a general election. California's new open primary system does not apply to candidates running for U.S. President, county central committee, or local offices.

### Party-Nominated/Partisan Offices

Under the California Constitution, political parties may formally nominate candidates for party-nominated/partisan offices at the primary election. A candidate so nominated will then represent that party as its official candidate for the office in question at the ensuing general election and the ballot will reflect an official designation to that effect. The top votegetter for each party at the primary election is entitled to participate in the general election. Parties also elect officers of official party committees at a partisan primary.

No voter may vote in the primary election of any political party other than the party he or she has disclosed a preference for upon registering to vote. However, a political party may authorize a person who has declined to disclose a party preference to vote in that party's primary election.

### Voter-Nominated Offices

Under the California constitution, political parties are not entitled to formally nominate candidates for voter-nominated offices at the primary election. A candidate nominated for a voter-nominated office at the primary election is the nominee of the people and not the official nominee of any party at the following general election. A candidate for nomination or election to a voter-nominated office shall have his or her party preference, or lack of party preference, reflected on the primary and general election ballot, but the party preference designation is selected solely by the candidate and is shown for the information of the voters only. It does not constitute or imply an endorsement of the candidate by the party designated, or affiliation between the party and candidate, and no candidate nominated by the qualified voters for any voter-nominated office shall be deemed to be the officially nominated candidate of any political party. The parties may list the candidates for voter-nominated offices who have received the official endorsement of the party in the sample ballot.

All voters may vote for any candidate for a voter-nominated office, provided they meet the other qualifications required to vote for that office. The top two votegetters at the primary election advance to the general election for the voter-nominated office, even if both candidates have specified the same party preference designation. No party is entitled to have a candidate with its party preference designation participate in the general election unless such candidate is one of the two highest votegetters at the primary election.

### Nonpartisan Offices

Under the California Constitution, political parties are not entitled to nominate candidates for nonpartisan offices at the primary election, and a candidate nominated for a nonpartisan office at the primary election is not the official nominee of any party for the office in question at the ensuing general election. A candidate for nomination or election to a nonpartisan office may not designate his or her party preference, or lack of party preference, on the primary and general election ballot. The top two votegetters at the primary election advance to the general election for the nonpartisan office.

## History of Political Parties That Have Adopted Party Rules Regarding No Party Preference Voters