William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> DECLARATION OF TANYA MENA |

I, TANYA MENA, declare:

1. Until quite recently. I was an independent voter, which I now also know is used by elections officials as "no party preference". During the last month, I changed my registration to Democratic so I was certain that I could vote for a Democratic

DECLARATION OF TANYA MENA     1

1  candidate in the Presidential primary. I reside in the City and County of San Francisco.

2. I was the one who received the notice from the Department of Elections of San Francisco attached as Roduski, Exhibit 11A. I came home one day, opened my mail, and read a notice from the Department of Elections stating that "to request a ballot that includes the presidential primary contest of one of these parties (note: referring to Democrat, AIP, and Libertarian), mark the name of the party on the attached postage-paid postcard, and sign and return the postcard no later than April 18. If you do not request the ballot of one of these parties, your ballot will not include a contest for President." I sent my response late, and I was very upset.

3. I felt like the safest way to vote for the candidate of my choice was to change my affiliation from no party preference to Democratic, which I did.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge. Executed on May 26, 2016, in San Francisco, California.

*/s/ Mena*
TANYA MENA

DECLARATION OF TANYA MENA                                         2