William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> DECLARATION OF CLARA DAIMS |

I, CLARA DAIMS, declare:

1. I am a plaintiff in this action.

2. I am a registered no party preference voter. I reside in the City and County of San Francisco.

DECLARATION OF CLARA DAIMS  1

3. I am personally aware that ballot stations sometimes run out of ballots. On information and belief, I understand that there are ten sets of ballots: The six parties, the nonpartisan ballot, and the three NPP sets that are Democrat, American Independent, and Libertarian. I also have been informed that the ballots that run out first are the ones marked as NPP/Democrat. That could also make it difficult or impossible to vote for Bernie Sanders. My plan is to vote early just to make sure that there are not any problems.

4. I am also concerned because I have seen what appears to be an official circular form the City and County of San Francisco Department of Elections, a copy of which is attached as Exhibit 1. This circular states "to request a ballot that includes the presidential primary contest of one of these parties, mark the name of the party on the attached postage-paid postcard, and sign and return the postcard no later than April 18. If you do not request the ballot of one of these parties, your ballot will not include a contest for President."

5. I believe that this is an error, because I have been informed that I am properly registered and that I can request an application to vote by mail until May 31. But it is unnerving, and puts the whole integrity of the voting process in question for me.

6. My concern is deepened by being informed that the right to vote NPP was not provided as required by law on some of the applications to vote by mail distributed by the Department of Elections, San Francisco County, as well as the Registrar of Voters of Alameda County and a number of other boards of elections in this state.

7. These errors convinced me that my ability to vote for Bernie Sanders is in jeopardy.

DECLARATION OF CLARA DAIMS                    2

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge, except where it is stated on information and belief, and as to those matters I believe them to be true.

Executed on __MAY 24__, 2016, in __THE CITY AND COUNTY OF SAN FRANCISCO__ (city), _____ (county), __THE STATE OF CALIFORNIA__ (state).

_/s/ Clara Daims_
CLARA DAIMS

DECLARATION OF CLARA DAIMS                                                      3