William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> DECLARATION OF GABRIELLE DOLPHIN |

I, GABRIELLE DOLPHIN, declare:

1. I am a resident in the County of Alameda, California.

2. I have been trained as a poll worker and a poll worker judge in the County of the Alameda. At a training during the last month, we went over the procedures about how to conduct the vote properly. On the issue of crossover voters, we were given

DECLARATION OF GABRIELLE DOLPHIN                                              1

direction about whether or not to inform the NPP voter of the right to request a Presidential ballot. In passing, it was mentioned that if the voter requested a Presidential ballot, we could give it to them.

3. I have been provided with no direction at any time from either county officials or the secretary of state about whether or not to inform the NPP voter of the right to request a Presidential ballot.

4. Pages 44 and 47 are the only reference that I can find in the clerk's training manual, a copy of which is attached as Exhibit 1. The problem is that no clear direction was provided there on p. 44 as to whether or not we request it or the voter asks for it. At p. 47 there is no reference to requesting the voter about the crossover ballot in the intake procedure regarding the ballot.

5. Under the circumstances of my training, it appears that the poll workers in Alameda County are free to decide for themselves whether or not to inform the NPP voter of the right to request a Presidential ballot.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge. Executed on May 27, 2016, in Alameda County, California.

*[signature]*
GABRIELLE DOLPHIN

DECLARATION OF GABRIELLE DOLPHIN                                        2