IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I–X,<br><br>    Defendants. | No. C 16-02739 WHA<br><br>**NOTICE RE MOTIONS TO SHORTEN TIME** |

    Plaintiffs have filed two motions to shorten time for setting a hearing on a motion for a preliminary injunction (Dkt. Nos. 13–14). Plaintiffs have still not filed a motion for a preliminary injunction. No action will be taken until such time, if ever, that plaintiffs have filed a proper motion for a preliminary injunction. Additionally, the declaration of Gary Remer is not signed. Unless a proper declaration is filed, it will not be considered in conjunction with any motion for a preliminary injunction.

Dated: May 27, 2016.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE