IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I–X,<br><br>    Defendants.<br>_____/ | No. C 16-02739 WHA<br><br>**SCHEDULING ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs commenced this action on May 20. Today, over a week later and without any explanation for the delay, plaintiffs filed a motion for a preliminary injunction and an *ex parte* motion seeking to shorten time for a hearing on that motion. A hearing on the motion is hereby scheduled for **WEDNESDAY, JUNE 1 AT 11:00 A.M.** in Courtroom 8 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco. The summons, complaint, motion, and all supporting declarations, as well as this order, must be served on defendants by **TOMORROW, MAY 28 AT 4:00 P.M.** Defendants may submit an opposition to the motion by **TUESDAY, MAY 31 AT 4:00 P.M.** No replies please.

    IT IS SO ORDERED.

Dated: May 27, 2016.

                                                       WILLIAM ALSUP<br>
                                                       UNITED STATES DISTRICT JUDGE