Declaration of Jeff Lewis

1. I, Jeff Lewis, am above the age of 18 and I declare under penalty of perjury that:

2. I was at Santa Clara County Registrar of Voters (1555 Berger Ave., San Jose, CA 95112) on Friday morning from 9 to 12 on May 20, 2016 for a three-hour training session of pollworkers so that I can serve at the Santa Clara County polls in the California Primary on June 7, 2016. This will be my first experience as a poll worker.

3. I attended the training with approximately 50 other poll worker trainees. I thought that the training session was very well run. I did not have the sorts of crazy experiences described by trainees in other counties who I understand had been instructed to hand out provisional ballots to all No Party Preference (NPP) voters.

4. However, I came away from my training with the clear conviction that the average No Party Preference voter faces substantial barriers if they believe it will be easy to vote for their choice of a Presidential candidate, much less for a complete slate of candidates.

5. The instructors were very clear with us. If a NPP voter comes in, pollworkers cannot offer them a partisan ballot unless the voter specifically asks for an NPP Crossover ballot for the Party they want to vote with. Poll workers are being trained to not even *suggest* partisan ballots for NPP voters. For example, if you do not specifically ask for a Democratic ballot, you will be given a nonpartisan ballot that does not have Bernie's name on it. Period. This was heavily emphasized in the training.

6. The trainers said that "even if we hand the voters a nonpartisan ballot and they say it doesn't have the president on it", as a pollworker I'm still not supposed to ask the voters if they want a partisan ballot.

7. Someone raised their hand and asked a follow-up question: "So, what if someone gets a nonpartisan ballot, notices it doesn't have the presidential candidates on it, and asks you where they are?" The answer poll workers are instructed to give: "Sorry, NPP ballots don't have presidential candidates on them." That's correct: even when people ask questions of that nature, obviously intending to vote with a party.

8. Also, the NPP Crossover ballot only contains choices for president, so NPP Crossover voters are unable to vote for all-important down ballot races (available to Partisan voters) that bear most closely on matters in the voters' home districts.

9. The training staff described it like this: if you are NPP-Democrat, the Democrats are inviting you to their party, but you can't sit at their table. See copies of the 2012 NPP-Democratic Crossover ballot in Exhibit 1 as compared to the 2012 Partisan Democratic ballot of Exhibit 2, for example.

10. I was NPP before this training, and I have never voted in a primary before. I had ignored my friends' advice to register as Democrat, because I do not identify with the Party. But, immediately after this training, I re-registered as Democrat.

11. Remaining a NPP voter makes it much easier for the political establishment to take your voice as a voter away.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters based on information and belief, and as to those matters I believe them to be true.

Executed on May 22, 2016 in San Jose, Santa Clara County, California

_/s/ Jeff M. Lewis_ (signature)

Jeff Lewis (printed name)