Declaration of Dawn DelMonte

1. I, Dawn DelMonte, am above 18 years of age and I declare under penalty of perjury that:

2. I was at the Alameda County Administration Bldg., 1221 Oak Street, Room 225, Oakland CA on Thursday, May 19, 2016, for a two-hour training session of Poll Workers so that I can serve at the Alameda County polls in the California Primary on June 7, 2016.

3. Because of the Ashley Beck video, which discusses her concerns about being trained as a poll worker to give NPP voters only provisional ballots in Orange County, and on information and belief that it's widely understood that provisional ballots rarely count in elections, I made a point to ask the Alameda County Registrar of Voters trainer about the process of providing ballots to the voters in the upcoming primary election.

4. Since I had previously understood that both NPP and Democratic voters would be able to vote for Democratic presidential candidates, I decided to ask the trainer more about it.

5. He told me that when a voter is registered as "No Party Preference (NPP)" and checks in at the polls on June 7th, a Clerk will be expected to automatically give them an NPP ballot. Because of that the voter will not be informed at that time that the NPP ballot excludes Presidential Primary candidates' names, and because of that, the NPP voter will not be able to vote for a Presidential candidate.

6. He pointed to the stack of "Democratic Crossover" ballots (NP-Democratic) which do contain Presidential candidates' names in the Primary election. However, according to our trainer, the Democratic Crossover ballots are only to be provided by the Poll Workers at the request of the NPP voter. So, I conclude that unless the NPP voter knows in advance to make this request, he/she will automatically be given a Presidential Candidate-less NPP ballot.

7. When I spoke up during the training to encourage the other Poll Workers to ask NPP voters which ballot they wanted, I was shut down.

8. We were told by the trainer not to ask the voter for their preference, nor to volunteer the availability of the Democratic Crossover ballots. We were told that Poll Workers were NOT to ask or advise the voter of their ballot choices, but to assume the voter listed as NPP was already aware of what they wanted and to just give them the NPP ballot.

9. Finally, after more questions from other Clerks in the training, we were all told that only if the voter were to complain might the NPP ballot be considered spoiled and replaced by a Democratic Crossover ballot instead.

10. So, unless a No Party Preference registered voter knows in advance to request a Democratic Crossover ballot, and <u>since voters are not being educated about this policy in advance</u>, nor are Poll Workers going to inform them about it at the polls, it is likely that many NPP voters will effectively be excluded from voting in the California Democratic Presidential primary election this year.

11. And since a large majority of NPP voters are likely Bernie supporters, I'm really concerned that this may be yet another instance of vote suppression against the Sanders campaign and thus further jeopardize the integrity of this election.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters based on information and belief, and as to those matters I believe them to be true.

Executed on 5/23/16 (date) in Oakland, Alameda County, California (city, county, state),

Dawn DelMonte (signature)

Dawn DelMonte (printed name)