William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VOTING RIGHTS DEFENSE PROJECT, et al., | Case No. C-16-02739 |
|---|---|
| Plaintiffs, | DECLARATION OF GARY REMER |
| v. | |
| ALEX PADILLA, et al., | |
| Defendants. | |

I, GARY REMER, declare:

1. Until quite recently. I have been a lifetime independent voter, which I have recently learned is referred to as "no party preference". This month, I changed my registration to Democratic so I was certain that I could vote for a Democratic candidate in the Presidential primary. I reside in the County of Monterey.

DECLARATION OF GARY REMER                1

2. I could not understand what had happened to my ballot. None of the voting material had not cone in the mail. I went to elections office to try to find out what happened more than once.

3. I was told by the elections office that in order to vote for a Democrat, or a Republican, I would have to change my affiliation, which I did.

4. The packet of voting materials went out on the 9th of May, which I received about the 18th. Then back to the office to find out where and when the ballot was and when could expect it. The ballot showed up on the 23rd of May and returned to them on the 24th.

5. I registered as a Democrat so I would have a better chance to vote for President, and not to have someone manipulate my vote.

6. During my visits to the office was filled with voters confused and frustrated, making the same complaints similar to mine. Everyone was trying to figure out what was going on.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge. Executed on May 26, 2016, in Salinas, California.

*Verified by PDFfiller 05/26/2016*

_____
GARY REMER

DECLARATION OF GARY REMER                                                         2