

# Clerk
# Poll Worker Manual



**ALAMEDA COUNTY**

**REGISTRAR OF VOTERS**

1225 Fallon Street

Oakland, CA 94612

**acvote.org**

**June 7, 2016 – Presidential**

**Primary Election**

**Polls Open 7:00 a.m. to 8:00 p.m.**

## I'm a Poll Worker...
## WHO DO I CALL FOR HELP?

### GENERAL QUESTIONS

### ALAMEDA COUNTY REGISTRAR OF VOTERS
Before Election Day: (510) 272-6971
Inspector Hotline (510) 835-0320

### URGENT QUESTIONS

### PRECINCT COORDINATOR
Name: _____
Cell: _____

### ALAMEDA COUNTY REGISTRAR OF VOTERS
Before Election Day: (510) 272-6971
Inspector Hotline: (510) 835-0320

## I'm a Voter...
## WHO DO I CALL FOR HELP?

### GENERAL QUESTIONS
ALAMEDA COUNTY REGISTRAR OF VOTERS
(510) 272-6973

### RANKED-CHOICE VOTING
(510) 272-6973

### I SUSPECT VOTER FRAUD
(800) 345-VOTE (8683)

I

# Introduction

## Poll Worker Etiquette

**Attention all Poll Workers!**

The following guidelines are intended to help _you_ on Election Day and help _us_ maintain a good working relationship with all of our Polling Place owners.

Please remember: The manner in which you communicate with the Polling Place owner/manager directly affects whether or not we are able to continue using a facility. Please show consideration for the person(s) allowing us to use their facility. Please keep the following suggestions in mind on Election Day when you are working at the Polls.

* ***BOARD MEMBERS ARE NOT ALLOWED TO BRING CHILDREN TO THE POLLING PLACE!!!***

* We are guests in the Polling Place facility. The Inspector should familiarize themselves with the rules. ***Use tape and thumb tacks carefully*** on the walls or woodwork so that you do not permanently damage the facility. If in doubt, ask first.

* Be polite to the other occupants sharing the space. If major problems occur, call the Registrar of Voters Office.

* **Bilingual Poll Workers are present in order to assist the language communities. The Bilingual Poll Workers are placed in each Polling Place based on the number of language Voters in that Precinct. Regardless on the number of language Voters needing assistance from a Bilingual Poll Worker, any missing Bilingual Poll Worker must be replaced.**

* Do not move large furniture without permission.

* The Polling Place owner is not required to give Poll Workers access to bathroom facilities, telephones, and kitchens. If they are offered, please keep them neat. If they are not available, please make other arrangements.

* All Poll Workers are an extension of the Registrar of Voters Office. The manner in which you perform your duties is a direct reflection upon our office.

* We hope these guidelines will be helpful on Election Day.

### THANK YOU FOR SERVING AS A POLL WORKER!

## Serving the Community

### Voter Bill of Rights

The Help America Vote Act (HAVA) requires a Voter Bill of Rights to be posted both inside and outside the polling place. The Alameda County Registrar of Voters is required to post English, Spanish, Chinese, Tagalog, and Vietnamese versions of this Bill. Targeted precincts will be required to post additional versions in Hindi, Japanese, Khmer, and Korean. It is your duty to ensure these rights are extended to all Voters.

1. You have the right to cast a ballot if you are a valid registered voter.

2. You have the right to cast a provisional ballot if your name is not listed on the voting rolls.

3. You have the right to cast a ballot if you are present and in line at the polling place prior to the close of the polls.

4. You have the right to cast a secret ballot free from intimidation.

5. You have the right to receive a new ballot if, prior to casting your ballot, you believe you made a mistake.

6. You have the right to receive assistance in casting your ballot, if you are unable to vote without assistance.

7. You have the right to return a completed vote-by-mail ballot to any precinct in the county.

8. You have the right to election materials in another language, if there are sufficient residents in your precinct to warrant production.

9. You have the right to ask questions about election procedures and observe the election process.

10. You have the right to report ay illegal or fraudulent activity to a local elections official or to the Secretary of State's Office.

### Voter Assistance: Accessibility Assistance

The Americans with Disabilities Act (ADA) and Help America Vote Act (HAVA) require that assistance, equipment, and voting machines be provided to make the voting process available to Voters with a range of needs. For more information on working with Voters requiring assistance, see *The Guide* (available on Election Day) or the "Voters with Disabilities" section of this Manual.

III



# Training Goal

The goal of training is to ensure that Poll Workers are prepared to perform their duties correctly.

The role of a Poll Worker is to provide a positive voting experience for all.

2

## Poll Worker's Information

| Role | Name | Contact Information |
|------|------|---------------------|
| Inspector | | |
| Judge | | |
| Clerk | | |
| Clerk | | |
| Student | | |
| | | |
| | | |

IV

# Table of Contents

**Top Two Candidates Open Primary Act**.................................................................. **VII**
   Voter-Nominated Offices ............................................................................. VII
**Pre-Election**............................................................................................................... **1**
   *Notice of Appointment* ................................................................................ 1
   Precinct Board ............................................................................................. 2
   Precinct Coordinator ................................................................................... 2
   Pre-Election Tasks ...................................................................................... 3
      Setting Up the Polling Place the day or night before the Election Day ................. 6
**Opening the Polls: 6:00 a.m. – 7:00 a.m.**................................................................... **7**
   Inspector Responsibilities............................................................................ 8
   Inspector: Opening Job Card 1 ................................................................... 11
   Judge: Opening Job Card 2 ........................................................................ 15
   Clerk 1: Opening Job Card 3 ...................................................................... 19
      Sets Up the Official Table using the diagram ................................. 20-21
   Clerk 2: Opening Job Card 4 ...................................................................... 23
      Polling Place Signs......................................................................... 25
   **"The Polls are now Open!"** ..................................................................... 29
   Scenarios ..................................................................................................... 30
**Election Day Procedures: 7:00 a.m. – 8:00 p.m.**...................................................... **31**
   1st Voter Procedures ................................................................................... 32
   Processing Voters at the Official Table: Introduction ................................... 34
   Three Ways to Vote ..................................................................................... 34
   Processing Voters - Quick Reference Chart ................................................ 35
   Street Index Officer: Official Table Job Card 1 ............................................ 37-38
   Roster-Index Officer: Official Table Job Card 2 ........................................... 41-42
      Roster-Index page: Crossover Voting .......................................... 44
      You May Receive a Pink Roster-Index .......................................... 45
      Scenarios ....................................................................................... 45
   Ballot Officer: Official Table Job Card 3....................................................... 47-48
      Ballot Card(s) ................................................................................. 49
   Demonstration Officer: Official Table Job Card 4......................................... 53-54
   Processing Voters at the Official Table: Types of Voters ............................. 55
      Regular Voter ................................................................................. 55
      Messages on Signature Line: *ID REQUIRED* Voter ..................... 56
      Messages on Signature Line: *BY MAIL* - Vote By Mail Voter ..... 57
      Voter Voting Provisionally .............................................................. 59
   Scenarios ..................................................................................................... 62
      Spoiled Ballot Procedure............................................................... 63
      Scanner Tape Error Messages ...................................................... 64
      "Unscanned" Voted Ballots ............................................................ 64
      Power Failure at Polling Place: Scanner cannot be Used ............. 64
      If Touchscreen is not Working ....................................................... 65

For Voter Issues ............................................................................................ 65
What to do if Scanner Bin is full.................................................................... 66
Voters with Disabilities................................................................................. 67
    Disability Sensitivity at the Polls ............................................................ 68
    Curbside Voting ...................................................................................... 70
    Supplies for Voters with Disabilities....................................................... 71
Language Assistance .................................................................................... 72
Poll Watchers ............................................................................................... 73
Voter Fraud................................................................................................... 74
Election Day Reminders ............................................................................... 74
Review Closing Tasks before Polls Close .................................................... 75
**Registrar of Voters Rovers** ....................................................................... 76
**Items to be picked up by Registrar of Voters Rovers**............................ 77
Closing Job Cards ........................................................................................ 78
**Closing the Polls: 8:00 p.m. – 9:00 p.m.**.................................................. 79
  **"The Polls are now Closed!"** .............................................................. 79
Inspector: Closing Job Card 1 ...................................................................... 81
Judge: Closing Job Card 2 ........................................................................... 85
Clerk 1: Closing Job Card 3 .......................................................................... 89
Clerk 2: Closing Job Card 4 .......................................................................... 93
Finishing Up: Packing Items ......................................................................... 97
    Complete Roster-Index Official Ballot Tally............................................ 98
    Critical Assets and Colored Bags .......................................................... 99
    Packing Red Trolley/Checklist ............................................................... 100
    Packing Scanned Voted Official Ballots Box(es)..................................... 102
    Packing Turquoise Trolley/Checklist....................................................... 102
Scanner Bins ................................................................................................ 104
Items to leave at the Polling Place ............................................................... 106
**Voting Equipment Demonstration** ............................................................ 109
Security Seals............................................................................................... 110
    Seal Verification Form............................................................................. 111
*NEW* Touchscreen: Opening the Polls - Certificate of Performance........ 113
Setting Up the Touchscreen: 2 Person Rule!............................................... 114
    Setting Up the Audio Unit........................................................................ 124
    Setting Up the Card Activator ................................................................. 125
    Activating a Voter Card .......................................................................... 126
*NEW* Touchscreen: Closing the Polls - Certificate of Performance.......... 128
Closing the Touchscreen: 2 Person Rule! .................................................... 129
    Removing the Audio Unit from the Touchscreen ................................... 135
    Closing the Card Activator ...................................................................... 138
*NEW* Scanner: Opening the Polls - Certificate of Performance ............... 139
Setting Up the Scanner: 2 Person Rule! ...................................................... 140
*NEW* Scanner: Closing the Polls - Certificate of Performance ................. 145
Closing the Scanner: 2 Person Rule!............................................................ 146
**Problems or Issues**.................................................................................... 154

# TOP TWO CANDIDATES
# OPEN PRIMARY ACT

**VOTER-NOMINATED OFFICES**

Any voter may vote for any candidate for a voter-nominated office, if they meet the other qualifications required to vote for that office. The top two vote-getters at the primary election move on to the general election for the voter-nominated office even if both candidates have specified the same party preference designation. No party is entitled to have a candidate with its party preference designation move on to the general election, unless the candidate is one of the two highest vote-getters at the primary election.

As required by California Elections Code sections 8121(b)(3), 9083.5, 10704(d)



# PRE-ELECTION

## *Notice of Appointment*

All appointed Poll Workers will receive a ***Notice of Appointment*** indicating the following:

* Election Date
* Report Time
* Polling Place Hours
* Polling Place location
* Precinct Number
* Precinct Board Members and their phone numbers

Additional information regarding **Poll Worker Training** is included in the ***Notice of Appointment.***



If you did not receive your ***Notice of Appointment,*** call the Registrar of Voters at **(510) 272-6971.**

1

# Precinct Board

**Persons appointed to serve as Poll Workers for the Precinct (CEC § 12301)**



**Inspector**

### Inspector's Responsibilities:
* Leads Polling Place
* Abides by Federal, State, and Local Election Laws
* Makes sure pre-assigned tasks are done properly



**Judge**

### Judge's Responsibilities:
* Assists in leading Polling Place
* Abides by Federal, State, and Local Election Laws
* Makes sure pre-assigned tasks are done properly



**Clerk**     **Clerk**



**Student**

### Clerk's and Student's Responsibilities:
* Assists Inspector and Judge
* Abides by Federal, State, and Local Election Laws
* Makes sure pre-assigned tasks are done properly

8

---



# Precinct Coordinator

Precinct Board   Security Seals and Seal Verification Form   Roster-Index   Official Table   Voting Equipment   Signs CEC § 14105.3

**ASSIGNED TO 5-7 POLLING PLACES; MUST VISIT EACH POLLING PLACE AT LEAST 6 TIMES**

**Precinct Coordinators are expected to:**
➢ **Provide leadership and guidance to all Poll Workers**
➢ **Assist Poll Workers in their assigned Polling Places**
➢ **Make sure that all procedures and laws are being followed**
➢ **Check the overall condition of the Polling Place**

**Note: Precinct Coordinator has extra supplies**



### Precinct Coordinator/Inspector Routine Visit Sign Off Sheet:
➢ **Inspector must write Precinct Number on the form**
➢ **Precinct Coordinator and Inspector or Judge need to initial form every visit**
➢ **Time of visit must be recorded on the form**

9

---

2

# Pre-Election Tasks

**All Poll Workers must:**

☐  **1. Schedule and attend a mandatory Poll Worker Training**

**Inspector must:**

☐  **2. Pick Up Supplies**

☐  **3. Inventory all Supplies**

☐  **4. Prepare Roster-Index**

☐  **5. Label Colored Bags**

☐  **6. Confirm Access to the Polling Place**

☐  **7. Call all Precinct Board Members**

10

# Inspector will pick up Supplies



**Cell Phone**



**Wedge, Light, Mat (if any)**



**Red Trolley**



**Turquoise Trolley**

**Each Trolley will include a Trolley Supply Checklist.**

3

# Inspector will inventory all Supplies





- ❑ **Inspector will use the Trolley Supply Checklists to make sure all contents are complete.**
- ❑ **The Precinct Number(s) on the Trolleys, the Roster-Index, and the labels on box(es) of Official Poll Inspector Ballots must match your assigned Precinct.**

**Opening Polls Supply Bag**
**Official Table Supply Bag**
**Closing Polls Supply Bag**

12

# Colored Bags

**These Colored Bags will be used at your Polling Place.**



**Orange** *Write-In Ballots* **Bag**



**Teal** *Unscanned Voted Ballots* **Bag**



**Gray** *Voided/Surrendered Vote By Mail Ballots* **Bag**



**Purple** *Spoiled Ballots* **Bag**

4

# Delivered to the Polling Place

**The equipment, supplies and secured Official Ballots seen in the image will already be delivered to the Polling Place.**



**Voting Equipment Delivery Cart**

**Official Ballots Delivery Cart**

**Scanner**

**Touchscreen**

**Voting Booths**

**Scanned Voted Official Ballots Box (empty)**

**A-Frame**

**Accessible Entrance A-Frame**

**Tri-Fold**

**Voter Information Center**

**Some miscellaneous supplies will be found inside the Scanner Bins**

## Inspector will call all Precinct Board Members

**Contact information is found on Inspector's *Notice of Appointment***



*Notice of Appointment*

**Precinct Coordinator**

**Inspector**

**Judge**

**Clerk**

**Clerk**

**Student**

1. **Confirm their commitment to serve on Election Day.**
2. **Verify if Precinct Board Members (Poll Workers) have attended the mandatory Poll Worker Training or remind them to attend a mandatory Poll Worker Training.**
3. **Remind Poll Workers when and where to report on Election Day.**
4. **Determine availability to set up the Polling Place the day or night before Election Day.**

**Your Inspector will contact you to help in setting up the Polling Place the night before the Election. Inspector will arrange for access to set up.**

# If permitted to set up the Polling Place the day or night before Election Day, set up the following:

❑ **Set up the inside of the Polling Place.**

Follow the diagram in "*The Guide*" or "Opening Job Card 1" when setting up the Polling Place.



❑ **Set up Blue Voting Booths.**

Follow the instructions on "Opening Job Card 2" when setting up Blue Voting Booths.



❑ **Set up the Official Table.**

Follow the diagram in "*The Guide*" or "Opening Job Card 3" when setting up the Official Table. **DO NOT SET UP THE OFFICIAL BALLOTS AND ROSTER-INDEX.**



❑ **Set up Inside Signs.**

Follow instructions on "Opening Job Card 4" when setting up the Inside Signs.

**CEC § 14105.3**            **(if any)**

---

# Set Up Reminders

### <u>DO NOT</u>
**UNSEAL, UNLOCK, OR SET UP SCANNER, TOUCHSCREEN, OFFICIAL BALLOTS DELIVERY CART, OR THE OFFICIAL POLL BALLOTS THE DAY OR NIGHT BEFORE ELECTION.**



### <u>DO NOT</u>
**LEAVE THE OPENING POLLS SUPPLY BAG, ROSTER-INDEX, OFFICIAL POLL INSPECTOR BALLOTS, AND TROLLEYS IN POLLING PLACE OVERNIGHT.**
**These items must be stored securely at all times and brought to the Polling Place on Election Morning.**



# OPENING THE POLLS

## 6:00 a.m. – 7:00 a.m.



# Opening the Polls Election Day

**All Poll Workers must report to the Polling Place at**

**FULL PRECINCT BOARD** must help set up the Polling Place.

 

**Inspector**  **Judge**

  

**Clerk**  **Clerk**  **Student**

## 6:00 a.m.

**on Election Day**  **Business casual attire**

---

# Inspector Responsibilities:

➢ **Leads Polling Place**
➢ **Abides by Federal, State, and Local Election Laws**
➢ **Makes sure pre-assigned tasks are done properly**
  ➢ **Refers to "The Guide"**
  ➢ **Distributes Job Cards**

 

**JOB CARDS**

20

8



# JOB CARDS

**To help Inspector stay organized and to assist Poll Workers perform proper procedures.**

## 3 Sets

**Opening Job Cards**
(Opening Polls Supply Bag)

**Official Table Job Cards**
(Official Table Supply Bag)

**Closing Job Cards**
(Closing Polls Supply Bag)

# Opening Job Cards

➢ Setting up the Scanner and Touchscreen is a 2 person rule.

## Opening Tasks

| Inspector | Judge | Clerk 1 | Clerk 2 |
|---|---|---|---|
| Administer Oath | Take Oath | Take Oath | Take Oath |
| Badges/Election Pins | Wear Badge/Pin | Wear Badge/Pin | Wear Badge/Pin |
| Hand Out Job Cards | Use Job Card | Use Job Card | Use Job Card |
| Accessible Polling Place Set Up | | | |
| Touchscreen | Scanner | Touchscreen | Scanner |
| Card Activator | Voting Booths | Official Table | Polling Place Signs |
| Checklist | See Inspector | See Inspector | See Inspector |

9

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Inspector's Opening Assigned Tasks



**Opening Job Card 1**

☐ **1. Administers the *"Oath"* to all Poll Workers** (CEC § 12321)
**All Poll Workers must sign the *"Combined Oath of Office and Payroll"* form.**
(locate inside Turquoise Trolley - inside Official Table Supply Bag - inside Roster-Index)
**Verifies payroll information is correct.**
**Circle the name of Poll Worker who will help return supplies.**
**DO NOT REMOVE FROM THE ROSTER-INDEX BINDER**

☐ **2. Gives out Name Badges/Bilingual Badges and Election Pins**

Poll Workers MUST wear Badges at all times.
Bilingual Poll Workers ONLY wear Bilingual Badges identifying the language they
speak (locate inside Turquoise Trolley - inside Opening Polls Supply Bag).



☐ **3. Hands Out Opening Job Cards to Poll Workers:**

☐ **Job Card 1**  ☐ **Job Card 2**  ☐ **Job Card 3**  ☐ **Job Card 4**

   

☐ **4. Directs Accessible Polling Place Set Up**

☐ Gives direction on how to properly set up Polling Place

**Sample Single Polling Place Diagram**



**Sample Multiple Polling Place Diagram**



**Create a clear path for Voter on a wheelchair to maneuver inside the Polling Place**

**If Precinct has 3rd Clerk, ask 3rd Clerk to assist Inspector with setting up Touchscreen and assist other Poll Workers.**

**If Precinct has 4th Clerk, ask 4th Clerk to assist Judge with setting up Scanner and assist other Poll Workers.**

☐ **5. Sets Up Touchscreen** *(2 Person Rule)*

☐ **Use the instructions attached to this Job Card**
☐ **Clerk 1 will assist in setting up Touchscreen**



**Touchscreen is a Voting Booth and must be set up and ready by 7:00 a.m.!**

1

## ❑ 6.  <u>Sets Up Card Activator</u>  (Removes Card Activator from Small Scanner Bin)

   

❑ 6.1 Remove Card Activator, power cord, and "Voter Card Activation Instructions" from black canvas case. Store case in a safe location under the Official Table.

❑ 6.2 Plug-in power cord's pronged end into a power strip.

❑ 6.3 Locate Power On/Off switch on the lower left side and turn switch to on.

❑ 6.4 Attach "Voter Card Activation Instructions" to the back of Card Activator using the Velcro tabs.

❑ **Card Activator placed on or near Official Table**     ❑ **Voter Cards near Card Activator**

## ❑ 7.  <u>Checks the following:</u>

❑ *Scanner is set up*
  - ❑ Public Counter display reads zero
  - ❑ Red Security Seal serial number on the back of Scanner is verified against *Seal Verification Form*; form signed by 2 Poll Workers
  - ❑ "Opening the Polls" section on *Certificate of Performance* for <u>Scanner</u> (both copies) has been accomplished
  - ❑ Vote Totals Report (Scanner tape) reads zero; Precinct Number, date and time are correct
  - ❑ Scanner tape has been signed by all Poll Workers
  - ❑ Scanner Bins are empty

❑ *Touchscreen is set up*
  - ❑ Red Pull-Tite Security Seal serial number on the Results Cartridge Door is verified against *Seal Verification Form*; form signed by 2 Poll Workers
  - ❑ "Opening the Polls" section on *Certificate of Performance* for <u>Touchscreen</u> (both copies) has been accomplished
  - ❑ POLLS OPEN/CLOSED switch cover is sealed with a new WHITE PULL-TITE SECURITY SEAL
  - ❑ Removed WHITE PULL-TITE Security Seal taped to the reverse side of the *Seal Verification Form*
  - ❑ Public Counter reads zero (0)
  - ❑ Audio Unit is connected to the Audio Port and placed in Touchscreen "Well Area"
  - ❑ Touchscreen cover is secure and safely stored
  - ❑ Cases for V-VPAT Printer, Audio Unit, and Card Activator are all secure and safely stored under the Official Table

❑ *Card Activator placed on Official Table with Voter Card Activation Instructions attached*
❑ *Voter Cards near Card Activator*
❑ *Turquoise Trolley, Yellow Vote By Mail Ballots Trolley, Blue Provisional Ballots Trolley, and Lime VBM/Provisional Ballots Supplemental Bag are empty*
❑ *Inside Signs are posted*
  - ❑ Spanish Sample Ballot
  - ❑ Copy of Inside Street Index
  - ❑ Voter Information Center (V.I.C.) is set up - Sample Ballots on front of V.I.C (set up near Official Table, visible to all Voters)
  - ❑ Facsimile Ballots (if any)
  - ❑ Language Assistance/Ballot Availability Sign is posted in front of the Official Table
❑ *Outside Signs are posted*
  - ❑ Curbside A-Frame (Accessible Entrance A-Frame, if any)
  - ❑ Tri-Fold (placed outside, visible to all Voters)
  - ❑ Directional Arrow Signs (2)
  - ❑ Polling Place "100 Feet" Signs (2)
  - ❑ Accessible Entrance Signs (posted only if Polling Place has an accessible entrance)
  - ❑ Copy of Outside Street Index (instructs Poll Worker to update every hour until 6:00 p.m.)
❑ *Voting Booths set up* (6 including the Voting Booth with Adapters for Voters with Disabilities)
❑ *Official Table (neat and organized)*
❑ *Gray Voided/Surrendered Vote By Mail Ballots Bag and Purple Spoiled Ballots Bag under the Official Table*
❑ *Poll Workers have Official Table Job Cards on Official Table*
❑ *Poll Workers wearing Official Name Badges or Bilingual Badges (if applicable)*
❑ *Break/Lunch Schedule posted*
❑ *Poll Worker assigned to ride to Return Center with Inspector (circle name in the "Payroll" form)*

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 immediately if:**

- Polling Place is locked at 6:00 a.m.
- Poll Worker is missing
- Voting Equipment is tampered or is not working
- Voters cannot start voting at 7:00 a.m.

Notify Precinct Coordinator after calling Inspector Hotline
**Call Precinct Coordinator for other questions or assistance**
*Thank you for your commitment to serve the Voters of Alameda County!*

**2**

12



# Inspector's Opening Assigned Tasks

* **Task 1:**
  Inspector takes and administers the *"Oath of Office"* to all Poll Workers (CEC § 12321)

* **Task 2:**
  Gives out Name Badges and Bilingual Badges – Election Pins

* **Task 3:**
  Hands Out Opening Job Cards to Poll Workers



24

---



# Inspector's Opening Assigned Tasks

* **Task 4:**
  Directs Accessible Polling Place Set Up

* **Task 5:**
  Sets Up Touchscreen *(2 Person Rule)*

* **Task 6:**
  Sets Up Card Activator (Removes Card Activator from Small Scanner Bin)



25

# Accessible Voting Equipment



**Voter Verified Paper Audit Trail Printer**



**Touchscreen**



**Card Activator and Voter Cards**



**Audio Unit**

**This is a Voting Booth**
**It MUST be SET UP and READY by 7:00 a.m.!**

32

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

14

## **Judge** Opening Job Card 2

### Task 1: Sets Up Scanner *(2 Person Rule)*

- ❑ **Use the instructions attached to this Job Card**
- ❑ **Clerk 2 will assist in setting up Scanner**



### Task 2: Sets Up Blue Voting Booths (After setting up Scanner)

## ASSEMBLY INSTRUCTIONS FOR BLUE VOTING BOOTH



**Locate Blue Voting Booths on Voting Equipment Delivery Cart**



**Step 1**
- ❑ Unlatch Booth



**Step 2**
- ❑ Unhook "S" hook



**Step 3**
- ❑ Remove Privacy Shields and legs
- ❑ Turn upside down
- ❑ Attach legs together
- ❑ Insert legs into sockets of Booth



**Step 4**
- ❑ Stand Booth on legs



**Step 5**
- ❑ Install Privacy Shield in (3) grooves in base of Booth



**Step 6**
- ❑ From inside Booth, secure Privacy Shield by pulling bungee cords through half-moon slits in Shield



**"How to Vote Instructions" and "Tampering Warning"** Signs are already posted in the Privacy Shields

**5 Blue Voting Booths + 1 Blue Voting Booth with Adapters need to be set up. One Booth is designated for Voters with Disabilities (Follow instructions on back page)**

1

# ASSEMBLY INSTRUCTIONS FOR BLUE VOTING BOOTH WITH ADAPTERS





**Only one (1) Voting Booth with Adapters**

**Identifying Decal**        **Adapters (locate in Turquoise Trolley)**

**Use Booth marked with the Accessibility Symbol decal
or white Velcro tab/masking tape on the handle; it has shorter legs.**





**Step 1**

❑  Install Adapters in front of Booth as shown above (FRONT is written on the Booth).





**Step 2**

❑  Lock in Adapter with locking tab on back of Adapter.







**Step 3**

❑  Short legs are fitted into Adapters and into back of Booth. Install Privacy Shield.

**"How to Vote Instructions" and "Tampering Warning" Signs are already posted on the Privacy Shields.**

**When disassembling, return Adapters to Scanner Bin.
See Inspector after setting up.**

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

16                                        2



# Judge's Opening Assigned Tasks

* **Task 1:**
  **Sets Up Scanner**
  *(2 Person Rule)*

* **Task 2:**
  **Sets Up Voting Booths**
  **(After setting up Scanner)**



28

---

# Unpack from Scanner Bins

**Card Activator**

**V-VPAT Printer**

**SCANNER BINS**

**Scanned Voted Official Ballots Box(es) (empty)**

**Voter Information Guide (if any)**

**Audio Unit**

**Power Strip and/or Extension Cord (if any)**

**Scanner Bins are full of Supplies.**
**Remove <u>ALL</u> items from the Bins.**

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



**CLERK 1**

**Opening Job Card**

**3**

**Task 1:**
**Assists Inspector in Setting Up Touchscreen (see Inspector)**

**Task 2:**
**Sets Up Official Table (after setting up Touchscreen)**
Locates the Official Table Supply Bag (inside the Turquoise Trolley or asks for the Official Table Supply Bag from Inspector)





Sample Diagram of the Official Table is also in **"The Guide"**

☐ **1. Using checklist provided inside the Official Table Supply Bag, checks all the items inside the Official Table Supply Bag.**

☐ **2. Sets up the Official Table near the entrance of Polling Place and considers the flow of Voter traffic.**

☐ **3. Makes sure Official Table is neat and organized.**

**Sample Diagram of the Official Table on the back of this Card**

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

19

**Sets up the Official Table using the diagram**

**VOTER SIDE**

**See Inspector after setting up**

Voter Cards and Card Activator are on Official Table

Secrecy Sleeves, Voter Registration Forms, and Provisional Envelopes are on top of Red Trolley

Place Gray *Voided/Surrendered Vote By Mail Ballots* Bag, Purple *Spoiled Ballots* Bag, Card Activator Bag, V-VPAT Printer Bag, Audio Unit Bag under the Official Table

1. Language Assistance Sign (in front of Official Table)
2. Voter Assistance Telephone Cards
3. Magnifier and Pen with Grip
   (supplies for Voters with Disabilities)
4. Street Index Officer Job Card
5. Street Index
6. Roster-Index Officer Job Card
7. Roster-Index Binder
8. Street Polling Place Look-Up
9. HAVA ID Requirements
10. Quick Reference Chart
11. Tally Form

12. Write-In Candidates List
13. Ballot Officer Job Card
14. Pens (24 pieces)
15. Voter Cards (6 pieces)
16. Card Activator
17. English/Chinese Ballots (in box)
18. English/Spanish Ballots (in box)
19. English/Tagalog Ballots (in box)
20. English/Vietnamese Ballots (in box)
21. Secrecy Sleeves (24 pieces)
22. Provisional Envelopes
23. Voter Registration Forms

**Some Polling Places will receive materials in Hindi, Japanese, Khmer, and Korean**

20



# Clerk 1's Opening Assigned Tasks

## Task 1:
**Assists Inspector in Setting Up Touchscreen**

## Task 2:
**Sets Up Official Table**
(After setting up Touchscreen)





---

**Follow the diagram from the "Clerk 1: Opening Job Card 3" OR *The Guide* to comply with Federal, State, and Local Election Laws.**

**When setting up the Official Table, consider the following:**

❑ **Is my Official Table neat and organized?**
❑ **Are Ballots within reach?**



**See Inspector after setting up**

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

22

**Clerk 2**
Opening
Job Card
**4**

**Task 1:** Assists Judge in Setting Up Scanner (see **Judge**)

**Task 2:** Posts Inside and Outside Signs
(After setting up Scanner)

# Posting Inside Signs CEC § 14105.3

**Some Polling Places will receive signs in Hindi, Japanese, Khmer, and Korean.
Post all Inside and Outside Signs as required.**



❑ **1. Inside Street Index:**
**(**Locate inside the Roster-Index
Binder from the Official Table Supply
Bag)  Post Inside Street Index inside
the Polling Place, visible to Voters.



❑ **2. Spanish Sample Ballot:**
(Take one copy from Supplies)
Turn to page that shows the
Spanish Sample Ballot. Post it open
so Voters can see the Spanish
Sample Ballot.

❑ **3. Voter Information Center (V.I.C.):**
Locate in the Voting Equipment
Delivery Cart. Instructions on how to
set up Voter  Information Center
(V.I.C.) are at the back of Voter



**PLACE VOTER INFORMATION CENTER
NEAR THE OFFICIAL TABLE VISIBLE
TO ALL VOTERS**

❑ After assembling the Voter Information
Center (V.I.C.), place **Sample Ballots**
inside sleeves on the front of  Voter
Information Center (V.I.C.), according
to each language.

**Top Two Candidates Open
Primary Act Notifications** are
already posted on the front of Voter
Information Center (V.I.C.).

A second Voter Information Center
with additional languages will be
provided only in Polling Places where
**Hindi, Japanese, Khmer, and
Korean** are required.



---

**ADDITIONAL SIGNS FOR
MULTIPLE/MEGA POLLING PLACES:**





❑ **MULTIPLE POLLING
PLACE SIGN (IF ANY)**

❑ **LETTER SIGN
(SIDE A, B, C,
ETC.) (IF ANY)**

**ADDITIONAL SIGNS FOR
TARGET PRECINCTS:**

❑ **V.I.C. for Hindi, Japanese, Khmer, and Korean**

❑ **FACSIMILE
BALLOT (IF ANY)**



---

**PROCEED WITH POSTING OUTSIDE SIGNS: INSTRUCTIONS ON HOW TO POST OUTSIDE
SIGNS ARE LOCATED AT THE BACK OF THIS JOB CARD**

# Posting Outside Signs CEC § 14105.3

**Signs can be found in the Opening Polls Supply Bag (Inside Red Trolley)
Locate A-Frames and Tri-Fold on the Voting Equipment Delivery Cart**







☐ **1. Curbside A-Frame:**
Place at the curb as near as possible to the entrance of the Polling Place.

☐ **2. Accessible Entrance A-Frame** (if any): Place near the accessible entrance path of the Polling Place.

☐ **3. Tri-Fold:**
Place outside making it visible to all Voters.

**All signs below are to be posted using the tape in your Stationery Kit inside the Opening Polls Supply Bag (located in the Red Trolley)**







☐ **4. Polling Place Directional Arrow Sign** (double-sided): Post the sign so Voter can see it from the street (arrow sign must be pointing to the entrance of the Polling Place).

☐ **5. Polling Place "100 Feet" Sign** (double sided): Walk 40 steps in each direction from the main entrance of the Polling Place building and post the sign (arrow sign must be pointing to the entrance of the Polling Place).

☐ **6. Accessible Entrance Sign** (double-sided): Post near the most accessible entrance of the Polling Place (arrow sign must be pointing to the entrance of the Polling Place).

*(Post sign if Polling Place has an alternative accessible entrance)*





**Posting of ALL Polling Place Signs is Required by Law!**

☐ **7. Outside Street Index:**
(Locate inside the Roster-Index Binder from the Official Table Supply Bag) Post outside near the door.
**(Update hourly until 6:00 p.m. if assigned)**

☐ **8. Top Two Candidates Open Primary Act Notifications:**
Must be posted outside the Polling Place, visible to Voters.

**All required languages need to be posted**

**Assists other Poll Workers on Opening tasks if needed**

**See Inspector after setting up**
Friendly support is just a phone call away!
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

24



## Clerk 2's Opening Assigned Tasks

### Task 1:
**Assists Judge in Setting Up Scanner**
(See Judge)



### Task 2:
**Posts Inside and Outside Signs**
(After setting up Scanner)



34

---

# Polling Place Signs

**Posting of ALL Polling Place Signs is REQUIRED BY LAW!**

**Signs will have ALL 5 languages**
**English, Chinese, Spanish, Tagalog, and Vietnamese**

**New Languages: Some Polling Places will also receive signs in Hindi, Japanese, Khmer, and Korean; post all Inside and Outside Signs as required!**

**Refer to "Clerk 2: Opening Job Card 4" for instructions on where to post signs.**

35                              CEC § 14105.3

25

# Posting Inside Signs



**Inside Street Index**

**Sample Ballots:**
*English, Chinese, Spanish, Tagalog, and Vietnamese. On V.I.C., place in sleeves according to language.*

→ **Voter Bill of Rights**

→ **Top Two Candidates Open Primary Act Notifications**

**Spanish Sample Ballot**
On wall, only a Spanish copy is required.
CEC § 14201

## Voter Information Center
### CEC § 14105.3
**Follow the instructions on the back of Voter Information Center.
*A second V.I.C. will be provided only in Polling Places where Hindi, Japanese, Khmer, and Korean are required.***

**Facsimile Ballot (if any):**
*Hindi, Japanese, Khmer, and Korean.*
**Already attached to second V.I.C. for new languages.**
CEC § 14201

---

# Posting Inside Signs

**Single Polling Places -**     **1 Precinct in a room**

**Multiple Polling Places -**     **2 Precincts in a room (Side A, Side B)**

**Mega Polling Places -**     **3 or more Precincts in a room (Side A, Side B, etc... )**

### ONLY MULTIPLE AND MEGA POLLING PLACES WILL RECEIVE THESE SIGNS:

NOTICE OF MULTIPLE POLLING PLACES

SIDE A
A 站
LADO A
GILID A
BÊN A

**Multiple Polling Place Sign**     **Letter Sign (Side A, etc... )**

37

26

# Posting Outside Signs



**Curbside A-Frame**
**Place at curb nearest to entrance of Polling Place**
CEC § 14105.3



**Accessible Entrance A-Frame**
**Place near accessible entrance of Polling Place (if any)**

**Make sure that the A-Frames do not block the path of travel**

# Posting Outside Signs

**Street Index**

**POLLING PLACE**
選舉站
**LUGAR DE VOTACIÓN**
**LUGAR NG BOTOHAN**
**ĐỊA ĐIỂM ĐẦU PHIẾU**

**Tri-Fold**
CEC § 14105.3

**POLLING PLACE**
選舉站
**LUGAR DE VOTACIÓN**
**LUGAR NG BOTOHAN**
**ĐỊA ĐIỂM ĐẦU PHIẾU**

**Directional Arrow Sign**

**ENTRANCE**
入口
**ENTRADA**
**PASUKAN**
**LỐI VÀO**

**Polling Place 100 Feet Sign**
**(40 Steps from Main Entrance of Building)**

**Accessible Entrance Sign**
**(If there is an Accessible Entrance)**

27

# Posting Outside Signs
## Top Two Candidates Open Primary Act Notifications

(If any)

* **Post outside of the Polling Place, visible to Voters**
* **Available in English, Chinese, Spanish, Tagalog, Vietnamese, Hindi, Japanese, Khmer, and Korean; post all signs received**

40

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Inspector's Opening Assigned Tasks (continued)

\* *After Poll Workers have finished with their tasks, Inspector will use the* **Checklist** *to confirm that the Polling Place has properly been set up.*



41

### Task 7:
### Checks the following:

Checklist is located at the back of the "Inspector: Opening Job Card 1."



**Sample available on page 12 of Poll Worker Manual**

---

## You are ready to "Open" the Polls!

## At 7:00 a.m., the Inspector goes to the main entrance of the Polling Place and declares aloud:



### The Polls are now Open!

**CEC § 14213**

42

29

# Scenarios
## Polling Place is locked at 6:00 a.m.

➢ **Notify Registrar of Voters and the Precinct Coordinator about the situation.**

➢ **If Polling Place remains locked by 7:00 a.m., let the Voters vote outside the Polling Place.**

**1st Voter Procedures are done when the 1st Voter comes**



➢ **Using the Roster-Index, Official Poll Inspector Ballots and Turquoise Trolley.**

## Voting must start at 7:00 a.m.

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

30

# ELECTION DAY PROCEDURES

# 7:00 a.m. – 8:00 p.m.

# 1ˢᵗ Voter Procedures

As **required** by the California Secretary of State, the **"1ˢᵗ Voter"** in each Polling Place must **verify** the Scanner Bins and Trolleys are **empty,** the Public Counters of the Scanner and Touchscreen machines read **zero.**

With **ORANGE** Security Seal and **WHITE** Pull-Tite Security Seals in hand, the Inspector will:



45
CEC § 14215

---

# 1ˢᵗ Voter Procedures

- ❑ Locate **1ˢᵗ Voter** in *Street Index*
- ❑ Locate **1ˢᵗ Voter** in *Roster-Index*
- ❑ **1ˢᵗ Voter** signs *Roster-Index*, **but** is not issued a Ballot
- ❑ **1ˢᵗ Voter** confirms both Scanner Bins are empty
- ❑ Inspector locks Scanner door and secures door **with an ORANGE Security Seal**
- ❑ Direct **1ˢᵗ Voter's** attention to the LCD display and confirm display reads "0000" (zeros)
- ❑ **1ˢᵗ Voter** verifies Scanner tape displays correct Precinct Number, correct date and time, all contests on the Scanner tape read zero, and that all Poll Workers have signed the Scanner tape.




**Empty.**  **Secure.**




**Zero.**

46
CEC § 14215

32

# 1ˢᵗ Voter Procedures

☐ **1ˢᵗ Voter** confirms the following Ballot Containers are empty:



**Yellow** *Vote By Mail Ballots* **Trolley**    **Blue** *Provisional Ballots* **Trolley**    **Turquoise Trolley**    **Lime** *VBM/Provisional Ballots* **Supplemental Bag**

☐ Inspector closes each Ballot Container **and** secures each container with a <u>WHITE</u> Pull-Tite Security Seal.

Deposit any completed Voter Registration Forms into the Supplemental Bag.

47
**CEC § 14215**

---

# 1ˢᵗ Voter Procedures

☐ **1ˢᵗ Voter** verifies **Touchscreen** "Public Counter" reads zero.



☐ **1ˢᵗ Voter** verifies <u>WHITE</u> Pull-Tite Security Seal is on the rear **"POLLS OPEN/CLOSED"** switch cover



☐ **1ˢᵗ Voter** verifies **BLUE** Pull-Tite Security Seal on V-VPAT Printer

☐ **1ˢᵗ Voter** is taken to Official Table
☐ **1ˢᵗ Voter** is issued a Ballot and directed to Voting Booth

48
**CEC § 14215**

33

# Processing Voters at the Official Table

## Introduction

49

---

# 1 VOTER

# 1 BALLOT

# 1 SIGNATURE



**Three Ways to Vote:**

**Regular Voter – signs the Roster-Index**

**(White or Pink pages)**

 

**Vote By Mail Voter – signs the Vote By Mail Envelope**



**Voter voting Provisionally – signs the Provisional Envelope**



34



# PROCESSING VOTERS – QUICK REFERENCE CHART
## Alameda County Registrar of Voters

| VOTER TYPE | WHAT TO SIGN | | | ITEMS TO ISSUE TO VOTER | | | | | | INSERT INTO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Roster Index | Vote By Mail Envelope | Provisional Envelope | Ballot Card(s) | Secrecy Sleeve | Pen | Regular Voter Card | Audio Voter Card | Provisional Envelope | Yellow Trolley | Blue Trolley | Turquoise Trolley | Scanner |
| **Regular Voter** — Name on the White or Pink Roster-Index - Voter provided correct name and correct address | ✓ | | | ✓ | ✓ | ✓ | | | | | | | ✓ |
| **Regular Voter** - wants to vote on the Touchscreen — Name on the White or Pink Roster-Index - Voter provided correct name and correct address | ✓ | | | | | | ✓ | | | | | | |
| **Regular Voter** - wants to vote using the Audio Unit — Name on the White or Pink Roster-Index - Voter provided correct name and correct address | ✓ | | | | | | | ✓ | | | | | |
| **Regular Voter** — Name on the White or Pink Roster-Index - Voter provided incorrect name but correct address - Voter must sign the Roster-Index with Voter's previous name and their new name placing brackets around both signatures and write address. Record new information for Voter on Roster-Index Correction Notice Sheet under NAME CHANGE | ✓ | | | ✓ | ✓ | ✓ | | | | | | | ✓ |
| **Regular Voter** — Name on the Roster-Index - Voter provided correct name but incorrect address | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |
| **"BY MAIL" Vote By Mail Voter (VBM)** (Indicated on White or Pink Roster-Index on Voter's signature line or name highlighted in yellow) - With Ballot(s) and Envelope to drop off | | ✓ | | | | | | | | | | | |
| **"BY MAIL" Vote By Mail Voter (VBM)** (Indicated on White or Pink Roster-Index on Voter's signature line or name highlighted in yellow) - With Ballot(s) and Envelope to surrender (Void VBM Envelope - place inside Gray Voided/Surrendered Vote By Mail Ballots Bag) | ✓ | | | ✓ | ✓ | ✓ | | | | | | | ✓ |
| **"BY MAIL" Vote By Mail Voter (VBM)** (Indicated on White or Pink Roster-Index on Voter's signature line or name highlighted in yellow) - With Ballot(s) but NO Envelope to surrender | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |
| **"BY MAIL" Vote By Mail Voter (VBM)** (Indicated on White or Pink Roster-Index on Voter's signature line or name highlighted in yellow) - NO Ballot(s) and NO Envelope to surrender - Voter Voting Provisionally | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |
| **"ID REQUIRED" Voter** (Indicated on White or Pink Roster-Index on Voter's signature line) - Has provided required Identification | ✓ | | | ✓ | ✓ | ✓ | | | | ✓ | | | ✓ |
| **"ID REQUIRED" Voter** (Indicated on White or Pink Roster-Index on Voter's signature line) - Has NOT provided required Identification - Voter Voting Provisionally | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |
| **Voter Voting Provisionally** - Voter has not moved - name not on Roster-Index | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |
| **Voter Voting Provisionally** - Voter has moved within Alameda County and did not re-register | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |
| **Voter Voting Provisionally** - Name NOT on Roster-Index | | | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | |

**If Scanner is out of order, Regular Voter's Voted Ballot Card(s) will be deposited inside the TURQUOISE TROLLEY, UNSCANNED!**

**NEVER SCAN VOTE BY MAIL BALLOTS AND PROVISIONAL BALLOTS**

# Processing Voters: Know the Roles

### Refer to Official Table Job Cards

| Street Index Officer | Roster-Index Officer | Ballot Officer | Demonstration Officer |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

*Rotate Officers throughout the day!*

*Teamwork is key! Multitasking is a MUST!*

52

# Street Index Officer

### In charge of the Street Index

### There are three (3) copies of the Street Index

| Place on Official Table | Post **Inside** the Polling Place | Post Outside the Polling Place |
|---|---|---|
| To be lined out when Voter provides the correct address and name | DO NOT update Inside Street Index | Update every hour until 6:00 p.m. by lining out Voter's address and name to match the Official Table Street Index |

53

36



# STREET INDEX OFFICER PROCEDURES

**Job Card 1**

## DIRECTIONS FOR STREET INDEX OFFICER

1. **GREET** the Voter:  *"Hello!" or "Good morning!" or "Good afternoon!" or "Good evening!"*

2. **ASK** Voter to state his/her **ADDRESS** (residence) and **NAME** aloud.

   **Example:** *"May I have your address (residence) and name please."*

3. **LOCATE** the address and name on the Official Table Street Index and **LINE IT OUT.**

|  |  |  |  |  |
|---|---|---|---|---|

Alameda County Registrar of Voters
STREET INDEX
Tuesday, May 19, 2015

| APPLECEDAR | SAN LEANDRO   94544 | PRECINCT PARTY | | APPLECOURT WAY | SAN LEANDRO   94544 | PRECINCT PARTY |
|---|---|---|---|---|---|---|
| 1111 | BUTLER, JON D | 456789 NP | | 6129 | DE LOS SANTOS, LOUIS F | 456789 NP |
| 1112 | BUTLER, MARC D | 456789 NP | | 6229 | KELLY, KAREN Y | 456789 DEM |
| 1185 | DOYLE, RICK R | 456789 NP | | 6233 | TORRES, MARY A | 456789 AI |
|  |  |  | | 6233 | TORRES, PETER L | 456789 AI |
| 1195 | POWELL, ANNA M | 456789 DEM | | 6233 | TORRES, PAUL S | 456789 DEM |
| 1195 | POWELL, BARRY | 456789 NP | |  |  |  |
| 1195 | POWELL, CHARLES   J | 456789 REP | | 6236 | HALL, AMANDA A | 456789 NP |
| 1195 | POWELL, DINO A | 456789 REP | | 6236 | HALL, JOYCE M | 456789 NP |
| 1205 | NGUYEN, ARTURRO A | 456789 REP | | 6256 | PERRY, SIMON T | 456789 NP |
| 1315 | LI, JOSE A | 456789 REP | | 6250 | PERRY, KENNETH G | 456789 NP |
| 1315 | LI, JOE A | 456789 REP | | 6561 | ANDREWS, VICTORIA G | 456789 NP |

*If you cannot locate Voter's address and name on the Official Table Street Index, notify Roster-Index Officer: "Voter's name is not on the Street Index."*

4. **After lining out Voter's address and name, or even for Voter whose name is not on the Street Index, inform Voter:**

   *"We would like to inform you that language assistance is available. And if we can help you in any way, kindly let us know."*

   **4a. If Voter is not requesting assistance**, direct Voter to the Roster-Index Officer by informing Voter:

   *"Thank you. You may proceed to our Roster-Index Officer for further assistance."*

   **4b. If Voter requested to be assisted** in a specific language, ask Bilingual Poll Worker who speaks the same language to help Voter throughout the process, or Bilingual Poll Worker can serve as an interpreter.

   If no Bilingual Poll Worker is present, call the Language Hotline for Voter to receive language assistance over the phone.

   If Voter cannot receive help over the phone, a Bilingual Troubleshooter will be dispatched to assist the Voter.

   **4c. If Voter with disability requests to be assisted,** provide assistance accordingly.

   *(Etiquette guidelines regarding Disability Sensitivity at the Polls are available in "The Guide" and Poll Worker Manual)*

---

**OFFICIAL TABLE ROLES WILL BE ROTATED THROUGHOUT THE DAY**

---