# STREET INDEX OFFICER PROCEDURES (CONT.)

## Updating the Outside Street Index

Every hour until 6:00 p.m., **<u>LINE OUT</u>** the names of all Voters on the **OUTSIDE STREET INDEX** to match the copy of the OFFICIAL TABLE STREET INDEX.



- ✓ **DO NOT** mark ANY Street Index with the time a Voter voted.
- ✓ **DO NOT** mark the INSIDE STREET INDEX.

The posted Outside Street Index is used primarily by individuals working with political parties, campaigns or specific party issues. The information contained in the Street Index gives a better idea of how much additional canvassing is required. Individuals usually look at the Street Index to find out names of those who have not voted.

## Rules on handling the Street Index

- ☑ Individuals looking at the Street Index copies **MAY NOT SIT** at the Official Table.
- ☑ Individuals looking at the Street Index copies **MAY NOT REMOVE** the Index from the immediate area. It can be removed from the wall for review, however, it must be re-posted.
- ☑ If someone is reviewing the Outside Street Index and the Street Index Officer is scheduled to update it, the Outside Street Index must be surrendered to Officer.

*NOTE: IF ANY PERSON OR GROUP REFUSES TO FOLLOW THE ABOVE RULES LISTED, IMMEDIATELY CONTACT THE*
*PRECINCT COORDINATOR OR INSPECTOR HOTLINE (510) 835 - 0320*

**OTHER DUTIES**
**Check the Outside of Polling Place to make sure that no Electioneering Materials are situated less than 100 feet from the entrances to the Polling Place every time Outside Street Index is updated.**

*Reference Materials:*
*"The Guide", Job Cards, What To Do If..., and Poll Worker Manual*

---

**OFFICIAL TABLE ROLES WILL BE ROTATED THROUGHOUT THE DAY**

---

38

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Roster-Index Officer

**In charge of the Roster-Index and Pink Roster on the Official Table**



**Roster-Index**



**Pink Roster-Index**

55

# Roster-Index Officer

**In charge of the Roster-Index and Pink Roster on the Official Table**

**What is the Roster-Index?**

It is a list of Voters who are registered to Vote at the assigned Precinct.



**Roster-Index (or White Roster-Index)**

**What is the Pink Roster?**

It is a list of Voters who are registered to Vote at the assigned Precinct after the White Roster-Index was printed.

It is an extension of the Roster-Index.



**Pink Roster-Index**

56

40

# ROSTER-INDEX OFFICER PROCEDURES

**Official Table**
**Job Card 2**

1. **GREET** and **ASK** VOTER to state **NAME** and **ADDRESS** (residence).
   Example: *"Good morning! May I have your name and address please."*

2. **LOCATE** name and address on the Roster-Index, then **REPEAT** name and address back to Voter, per Elections Code.

3. **FILL IN BUBBLE** next to Voter's address.

*"WARNING: It is a crime punishable by imprisonment in the State Prison or in the County Jail for anyone to fraudulently vote, fraudulently attempt to vote, vote more than once, attempt to vote more than once, impersonate a voter, or attempt to impersonate a voter (Elections Code Section 14408/18560)."*

| STAFF ONLY | VOTER ADDRESS | | SIGNATURE | VOTER NAME |
|---|---|---|---|---|
| ● | 1567 BLUEBELL CT | | *Deepa Abraham* | ABRAHAM  DEEPA  *1567 Bluebell Ct* |
| ○ | 1633 BLUEBELL DR | AI DEM LIB ○ ○ ○ | | ABRAHAMSON  LILA |
| ○ | 5222 PEONY DR | | | ABRAMS  LA VERN L |

4. **ASK VOTER TO SIGN** Roster-Index and write residence address.
   Example: *"Please sign here and write your residence address here."*
   *(Showing Voter where to sign and write the address)*

5. **DIRECT** Voter to the Ballot Officer to receive Ballot Card(s).
   Example: *"You may now proceed to our Ballot Officer who will issue your Ballot Card(s)."*
   *(Voter Card if requested)*

6. **INFORM** Ballot Officer: **"Voter is a Regular Voter."**

   If (1) Voter requests to use Touchscreen, inform Ballot Officer to activate a Voter Card OR if (2) Voter requests to use the Audio Unit, inform Ballot Officer to activate an Audio Voter Card.

7. **DISCREETLY SHOW** Ballot Officer the Voter's party preference on the Roster-Index.

## *ID REQUIRED* on the Signature Line

**\*ID REQUIRED\*** - First time Voter in Federal Election (Voter must show ID)
**See HAVA ID Requirements for a list of acceptable IDs**
**Available in English, Chinese, Spanish, Tagalog, and Vietnamese**
**(Hindi, Japanese, Khmer, and Korean, if applicable)**



1. **GREET** and **ASK** VOTER to state **NAME** and **ADDRESS** (residence).
   Example: *"Good morning! May I have your name and address please.*

2. **LOCATE** name and address on the Roster-Index, then **REPEAT** name and address back to Voter (per Elections Code).

3. **INFORM VOTER:**

   *"There is an \*ID REQUIRED\* indication on the Roster-Index, which means you are a first time Voter in a Federal Election. Do you have any form of Identification (ID)?"*

   *3a. If Voter provides required identification (ID), ask Voter to sign the Roster-Index and write residence address. (Follow steps 4-7 above)*

   *3b. If Voter cannot provide identification, DO NOT let the Voter sign the Roster-Index. Voter must vote Provisionally; Inform Ballot Officer: "Voter is voting Provisionally."*
   Discreetly show Ballot Officer Voter's party preference on the Roster-Index.

41

## *BY MAIL* on the Signature Line



**"WARNING:** It is a crime punishable by imprisonment in the State Prison or in the County Jail for anyone to fraudulently vote, fraudulently attempt to vote, vote more than once, attempt to vote more than once, impersonate a voter, or attempt to impersonate a voter (Elections Code Section 14108/18560)."

**\*BY MAIL\*** - Voter requested to Vote By Mail (appears to the left of Voter's name).
(Voter was mailed Ballot to complete and an envelope to sign).
Vote By Mail Voter can drop off Vote By Mail Envelope to any Polling Place in Alameda County.

**If Vote By Mail Voter wants to drop off Vote By Mail Ballot:**

1. Verify Vote By Mail Envelope is signed and sealed.
2. Once verified, ask Voter to drop Vote By Mail Envelope into the Yellow Vote By Mail Ballots Trolley.

**If Vote By Mail Voter wants to vote at the Polling Place:**
**Vote By Mail Voter must surrender both Vote By Mail Ballot and Envelope.**

1. Retrieve the Vote By Mail Ballot and Envelope
2. Write VOID on the Vote By Mail Envelope
3. Partially tear envelope and check for Ballot
4. Place voided envelope and Ballot in Gray Voided/Surrendered Vote By Mail Ballots Bag
5. Vote By Mail Voter signs Roster-Index, writes address
6. Direct Voter to Ballot Officer and inform Ballot Officer: "Voter is a Regular Voter"
7. Discreetly Show Ballot Officer the Voter's party preference on the Roster-Index.

**If Vote By Mail Voter cannot surrender:**
- *Both Vote By Mail Ballot and Envelope OR*
- *Either Vote By Mail Envelope or Vote By Mail Ballot*
   **DO NOT let the Voter sign the Roster-Index.**

*Voter must vote Provisionally; Inform Ballot Officer: "Voter is voting Provisionally."*
*Discreetly Show Ballot Officer the Voter's party preference on the Roster-Index.*

## VOTER NOT LISTED IN ROSTER-INDEX

**If a Voter's name is not on the White Roster-Index, check the Pink Roster-Index.**
**If Voter's name is on the Pink Roster-Index, let the Voter sign the Pink Roster-Index.**

**If Voters name is not on both White Roster-Index and Pink Roster-Index:**
A. Locate Voter's assigned Precinct using the Street Polling Place Look-Up and direct Voter to their assigned Precinct.

B. If Voter does not want to go to assigned Polling Place, Voter may vote Provisionally. Inform Voter: "This Precinct's Ballot may be different from the Ballot in your assigned Precinct. You may be missing on some Measures and Local Contest(s) on your Ballot. Would you like to vote Provisionally here?"

**If Voter wants to vote Provisionally**, inform Ballot Officer *"Voter is voting Provisionally."*

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

OFFICIAL TABLE ROLES WILL BE ROTATED THROUGHOUT THE DAY

42

# Roster-Index page

➢ **Poll Worker fills in bubble next to Voter's address.**
➢ **Voter signs Roster-Index and writes residence address.**



**Difficult sounding names**
➢ Politely ask Voter to spell out name; provide paper and pen to write down name for spelling purposes, if necessary.

# Roster-Index page: Crossover Voting For Nonpartisan Voters

* **Nonpartisan Voters may choose to vote the Nonpartisan Ballot.**

* **Nonpartisan Voters may also choose to vote the Ballot of any of the political parties listed below:**

   * American Independent Party
   * Democratic Party
   * Libertarian Party

43

# Primary Ballot Flow Chart

### Copies of the Primary Ballot Flow Chart are available in English, Chinese, Spanish, Tagalog, and Vietnamese





60

---

# Roster-Index page: Crossover Voting

➢ **If Nonpartisan Voter chooses to vote the Nonpartisan Ballot, Voter may continue to Ballot Officer.**

➢ **If Nonpartisan Voter requests to vote one of the three Partisan Ballots, Poll Worker fills in bubble indicating the Ballot the Voter chose.**



## Inform Voter:

➢ **"As a Nonpartisan Voter, you are entitled to vote Nonpartisan or in one of the following parties: ..."**

44

# You May Receive a Pink Roster-Index



* These Voters registered to vote after the White Roster-Index was printed.

* If a Voter's name is not on the White Roster-Index, the Roster-Index Officer should then look up name in **Pink Roster-Index** (if any)

* Voter's Options if name __not__ on **Pink Roster-Index**

   A. Locate Voter's assigned Polling Place using the Street Polling Place Look-Up and direct Voter to go to assigned Polling Place.

   B. If Voter does not want to go to assigned Polling Place, Voter may vote Provisionally.



63

---

# Roster-Index Don'ts



__DO NOT__ remove Roster-Index pages
__DO NOT__ affix tags on Roster-Index pages
__DO NOT__ combine Roster-Index Binders (if more than one)

## Check the Roster-Index periodically:



➢ Bubble should be filled in if Voter has signed
➢ No notes/markings on Roster-Index pages
➢ "Comments" section is used for notes

## Scenarios

If Roster-Index is missing:

* Call Precinct Coordinator or Inspector Hotline. A __Backup Roster-Index__ will be sent as a replacement.

* If a Backup Roster-Index was used at the Polling Place, __continue using the Backup__ even if the original Roster-Index is found later.

64

45

# Ballot Officer

**In charge of distributing Official Ballot and activating Voter Card**





65

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

46



# BALLOT OFFICER PROCEDURES

**Official Table Job Card 3**

Ballot Cards come in a set on a pad, in order (Card A, B, C, etc.).
Each Party Ballot has a separate pad.
Each Bilingual version of the Ballot has colored tabs to represent each language.
Alternately distribute English/Chinese and English/Spanish Ballots.

## Instructions on assisting Voters who sign the Roster-Index

**1. Greet** the Voter

**2. Verify** Voter has signed Roster-Index and **Verify** the Voter's Party Preference on the Roster-Index

**3. Issue** Voter the following (For Voter who signed the Roster-Index):



1. Secrecy Sleeve
2. Ballot Card(s)
3. Ballot Card Stub(s)
4. Pen

**How to Issue the Secrecy Sleeve, Ballot Card Stubs, and (Set of) Ballot Card(s):**

➢ Detach Set of Ballot Card(s) from the Ballot Pad
➢ Detach Ballot Card Stub(s) and hand it to the Voter
➢ Inform Voter: **"This is your Ballot Card Stub(s), the stub(s) is for you to keep."**
➢ Place Ballot Cards inside the Secrecy Sleeve
➢ Hand Secrecy Sleeve with the Ballot Card(s) inside to the Voter
➢ Inform Voter: **"Please keep your Ballot Card(s) inside the Secrecy Sleeve. Check both sides of the Ballot Card(s) for contests. There are 34 candidates running for the office of United States Senator and you can only vote for one! If you vote for more than one candidate, your vote will not count for that contest."**

**4. Ask Voter:** "Do you need help in completing your Ballot?"

**If Voter does not need help, direct Voter to the Blue Voting Booth.**
**Inform Voter: "You may now proceed to one of the Blue Voting Booths. There are instructions provided in the Voting Booths on how to properly mark your Ballot."**

**If Voter asks for help, inform Voter:**
**"Please see our Demonstration Officer, who is next to the Voting Equipment and Trolleys, for assistance."**

## For Voter who requests to vote using Audio Unit / Touchscreen:

**1. Greet** the Voter

**2. Verify** Voter has signed Roster-Index and **Verify** the Voter's Party Preference on the Roster-Index (Only Voters who sign the Roster-Index can vote on the Audio Unit/Touchscreen).



Follow the instructions on the "Voter Card Activation Instructions" attached to the back of the Card Activator.

**3. Issue** the activated Voter Card to the Voter

**Inform Voter: "Please feel the small square chip on the backside of the Voter Card. Insert Voter Card into the Touchscreen with the chip side first, face down. After voting, please return Voter Card to a Poll Worker."**

Assist Voter with inserting Voter Card if needed.

If the Voter is not assigned to your Precinct and Voter wants to vote on the Touchscreen, direct Voter to their assigned Precinct using the Street Polling Place Look-Up or to the Registrar of Voters Office at 1225 Fallon Street, Rm. G-1 Oakland, CA 94612.

# BALLOT OFFICER PROCEDURES (CONT.)

## Instructions on assisting Voters Voting Provisionally

1. **Greet the Voter**
2. **Complete the Provisional Envelope**
   **2a. Write Precinct Number** on top of Provisional Envelope
   **2b. Write Party Ballot Issued** *(Primary Election Only)*
   **2c. Check reason** why Voter is voting Provisionally
   **2d. Check the** "**Voted VBM Ballot Enclosed**" box on upper left hand corner if reason B is checked



Mark only if reason B applies

3. **Issue** Voter the following: **Provisional Envelope, Ballot Card Stub(s), Ballot Card(s), and Pen**
   **How to Issue the Provisional Envelope, Ballot Card Stub(s), and Ballot Card(s):**
   - **Detach (Set of) Ballot Card(s)** from the Ballot Pad.
   - **Detach Ballot Card Stub(s)** and hand it to the Voter
   - **Inform Voter:** "**This is your Ballot Card Stub(s), the stub(s) is for you to keep.**"
   - **Place Ballot Card(s)** inside the Provisional Envelope
   - **Hand Provisional Envelope** with the Ballot Card(s) inside to the Voter
   - **Inform Voter:** "**Please complete the TO BE COMPLETED BY VOTER section on Provisional Envelope. Check both sides of the Ballot Cards for contests. There are 34 candidates running for the office of United States Senator and you can only vote for one! If you vote for more than one candidate, your vote will not count for that contest. After marking your Ballot Cards(s), place Ballot Card(s) inside the Provisional Envelope and seal the Provisional Envelope." (Follow step 4 in front of the Job Card)**

## Instructions on Spoiling a Ballot Card

If a Voter makes a mistake on a Ballot Card and requests a replacement Ballot Card:
1. **Retrieve** the Ballot Card that Voter no longer wants. **Check** the ballot card type, Language, and for **(Primary Election Only)** Party Ballot Issued.
2. **Write "Spoiled"** on the Ballot Card that Voter no longer wants.
3. **Place** the Spoiled Ballot Card in Purple Spoiled Ballots Bag.
4. **Issue** Voter the **NEW, CORRECT** Ballot Card. Reminder: Remove Ballot Card Stub and give it to the Voter.
5. **Inform** Voter:

   

   *"Under State Law, a Voter shall not receive more than a total of three (3) Ballot (s), including his/her original Ballot. This is your second Ballot Card. May I offer you any assistance?"*
   If Voter does not need help, direct Voter to the Blue Voting Booth.
   If Voter asks for assistance, direct Voter to the Demonstration Officer.
6. **Write "Spoiled"** on any remaining Ballot Card(s), then deposit into Purple Spoiled Ballots Bag (if applicable).

**QUALIFIED WRITE-IN CANDIDATES** - If there are qualified Write-In Candidates, make sure 'Qualified Write-In' list is available in ALL languages on the Official Table.

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

**OFFICIAL TABLE ROLES WILL BE ROTATED THROUGHOUT THE DAY**

# Ballot Card(s)

**All Ballot Cards are Bilingual, each containing <u>English</u> and one of the <u>required languages.</u>**



**A Ballot Card will have one of the following combinations:**

- **English/Chinese**
- **English/Spanish**
- **English/Tagalog**
- **English/Vietnamese**

- **"1 BALLOT" may consist of either <u>1 Ballot Card</u> or <u>multiple Ballot Cards.</u>**
- **Number of Ballot Cards for this Election:   <u>2</u>**

67

---



# What's New in 2016?
# Voting for United States Senator



- There are **34** candidates running for the office of United States Senator.
- You can only vote for **one!**
- If you vote for more than one candidate, your vote will not count for that contest.

68

49

## Ballot Officer Procedures

**Reminder:**

* **Alternately distribute English/Chinese and English/Spanish Ballots**

**If Voter requests to vote on Touchscreen:**



* **Activate a Regular Voter Card or Audio Voter Card (for Voter who wants to use the Audio Unit)**
* **Follow the instructions on the "Voter Card Activation Instructions" attached to the back of the Card Activator.**
* **Issue activated <u>Voter Card</u> to the Voter.**

70

## Posted inside Blue Voting Booths



**HOW TO VOTE INSTRUCTIONS**

**TAMPERING WARNING SIGN**

**Do not remove signs**

70

CEC § 14105.3

50

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Demonstration Officer:
## SCANNER PATROL

**In charge of assisting Voters regarding voting and scanning their Ballots, depositing Voted Ballots to the Trolleys, or assisting Voters who would like to vote using the Touchscreen.**



**SCANNER MUST NOT BE LEFT UNATTENDED**

* Poll Worker **MUST** be at the Scanner before the Voter!
* If Demonstration Officer is busy assisting a Voter, another Poll Worker **MUST** multitask!

71

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____



## DEMONSTRATION OFFICER PROCEDURES

### REGULAR BALLOT CARD(S)

**1. Greet the Voter and ask Voter if assistance is needed**

If assistance is needed, provide assistance to the Voter.
(Instructions on how to mark the Ballot are posted in the Blue
Voting Booth and translated in different languages).

(After assisting the Voter, fill out Assisted Voter List CEC § 14283)

**2. Confirm Ballot Card(s) is in Secrecy Sleeve**

**3. Direct Voter to Blue Voting Booth**



### SCANNING THE BALLOT(S)

**ONLY VOTERS WITH SECRECY SLEEVES MAY USE THE SCANNER**

1. Check if Ballot Card Stub(s) has been detached - Ballot Stub(s) is for Voter to keep.
   Ballot Card Stub(s) must be removed before scanning the Ballot Card(s).
2. Instruct the Voter how to scan the Ballot Card(s) into Scanner.
   - With the Ballot inside the Secrecy Sleeve (to protect Voter's privacy), and top
     part of the Ballot showing, insert the Ballot into the Scanner, one Ballot Card at
     a time, or scan the Ballot Card(s) for the Voter.
3. Say: **"Thank you for voting!"** and give Voter "**I Voted**" sticker.
4. Retrieve the Secrecy Sleeve and Pen.

**IMPORTANT: Scanner must not be left unattended!!!**

If busy assisting a Voter, ask another Poll Worker to be by the Scanner.

### VOTE BY MAIL AND PROVISIONAL BALLOT(S)

**DO NOT SCAN PROVISIONAL OR VOTE BY MAIL BALLOT CARD(S)!!!**

| Vote By Mail | Voting Provisionally |
|---|---|
| Voter dropping off a Vote By Mail Envelope is not required to wait in line. <br><br> • Verify Voter signed Vote By Mail Envelope <br><br> • Deposit signed, sealed Vote By Mail Envelope inside Yellow Trolley <br><br> • Give Voter "I Voted" sticker | • Verify Provisional Envelope is completely filled out, Ballots are inside Provisional Envelope, and Envelope is sealed <br><br> • Remove Provisional Envelope Stub and give stub to Voter <br><br> • Deposit Provisional Envelope inside Blue Trolley <br><br> • Give Voter "I Voted" sticker |





### TOUCHSCREEN/AUDIO VOTERS

**1. Greet the Voter and ask Voter if assistance is needed**

If assistance is needed, provide assistance to the Voter. *(Guidelines regarding
Disability Sensitivity at the Polls are available in "The Guide")'* After assisting the Voter,
fill out Assisted Voter List CEC § 14283.

**2. Inform Voter where to insert Voter Card or insert Voter Card for the Voter.**
(Make sure Voter Card is properly activated)

**For Audio Voter: Hand Audio Unit to the Voter**

When Audio Voter Card is correctly activated, a message **"AUDIO VOTING ENABLED"**
will appear on the Touchscreen. Audio Unit Transcript is located on the Touchscreen side
panel, used for Voters who need assistance with the Audio Unit. Retrieve Voter Card after Voter has used.

1

## SCANNER TAPE ERROR MESSAGES

Follow the instructions on the flip chart, located on top of the Scanner, to process the Ballot according to the error message printed on the Scanner tape.



## Scanner cannot be used or Power Failure

Call the Registrar of Voters Office immediately; notify Precinct Coordinator.

For Voter who signs the Roster-Index (with Secrecy Sleeve), **DO NOT** issue/give Voter Provisional Envelope. Voted Ballot(s) must be deposited inside the Turquoise Trolley until Scanner is fixed or Power is stored.

Process Voter voting Provisionally and Vote By Mail Voter, as mentioned on the front of this Job Card, accordingly.

## Touchscreen/Audio Unit is not working

If the Accessible Voting Machine/Touchscreen is not working after completing troubleshooting procedures, offer the Voter the following options without expressing a preference for one option over the other.

**Voter's Options:**

A. Offer the use of replacement Accessible Voting Machine and explain that it may take up to 2 hours for the machine to arrive.
B. Offer a paper Ballot and offer assistance.
C. Offer the option of voting on an Accessible Voting Machine housed at the Registrar of Voters Office, 1225 Fallon Street, Oakland, CA 94612 (Basement).

**Never direct a Voter to another Polling Place other than their assigned Polling Place.**

<span style="color:red">**Call Inspector Hotline immediately if Touchscreen is not working**</span>

<span style="color:red">**SCANNER OR TOUCHSCREEN QUESTIONS?**</span>
Refer to "The Guide" for issues that may arise with the Scanner or Touchscreen.

## ASSISTING VOTERS

- If a Voter is observed standing by the Blue Voting Booth for more than 5 minutes and seems like Voter is needing assistance, approach Voter and ask if assistance is needed.
- If a Voter asks to be assisted in a language, ask Bilingual Poll Worker to assist.
- If no Bilingual Poll Worker is available, call the Language Hotline for Voter to receive language assistance over the phone.
- If in a Multiple Polling Place or Mega Polling Place, check if there is a Bilingual Poll Worker from the other Precinct(s) who can provide language assistance.

For Voters with disabilities, etiquette guidelines on how to assist Voter are available in "The Guide."

<span style="color:red">**All Voters seeking assistance must be assisted promptly and accurately.**</span>

Write Voter's name onto Assisted Voter List.

## OTHER DUTIES

- Check empty Blue Voting Booths once every hour to ensure that no campaign literature or materials have been left behind by Voters.
- Check Blue Voting Booth to make sure "How to Vote Instructions" and "Tampering Warning Signs" are posted.
- Check for Voters carrying Vote By Mail Envelopes: If Voters are carrying Vote By Mail Envelopes to be dropped off at the Polling Place, verify envelope is signed and sealed. Direct Voter to deposit Vote By Mail Envelope inside the Yellow Vote By Mail Ballots Trolley.

## <span style="color:red">IMPORTANT REMINDERS!!!</span>

- **Scanner must not be left unattended.**
- **Only Voters with Secrecy Sleeves will use the Scanner.**
- **Vote By Mail Voters and Voters voting Provisionally _MUST NOT_ scan the Ballot Card(s).**
- **Vote By Mail Envelope must be signed before depositing inside the Yellow Trolley.**
- **Provisional Envelope must be completely filled out before depositing inside Blue Trolley.**

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835 - 0320 or Precinct Coordinator for questions or assistance**

**OFFICIAL TABLE ROLES WILL BE ROTATED THROUGHOUT THE DAY**

54

# Processing Voters at the Official Table

# Types of Voters

73

## Regular Voter

* **Follow the step-by-step instructions provided on the Official Table Job Cards to process a Regular Voter.**

74

55

# Messages on Signature Line:
## *ID REQUIRED*

**Identification is required for Voters voting for the first time in a Federal Election**



**If \*ID REQUIRED\* appears to the left of Voter's name, First Time Voter in a Federal Election must show ID.**



1. Inform Voter that a message on the Signature Line requires them to provide Identification.
2. See the HAVA ID Requirements (located on Official Table) or *"What To Do If..."* section in *"The Guide"* for for a list of acceptable IDs.
3. If the Voter has provided Identification, let them sign the Roster-Index and process as a Regular Voter.
4. If Voter <u>CANNOT</u> provide Identification, process as a Voter voting Provisionally, according to the "Voting Provisionally" section of Poll Worker Manual or *"What To Do If..."*

# IDENTIFICATION

## DO NOT ASK FOR IDENTIFICATION FROM A VOTER **UNLESS** "ID REQUIRED" IS PRINTED NEXT TO THE VOTER'S NAME



➢ **If Voter voluntarily shows an identification card, or other document, let Voter know that this is not required.**

56

## Messages on Signature Line: *BY MAIL*

### Voter requested to Vote By Mail



* **Vote By Mail Voter received Ballot and Envelope through mail.**
* **Vote By Mail Voter can drop off signed, sealed Vote By Mail Envelope at any Polling Place in Alameda County and does not need to fall in line.**
* **Vote By Mail Voters may deposit Vote By Mail Envelopes into the Yellow *Vote By Mail Ballots* Trolley.**



---

# If Voter's Name is Highlighted in Yellow



❑ **If Voters' names are highlighted in YELLOW on the White Roster-Index, they are also Vote By Mail Voters.**



**ONLY YOUR INSPECTOR CAN HIGHLIGHT VOTERS' NAMES**

## Messages on Signature Line: *BY MAIL*

**Voter requested to Vote By Mail**

**If Vote By Mail Voter wants to vote at the Polling Place, Voter must surrender both Vote By Mail Ballot and Envelope**







1. Retrieve the Vote By Mail Ballot and Envelope and mark VBM Envelope "VOID"
2. Partially tear envelope to check for Ballot
3. Place voided envelope and Ballot in Gray *Voided/Surrendered Vote By Mail Ballots* Bag
4. Fill in bubble next to Voter's address
5. Vote By Mail Voter signs Roster-Index, writes address
6. Direct Voter to Ballot Officer and inform Ballot Officer: "Voter is a Regular Voter"

## Messages on Signature Line: *BY MAIL*

**Voter requested to Vote By Mail**

**If Vote By Mail Voter does not have Vote By Mail Ballot or Vote By Mail Envelope to surrender, <u>DO NOT</u> let the Voter sign the Roster-Index.**

∗ Direct Voter to the Ballot Officer.
∗ Inform Ballot Officer: *"Voter is voting Provisionally."*

Additional information is also found in the "Voting Provisionally" section of the Poll Worker Manual.

58

# Voter Voting Provisionally

## Reasons why Voter must vote Provisionally

**A.)**  ❑ Vote By Mail Voter who does not have ballot and envelope to surrender.
Check one of the following:
❑ Not received          ❑ Lost/Misplaced          ❑ Damaged

**B.)**  ❑ Vote by Mail voter who does not have their **VBM envelope** but has
their voted **VBM ballot**. (Vote by Mail ballot enclosed)

**C.)**  ❑ Voter has not moved. Name not on Roster.

**D.)**  ❑ Voter has moved within Alameda County and did not re-register.

**E.)**  ❑ New Voter – Has not provided required identification.

**F.)**  ❑ Other:

85

CEC §§ 14217, 14310

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

# Voting Provisionally



* **Provisional Envelope must be the same language as Ballot issued.**
* <u>**Voter voting Provisionally signs Provisional Envelope only!**</u>

* **TOP Portion: Filled out by Poll Worker**
  * **Write Precinct Number on top of Provisional Envelope**
  * **Write Party Ballot issued** *(Primary Election Only)*
  * **Check reason why Voter is voting Provisionally**
* **BOTTOM Portion: Must be filled out by Voter!**
* **Provisional Voter's Ballot must be placed inside Provisional Envelope.**

**NEVER SCAN PROVISIONAL BALLOT(S)**

86

**CEC §§ 14217, 14310**

---

## Completing Provisional Envelope

**Poll Worker**

**Voter**

| Voted VBM Ballot Enclosed | PROVISIONAL BALLOT ENVELOPE/VOTER REGISTRATION FORM | Affidavit # | |
|---|---|---|---|
| (Vote by Mail envelope) | *SOBRE DE BOLETA PROVISIONAL/ FORMULARIO DE INSCRIPCIÓN PARA EL VOTANTE* | PRECINCT NUMBER: | 456789 |
| | | PARTY BALLOT ISSUED (Primary Election Only): | NP |

**TO BE COMPLETED BY POLL WORKER - *PARA SER COMPLETADO POR EL FUNCIONARIO ELECTORAL***

**Instructions for Poll Worker:**
1.) Print Precinct number above.
2.) Print the Party Ballot Issued *(Primary election only)*.
3.) Check reason for issuing a Provisional ballot and/or envelope.

**Reason for Issuing Provisional Ballot and/or Envelope:**

A.) Vote by Mail voter who does not have ballot and envelope to surrender.
Check one of the following:
☐ Not received    ☐ Lost/Misplaced    ☐ Damaged

B.) Vote by Mail voter who does not have their VBM envelope but has their voted VBM ballot. (Vote by Mail ballot enclosed)

4.) Issue a ballot with this Provisional envelope (unless reason B is checked, then issue the Provisional envelope only and have the voter enclose their voted VBM ballot)
5.) **Demonstration Officer:** Review envelope, confirm that the voter filled out the "TO BE COMPLETED BY VOTER" section below, including the current **residence address and signature.**

D.) ☒ Voter has moved within Alameda County and did not re-register.

E.) ☐ New Voter - Has not provided required identification.

F.) ☐ Other: _____

**TO BE COMPLETED BY VOTER - IMPORTANT: READ INFORMATION ON OTHER SIDE - *PARA SER COMPLETADO POR EL VOTANTE - IMPORTANTE: LEA LA INFORMACIÓN AL REVERSO***

**Instructions for Voter:**
Complete and sign the form below and enclose your ballot into this envelope or your ballot will not be counted. This envelope will also serve as a new voter registration form.

*Instrucciones para el Votante:*
*Complete y firme el siguiente formulario e incluya su boleta en este sobre o su boleta no será contada. Este sobre también servirá como un nuevo formulario de inscripción para el votante.*

| | First Name - Primer Nombre | Middle Name - Segundo Nombre | Last Name - Apellido | Are you a citizen of the United States? *¿Es usted un ciudadano de los Estados Unidos?* |
|---|---|---|---|---|
| 1 | George | C | Strober | ☒ YES/sí ☐ NO |
| 2 | Date of Birth - Fecha de Nacimiento: 11 / 08 / 1962 MM/Mes DD/Día YYYY/Año | U.S. state or foreign country of birth - Estado en los Estados Unidos o país extranjero donde nació | Driver's License # or Last 4 digits of SSN - Número de su Licencia de Manejar o los Últimos 4 dígitos de su Número de Seguro Social: C 1 1 0 8 1 0 9 - or - ☐☐☐☐ | Phone # (optional) - Número de teléfono (opcional): 510 272-6973 |
| 3 | RESIDENCE ADDRESS - *DIRECCIÓN RESIDENCIAL* | Street Address - Dirección 1225 Fallon St, | City - Ciudad Oakland, | State - Estado CA / Zip - Código Postal 94612 |
| 4 | MAILING ADDRESS (if different from residence address) - *DIRECCIÓN POSTAL (si es distinta a la residencia)* | Street Address - Dirección | City - Ciudad | State - Estado / Zip - Código Postal |
| 5 | When did you move to the residence address shown above? *¿Cuando se mudó a la dirección residencial indicada anteriormente?* 02 / 08 / 2016 | Previous Residence Address - Dirección Residencial Anterior Street Address - Dirección 8000 Capwell Dr. | City - Ciudad Oakland | State - Estado CA / Zip - Código Postal 94621 |
| 6 | PERMANENT VOTE BY MAIL STATUS (optional) - *ESTADO DE VOTACIÓN POR CORREO PERMANENTE (opcional)* | To receive a vote-by-mail ballot in all elections, initial here: *Para recibir una boleta de votación por correo en todas las elecciones, escriba sus iniciales aquí:* | | |
| 7 | PARTY AFFILIATION - *AFILIACIÓN DE PARTIDO* | ☐ American Independent - Americano Independiente  ☐ Green - Verde  ☐ Peace and Freedom - Paz y Libertad  ☒ No Party Preference/Nonpartisan - Sin Preferencia de Partido/No Partidista ☐ Democratic - Democrata  ☐ Republican - Republicano  ☐ Libertarian - Libertario | | |
| 8 | READ, SIGN, AND DATE - *LEA, FIRME, Y ESCRIBA LA FECHA* | I declare under penalty of perjury that I am: a U.S. citizen, a resident of California, not in prison or on parole for the conviction of a felony, and at least 18 years of age at the time of the election. I am a registered voter, and the person whose name appears on this envelope. I understand that voting twice constitutes a crime. I have not voted previously in this election either by Vote by Mail ballot or at any other polling place. *Yo declaro bajo pena de perjurio que soy: un ciudadano de Estados Unidos, residente de California, no estoy en prisión ni en libertad condicional por la condena de un delito grave, y tengo por lo menos 18 años de edad al momento de la elección. Soy un votante registrado y la persona cuyo nombre aparece en este sobre. Yo entiendo que votar dos veces constituye un crimen. Yo no he votado anteriormente en esta elección ya sea en una boleta de Votación Por Correo ni en ningún otro lugar de votación.* | SIGNATURE - FIRMA X G CSTROBER | 06 / 08 / 2016 MM/Mes DD/Día YYYY/Año |



# Extra Step: When checking reason B…

B.) ☑ Vote by Mail voter who does not have their **VBM envelope** but has their voted **VBM ballot**. (Vote by Mail ballot enclosed)

\* **Poll Worker checks the "Voted VBM Ballot Enclosed" on top left side**



## Voter Voting Provisionally

**Don't let the Voter sign the Roster-Index**

**Issue Voter a Provisional Envelope and Ballot Card(s); Fill out the Top portion and let Voter fill out the Bottom portion**

**Voter puts the Ballot Card(s) in the Provisional Envelope. Poll Worker removes Provisional Envelope Stub and gives it to Voter.**

**DO NOT SCAN BALLOT**

**Deposit Sealed Provisional Envelope inside Blue *Provisional Ballots* Trolley**

# Demonstration Officer: SCANNER PATROL



**Voting Provisionally: Preventing the Most Common Problems**

1. **DO NOT** scan a Ballot that should be placed inside a Provisional Envelope!

2. Check that the Provisional Envelope has completely been filled out by the Voter, before depositing it into the Blue *Provisional Ballots* Trolley.
   * **If Political Party is left blank, Voter will be re-registered as "No Party Preference/Nonpartisan."**
   * **If envelope is not signed, the Ballot cannot be counted.**
   * **If envelope is left blank, the Ballot cannot be counted.**

3. If Scanner is not working, **DO NOT** automatically give out Provisional Envelopes to all Voters. Process all Voters accordingly as usual.

**Scanner Patrol** is at the Scanner **BEFORE** the Voter!



# Scenarios

62

## Spoiled Ballot Procedure

**If Voter spoils, defaces a Ballot, the Voter shall at once return it to Poll Worker and _receive another_ Ballot. Voter shall not receive more than a total of three Ballots, including Voter's original Ballot (CEC § 14288).**

* **In case of multiple Ballot Cards, Voter may get up to three of EACH Ballot Card type (Card A, Card B, etc.). ONLY spoil the specific Ballot Card that the Voter wishes to replace.**

93
CEC § 14288

---

## Spoiled Ballot Procedure
### Poll Workers _MUST_ write "Spoiled" on the Ballot Card!

If Voter makes a mistake on a Ballot Card and requests a replacement Ballot Card:

1. Retrieve the Ballot Card that Voter no longer wants and check the Ballot Card type (A, B, C, etc... if applicable) and the language.
2. Write "Spoiled" on the Ballot Card that Voter no longer wants.
3. Place the Spoiled Ballot Card in Purple _Spoiled Ballots_ Bag.
4. Issue Voter the __NEW__ correct Ballot Card (A, B, C, etc...) in the same language.
   a. Remove Ballot Card Stub(s) and give it to the Voter.
5. Inform Voter:
   * _"Under State Law, a Voter shall not receive more than a total of three (3) Ballot(s), including his/her original Ballot. This is your second Ballot Card for Card A (B, C, etc... if applicable). May I offer you any assistance?"_

If Voter asks for a 3rd Ballot Card, follow the same procedure to Spoil the Ballot Card.





94
CEC § 14288

# Scanner Tape Error Messages



**A Voter does not vote on the Ballot Card.
The Ballot Card is completely blank.**



**A Voter chooses more than the allowed
number of candidates for an office and/or
chooses "yes" and "no" for a measure.**



**A Ballot Card may have an extra mark on it,
may be torn, etc.**

**\*If in a Multiple Polling Place, verify Voter's
correct Precinct.**



**When processing these messages, use and follow
the Scanner Tape Error Messages flipchart found
on top of the Scanner.**

96

---

# "UNSCANNED" VOTED BALLOTS

### Reasons for Unscanned Voted Ballots:

* **Ballot is Defective and Voter does not want to
  complete another Ballot (Never re-scan Defective
  Ballot).**
* **Scanner cannot be Used.**
  * **Polling Place remains locked at 7:00 a.m.**
  * **Broken**
  * **Power Outage**



**Unscanned** Voted Ballots go
inside Turquoise Trolley.

## Power Failure at Polling Place
**Call the Registrar of Voters immediately; notify Precinct Coordinator**

Power failure **DOES NOT** mean all Voters vote Provisionally

* **If Voter signs the Roster-Index, voted Ballots will be placed in the Turquoise Trolley**
* **Voting Provisionally – Follow Voting Provisionally Procedures**
* **Vote By Mail Voters – Follow Vote By Mail Procedures**

    

**Let the Voter
sign the Roster-Index**          **Issue Voter a Ballot, Secrecy
Sleeve and pen**          **Deposit Voted Ballot inside
the Turquoise Trolley**

64

# If Touchscreen is not Working, Voter may choose...

* **Option A** – Offer the use of replacement Accessible Voting Machine and explain that it may take up to 2 hours for the machine to arrive
* **Option B** – Offer a paper Ballot and offer assistance
* **Option C** – Offer the option of voting on an Accessible Voting Machine housed at the Registrar of Voters Office, 1225 Fallon Street, Oakland, CA 94612 (Basement)
* **Options are listed on the back of the "Voter Card Activation Instructions" behind the Card Activator.**
* A Voter voting on a Touchscreen must vote at Voter's assigned Precinct or Registrar of Voters Office.



## Tally Form
### To assess the level of assistance services needed on Election Day

**On the Touchscreen Tally, mark the option that the Voter chose: Option A, Option B, or Option C.**

---

# Refer to *"What To Do If..."* section in *"The Guide"* or Class notes for more information on Voter Issues.



*"What To Do If..."* section in *"The Guide"*
(in ALL 5 languages)



**Class notes**

99

65

## What to do if the Scanner Bin is full…

When the Scanner Public Counter screen reads 1000, an announcement will be made by the Inspector:

*"May I have your attention, please. My name is _____. I am the Inspector for this Precinct. Due to numerous Ballot Cards scanned, the Scanner Bin of this machine is almost full as indicated by the counter. So, I am making a Ballot transfer to this box marked "SCANNED VOTED OFFICIAL BALLOTS", which will be sealed, signed by all Poll Workers, and stored securely until the Close of the Polls."*

PROCEDURES:

1. Inspector removes **ORANGE** Security Seal on Scanner side door and places **ORANGE** Security Seal on the back of the Seal Verification Form;



2. Unlocks the Scanner side door and removes "Scanned Voted Ballots" from **Large Bin only**;



3. The removed "Scanned Voted Ballots" shall be placed in the empty ballot boxes labeled "Scanned Voted Official Ballots";



4. After "Scanned Voted Official Ballots" boxes have been filled, Inspector seals filled boxes with official "Seal for Scanned Voted Official Ballots Box" with signatures of all Poll Workers;



5. The filled "Scanned Voted Official Ballots" boxes are placed near the Official Table ready to be taken to Return Center at the Close of Polls;



6. Inspector locks Scanner side door and seals it with a new **ORANGE** Security Seal.



66

# Voters with Disabilities

**There are two federally mandated Acts that require the voting process be fully accessible to Voters with Disabilities and/or Voters with Specific Needs:**

**Americans with Disabilities Act  (ADA)**

**Help America Vote Act (HAVA)**

101

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Information derived from the California Secretary of State (as of January 25, 2016)*
*Available at http://www.sos.ca.gov/elections/voting-resources/voters-disabilities/*     **1**

# DISABILITY SENSITIVITY AT THE POLLS
## CALIFORNIA SECRETARY OF STATE

The rules of etiquette and good manners apply when working with every Voter who enters a polling place. In addition, the following guidance may be helpful when working with Voters with disabilities.

### Meeting a Voter With a Disability

- **Greet everyone with a smile, eye contact, and a spoken greeting.** Some people are uncomfortable with handshaking or physical contact. Be respectful of personal boundaries. Likewise, if someone offers you a handshake, feel free to accept it.

- **Speak directly to a Voter with a disability,** not just to others accompanying a Voter.

- **Offer assistance, but do not insist on providing it.** It is best to ask all if they need assistance or would like to use an accessible voting system, instead of assuming who may or may not have a disability. Always ask how you may best assist before acting, wait until the offer is accepted, and then listen or ask for instructions. For example, it is rude and may be unsafe to grab a walker, white cane, or other aid used by a Voter who is disabled.

- **Don't ask about or mention a Voter's disability** unless he or she talks about it or it is relevant to the conversation. Don't praise someone with a disability for having "overcome" the disability. All Voters are equal. Don't patronize or talk down to someone with a disability.

- **Keep your communications simple.** Keep sentences short, and rephrase or repeat your comments if the Voter is not understanding you. Focus on one topic at a time and be sure to allow time for the Voter to respond. Also, pay attention to the Voter while you're speaking with them, as they may be using body language to communicate.

### Interacting With a Voter Who Uses a Mobility Device (e.g., Wheelchair, Scooter, Cane, etc.)

- **Provide personal space.** Do not push, lean on, or hold onto a Voter's mobility device unless the Voter asks. Remember, the mobility device is part of his or her personal space.

- **Clear the path.** Make sure that the path of travel to the check-in tables and voting booths are clear before the polls open and remain clear throughout the day.

- **When giving direction to someone using a mobility device,** consider the distance, weather, and physical obstacles such as curbs and stairs the Voter will encounter. Know where the accessible pathways, restrooms, and water fountains are both in and outside of the building.

### Meeting Someone With a Disability That Affects Speech

- **Pay attention, be patient, and wait** for the Voter to complete a thought and do not try to finish it for them. Ask the Voter to repeat the thought if you do not understand what they are trying to say.

- **Understand a Voter may use assistive technology** such as an alphabet board or computer to communicate.

Information derived from the California Secretary of State (as of January 25, 2016)
Available at http://www.sos.ca.gov/elections/voting-resources/voters-disabilities/

2

# DISABILITY SENSITIVITY AT THE POLLS

## CALIFORNIA SECRETARY OF STATE

### Meeting Someone Who Has a Visual Impairment

- **Greetings.** Identify yourself and introduce anyone else who may be with you. Also, don't leave the Voter without saying you are leaving.

- **Guiding.** If asked to be a human guide, place your arm against their hand, or close enough that they can easily find it. Never push or pull someone, always point out obstacles along the way, and discuss where you are going.

- **Guide and service animals.** Do not pet or distract a guide or service animal. The animal is responsible for the owner's safety and is working, so it needs to concentrate on its job. People with visual impairments often use guide or service animals. However, be aware that people with other disabilities may use guide or service animals as well. Guide and service animals are well trained and friendly, not to be feared.

### Communicating With Someone Who Is Deaf or Uses an Assistive Hearing Device

- **Let the Voter take the lead** in establishing which communication method he or she prefers to use (e.g., assistive technology, writing on a piece of paper).

- **Talk directly to the Voter** even if a sign language interpreter is present. If the Voter lip reads, face him or her directly and speak at a moderate pace. For some people, it also may help to simplify sentences and use more body expressions.

### Use Appropriate Language

- Instead of disabled Voter, say **Voter with a disability**

# Curbside Voting

"A Voter wishing to vote at the Curbside may call the Registrar of Voters Office at (510) 272-6973 to make an appointment/arrangements, setting the time on Election Day when the Voter will come to the Polling Place so that a Poll Worker will be at the Curbside to meet and assist the Voter at the designated time."

"The Inspector of the Polling Place will be notified with a list of Voters with appointments for Curbside Voting."



108

CEC §§ 14282, 12280

---

# Curbside Voting

**A Poll Worker checks outside frequently for Curbside Voters. A paper Ballot can be requested and brought to a Voter with Disabilities outside the Polling Place.**

**Follow the procedures below:**

1. **Take Roster-Index to Voter; process Voter on Roster-Index;**
2. **Return Roster-Index to Official Table;**
3. **Take Secrecy Sleeve (with Ballot inside), and pen outside to Voter; make sure Ballot Card Stub is given to Voter;**
4. **After Voter privately completes Ballot, ask Voter to place Ballot inside Secrecy Sleeve; retrieve Secrecy Sleeve with Ballot and pen; ask Voter to wait for Ballot to be scanned;**
5. **Return to Polling Place and scan voted Ballot; take "I Voted" Sticker;**
6. **Inform Voter that voting process is completed; give "I Voted" Sticker to Voter;**
7. **Write name of Voter on Assisted Voter List;**
8. **Provide Street Index Officer with Voter's address information so name can be crossed-through in the Street Index.**



**Vote By Mail Voter → Follow Vote By Mail Procedures**
**Voting Provisionally → Follow Voting Provisionally Procedures**
**Refer to "What To Do If..." section in "The Guide"**

CEC §§ 14282, 12280

70

# Supplies for Voters with Disabilities



**Accessible Entrance Sign**
**(If there is an Accessible Entrance)**

 

**A-Frames**



**Touchscreen**



**Card Activator**



**Audio Unit**



**Magnifier**



**Blue Voting Booth**
**with Adapters**

110

---



Audio Unit Transcript



Voter Card Activation Instructions
(Can be found in Card Activator case)
- **ATTACH INSTRUCTIONS** to the back of Card Activator by using Velcro tabs.

71

# Language Assistance

* Alameda County is required to provide election information and assistance in English, Chinese, Hindi, Japanese, Khmer, Korean, Spanish, Tagalog, and Vietnamese. Target Precincts are assigned Bilingual Poll Workers.

* The Registrar of Voters is committed to providing timely and accurate language assistance to Voters in Alameda County.

* Language Assistance is provided by way of:
    * Bilingual Personnel
    * Polling Place Signs and Notices
    * Official Documents
    * Ballots (Official Ballots, Sample Ballots, Facsimile Ballots)
    * Voting Machine
    * Reference Materials

112

CEC § 12303

---

**ROV Cell Phone (provided to Inspector)**



**The Guide**

**ACVOTE**

**Voter Assistance Telephone Card**

**If a Voter comes to the Polling Place needing language assistance and there is no Bilingual Poll Worker available to assist the Voter:**

* Call the number stored on the ROV Cell Phone contacts. Phone number for Language Assistance is also available in *"The Guide."*

* If Voter cannot receive help over the phone, a Bilingual Troubleshooter will be dispatched to the Precinct to assist.

* AFTER assisting the Voter, the Bilingual Poll Worker then marks the Tally Form, under Language Tally; fills out the Assisted Voter List.

113

72

# Tally Form

**To assess the level of assistance services needed on Election Day**



**Mark the Language Tally if a Voter was assisted in a language other than English.
Write total number of Voters assisted for each language at the end of the night.**

---

# Poll Watchers



* ✳ **Poll Watchers are members of the public engaged in observing activities at the Polling Place.**

* ✳ **Poll Watchers may remain in Polling Place BEFORE, DURING, AND AFTER Polls.**

* ✳ **Poll Watchers <u>cannot</u> touch voting equipment, documents, or <u>INTERFERE IN ANY WAY</u> with Opening, Voting, and Closing procedures.**



**For more information, see the "What To Do If…" section in "The Guide."**

**DEPARTMENT OF JUSTICE OBSERVERS WILL IDENTIFY THEMSELVES; THEY ARE ALLOWED TO TOUCH VOTING EQUIPMENT AND DOCUMENTS.**

115

73



## Voter FRAUD

If Voter wants to report suspected fraud, provide the following number:
**800-345-VOTE (8683)**



*The Guide*

**Voter Assistance Telephone Card**

116

# Election Day Reminders

## General Reminders

* Everyone receives two 1-hour breaks; no one will take break after 5:00 p.m.
* Be respectful and courteous to all Voters regardless of their race, culture, age, gender, or party affiliation.
* Do not discuss politics in Polling Place.
* No electronic devices, books, newspapers, or food allowed at the Official Table.

## Official Table Audits

* Poll Workers are referring to Official Table Job Cards.
* All Poll Workers are wearing Badges, Bilingual Poll Workers are wearing Bilingual Badges identifying what language they speak.
* Bilingual Ballots in English/Spanish, English/Chinese, English/Tagalog, and English/Vietnamese are available at all times.

117

74

# **<u>Inspector</u> Hands Out <u>Closing Job Cards</u> to Poll Workers by 5:30 p.m.**

**Allows Poll Workers to review Closing Tasks before Polls Close**

\* **Teamwork is the key – help your team member after finishing assigned tasks**

118

# **Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Registrar of Voters Rovers

# 6:00 p.m.
## PROCEDURES

**Starting at 6:00 p.m., <u>ROVERS</u> from the Registrar of Voters will be tasked to go to Polling Places in their assigned area.**

<span style="color:red">**The Rovers are not trained to fix any issues. Rovers are strictly responsible for picking up certain items from the Polling Place for delivery to the Registrar of Voters Office.**</span>

**See the next page for the list of items to be picked up by Registrar of Voters Rovers from your Polling Place.**

*<u>Inspector:</u> Ensure that the items are ready for pick up by referring to the next page.*

76

# Items to be picked up by
# Registrar of Voters Rovers

**From 6:00 p.m. onwards, Rovers from the Registrar of Voters will come to the Polling Place to only pick up the following two items for delivery to the Registrar of Voters Office:**

  

❑ **Yellow** *Vote By Mail Ballots* **Trolley**     ❑ **Blue** *Provisional Ballots* **Trolley**

---

**Inspector must <u>close and seal</u> the deposit slot on both Trolleys with a <u>WHITE</u> Pull-Tite Security Seal at 6:00 p.m.**

---

## After Trolleys have been sealed/picked up:

Any Vote By Mail Envelopes, Provisional Envelopes, and Completed Voter Registration Forms must be deposited into the sealed **Lime VBM/Provisional Ballots** Supplemental Bag.

  

# Closing Job Cards

## Closing Tasks

| Inspector | Judge | Clerk 1 | Clerk 2 |
|---|---|---|---|
| Hand Out Job Cards | *Use Job Card* | *Use Job Card* | *Use Job Card* |
| Touchscreen | Scanner | Touchscreen | Scanner |
| | Unload Turquoise Trolley | Roster Signatures | Unused Ballots |
| | | Official Table | Polling Place Signs |
| | | Card Activator | |
| Official Ballot Tally | | | |
| Pack Red Trolley | Pack Turquoise Trolley | Scanner Bins | |
| | Voting Booths | Items to leave at Polling Place | Items to leave at Polling Place |
| | *Assists with other Tasks* | *Assists with other Tasks* | *Assists with other Tasks* |
| Return Center | *Return Center (if assigned)* | *Return Center (if assigned)* | *Return Center (if assigned)* |

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

78

# CLOSING THE POLLS

## 8:00 p.m. – 9:00 p.m.





The Polls are now Closed!

CEC § 14401

**At 8:00 p.m. a Poll Worker declares at  Polling Place entrance :**
*"The Polls are now Closed!"*

* **A Poll Worker stands behind the last Voter in line to indicate that no more Voters can fall in line to vote.**
* **Voter who is in line by 8:00 p.m. is allowed to vote.**
* **Voter who arrives after the Polls have Closed is not allowed to vote, even if voting is still ongoing** (CEC §§ 14401, 14402).

140
CEC §§ 14401, 14402

79

# CLOSING THE POLLS

## All Poll Workers assist with Closing!

    

**Items needed for Closing procedures:**

*  *Closing Polls Supply Bag*
*  *Official Ballot Tally*
   (located inside Roster-Index Binder)
*  *Seal Verification Form*
*  *Scissors*
*  *Tape*
*  *Security Seals*
*  *Pens*
*  *Certificate of Performance*
   *(for Touchscreen and Scanner)*





125

---

# CLOSING THE POLLS

## Refer to the following materials:



*The Guide*



**Red Trolley Checklist**



**Turquoise Trolley Checklist**



**Closing Job Cards**



FRONT          BACK

**Return Center Card**

126

80

# Inspector's Closing Assigned Tasks

**Closing Job Card 1**

☐ **1. Hands out Closing Job Cards to Poll Workers by 5:30 p.m.:**
Closing Job Card 1, Closing Job Card 2, Closing Job Card 3, Closing Job Card 4
Allows Poll Workers to review Closing Tasks before Polls Close

| | |
|---|---|
| **If Precinct has 3rd Clerk**, asks 3rd Clerk to assist Inspector with Closing the Polls on Touchscreen and assist other Poll Workers. | **If Precinct has 4th Clerk**, asks 4th Clerk to assist Judge with Closing the Polls on Scanner and assist other Poll Workers. |

☐ **2. Closes the Polls on the Touchscreen (2 Person Rule)**



☐ Use the instructions attached to this Job Card
☐ Clerk 1 will assist in Closing the Polls on Touchscreen
**Write TOTAL VOTES CAST ON TOUCHSCREEN ON BOX #8 ON THE OFFICIAL BALLOT TALLY**

☐ **3. Completes Roster-Index Official Ballot Tally**



**Record Totals in every Box** ←

☐ **Box 1**    Total <u>Official Poll Ballots</u> received
(Already preprinted on Official Ballot Tally)
☐ **Box 2**    Total <u>Official Poll Inspector Ballots</u> received
(Already preprinted on Official Ballot Tally)
☐ **Box 3**    Total <u>Unused Official Poll Ballots</u>
☐ **Box 4**    Total <u>Unused Official Poll Inspector Ballots</u>
☐ **Box 5**    Total <u>Spoiled Official Ballots</u>
(Count total Ballots from **Purple** *Spoiled Ballots* Bag)
☐ **Box 6**    Total <u>Unscanned Voted Official Ballots</u>
(Count all Unscanned Voted Official Ballots from **TURQUOISE** Trolley)
Unscanned Voted Official Ballots will only occur if the Scanner fails to accept the Ballot. Such normally voted Ballots are placed in the **TURQUOISE** Trolley.
**After counting, place Ballots inside Teal *Unscanned Voted Ballots* Bag.**
Write total on bag label. ***Teal Unscanned Voted Ballots Bag goes into the RED Trolley.***
☐ **Box 7**    Total <u>Scanned Voted Official Ballots</u>
(Shown on Scanner Public Counter)
☐ **Box 8**    Total <u>Votes Cast on Touchscreen</u>
(Shown on Touchscreen Public Counter)
☐ **Box 9**    Total Signatures on Roster (White and Pink pages).

☐ Fill in bubble(s) on Official Ballot Tally if a Voter's name is on the Assisted Voter List and/or the "Comments" section was used.
☐ Count **"Voided" Vote By Mail Envelopes** in Gray *Voided/Surrendered Vote By Mail Ballots* Bag. Write total on bag label. *Gray Voided/Surrendered Vote By Mail Ballots Bag goes inside* **TURQUOISE** *Trolley.*

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

## ❑ 4. Packs the Red Trolley

Follow the instructions below or the instructions attached to the Red Trolley or the instructions in "The Guide."



❑ **Scanner and Touchscreen Pink Anti-Static Bags**
Place into the pouch inside the Red Trolley visible from the outside.



❑ **Roster-Index Binder**
Place into the pouch inside the Red Trolley visible from the outside.



❑ **3 Copies of Street Index**
Place into the pouch inside the Red Trolley visible from the outside.



❑ **Orange *Write-In Ballots* Bag**
Place bag inside the Red Trolley.



❑ **Teal *Unscanned Voted Ballots* Bag**
Place bag inside the Red Trolley.



❑ **Lime *VBM/Provisional Ballots* Supplemental Bag**
Place bag inside the Red Trolley.



❑ **Cell Phone**
Place into the pouch outside the Red Trolley.





**Zip and secure Red Trolley with a <u>White</u> Pull-Tite Security Seal when packing is completed**

➡

## ❑ 5. Delivers items to Return Center (2 Person Rule)

### *Inspector <u>and</u> one (1) Poll Worker deliver the following items:*

❑ **Red** Trolley (sealed with a White Pull-Tite Security Seal)
❑ **Turquoise** Trolley (with all required items and sealed with a White Pull-Tite Security Seal)
❑ **V-VPAT Printer** in black canvas bag (DO NOT PUT IN TROLLEYS)
❑ **Door Wedges** (if any)
❑ **Light** (if any)
❑ **Rubber Mat** (if any)



**Red Trolley**

**Turquoise Trolley**



**V-VPAT Printer**

**Door Wedges (if any)**



**Light (if any)**



**Rubber Mat (if any)**

### Checks the following before leaving Polling Place:

❑ Official Table is empty
❑ Scanner Bins (packed with items to be returned, rolled near Voting Equipment Delivery Cart)
❑ Touchscreen (rolled near Voting Equipment Delivery Cart)
❑ Signs Removed (Inside and Outside Signs, **<u>EXCEPT</u>** copies of *Certificate of Performance* labeled "POST OUTSIDE")
❑ Blue Voting Booths (dismantled), A-Frames, Tri-Fold, Voter Information Center (dismantled) are placed on Voting Equipment Delivery Cart
❑ **Sealed** Boxes of Unused Official Poll Ballots are in Official Ballots Delivery Cart
❑ **Sealed** Boxes of Unused Official Poll Inspector Ballots are in Official Ballots Delivery Cart
❑ **Sealed Empty** Boxes for Official Poll Ballots and Official Poll Inspector Ballots (if any) are in Official Ballots Delivery Cart
❑ **Official Ballots Delivery Cart**, with all boxes inside (as listed above), has the door handle **locked and secured with one (1) <u>White</u> Pull-Tite Security Seal** to the Cart itself, and has the Ballot Cart cover **locked and secured with two (2)** <u>White</u> **Pull-Tite Security Seals,** as found in the morning. Place Official Ballots Delivery Cart near the Voting Equipment Delivery Cart.
❑ **Polling Place is Clean and Secure**

*Thank you for serving as a Poll Worker!!!*
*Your efforts to serve the Voters of Alameda County are sincerely appreciated!*

82

2



# Inspector's Closing Assigned Tasks

* **Task 1:**
  **Hands Out Closing Job Cards to Poll Workers by 5:30 p.m.**
  (Allows Poll Workers to review Closing Tasks before Polls Close).

* **Task 2:**
  **Closes the Polls on the Touchscreen**
  *(2 Person Rule)*



128

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

83

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



**Judge**
**Closing Job Card 2**

### ☐ Task 1: Closes the Polls on Scanner (2 Person Rule)

- ☐ Use the instructions attached to this Job Card
- ☐ Clerk 2 will assist in Closing the Polls on Scanner

Gives the Total Votes cast shown on Scanner LCD Screen to the Inspector;
Inspector writes total number on Box #7 on Official Ballot Tally;
Rolls Scanner near Voting Equipment Delivery Cart after Closing.

### ☐ Task 2: Unloads Turquoise Trolley

Cuts the White Pull-Tite Security Seal and tapes it to the reverse side of the *Seal Verification Form.*
Opens Turquoise Trolley and follows the instructions below OR the instructions attached to the
<u>Teal</u> *Unscanned Voted Ballots* Bag.





☐ **1.** Retrieve and count all UNSCANNED VOTED BALLOTS from TURQUOISE TROLLEY.

☐ **2.** Place all UNSCANNED VOTED BALLOTS inside the TEAL UNSCANNED VOTED BALLOTS BAG and zip.

☐ **3.** Write total number of UNSCANNED VOTED BALLOTS on the TEAL UNSCANNED VOTED BALLOTS BAG label.

After writing the total number of UNSCANNED VOTED BALLOTS, insert the bag label back into the TEAL UNSCANNED VOTED BALLOTS BAG sleeve.

☐ **4.** Place TEAL UNSCANNED VOTED BALLOTS BAG inside <u>RED TROLLEY</u>.

### ☐ Task 3: Packs Turquoise Trolley

Follow the instructions below OR the instructions attached to the Turquoise Trolley OR the
instructions in "The Guide."

- ☐ <u>Gray</u> *Voided/Surrendered Vote By Mail Ballots* Bag
- ☐ <u>Purple</u> *Spoiled Ballots* Bag
- ☐ Sealed Box(es) and Empty Box(es) of Scanned Voted Official Ballots
- ☐ Precinct Coordinator/Inspector Routine Visit Sign Off Sheet
- ☐ Tally Form
- ☐ Security Seals Envelope (<u>Completed</u> Seal Verification Form enclosed)
- ☐ Scanner Keys (after Scanner Bins have been packed and Scanner is locked)
- ☐ **Secure Turquoise Trolley with a White Pull-Tite Security Seal**

**Turquoise Trolley must be delivered to the Return Center**

1

85

## ☐ **Task 4:** Dismantles Blue Voting Booths



**Step 1**
☐ Leave all signs posted inside Blue Voting Booth.



**Step 2**
☐ From inside Booth, unsecure Privacy Shield by pulling bungee cords through half-moon slits in Shield.



**Step 3**
☐ Remove Privacy Shield in grooves in base of Booth.



**Step 4**
☐ Remove and detach leg connections from Blue Voting Booth.



**Step 5**
☐ Unlock Adapter with locking tab on back of Adapter (Place in Scanner Bin).



**Step 6**
☐ Put Privacy Shields and legs into the deep side of Blue Voting Booth. Hook "S" to secure legs and Shield.



**Step 7**
☐ Latch both Booths together to secure.



**Step 8**
☐ Stack Blue Voting Booths on the Voting Equipment Delivery Cart.

*Assists other Poll Workers with Closing Tasks*

*Rides with the Inspector to the Return Center (if assigned)*
On the "Combined Oath of Office and Payroll" form, name of the Poll Worker riding with the Inspector must be circled.

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

*Thank you for serving as a Poll Worker!!!*
*Your efforts to serve the Voters of Alameda County are sincerely appreciated!*

86





# Judge's Closing Assigned Tasks

* **Task 1:**
  **Closes the Polls on Scanner**
  *(2 Person Rule)*

* **Task 2:**
  **Unloads Turquoise Trolley**

130

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

87