# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



**CLERK 1 Closing Job Card 3**

| ❑ **Task 1:** Assists Inspector in Closing the Touchscreen (2 Person Rule) |
| --- |

After Closing the Touchscreen, posts the completed *Certificate of Performance* for Touchscreen labeled **"POST OUTSIDE"** outside the Polling Place making it visible to the public.



❑ **Task 2: Counts Signatures on White and Pink Roster Pages**

❑ Gives total number of Signatures to the Inspector.

   

❑ **Task 3: Packs items on Official Table**

**ITEMS TO BE GIVEN TO INSPECTOR, JUDGE, AND CLERK 2**
❑ Gives **Official Table Street Index and Roster-Index Binder** to the Inspector.
❑ Gives the **Tally Form** to the Judge.
❑ Gives the remaining **Unused Official Ballots** to Clerk 2.
**OTHER ITEMS:**
❑ Packs remaining Official Table items back into the "Official Table Supply Bag."



❑ Places "Official Table Supply Bag" inside Scanner Bin.

❑ **Task 4: Packs Card Activator**

         

❑ Turn the switch button to off.

❑ Unplug power cord from power strip. Place Card Activator, power cord, and *"Voter Card Activation Instructions"* inside black canvas case and zip case.

❑ Place the Voter Cards in the "Official Table Supply Bag."

❑ Place the Card Activator inside Small Scanner Bin.

**1**

89

## ❑ Task 5: Packs Scanner Bins (Small and Large Bins)

- ❑ Adapters for Blue Voting Booth
- ❑ Card Activator inside black canvas case (Small Bin)
- ❑ Audio Unit inside black canvas case (Small Bin)
- ❑ Unused Provisional Envelopes
- ❑ Opening Polls/Official Table/Closing Polls Supplies
- ❑ Sample Ballots
- ❑ Voter Information Guide (if any)
- ❑ Unused Voter Registration Forms
- ❑ Power Strip/Extension Cord (if any)
- ❑ *The Guide*
- ❑ Lock Scanner Door, put Scanner Keys in Turquoise Trolley
- ❑ Roll Scanner to safe location near the Voting Equipment Delivery Cart



## ❑ Task 6: Gathers items to leave at the Polling Place

Using the checklist below, gather the items and place them **on or near** Voting Equipment Delivery Cart:

- ❑ Scanner on the side of Voting Equipment Delivery Cart
- ❑ Touchscreen
- ❑ Blue Voting Booths
- ❑ A-Frame Sign(s)
- ❑ Tri-Fold
- ❑ Voter Information Center (V.I.C.)
- ❑ **Sealed** Boxes of Unused Official Poll Ballots are in Official Ballots Delivery Cart
- ❑ **Sealed** Boxes of Unused Official Poll Inspector Ballots are in Official Ballots Delivery Cart
- ❑ **Sealed Empty** Boxes for Official Poll Ballots and Official Poll Inspector Ballots (if any) are in Official Ballots Delivery Cart
- ❑ **Official Ballots Delivery Cart**, with all boxes inside (as listed above), has the door handle **locked and secured with one (1) White Pull-Tite Security Seal** to the Cart itself, and has the Ballot Cart cover **locked and secured with two (2) White Pull-Tite Security Seals**, as found in the morning. Place Official Ballots Delivery Cart near the Voting Equipment Delivery Cart.



Place Boxes in Official Ballots Delivery Cart. Close and Seal Delivery Cart with three (3) <u>White</u> Pull-Tite Security Seals.

## *Assists other Poll Workers with Closing Tasks*

## *Rides with the Inspector to the Return Center (if assigned)*
On the "Combined Oath of Office and Payroll" form, name of the Poll Worker riding with the Inspector must be circled.

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**

### *Thank you for serving as a Poll Worker!!!*
### *Your efforts to serve the Voters of Alameda County are sincerely appreciated!*



# Clerk 1's Closing Assigned Tasks

### Task 1:

**Assists Inspector in Closing the Touchscreen**

*(2 Person Rule)*



### Task 2:

**Counts Signatures on White and Pink Roster Pages**



132

**Gives total number of Signatures to Inspector.**

---



# Clerk 1's Closing Assigned Tasks

### Task 3:

**Packs items on Official Table**

Puts remaining Official Table items in the "Official Table Supply Bag"
(Except Official Ballots, Roster-Index Binder, and Official Table Street Index).

### Task 4:

**Packs Card Activator**

Instructions are located on the "Clerk 1: Closing Job Card 3."





**Places "Official Table Supply Bag" inside Scanner Bin.**

133

# Notes



## ☐ Task 1: Assists Judge in Closing the Scanner (2 Person Rule)

After Closing the Scanner, posts the completed *Certificate of Performance* for <u>Scanner</u> labeled "POST OUTSIDE" outside the Polling Place making it visible to the public.



### ☐ Task 2.1: Counts Unused Official Poll Ballots

1. **Assorts and counts** all Unused <u>Official Poll Ballots</u>, per box, by language and party preference. (Add totals, according to language and party preference, if in more than one box)

   Example: **English/Spanish Official Poll Ballots** (if more than one box)
   Neutral, Eng/Spa Box 1 + Neutral, Eng/Spa Box 2 =
   **Total Unused Neutral, Eng/Spa Official Poll Ballots**

2. Adds all Unused <u>Official Poll Ballot Cards</u> for all languages and party affiliation.

   Example: Official Poll Ballots
   Neutral Party:
   - **English/Spanish** = _____
   - **English/Chinese** = _____
   - **English/Tagalog** = _____
   - **English/Vietnamese** = _____
   - **TOTAL** = _____

### ☐ Task 2.2: Counts Unused Official Poll Inspector Ballots

1. **Assorts and Counts** all Unused <u>Official Poll Inspector Ballots</u>, per box, by language and party preference. (Total separately from Official Poll Ballots).

   **Note:** Multiple languages and party preferences may be contained in a single box of **Official Poll Inspector Ballots**.

2. Adds all Unused <u>Official Poll Inspector Ballot Cards</u> for all languages and party affiliation.

   Example: Official Poll Inspector Ballots
   Neutral Party:
   - **English/Spanish** = _____
   - **English/Chinese** = _____
   - **English/Tagalog** = _____
   - **English/Vietnamese** = _____
   - **TOTAL** = _____



*For any Unopened Ballot Boxes*
Use the total number of Ballots from the Box label.

On the Seal, write the total number of Unused Official Poll Ballots contained in that specific box (by language and party preference).

Do the same steps for the Unused Official Poll Inspector Ballots.

***ALL*** Poll Workers ***must*** sign the <u>Seal for Unused Official Ballots Box</u>.

**Seal ALL Unused Official Ballot Boxes**



(continued on next page)

**1**

| ❑ **Task 2.1:** Counts Unused Official Poll Ballots (continued) | ❑ **Task 2.2:** Counts Unused Official Poll Inspector Ballots (continued) |
|---|---|

3. Gives the total number of **Unused Official Poll Ballots** and total number of **Unused Official Poll Inspector Ballots** to the **Inspector**.

> **NOTE:** All **Unused Official Poll Ballots** and **Unused Official Poll Inspector Ballots** will **remain at the Polling Place** in the Official Ballots Delivery Cart.
> (Additional information is found on Task 4 of this Job Card)

### ❑ **Task 3:** Takes Down Inside and Outside Signs and Street Index

- ❑ Brings in Curbside (U.S. Flag) A-Frame Sign
- ❑ Accessible Entrance A-Frame Sign (if applicable)
- ❑ Places A-Frame(s) on the Voting Equipment Delivery Cart
- ❑ Removes Tri-Fold from Outside and place on the Voting Equipment Delivery Cart
- ❑ Dismantles the Voter Information Center and places it near the Voting Equipment Delivery Cart
- ❑ Takes down all signs, inside and outside the Polling Place, **EXCEPT** copies *Certificate of Performance* labeled "POST OUTSIDE"
- ❑ Places signs back into the "Opening Polls Supply Bag"
- ❑ Places "Opening Polls Supply Bag" inside the Scanner Bin
  *All three copies of Street Index must be placed into clear pouch inside Red Trolley*

### ❑ **Task 4:** Verifies all items are on or near the Voting Equipment Delivery Cart

Using the checklist below, gather the items and place them **on or near** Voting Equipment Delivery Cart:

- ❑ Scanner
- ❑ Touchscreen
- ❑ Blue Voting Booths
- ❑ A-Frame Sign(s)
- ❑ Tri-Fold
- ❑ Voter Information Center (V.I.C.)
- ❑ **Sealed** Boxes of Unused Official Poll Ballots are in Official Ballots Delivery Cart
- ❑ **Sealed** Boxes of Unused Official Poll Inspector Ballots are in Official Ballots Delivery Cart
- ❑ **Sealed Empty** Boxes for Official Poll Ballots and Official Poll Inspector Ballots (if any) are in Official Ballots Delivery Cart



Place Boxes in Official Ballots Delivery Cart. Close and Seal Delivery Cart with three (3) White Pull-Tite Security Seals.

- ❑ **Official Ballots Delivery Cart**, with all boxes inside (as listed above), has the door handle **locked and secured with one (1) White Pull-Tite Security Seal** to the Cart itself, and has the Ballot Cart cover **locked and secured with two (2) White Pull-Tite Security Seals,** as found in the morning. Place Official Ballots Delivery Cart near the Voting Equipment Delivery Cart. **Items must be placed in a safe location.**
- ❑ If an item is missing, look for item and place it on or near the Voting Equipment Delivery Cart.

### *Assists other Poll Workers with Closing Tasks*

### *Rides with the Inspector to the Return Center (if assigned)*
On the "Combined Oath of Office and Payroll" form, name of the Poll Worker riding with the Inspector must be circled.

**Friendly support is just a phone call away!**
**Call Inspector Hotline at (510) 835-0320 or Precinct Coordinator for questions or assistance**
*Thank you for serving as a Poll Worker!!!*
*Your efforts to serve the Voters of Alameda County are sincerely appreciated!*

94



# Clerk 2's Closing Assigned Tasks

## Task 1:
## Assists Judge in Closing the Scanner
### (2 Person Rule)



Clerk 2 will assist in Closing the Polls on Scanner.

Follow the instructions attached to the "Judge: Closing Job Card 2": *"Closing the Scanner."*

135

---



# Clerk 2's Closing Assigned Tasks

## Task 2.1:
## Counts Unused Official Poll Ballots

Use the instructions located on the "Clerk 2: Closing Job Card 4" to help in counting Unused Official Poll Ballots.



Give the total number to Inspector. Seal ALL Unused Official Poll Ballot Boxes.

## Task 2.2:
## Counts Unused Official Poll Inspector Ballots

Total separately from Official Poll Ballots. Use the instructions located on the "Clerk 2: Closing Job Card 4."



Give the total number to Inspector. Seal ALL Unused Official Poll Inspector Ballot Boxes.

136

95



# Clerk 2's Closing Assigned Tasks

## Task 3:
### Takes Down Inside and Outside Signs and Street Index



Use the checklist found at the back of the "Clerk 2: Closing Job Card 4."

* Place signs back into the "Opening Polls Supply Bag."
* Place "Opening Polls Supply Bag" inside the Scanner Bin.

*Street Index:* **All three copies of Street Index must be placed inside Red Trolley. DO NOT PLACE INSIDE SCANNER BIN.**

137

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Finishing Up: Packing Items

138

---

## Inspector's Closing Assigned Tasks



Inspector
Closing
Job Card
1

* **Task 3:**
  Completes Roster-Index Official Ballot Tally

* **Task 4:**
  Packs the Red Trolley



139



## Complete *Roster-Index Official Ballot Tally*

☐ **Box 1**   **Total <u>Official Poll Ballots</u> received**
(Already preprinted on Official Ballot Tally)

☐ **Box 2**   **Total <u>Official Poll Inspector Ballots</u> received**
(Already preprinted on Official Ballot Tally)

☐ **Box 3**   **Total <u>Unused Official Poll Ballots</u>**

☐ **Box 4**   **Total <u>Unused Official Poll Inspector Ballots</u>**

☐ **Box 5**   **Total <u>Spoiled Official Ballots</u>**
(Count total Ballots from **Purple** *Spoiled Ballots* **Bag**)

☐ **Box 6**   **Total <u>Unscanned Voted Official Ballots</u>**
(Count all Unscanned Voted Official Ballots from **TURQUOISE** **Trolley**)
Unscanned Voted Official Ballots will only occur if the Scanner fails to accept
the Ballot. Such normally voted Ballots are placed in the **TURQUOISE** **Trolley**.
**<span style="color:red">After counting, place Ballots inside Teal *Unscanned Voted Ballots* Bag</span>**.
Write total on bag label. ***Teal* Unscanned Voted Ballots *Bag goes into the <span style="color:red">RED Trolley.</span>***

☐ **Box 7**   **Total <u>Scanned Voted Official Ballots</u>**
(Shown on Scanner Public Counter)

☐ **Box 8**   **Total <u>Votes Cast on Touchscreen</u>**
(Shown on Touchscreen Public Counter)

☐ **Box 9**   **Total <u>Signatures on Roster</u> (White and Pink pages).**

98

# Packing Critical Assets

Place Scanner Pink Anti-Static Bag (with all its contents), Touchscreen Pink Anti-Static Bag (with all its contents), Roster-Index(es), Yellow Roster (if any), Pink Roster (if any), 3 copies of Street Index inside into the pouch inside the Red Trolley.



**Scanner Anti-Static Bag**

With Memory Pack, signed Scanner *Certificate of Performance* with attached Scanner *Vote Totals Report*, unsigned *Electronic Log Report* tape. Place into pouch in bag.



**Touchscreen Anti-Static Bag**

With Results Cartridge card, signed Touchscreen *Certificate of Performance* with attached Touchscreen *Vote Totals Report.* Place into pouch in bag.





**Roster-Index**





**Yellow Roster**





**Pink Roster (if any)**      **3 Copies of Street Index**

**Place into the pouch inside the Red Trolley visible from the outside.**

## See next pages for packing other Colored Bags

# Packing Red Trolley/Checklist

 

❑ **<u>Scanner and Touchscreen Pink Anti-Static Bags</u>**
Place into the pouch inside the Red Trolley visible from the outside.



❑ **<u>Roster-Index Binder</u>**
Place into the pouch inside the Red Trolley visible from the outside.



❑ **<u>3 Copies of Street Index</u>**
Place into the pouch inside the Red Trolley visible from the outside.



❑ **<u>Orange</u> *Write-In Ballots* Bag**
Place bag inside the Red Trolley.



❑ **<u>Teal</u> *Unscanned Voted Ballots* Bag**
Place bag inside the Red Trolley.



❑ **<u>Lime</u> *VBM/Provisional Ballots* Supplemental Bag**
Place bag inside the Red Trolley.



❑ **<u>Cell Phone</u>**
Place into the pouch outside the Red Trolley.

**Secure <span style="color:red">Red</span> Trolley with a <u>WHITE</u> Pull-Tite Security Seal after ALL required contents are inside.**





100



# Judge's Closing Assigned Tasks

* **Task 3:**
  Packs Turquoise Trolley

* **Task 4:**
  Dismantles Blue Voting Booths



143

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

101

# Packing Scanned Voted Official Ballots Box(es)

All Poll Workers **must** sign "Seal for Scanned Voted Official Ballots Box." Affix Seal to box as shown. Place Scanned Voted Official Ballots Box inside Turquoise Trolley along with items below. **Empty Boxes** for Scanned Voted Official Ballots do not need to be sealed.



# Packing Turquoise Trolley/Checklist



- ❑ <u>Gray</u> *Voided/Surrendered Vote By Mail Ballots* Bag



- ❑ <u>Purple</u> *Spoiled Ballots* Bag



**Secure Turquoise Trolley with a <u>WHITE</u> Pull-Tite Security Seal when packing is completed.**



- ❑ Sealed Box(es) and Empty Box(es) of Scanned Voted Official Ballots



- ❑ Precinct Coordinator/ Inspector Routine Visit Sign Off Sheet



- ❑ Tally Form



- ❑ Security Seals Envelope (<u>Completed</u> Seal Verification Form enclosed)



- ❑ Scanner Keys (after Scanner Bins have been packed and Scanner is locked)



# Clerk 1's Closing Assigned Tasks

## Task 5:
### Packs Scanner Bins
**(Small and Large Bins)**



**Use the checklist found in "*The Guide*" or at the back of the "Clerk 1: Closing Job Card 3" to pack the Scanner Bins.**

145

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

103

# Scanner Bins

Using the checklist below, confirm you have packed **all** items in Large and Small Scanner Bins.



❑ Adapters for Blue Voting Booth



❑ *The Guide*



❑ Card Activator



❑ Sample Ballots



❑ Audio Unit



❑ Voter Information Guide (if any)

❑ Provisional Envelopes (unused)



❑ Voter Registration Form (unused)



❑ Supply Bags



❑ Power Strip and/or Extension Cord (if any)



**After confirming that <u>all</u> items are packed, close and lock the Scanner side door using the Scanner Keys.**

104

# Clerk's Closing Assigned Tasks

 

**Clerk 1's Task 6:**
**Gathers items to leave at the Polling Place**

**Clerk 2's Task 4:**
**Verifies all items are on or near the Delivery Carts**

 

147

# **Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

105

# Items to leave at the Polling Place

- ❑ **Roll Scanner and Touchscreen to a safe location near the Voting Equipment Delivery Cart.**
- ❑ **Place A-frame Sign(s), Tri-fold(s) of Outside Signs, and dismantled Voter Information Center(s) on or near the Voting Equipment Delivery Cart.**



- ❑ **Place Sealed Boxes of Unused Official Poll Ballots in the Official Ballots Delivery Cart**
- ❑ **Place Sealed Boxes of Unused Official Poll Inspector Ballots in the Official Ballots Delivery Cart.**
- ❑ **Place Sealed Empty Boxes for Unused Official Poll Ballots (if any) and Unused Official Poll Inspector Ballots (if any) in the Official Ballots Delivery Cart.**
- ❑ **Ensure that the Official Ballots Delivery Cart, with all Boxes of Unused Official Poll Ballots and Unused Official Poll Inspector Ballots, has the door handle locked and secured with one (1) White Pull-Tite Security Seal to the Cart itself, and has the Ballot Cart cover locked and secured with two (2) White Pull-Tite Security Seals, as found in the morning. Place Official Ballots Delivery Cart near the Voting Equipment Delivery Cart.**



**Sealed Boxes of Unused Official Poll Inspector Ballots**

**Sealed Boxes of Unused Official Poll Ballots**

**Sealed Empty Box(es) for Official Poll Ballots and Official Poll Inspector Ballots (if any)**

**Close and seal with:**
- **one (1) WHITE Pull-Tite Security Seal on Cart itself**
- **two (2) WHITE Pull-Tite Security Seals on cover, as found in the morning**

106



# Inspector's Closing Assigned Tasks

## Task 5:
### Delivers items to Return Center
#### (2 Person Rule)

* *After Poll Workers have finished with their tasks,* **Inspector and one (1) Poll Worker** **will deliver the required items to the Return Center.**

* **Refer to** *"The Guide"* **or the "Inspector: Closing Job Card 1" for the list of required items.**





150

# Contact Precinct Coordinator when experiencing Closing problems







151

107

# Notes

# VOTING EQUIPMENT DEMONSTRATION

## Practice Makes Perfect
## Hands-On

**9:00 a.m. – 5:00 p.m.**
**Monday – Sunday**

**Alameda County Registrar of Voters (Warehouse)**
**8000 Capwell Drive, Oakland, CA 94621**
**(510) 383-1717**

   

**Scanner**   **Touchscreen**   **V-VPAT Printer**   **Card Activator**   **Audio Unit**



**Verify the Security Seals per procedures/instructions in "The Guide"**

110

**456789**

# SEAL VERIFICATION FORM

General Election – 11/04/2014

Place Red Pull-Tite Security Seal from the Touchscreen after 8:00 p.m.

Place Red Security Seal from the Scanner after 8:00 p.m.

BERKELEY FIRE STATION 7
3000 SHASTA RD.
BERKELEY

**IMPORTANT:**

**ON OPENING THE POLLS**

If the Serial Number on the RED SECURITY SEAL on the Scanner or RED PULL-TITE SECURITY SEAL on the Touchscreen does not match the number on the Seal Verification Form, call the Registrar of Voters immediately at (510) 835 - 0320.

**AFTER CLOSING THE POLLS**

After Scanner Memory Pack and Touchscreen Results Cartridge have been removed, do the following:

1. For the Touchscreen: Replace the RED PULL-TITE SECURITY SEAL that was removed with a NEW RED PULL-TITE SECURITY SEAL and write replacement Seal's Serial Number in the Section "Close of Polls Replacement Seal #".

2. For the Scanner: Replace the RED SECURITY SEAL that was removed with a NEW RED SECURITY SEAL and write replacement seal's Serial Number in the Section "Close of Polls Replacement Seal #".

Return this form and ALL used Security Seals in the Security Seals Envelope

| Equipment | Picture of Red Seal Location | Seal # | Verified By (to be completed by 2 Election Officers) | | Asset Id (For Office Use Only) |
|---|---|---|---|---|---|
| 1. Scanner |  | 097345 <br><br> Replacement Seal #, if any <br> _____ <br><br> *Close of Poll Replacement Seal # | (print name) <br><br> (signature) | (print name) <br><br> (signature) | S000102 |
| 2. Touchscreen |  | 030878 <br><br> *Close of Poll Replacement Seal # <br> _____ | (print name) <br><br> (signature) | (print name) <br><br> (signature) | T000102 |

111



## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____



# Touchscreen: Opening the Polls
## Certificate of Performance

California Elections Code Sections 15250.5 and 19380 require all members of the Precinct Board to sign a *CERTIFICATE OF PERFORMANCE* and also certify the statement of the result of the votes cast.

For the <u>TOUCHSCREEN</u>, there will be TWO (2) copies of the Certificate of Performance: one labeled "<span style="color:red">FOR ANTI-STATIC BAG</span>" and another labeled "<span style="color:red">POST OUTSIDE</span>," each located in the Roster-Index Binder and containing the same information. ALWAYS complete <u>BOTH</u> copies.

Use the instructions in the "Setting Up Touchscreen" section to fill out the required information for <u>Opening the Polls</u>.
<mark>Instructions will be highlighted and marked *NEW PROCEDURE*.</mark>

## Opening the Polls

*We hereby certify that before the polls were opened, the following were shown:*

Touchscreen Public Counter: _____

Touchscreen Protective Counter: _____

Touchscreen Red Pull-Tite Security Seal: _____

Magnified view

113

# Setting Up the Touchscreen



California Elections Code Section 19240 requires that California voting system standards and elections comply with the provisions of the federal Help America Vote Act that require voting systems be <u>accessible for individuals with disabilities</u>.

California Secretary of State Guidelines require two (2) Poll Workers perform the following procedures:

Set up the Touchscreen using these instructions:
**\*NEW PROCEDURE\***
**Locate <u>BOTH</u> copies of *Certificate of Performance* for <u>Touchscreen</u> (labeled "FOR ANTI-STATIC BAG" and "POST OUTSIDE") inside Roster-Index Binder.**

1. ❑ Confirm that the Touchscreen is assigned to your Precinct by verifying the **Precinct Number** located on the side of the Touchscreen.

   **If Precinct Number does not belong to your assigned Precinct, do not set up the Touchscreen.**

   **Call the Registrar of Voters as soon as possible.**



2. ❑ Visually confirm **black** plastic strap and <u>WHITE</u> Pull-Tite Security Seal on Touchscreen have no signs of tampering.



3. ❑ Cut **black** plastic strap and discard it. Tape the removed <u>WHITE</u> Pull-Tite Security Seal to the <u>**reverse**</u> side of the *Seal Verification Form*.



4. ❑ Place Touchscreen on the floor with the yellow socket side facing upward.



114

# Setting Up the Touchscreen (cont'd)



5. ❑ Turn the four latches to a 45-degree angle to open leg storage compartment.



6. ❑ Remove the storage cover.



7. ❑ Remove the main leg assembly and extensions.

8. ❑ Replace the storage cover, securing the latches to the original locking position.





9. ❑ Expand main leg assembly and insert the connector pin into the hole.







115

# Setting Up the Touchscreen (cont'd)

10. ❑ Insert <mark>yellow</mark>-tipped ends into the <mark>yellow</mark> sockets and **black**-tipped ends into the **black** sockets.




11. ❑ Insert each of the leg extensions into the main leg assembly by pressing the silver retention pin and turning the leg until the retention pin snaps into place. The legs are now secure.




12. ❑ Two Poll Workers, one in the front and one in the rear, <u>using the Touchscreen body not the Touchscreen legs</u>, "roll" the Touchscreen onto its side.



13. ❑ Reposition your hands on Touchscreen body, <u>not the legs</u>. Lift Touchscreen to an upright position. Refer to Polling Place Diagram to determine the best location for the Touchscreen inside the Polling Place.



# Setting Up the Touchscreen (cont'd)

14. ❑ Standing in front of Touchscreen, unfasten two cover clasps on the right side of Touchscreen case and remove cover.

 

15. ❑ Do not lift the "AC POWER CORD STORAGE" flap inside cover. Remove power cord by slipping it out of the flap.

 

16. ❑ Locate the power receptacle at rear of Touchscreen. Plug (un-pronged end) into the **AC IN** power receptacle. Plug pronged end into a power strip.

 

17. ❑ Verify that the Touchscreen's **Green** AC power light (**AC ON**), located on the rear panel next to power cord receptacle, is illuminated. **Note:** the **CHARGING** light might also be illuminated.



18. ❑ Stand in front of Touchscreen. Place both hands on the side of LCD screen, raising it gently towards you. Move black LCD positioning bar behind screen to the center groove. **Keep the privacy panels closed.**

  

117

# Setting Up the Touchscreen (cont'd)

19. ☐   Verify serial number on **RED** Pull-Tite Security Seal (rear of Touchscreen) matches the ***Seal Verification Form***. If it matches, two (2) Poll Workers sign ***Seal Verification Form***. **<u>DO NOT REMOVE</u> THE RED PULL-TITE SECURITY SEAL.**



**Security Seal <u>must</u> be verified and *Seal Verification Form* signed three (3) additional times on Election Day by two (2) Poll Workers.**
**(See times on reverse of *Seal Verification Form*)**

Magnified view

**\*NEW PROCEDURE\***

20. ☐   **Record Serial Number of RED Pull-Tite Security Seal on <u>BOTH</u> copies of *Certificate of Performance* for <u>Touchscreen</u>.**

## Opening the Polls

*We hereby certify that before the polls were opened, the following were shown:*

Touchscreen Public Counter: _____

Touchscreen Protective Counter: _____

Touchscreen Red Pull-Tite Security Seal: _____

Magnified view

118

# Setting Up the Touchscreen (cont'd)

### V-VPAT Printer: Attaching to Touchscreen
**Do Not Cut BLUE Pull-Tite Security Seal – NEVER OPEN V-VPAT PRINTER!**

## V-VPAT = <u>V</u>oter <u>V</u>erified <u>P</u>aper <u>A</u>udit <u>T</u>rail
### NEVER OPEN V-VPAT PRINTER!

The printer is mounted on the left side of the Touchscreen as you face the Touchscreen. It is used to produce a paper record known as the <u>*Voter Verified Paper Audit Trail*</u>.

Voters do not receive a printout of this paper record, but they can see their choices before casting their Ballot.

21. ☐ Remove **V-VPAT** Printer from its canvas case, store case in a safe location under the Official Table (case was removed earlier from the Small Scanner Bin).



22. ☐ Visually confirm **BLUE** Pull-Tite Security Seal located on side of **V-VPAT** Printer is intact. **NEVER REMOVE THE BLUE PULL-TITE SECURITY SEAL.**



23. ☐ With the paper facing forward, the **BLUE** Pull-Tite Security Seal facing away from the Touchscreen, and the power and printer cables facing toward the Touchscreen, slide **V-VPAT** Printer into the bracket sleeve starting at the top, moving the printer down gently, but firmly into place.




# Setting Up the Touchscreen (cont'd)

## V-VPAT Printer: Attaching to Touchscreen
### Do Not Cut BLUE Pull-Tite Security Seal – NEVER OPEN V-VPAT PRINTER!

24. ❑ Run the power cable and printer cable under the black LCD positioning bar. Connect each cable to their corresponding **color-coded ports.** Without tightening any screws, secure each cable firmly.

   

25. ❑ Open privacy panels on LCD screen.

26. ❑ The *Tampering Warning* document is found already posted on the right privacy panel of the Touchscreen.

27. ❑ Remove black privacy curtain from left privacy panel. Attach privacy curtain to outside of left privacy panel and to the outside of **V-VPAT** Printer using the four (4) Velcro tabs (two on panel, two on printer, creating a tented area).

  

120

# Setting Up the Touchscreen (cont'd)

28. ❑ Visually confirm **Green** **"AC ON"** power light is still illuminated at rear of Touchscreen.



29. ❑ Raise switch cover marked **'POWER ON/OFF"** and turn switch to **'ON."**

**NOTE:** It takes approximately 30 seconds for Touchscreen to boot up.
**V-VPAT** Printer power is on if **Green** light on face of **V-VPAT** Printer is illuminated.

*Common Error message*: **"PAPER LOW"**

Check cables and/or remove **V-VPAT** Printer and reattach.



30. ❑ Visually confirm <u>WHITE</u> Pull-Tite Security Seal on switch cover marked **'POLLS OPEN/ CLOSED"** has no signs of tampering. If tampering is found, call Precinct Coordinator ASAP. If Seal is intact, remove <u>WHITE</u> Pull-Tite Security Seal and tape it to the **<u>reverse</u>** side of the **Seal Verification Form**.

    

31. ❑ Raise switch cover marked **'POLLS OPEN/CLOSED"** and turn switch to **"OPEN."**
(**DO NOT** wait until 7:00 a.m.) **NEVER** turn back switch to **"CLOSED"** mode before 8:00 p.m.!
If there's a problem, call the Registrar of Voters.

    

32. ❑ Go to front of LCD screen, confirm screen is lit.
**NOTE:** If screen is dark, check all power connections: Touchscreen rear, power strip, and wall outlet.

# Setting Up the Touchscreen (cont'd)

33. ❑ The *Official Zero Proof Report* will display on the screen. To begin printing, touch **'Print Report'** on the screen.

34. ❑ After printing begins, confirm all contests have "zeros." You may need to press the "Next" button to see additional pages.

35. ❑ Press **'Done'** on LCD screen when printing is complete.



36. ❑ A message stating **"To Begin Voting, Insert Voter Card Into Slot Below."** will appear.



37. ❑ Verify that no Yellow bar appears at the bottom of the LCD screen. If a Yellow bar appears, the Touchscreen is running on battery power. Touchscreen can only run for 1½ hours on battery power. **Recheck all power connections.**

   **Yellow bar means Touchscreen is running on battery.**



38. ❑ **Verify "Public Counter," located at bottom left-hand corner of LCD screen, reads zero (0).**

   If **'Public Counter'** does not read zero, contact your Precinct Coordinator ASAP! **DO NOT USE THE TOUCHSCREEN IF "PUBLIC COUNTER" IS NOT ZERO!**

39. ❑ **Take note of Total Number on "Protective Counter," which will vary.**

   "Protective Counter" Number will vary. Touchscreen may be used regardless of "Protective Counter" Number.



122

# Setting Up the Touchscreen (cont'd)



**\*NEW PROCEDURE\***

40. ☐ **Record "Public Counter" Number (should be zero/"0") and "Protective Counter" Number (will vary) on BOTH copies of *Certificate of Performance* for Touchscreen.**

## Opening the Polls

*We hereby certify that before the polls were opened, the following were shown:*

Touchscreen Public Counter: _____

Touchscreen Protective Counter: _____

Touchscreen Red Pull-Tite Security Seal: _____

Magnified view

41. ☐ Secure the **"POLLS OPEN/CLOSED"** switch cover with a **new WHITE** Pull-Tite Security Seal, located in "Opening Polls Supply Bag."

**NEVER** remove **WHITE** Pull-Tite Security Seal before 8:00 p.m.!

123

# Setting Up the Touchscreen (cont'd)

## Setting up the Audio Unit

42. ❑ Remove Audio Unit from its canvas case and store case in a safe location under the Official Table. The headphones have already been connected to the lower left of Audio Unit keypad and this connection is protected by a **BLUE** Security Seal. **NEVER REMOVE THE CONNECTION OR THE BLUE SECURITY SEAL.**



43. ❑ Connect the Audio Unit to the Touchscreen by using the Audio Port in the "well" behind the LCD screen.



44. ❑ Leave both the headphones and the Audio Unit keypad in the "well."



45. ❑ When the Touchscreen is powered on, the Audio Unit's **Green** power light (on the left lower front) should be illuminated, confirming that the keypad connection is working properly.



46. ❑ During the day, you will leave the Audio Unit **CONNECTED**, ready for when a Voter requests to vote an Audio Ballot.

47. ❑ If Voter requested to vote an Audio Ballot, visually confirm that the Audio Unit is still connected to the Audio Port before the Voter inserts the Voter Card.



**The Audio Unit must be <u>CONNECTED</u> to the Touchscreen for the entire day.**

**<u>THE TOUCHSCREEN IS NOW READY FOR USE.</u>**
**(California Elections Code § 19240)**

# Setting Up the Touchscreen (cont'd)

## SETTING UP THE CARD ACTIVATOR

**Locate Card Activator in Small Scanner Bin**

48. ☐ Remove Card Activator, power cord, and *"Voter Card Activation Instructions"* from black canvas case. Store case in a safe location under the Official Table.



49. ☐ Plug-in power cord's pronged end into a power strip.



50. ☐ Locate Power On/Off switch on the lower left side and turn switch to On.



51. ☐ Attach *"Voter Card Activation Instructions"* to the back of Card Activator using the Velcro tabs.

 

### Card Activator is set up and ready to activate Voter Cards.

- **Place Card Activator on or near Official Table and make sure that the *"Voter Card Activation Instructions"* are attached. Locate the actual <u>Voter Cards</u> (set of 6) in the "Official Table Supply Bag" and place them near the Card Activator.**

- **Refer to the *"Voter Card Activation Instructions"* for step-by-step instructions on activating Voter Cards and the "Ballot Officer: Official Table Job Card 3" for procedures on issuing Voter Cards. Upon activation, the Voter must insert the Voter Card into the Touchscreen within 30 minutes, or the Card will deactivate.**

- **Once inserted, the Voter Card will remain active until the Voter finishes voting. The Voter Card will eject and deactivate after the Voter casts their Ballot on the Touchscreen.**

- **Voter Cards are reusable. Upon issuing the Card, advise the Voter to return the Card to a Poll Worker. Always retrieve Voter Cards from Voter after use.**

### CARD ACTIVATOR MUST ALWAYS BE READY AND SET UP
#### (California Elections Code § 19240)

## ACTIVATING A VOTER CARD

# VOTER CARD ACTIVATION INSTRUCTIONS

## ACTIVATING A VOTER CARD FOR AUDIO

| Step 1 | Step 2 | Step 3 | Step 4 | Step 5 |
|--------|--------|--------|--------|--------|
| Insert Voter Card into BLUE slot until it stops. Make sure Yellow arrow on card is pointing down and towards you.  | Press MENU button. <br> The following message will appear on the screen: <br> 1. Provisional <br> 2. Audio | Press #2 for Audio.  <br> The following message will appear on the screen: <br> Enter selection code and press YES | **Press the number** that corresponds to the Voter's Party Preference and then **press YES**.  <br> The following message will appear on the screen: <br> Card activated. Please remove. | Remove activated Audio Voter Card from Card Activator and hand card to the Voter. <br> **Inform Voter:** <br> *"Please feel the small square chip on the backside of the Voter Card. Insert Voter Card into the Touchscreen with the chip side first, face down.* <br> Assist Voter with inserting Voter Card into the Yellow Slot of Touchscreen if needed. |

## ACTIVATING A VOTER CARD

| Step 1 | Step 2 | Step 3 | Step 4 |
|--------|--------|--------|--------|
| Insert Voter Card into BLUE slot until it stops. Make sure Yellow arrow on card is pointing down and towards you.  | Press **Activate Card.** <br> The following message will appear on the screen: <br> Enter selection code and press YES | **Press the number** that corresponds to the Voter's Party Preference and then **press YES**.  <br> The following message will appear on the screen: <br> Card activated. Please remove. | Remove activated Voter Card from Card Activator and hand card to the Voter. <br> **Inform Voter:** <br> *"Please feel the small square chip on the backside of the Voter Card. Insert Voter Card into the Touchscreen with the chip side first, face down.*  <br> Assist Voter with inserting Voter Card into the Yellow Slot of Touchscreen if needed. |

**TURN PAGE FOR TROUBLESHOOTING TIPS**

126

## Troubleshooting Section for Audio Unit

**WHEN AUDIO IS ENABLED CORRECTLY,
A MESSAGE "AUDIO VOTING ENABLED"
WILL APPEAR ON THE TOUCHSCREEN**



### What to do if Audio Unit is not working

1. Confirm all connections are securely attached.
2. Try adjusting the volume.
3. If steps 1 and 2 do not work, cancel the Ballot.
4. Go behind Touchscreen and raise
   "Power ON/OFF" switch cover.
5. Turn Touchscreen "Power ON/OFF" switch to OFF,
   wait 5 seconds and turn switch back to ON.
6. Voter Card will eject automatically.
7. Activate a new Voter Card for **AUDIO** and hand the
   card to the Voter.

**If above steps do not work, call the
Registrar of Voters Office/Inspector Hotline
immediately at (510) 835-0320 and notify**

## If the Touchscreen is not working….

If the Accessible Voting Machine is not working after completing troubleshooting procedures, offer the Voter the following options without expressing a preference for one option over the other.

**Voter's Options:**

**A.** Offer the use of replacement Accessible Voting Machine and explain that it may take up to 2 hours for the machine to arrive.

**B.** Offer a paper Ballot and offer assistance.

**C.** Offer the option of voting on an Accessible Voting Machine housed at the

Registrar of Voters Office, 1225 Fallon Street, Oakland, CA 94612 (Basement)

**Never direct a Voter to another Precinct other than their assigned Precinct.
On the Touchscreen Tally, mark the option that the voter chose.**

**CALL INSPECTOR HOTLINE IMMEDIATELY AT (510) 835-0320 IF TOUCHSCREEN IS NOT WORKING**



# Touchscreen: Closing the Polls
## Certificate of Performance

**California Elections Code Sections 15250.5 and 19380 require all members of the Precinct Board to sign a *CERTIFICATE OF PERFORMANCE* and also certify the statement of the result of the votes cast.**

**For the UNDERLINE TOUCHSCREEN, there will be TWO (2) copies of the Certificate of Performance: one labeled "FOR ANTI-STATIC BAG" and another labeled "POST OUTSIDE," each located in the Roster-Index Binder and containing the same information. ALWAYS complete BOTH copies.**

**Use the instructions in the "Closing the Touchscreen" section to fill out the required information for Closing the Polls.**
**Instructions will be highlighted and marked \*NEW PROCEDURE\*.**

---

### Closing the Polls

*We likewise certify after the polls were closed, ONE of the following (Please check only the one that applies):*

☐ Results of votes cast for each candidate is not completed because fewer than 10 Ballots were cast in the Touchscreen Voting Machine for this Precinct.

 Total Number on Public Counter: _____

 Total Number on Protective Counter: _____

☐ Results of votes cast for each candidate from the Touchscreen Voting Machine is completed and attached. (Complete the attached Touchscreen Vote Totals Report)

*We further certify that after polls have been closed, the Touchscreen Voting Machine has been locked against voting and sealed:*

 Red Pull-Tite Security Seal Serial Number: _____

*Also, we certify that printed directions to the precinct board were distributed by way of "The Guide" and Job Cards.*

*We certify that the above information is accurate and voting machine is closed and locked.*

 Signature Inspector: _____

 Signature Judge: _____

 Signature Clerk: _____

 Signature Clerk: _____

 Signature Clerk/Student: _____

Magnified view

# Closing the Touchscreen



1. ❑ While another Poll Worker observes, visually confirm <u>WHITE</u> Pull-Tite Security Seal on switch cover marked **'POLLS OPEN/ CLOSED"** has no signs of tampering.



2. ❑ If the seal has no signs of tampering, remove <u>WHITE</u> Pull-Tite Security Seal and tape it to the **<u>reverse</u>** side of the *Seal Verification Form*.

 

3. ❑ Lift up switch cover and turn the **'POLLS OPEN/CLOSED"** switch to the **CLOSED** position.



4. ❑ Verbally give the total votes cast on **Touchscreen's "Public Counter"** to the Poll Worker completing the *Roster-Index Official Ballot Tally*.



5. ❑ The *Official Results Report* should be printed. To begin printing, touch "**Print Report**" on front of screen.



129

# Closing the Touchscreen *(cont'd)*



6. **☐ *NEW PROCEDURE***
   **On <u>BOTH</u> copies of *Certificate of Performance* for <u>Touchscreen</u>, fill out the "<u>Closing the Polls</u>" section by checking the option that applies.**

## Closing the Polls

*We likewise certify after the polls were closed, ONE of the following (Please check only the one that applies):*

☐ Results of votes cast for each candidate is not completed because fewer than 10 Ballots were cast in the Touchscreen Voting Machine for this Precinct.

Total Number on Public Counter: _____

Total Number on Protective Counter: _____

☐ Results of votes cast for each candidate from the Touchscreen Voting Machine is completed and attached. (Complete the attached Touchscreen Vote Totals Report)

Magnified view

## CHECK <u>ONLY</u> THE ONE THAT APPLIES:

- **Check the <u>first option</u> IF FEWER THAN 10 BALLOTS were cast as shown on the Public Counter. Record the Total Number on Public Counter and Protective Counter in the spaces provided if fewer than 10 Ballots were cast. Do not complete the attached copies of the Touchscreen Vote Totals Report.**

- **Check the <u>second option</u> IF 10 OR MORE BALLOTS were cast as shown on the Public Counter. If 10 or more Ballots were cast, complete the copies of the Touchscreen Vote Totals Report, which are attached to each copy of the *Certificate of Performance* for <u>Touchscreen</u>.**

7. **☐ *NEW PROCEDURE***
   **ONLY IF 10 OR MORE BALLOTS were cast, locate the *Touchscreen Vote Totals Report* forms behind <u>BOTH</u> copies of *Certificate of Performance* for <u>Touchscreen</u>. Do not detach.**

8. **☐ Write number of votes cast on Touchscreen for each candidate and contest in the appropriate row or column on *Touchscreen Vote Totals Report*.**

9. **☐ Each Poll Worker <u>must</u> sign both reports.**
   **(California Elections Code § 15250.5)**



*Touchscreen Vote Totals Report* forms are behind <u>BOTH</u> copies of *Certificate of Performance* for <u>Touchscreen</u>.

130

## Closing the Touchscreen (cont'd)



10. ☐ Once recording totals is completed, press **"Done"** on Touchscreen.



11. ☐ On the rear of Touchscreen, lift **'POWER ON/ OFF"** switch cover, turn switch to **OFF.**

## Removing Results Cartridge Card



12. ☐ Using scissors, cut the **RED** Pull-Tite Security Seal and remove it from the Results Cartridge Door. Tape the removed **RED** Pull-Tite Security Seal to the **front** of the *Seal Verification Form*.





13. ☐ While one Poll Worker observes, another is to lower the Results Cartridge Door.

131

## Closing the Touchscreen (cont'd)

### Removing Results Cartridge Card

14. ❑ Remove the Results Cartridge by pulling it out.



15. ❑ Place Results Cartridge into **Pink** Anti-Static Bag marked **"Touchscreen Results Cartridge."**



16. ❑ Close Results Cartridge Door **and** re-seal door with a new **RED** Pull-Tite Security Seal.



17. ❑ Record the serial number of the new **RED** Pull-Tite Security Seal on the **front** of the *Seal Verification Form.*





Magnified view

# Closing the Touchscreen (cont'd)

## Removing Results Cartridge Card

18. ☐ **The back of the S*eal Verification Form* should be completely filled out. Place completed *Seal Verification Form* inside Security Seals Envelope.**

19. ☐ **Place Security Seals Envelope inside Turquoise Trolley.**



**Front Side**        **Back Side**

### *NEW PROCEDURE*

20. ☐ **On BOTH copies of *Certificate of Performance* for Touchscreen, record the new Touchscreen RED Pull-Tite Security Seal Number on the spaces provided. ALL Poll Workers must sign the bottom of BOTH copies.**

**CERTIFICATE OF PERFORMANCE**
**FOR ANTI-STATIC BAG**
**Touchscreen**

This CERTIFICATE OF PERFORMANCE is for Precinct 456789, for the Demonstration Election held on the 1st day of January, 2020.

Opening the Polls

*We hereby certify that before the polls were opened, the following were shown:*

Touchscreen Public Counter: _0_
Touchscreen Protective Counter: _44_
Touchscreen Red Pull-Tite Security Seal: _030875_

Closing the Polls

*We likewise certify that after the polls were closed, ONE of the following (Please check only the one that applies):*

☐ Results of votes cast for each candidate is not completed because fewer than 10 Ballots were cast in the Touchscreen Voting Machine for this Precinct.

Total Number on Public Counter: _____
Total Number on Protective Counter: _____

☑ Results of votes cast for each candidate from the Touchscreen Voting Machine is completed and attached. (Complete the attached Touchscreen Vote Totals Report)

*We further certify that after polls have been closed, the Touchscreen Voting Machine has been locked against voting and sealed:*

Red Pull-Tite Security Seal Serial Number: _____

*Also, we certify that printed directions to the precinct board were distributed by way of "The Guide" and Job Cards.*
*We certify that the above information is accurate and voting machine is closed and locked.*

Signature Inspector: _____
Signature Judge: _____
Signature Clerk: _____
Signature Clerk: _____
Signature Clerk/Student: _____

Magnified view

**CERTIFICATE OF PERFORMANCE**
**POST OUTSIDE**
**Touchscreen**

This CERTIFICATE OF PERFORMANCE is for Precinct 456789, for the Demonstration Election held on the 1st day of January, 2020.

Opening the Polls

*We hereby certify that before the polls were opened, the following were shown:*

Touchscreen Public Counter: _0_
Touchscreen Protective Counter: _88_
Touchscreen Red Pull-Tite Security Seal: _030878_

Closing the Polls

*We likewise certify that after the polls were closed, ONE of the following (Please check only the one that applies):*

☐ Results of votes cast for each candidate is not completed because fewer than 10 Ballots were cast in the Touchscreen Voting Machine for this Precinct.

Total Number on Public Counter: _____
Total Number on Protective Counter: _____

☑ Results of votes cast for each candidate from the Touchscreen Voting Machine is completed and attached. (Complete the attached Touchscreen Vote Totals Report)

*We further certify that after polls have been closed, the Touchscreen Voting Machine has been locked against voting and sealed:*

Red Pull-Tite Security Seal Serial Number: _____

*Also, we certify that printed directions to the precinct board were distributed by way of "The Guide" and Job Cards.*
*We certify that the above information is accurate and voting machine is closed and locked.*

Signature Inspector: _____
Signature Judge: _____
Signature Clerk: _____
Signature Clerk: _____
Signature Clerk/Student: _____

Magnified view

133

# Closing the Touchscreen (cont'd)

*Image on left:*
*Certificate of Performance* for <u>Touchscreen</u>
labeled "**FOR ANTI-STATIC BAG**."
*Image on right:*
*Certificate of Performance* for <u>Touchscreen</u>
labeled "**POST OUTSIDE**."

 

 

**Pink** Anti-Static Bag

**Outside Polling Place**

**\*NEW PROCEDURE\***

21. ☐ A Poll Worker will place the *Certificate of Performance* for <u>Touchscreen</u> labeled "**FOR ANTI-STATIC BAG**" in the **Pink** Anti-Static Bag marked **Touchscreen Results Cartridge**.

22. ☐ A Poll Worker will post the *Certificate of Performance* for <u>Touchscreen</u> labeled "**POST OUTSIDE**" outside the Polling Place making it visible to the public. Post beside or near the *Certificate of Performance* for <u>Scanner</u>.

 



23. ☐ Seal Anti-Static Bag and place into the clear pouch inside the **Red** Trolley.

# Closing the Touchscreen (cont'd)

## Removing the Audio Unit from the Touchscreen

24. ☐ Remove Audio Unit from the "well" area behind Touchscreen and place in its black canvas case. **NEVER REMOVE THE BLUE SECURITY SEAL.**

  

25. ☐ Audio Unit is placed in Small Scanner Bin.

## Removing the V-VPAT Printer

26. ☐ Remove the privacy curtain.

27. ☐ Attach privacy curtain to privacy panel. Close privacy panels.

28. ☐ Visually confirm the **BLUE** Pull-Tite Security Seal located on side of **V-VPAT** Printer is still intact.

<p style="text-align:center; color:red; font-weight:bold;">DO NOT CUT THE SEAL!<br>NEVER OPEN THE V-VPAT PRINTER!</p>

29. ☐ If seal is intact, move to back of Touchscreen and detach the **V-VPAT** Printer's power cable and printer cable.

30. ☐ Raise **V-VPAT** Printer up along the bracket sleeve until it is fully removed.

  

31. ☐ Place **V-VPAT** Printer in its black canvas storage case and <u>place near other **Return Center items.**</u>

  

<p style="text-align:center; color:red; font-weight:bold;">DO NOT PUT PRINTER IN EITHER TROLLEY!!!</p>

135

## Closing the Touchscreen (cont'd)

### Disassembling the Touchscreen

32. ❑ Unplug power cord from wall and back of Touchscreen. Place power cord into the "AC Power Cord Storage" flap in Touchscreen cover.



33. ❑ Lower LCD screen to the original "flat" position.



34. ❑ Replace top cover by aligning and securing the four cover clasps.



35. ❑ With one Poll Worker in the front and another at the rear, "roll" and lift Touchscreen, placing it topside-down onto the floor.



36. ❑ Press silver retention pin for each leg extension to remove legs from main leg assembly.



37. ❑ Remove main leg assembly from yellow and **black** sockets on bottom of Touchscreen by pressing each of the silver retention pins.



136

## Closing the Touchscreen (cont'd)

### <u>Disassembling the Touchscreen</u>

38. ❑ Release main leg assembly by disconnecting the connector pin from the hole.



39. ❑ With yellow tips facing down, keep **connector pin above hole** creating a **diamond shape** and close.



40. ❑ Remove storage cover and return main leg assembly and four leg extensions to storage compartment.



41. ❑ Replace the storage cover, securing the latches to the original locking position.



42. ❑ Roll Touchscreen unit near Voting Equipment Delivery Cart.



137

# Closing the Touchscreen (cont'd)

## CLOSING THE CARD ACTIVATOR



43. ❑ Turn the switch button to off.

44. ❑ Unplug power cord from power strip. Place Card Activator, power cord, and *"Voter Card Activation Instructions"* inside black canvas case and zip case.





45. ❑ Place the Voter Cards in the "Official Table Supply Bag."

46. ❑ Place the Card Activator inside Small Scanner Bin.



138



# Scanner: Opening the Polls
## Certificate of Performance

**California Elections Code Sections 15250.5 and 19380 require all members of the Precinct Board to sign a *CERTIFICATE OF PERFORMANCE* and also certify the statement of the result of the votes cast.**

**For the <u>SCANNER</u>, there will be TWO (2) copies of the Certificate of Performance: one labeled "FOR ANTI-STATIC BAG" and another labeled "POST OUTSIDE," each located in the Roster-Index Binder and containing the same information. ALWAYS complete <u>BOTH</u> copies.**

**Use the instructions in the "Setting Up the Scanner" section to fill out the required information for <u>Opening the Polls.</u>**
**Instructions will be highlighted and marked \*NEW PROCEDURE\*.**



Magnified view

139

# Setting Up the Scanner



**California Secretary of State Guidelines require two (2) Poll Workers perform the following procedures:**

**Set up the Scanner using these instructions:**

**Locate *Seal Verification Form* inside Roster-Index Binder.**

**\*NEW PROCEDURE\***
**Locate <u>BOTH</u> copies of *Certificate of Performance* for <u>Scanner</u> (labeled "FOR ANTI-STATIC BAG" and "POST OUTSIDE") inside Roster-Index Binder.**



1. ❑ Confirm that the Scanner is assigned to your Precinct by verifying the **Precinct Number** located on top of the Scanner.

   **If Precinct Number does not belong to your assigned Precinct, do not set up the Scanner.**

   **Call the Registrar of Voters as soon as possible.**



2. ❑ **Visually confirm ORANGE Security Seal, <u>WHITE</u> Pull-Tite Security Seal <u>and</u> black plastic strap encircling the Scanner have no signs of tampering.**



3. ❑ Cut **black** plastic strap and discard it. Tape ORANGE Security Seal and trimmed <u>WHITE</u> Pull-Tite Security Seal to the **reverse** side of the *Seal Verification Form*.



4. ❑ Confirm RED Security Seal on "Rear Access Lid" has not been tampered with.

140

# Setting Up the Scanner (cont'd)

*Image on right:*
**RED** Security Seal on "Rear Access Lid"

5. ☐ Verify the **RED** Security Seal Serial Number matches the number on the *Seal Verification Form*.
**DO NOT REMOVE** THE **RED** SECURITY SEAL.
**Both** Poll Workers sign the *Seal Verification Form.*

**Security Seal must be verified and *Seal Verification Form* signed three (3) additional times on Election Day by two (2) Poll Workers.**

**See times on reverse of *Seal Verification Form* (PW1/PW2 = Poll Worker 1/Poll Worker 2)**



| Equipment | Picture of Red Seal Location | Seal # | Verified By (to be completed by 2 Election Officers) |
|---|---|---|---|
| 1. Optical Scanner | | 087809<br><br>Replacement Seal #, if any<br><br>*Close of Poll Replacement Seal # | _____ (print name)    _____ (print name)<br><br>_____ (signature)    _____ (signature) |

Magnified view

6. ☐ **\*NEW PROCEDURE\***
**Record Serial Number of RED Security Seal on BOTH copies of *Certificate of Performance* for Scanner.**



## Opening the Polls

*We hereby certify that before the polls were opened, the following were delivered / shown:*

☐ Scanner keys in sealed envelope

Scanner Public Counter: _____

Scanner Red Security Seal Serial Number: _____

Magnified view

141

## Setting Up the Scanner (cont'd)



7. ☐ **Locate Scanner Keys in "Opening Polls Supply Bag."**

**\*NEW PROCEDURE\***

8. ☐ **On <u>BOTH</u> copies of the *Certificate of Performance* for <u>Scanner</u>, check "Scanner keys in sealed envelope" if the Scanner Keys were located in the "Opening Polls Supply Bag."**

### Opening the Polls

*We hereby certify that before the polls were opened, the following were delivered / shown:*

☐ Scanner keys in sealed envelope

Scanner Public Counter: _____

Scanner Red Security Seal Serial Number: _____

Magnified view

9. ☐ Unlock Scanner's side door. Remove all items in the Scanner Bins.



10. ☐ Plug the power cord in.

142

# Setting Up the Scanner (cont'd)



11. ☐ The "Public Counter" display window will light up. The **Red** "Power" light will light up. The *Vote Totals Report*" will automatically begin printing.

**DO NOT TEAR OFF THE REPORT!**

If printing does not start, check Scanner power cord connections and try again.



12. ☐ Verify that the following are correct on *Vote Totals Report* tape:

☐ Precinct Number

☐ Date

☐ Time

13. ☐ Verify "**TOTAL BALLOTS CAST**" on tape is zero as in "**000**."



14. ☐ **ALL POLL WORKERS MUST SIGN** bottom of the *Vote Totals Report*.

**DO NOT TEAR OFF THE REPORT!**



15. ☐ Fold tape with Precinct Number visible at the beginning of the tape. Place tape in the Scanner "well" area.



143

# Setting Up the Scanner (cont'd)



16. ☐ Confirm "Public Counter" display reads zero, as in "**0000**."

**\*NEW PROCEDURE\***

17. ☐ **Record "Public Counter" Number (should be zero/"0000") on <u>BOTH</u> copies of *Certificate of Performance* for <u>Scanner</u>.**

## Opening the Polls

*We hereby certify that before the polls were opened, the following were delivered / shown:*

☐ **Scanner keys in sealed envelope**

Scanner Public Counter: _____

Scanner Red Security Seal Serial Number: _____

Magnified view



18. ☐ Confirm **Green** "Ready" light is on, indicating the Scanner is ready to accept Ballots.

---

**<u>After</u> 1ˢᵗ Voter has verified Scanner Bins are empty, secure Scanner's side door with ORANGE Security Seal (See *1ˢᵗ Voter Procedures*).**

*Scanner tape will advance after the 1ˢᵗ Ballot is scanned.*
*The tape will now only advance if there is an error message or to print a report.*

---



# Scanner: Closing the Polls
## Certificate of Performance

**California Elections Code Sections 15250.5 and 19380 require all members of the Precinct Board to sign a *CERTIFICATE OF PERFORMANCE* and also certify the statement of the result of the votes cast.**

**For the <u>SCANNER</u>, there will be TWO (2) copies of the Certificate of Performance: one labeled "<span style="color:red">FOR ANTI-STATIC BAG</span>" and another labeled "<span style="color:red">POST OUTSIDE</span>," each located in the Roster-Index Binder and containing the same information. ALWAYS complete <u>BOTH</u> copies.**

**Use the instructions in the "Closing the Scanner" section to fill out the required information for <u>Closing the Polls</u>.**

<mark>**Instructions will be highlighted and marked \*NEW PROCEDURE\*.**</mark>



Magnified view

145

# Closing the Scanner



1. ❑ **While another Poll Worker observes, collect Scanner "Vote Totals" shown on "Public Counter" display on front of Scanner.**
   **Give this total to Poll Worker completing the *Official Ballot Tally*.**





**\*NEW PROCEDURE\***

2. ❑ **On BOTH copies of *Certificate of Performance* for Scanner, fill out the "Closing the Polls" section by checking the option that applies.**

## Closing the Polls

*We likewise certify ONE of the following (Please check only the one that applies):*

 ❑ Results of votes cast for each candidate is not posted because fewer than 10 Ballots were cast in the Scanner Voting Machine for this Precinct.

Total Number on Public Counter: _____

❑ Results of votes cast for each candidate from the Scanner Voting Machine is attached. (Attach the Scanner Vote Totals Report)

Magnified view

**CHECK ONLY THE ONE THAT APPLIES:**

❑ **Check the first option IF FEWER THAN 10 BALLOTS were cast as shown on the Public Counter. Record the Total Number on Public Counter in the space provided if fewer than 10 Ballots were cast.**

❑ **Check the second option IF 10 OR MORE BALLOTS were cast as shown on the Public Counter. If 10 or more Ballots were cast, a copy of the Scanner Vote Totals Report shall be attached to each copy of the *Certificate of Performance* for Scanner. Proceed to the next step in these instructions to print the Scanner Vote Totals Report.**

146

# Closing the Scanner (cont'd)

3. ❑ Remove **RED** Security Seal from Scanner Rear Access Lid and tape it to the **front** of the *Seal Verification Form.*



## NOTE: Print the <u>required</u> Scanner reports!



4. ❑ Remove **ORANGE** Security Seal from Scanner's side door and tape Seal to the back of the *Seal Verification Form.*

5. ❑ Using round Scanner Key, unlock Scanner Rear Access Lid.

*1ST REPORT*

6. ❑ On keypad, press "**Print Totals**" then press **zero** (0). The Scanner will automatically start printing the *Vote Totals Report (1ST REPORT).*




7. ❑ Carefully tear off *Vote Totals Report* tape when printing is complete. **All** Poll Workers sign the bottom of *Vote Totals Report* tape.




8. ❑ **Attach *Vote Totals Report (1ST REPORT)* to *Certificate of Performance* for Scanner labeled "FOR ANTI-STATIC BAG" regardless of how many Ballots were cast.**

*NEW PROCEDURE*



147

# Closing the Scanner (cont'd)

**\*NEW PROCEDURE\***
**\*2^{ND} REPORT\***

9. ❑ <u>ONLY PRINT</u> second *Vote Totals Report (2ND REPORT)* **IF 10 OR MORE BALLOTS were cast.** To print, press **"Print Totals"** on Scanner keypad. Tear off second report, **all** Poll Workers sign the bottom of *Vote Totals Report* tape.

10. ❑ Attach *Vote Totals Report (2ND REPORT)* to *Certificate of Performance* for <u>Scanner</u> labeled **"POST OUTSIDE" ONLY** if the **Report was printed.** (California Elections Code § 15250.5)



**\*3^{RD} REPORT\***

11. ❑ Print *Electronic Log Report (3RD REPORT)*. Press the nine (9) key four (4) times on Scanner keypad. The *Electronic Log Report* is the Scanner audit log.



12. ❑ Tear off *Electronic Log Report*, <u>do not sign</u>.



13. ❑ Place *Electronic Log Report* in **Pink** Anti-Static Bag marked **Scanner Memory Pack**.



14. ❑ Unplug Scanner from electrical outlet.

# Closing the Scanner (cont'd)

## Removing the Memory Pack from the Scanner

 **Unplug Scanner prior to beginning the following steps!** 

15. ❑ Use scissors to remove <u>WHITE</u> Pull-Tite Security Seal from Memory Pack Door. Trim and tape <u>WHITE</u> Pull-Tite Security Seal to the **reverse** side of the *Seal Verification Form*.



16. ❑ Open and lower the plastic Memory Pack Door. Raise, and then slide Memory Pack Slot Lever all the way to the right to release Memory Pack.

 

17. ❑ **Pull Memory Pack out and place in** <span style="color:magenta">**Pink**</span> **Anti-Static Bag marked "Scanner Memory Pack."**



18. ❑ Raise, and then slide the Memory Pack Slot Lever back to its center position. Close the plastic Memory Pack Door.



19. ❑ Close <u>**and**</u> lock Scanner Rear Access Lid <u>**and**</u> re-seal Lid with a new **RED** Security Seal. Coil power cord and place in Scanner "well" (<u>not</u> inside Lid).

  

149

# Closing the Scanner (cont'd)

## Removing the Memory Pack from the Scanner

20. ❑ Record the serial number of the new **RED** Security Seal on the **front** of the *Seal Verification Form*.



| Equipment | Picture of Red Seal Location | Seal # | Verified By (to be completed by 2 Election Officers) | | Asset Id (For Office Use Only) |
|---|---|---|---|---|---|
| 1. Optical Scanner | | 087809 Replacement Seal #, if any _____ *Close of Poll Replacement Seal # __106837__ | Danelle A. Brady (print name) *Danelle A. Brady* (signature) | George Strober (print name) *George Strober* (signature) | S000001 |

Magnified view

**\*NEW PROCEDURE\***

21. ❑ On **BOTH** copies of *Certificate of Performance* for **Scanner**, record the new Scanner **RED** Security Seal Number on the spaces provided.
**ALL** Poll Workers must sign the bottom of **BOTH** copies.



Magnified view



Magnified view

# Closing the Scanner (cont'd)

**Image on left:**
*Certificate of Performance* for <u>Scanner</u> labeled "**FOR ANTI-STATIC BAG**."
**Image on right:**
*Certificate of Performance* for <u>Scanner</u> labeled "**POST OUTSIDE**."

**Pink** Anti-Static Bag

**Outside Polling Place**



**\*NEW PROCEDURE\***

22. ☐ A Poll Worker will place the ***Certificate of Performance*** for <u>Scanner</u> labeled "**FOR ANTI-STATIC BAG**" in the **Pink** Anti-Static Bag marked **Scanner Memory Pack**.

23. ☐ A Poll Worker will post the ***Certificate of Performance*** for <u>Scanner</u> labeled "**POST OUTSIDE**" outside the Polling Place making it visible to the public.



24. ☐ Seal Anti-Static Bag and place into the clear pouch inside the **Red** Trolley.

151

## Closing the Scanner (cont'd)

## Removing the Ballots from the Scanner Bins

 

25. ❑ Using flat Scanner Key, open side door to pull out the Bins.

### DO NOT MIX Ballots from the Small and Large Bins!



26. ❑ Remove "Write-In Ballots" from Small Bin. **Count** Write-Ins, write the total number on **Orange** *Write-In Ballots* **Bag** label. Place Write-Ins in the **Orange** *Write-In Ballots* **Bag**. Place **Orange** *Write-In Ballots* **Bag** in **Red** Trolley.



27. ❑ Remove regular Ballots from Large Bin. **DO NOT COUNT!!!** Place regular Ballots in box labeled "Scanned Voted Official Ballots."

28. ❑ Locate the *Seal for Scanned Voted Official Ballots Box* and have **all** Poll Workers sign the *Seal*. Affix *Seal* to the box for Scanned Voted Official Ballots **and** place sealed box inside **Turquoise** Trolley.

 

29. ❑ Use the "Packing Scanner Bins/Checklist" sections found on the side of the Scanner Bins, in *"The Guide,"* or at the back of the "Clerk 1: Closing Job Card 3" to pack the Scanner Bins.

When finished, lock Scanner side door and roll Scanner near Voting Equipment Delivery Cart.

152



# Notes

_____

_____

_____

_____

_____

_____

_____

_____

# Problems or Issues

* Equipment related – check *"The Guide"*

* Procedure related – check *"What To Do If…"* section in *"The Guide"*

* Tasks on Election Day – check "Job Cards"

* Language Assistance – check "Language Assistance Sign"

**If you need additional assistance: Ask Inspector**

207

# Poll Worker Resources page:



154



**For Poll Worker questions, Email Recruiting Unit at:**
**rov_pollworker_info@acgov.org or Call: (510) 272-6971**

*My Poll Worker Profile* **can now be accessed online by visiting**
**www.acgov.org/rovworker_app/wplogin.do**

✳ Election Information

   ✳ My Assignment

   ✳ Election Day Information

✳ My Profile

   ✳ My Information

   ✳ My History

   ✳ My Pins



155

## After the Election
## Complete the Poll Worker Survey

▸ **http://www.acvote.org/**

▸ Click on "Poll Workers"
▸ Click "Surveys"
▸ Select a Survey

# THANK YOU!

*Your efforts to serve the Voters of
Alameda County are sincerely appreciated!*



*Please fill out the Evaluation Form before leaving.*

*Bilingual Poll Workers must stay for the Bilingual Class.*

| FOR VOTER ASSISTANCE CALL: ENGLISH - (510) 272-6973 | |
|---|---|
| CHINESE - (510) 208-9665 | KOREAN - (510) 272-5037 |
| HINDI - (510) 272-5035 | SPANISH - (510) 272-6975 |
| JAPANESE - (510) 272-5036 | TAGALOG - (510) 272-6952 |
| KHMER - (510) 272-5038 | VIETNAMESE - (510) 272-6956 |

156