# Declaration of Ashley Beck

1. I, Ashley Beck, am over the age of 18 and I declare under penalty of perjury that:

2. I was at 9672 Paseo De Oro, Cypress, CA 90630 on May 18, 2016 for a three-hour training session of pollworkers so that I can serve at the Orange County polls in the California Primary on June 7, 2016.

3. I was trained at the Tanglewood Clubhouse in Cypress, California with 17 other Orange County Poll Worker volunteers. At one point in the training, our instructor, Wagy, told us that, "Provisional ballots will be our best friend on election day." I wrote this down as a note, a copy of which is attached as 'Exhibit 1'.

4. My concern comes from understanding based on information and belief that Provisional ballots are only counted in the event of close vote totals and may not ever be counted, otherwise. With so many Orange County voters registered to no party, very large numbers of voters may have no voice on Election Day.

5. We were all watching his slideshow presentation so I found it hard to simultaneously keep pace with the corresponding pages in the 90-page Pollworker Handbook, which is attached in its entirety as 'Exhibit 2'.

6. Most of us were simply jotting down notes from the slideshow and what Wagy was saying. We got to the issue of no-party-preference (NPP) voters. Then, I heard Wagy say to "always give NPP voters Provisional ballots". I had my Poll Worker handbook open to Page 85 and I specifically asked him the question, "So you are saying that even though these parties are accepting NPP voters to vote for them that they are to be given Provisional ballots?" A copy of page 85 is attached as 'Exhibit 3' showing the ballot names in bold-face type: Democratic, American Independent, Libertarian, and Nonpartisan.

7. Wagy answered, "Yes, NPP, provisional always." I wrote down his response in my notes as is shown in the copy of 'Exhibit 1'.

8. According to page 41 of the Poll Worker Handbook (a copy of the manual is attached as 'Exhibit 4'), "NPP voters do not receive a regular party ballot--they receive a "crossover" ballot".

9. It wasn't until I got home after the training session and called the Registrar of Voters office that I learned about crossover ballots. My contact at the ROV office told me that I had been given misinformation, that it's untrue that all NPP voters will be given provisional ballots. I told her that the slideshow used in our training class did not discuss NPP voters or crossover ballots at all.

10. Then, she verbally walked me through the proper steps of how to handle an NPP voter on June 7th: Give NPP voters who request them, partisan crossover ballots for their choice of a party or a non-partisan ballot, but certainly not a provisional ballot.