11. I asked her where I would be able to find these crossover party ballots since we had not been told about them, much less told that they'd be in the poll worker materials we're to receive on Election Day. She said the NPP crossover ballots would be on the bottom of the pile of regular Party ballots.

12. Based on information and belief that many other poll workers were similarly misinformed, I hoped to to alert other Californians to my concerns. I recorded and posted a video on the Internet, the next morning (May 19), which I understand was shared among thousands of viewers in a viral fashion.

13. Later that night, I received an email from Ben Hamatake, in the Orange County ROV office, entitled "Notice of Clarification." A copy of that email is attached as 'Exhibit 5'. In that email, Ben stated that "you may have received incorrect information that 'all No Party Preference (NPP) voters receive a provisional ballot. The correct information is as follows (found on page 85 of the Poll Worker Handbook),'" which he restated as "Do not issue a provisional ballot to these voters, they vote regular ballots."

14. I was still confused because of the statement on Page 41 of our Handbook ('Exhibit 4' and above) concerning NPP voters that, "they receive a "crossover" ballot." So I emailed him, again, as to whether a regular ballot is a crossover ballot. His response was to distinguish the use of the word 'regular' with respect to party ballots versus provisional ballots and 'normal process' versus 'special circumstances' as shown in the email copied in 'Exhibit 6'. I was still confused.

15. But, as I was only one of the 18 poll workers misinformed in my own training session, I was also concerned as to whether other poll workers and trainers had been notified about the NPP ballot misinformation.

16. Ben responded to my emailed inquiry, "We are reaching out to potentially-affected poll workers with the Notice of Clarification below (the original email I received, which is 'Exhibit 5'). We have contacted all trainers via phone, email *and* text to reinforce the correct information as well."

17. I then sent a final message to him stating that I still thought this "Notice of Clarification" was confusing despite his several attempts to unsuccessfully clarify it to my satisfaction:

18. "With all due respect, This "Notice of Clarification" still seems confusing when it comes to the issue of NPP voters receiving regular party ballots or crossover ballots. I would think you would want to clear up that confusion with all poll workers as well. And it is my hopes that enough of these crossover ballots will be supplied to all OC polling places since 1 in 3 voters in Orange County will be voting NPP."

19. I never received a response from Ben Hamatake of the Orange Country Registrar of Voters office to my last email.