20. I declare under penalty of perjury that the foregoing is true and correct, except for those matters based on information and belief, and as to those matters I believe them to be true.

Executed on May 22, 2016 in Los Alamitos, Orange County, CA.

_____ (signature)

Ashley Beck (printed name)