4,000 Poll workers needed!

AM  Priority - Paper Booths 1st!!

DOU - Disable Access Unit
Person's w/ a disability.

Voting 1,2,3.
1. Name - Voter's Roster
2. Address - Precinct Street index.
3. Vote - Paper or electronic

Provisional will be your best friend during the election!
"If you want to check the status of your vote, you can call this number."

! No electioneering - 33 FEET!
  (sign)

1 in 3 are NPP in OC.

We cannot ask voter for I.D.

NPP = Provisional Always