Declaration of Jennifer J. Abreu

1. I, Jennifer J. Abreu, am above the age of 18 and I declare under penalty of perjury that:

2. I was at 8118 University Avenue La Mesa, CA 91941 on Tuesday, May 17, 2016 for a three-hour training session to be a Touch Screen Inspectors so that I can serve at the San Diego County polls in the California Primary on June 7, 2016.

3. I attended the Poll Worker Training provided by the Registrar of Voters in the County of San Diego on Tuesday, May 17, 2016 at 1:00pm. When covering the topic of No Party Preference voters (NPP) the Poll Worker trainees were instructed to give all NPP voters Provisional ballots unless specified otherwise.

4. The use of Provisional ballots is covered in the Poll Worker Training Manual that I was issued during the training on pages 38 and 39 of which copies are attached in Exhibit 1 and Exhibit 2, respectively.

5. When asked if the Provisional ballots would be counted, the instructor confirmed to the class that "All Provisional ballots are counted at the discretion of the Registrar of Voters." Based on information and belief, I understand there is no guarantee that the Provisional ballots will either be counted or reported on Election Night and they may never be included in the final election totals.

6. When trainees asked for further clarification on whether the default ballot given to NPP voters is the Provisional ballot, the trainer responded, "Yes, unless the voter specifically requests a partisan Crossover Ballot a Provisional ballot will be issued."

7. I declare under penalty of perjury that the foregoing is true and correct, except for those matters based on information and belief, and as to those matters I believe them to be true.

Executed on 5/22/2016 in San Diego County, San Diego, California,

_____(signature),