# PRESIDENTIAL PRIMARY ELECTION BALLOTS

Every voter indicates a political party preference when they register to vote, or selects no party preference (and is Nonpartisan).

- The voter's selection is printed next to their name in the Roster of Voters
- Voters can see their current registration status and party preference at sdvote.com
- A voter may change their political party preference at any time by re-registering, but must do so no less than 15 days before Election Day for the change to go into effect for that election
- The deadline to register before the presidential primary is May 23

Voters who indicate a political party preference may participate only in their party's June presidential primary election; they MUST be given the party ballot as printed on the roster.

If a voter INSISTS on voting a party ballot other than what is printed on the roster, they will need to vote provisionally.

Each political party has the option of also allowing Nonpartisan voters to vote in their presidential primary election.

- This June, the Democratic Party, the American Independent Party, and the Libertarian Party will allow Nonpartisan voters to vote in their presidential primary election
- In San Diego County, the Democratic Party is holding a Central Committee race, for which only registered Democrats may vote
- If a Nonpartisan voter requests a Democratic Party ballot, they must be given a Nonpartisan Democratic (NP-DEM) ballot that contains the Democratic Party's presidential candidates, but not the Democratic Central Committee race
- The poll worker must record the initials of the Nonpartisan voter's ballot choice in the blank space to the right of "NP" in the roster, as follows:

| If the voter chooses | Write |
|---|---|
| Nonpartisan | NP |
| Nonpartisan Democratic | DEM |
| American Independent | AI |
| Libertarian | LIB |

In this example, if David Malfoy chooses the Nonpartisan ballot, write "NP" in the *ballot issued* (BAL ISS) column. If Ronald Williams chooses the Nonpartisan Democratic ballot, write "DEM" in the *ballot issued* column.

| VOTER NAME | | SIGNATURE | | BAL ISS |
|---|---|---|---|---|
| MALFOY | DAVID | David Malfoy | NP | NP |
| MCGONAGALL | MARY | | REP | XXX |
| NOTTINGHAM | HARRY | | DEM | XXX |
| WILLIAMS | RONALD | Ronald Williams | NP | Dem |

Every voter will be able to vote for any candidate for every office other than President, and in favor of or against every state and local ballot measure they are eligible to vote for, based on their residence and registration.