## POLITICAL PARTY BALLOT CHART

| Voter Appears In Roster: | May Voter Request Different Ballot? | Ballot Options For Voter |
|---|---|---|

**NP (NONPARTISAN)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | NP | |

→ **YES** → **NONPARTISAN BALLOT** — Option 1 (NP)

The NP voter may **select one** of four options

or → **NONPARTISAN DEMOCRATIC BALLOT** — Option 2 (NP-DEM)

*IMPORTANT: Poll worker writes in the initials of the ballot selected by the NP voter.

**Offer 1 of 4 Options:**
Nonpartisan voter may request a Nonpartisan, Nonpartisan Democratic (NP-DEM), American Independent (AI) or Libertarian (LIB) ballot.

or → **AMERICAN INDEPENDENT PARTY BALLOT** — Option 3 (AI)

or → **LIBERTARIAN PARTY BALLOT** — Option 4 (LIB)

**DEM (DEMOCRATIC)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | DEM | XXX |

→ **NO** → **DEMOCRATIC PARTY BALLOT**

**REP (REPUBLICAN)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | REP | XXX |

→ **NO** → **REPUBLICAN PARTY BALLOT**

**AI (AMERICAN INDEPENDENT)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | AI | XXX |

→ **NO** → **AMERICAN INDEPENDENT PARTY BALLOT**

**LIB (LIBERTARIAN)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | LIB | XXX |

→ **NO** → **LIBERTARIAN PARTY BALLOT**

**GRN (GREEN)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | GRN | XXX |

→ **NO** → **GREEN PARTY BALLOT**

**PF (PEACE AND FREEDOM)**

| VOTER NAME | SIGNATURE | | |
|---|---|---|---|
| VOTER | LESLIE | PF | XXX |

→ **NO** → **PEACE AND FREEDOM PARTY BALLOT**

ASSISTING VOTERS

39