DECLARATION OF MARK SEIDENBERG

I, Mark Seidenberg, declare:

1. I took office of Chairman of the American Independent Party of California on September 3, 2014. My term of office ends at the close of date of September 2, 2016.

2. I am a registered voter in Orange County. I reside in the City of Aliso Viejo. I have been a registered voter in the American Independent Party since 2004.

3. For several weeks, it has come to my attention that a number of counties are not in compliance with the Elections Code. This is of great concern to me and my party. If the no party preference voters do not receive American Independent Party ballots upon request after submitting their applications, it will result in fewer ballots cast for our party and its presidential candidates.

4. I telephoned Marin County Board of Elections in the last Friday of April of 2016 and told their officials that their application to vote by mail was not in compliance with Election Code Section 3006(c). As a result of my call, I was informed on May 2, 2016 by reading their press announcement that corrections were made to their on-line application.

5. Shortly after that, I telephoned Stanislaus County Board of Elections and told their officials that their application to vote by mail was not in compliance with Election Code Section 3006(c). As a result of my call, I was told by the registrar that the form was changed to eliminated a reference that amounted to special treatment by singling out our party and saying it was not the same as no party preference.

6. I have reviewed my notes and the notes of AIP secretary Markham Robinson; we have spoken with election officials from most of the counties of California. Based on this review, it is our conclusion that a number of counties have violated 3006(c).

7. See the attached online application to vote by mail for the <u>City and County of San Francisco</u> and for the <u>County of Alameda</u>, attached as Exhibits 1 and 2. I found these at the election websites for these counties. Neither one of these applications inform the voter of the right to vote for the American Independent Party, the Democratic Party, or the Libertarian Party presidential candidates.

8. See the applications to vote by mail for the County of Santa Barbara, found within the County's Sample Ballot and Voter Information Pamphlet attached as Exhibit 3. I found this at the election website for this county. See on the final page that the Republican application to vote by mail does not inform the voter of the right for "no-party-preference voters" of the right to vote for the American Independent Party, the Democratic Party, or the Libertarian Party presidential candidates.

9. See how in Santa Barbara County only the "no party preference" voters are informed of the "crossover right" to vote for the American Independent Party, the Democratic Party, or the Libertarian Party presidential candidates. (Exhibit 3, p. 103 of 133; compare to pp. 37, 67, and 133) Our party inevitably receives more votes when the county officers comply with 3000(c) and inform all voters that "no party preference" voters have the right to vote for the presidential candidate of our party. It enables us to obtain votes from voters who desire to re-register as "no party preference" rather than register directly with our party.

10. I have been informed by Markham Robinson, the secretary of our party, that similar problems exist in other counties in California. I have been also informed by Mr. Simpich that similar problems exist in other counties in California. I have been informed by Mr. James Roduski that Los Angeles County issued an application to vote by mail with instructions to return it by March 18, not May 31 as mandated by statute.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge, except for those matters as set forth in paragraph 10, and as for those matters I believe them to be true. Executed on May 19, 2016 in Aliso Viejo, Orange County, California.

*Mark Seidenberg*

MARK SEIDENBERG