William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> DECLARATION OF MIMI KENNEDY |

I, MIMI KENNEDY, declare:

1. I am a registered voter in the Democratic Party in Los Angeles County, CA.

2. I was a Poll Inspector in charge of my polling place in a precinct in the County of Los Angeles for the Primary Election of 2008. I have served as a poll worker in a

DECLARATION OF MIMI KENNEDY                                              1

general election as well. On May 15, 2016, I received Poll Inspector training for the June 7 Primary Election and I took the training manuals home.

3. I have served on the LA County Registrar's Community Voter Outreach Committee for almost ten years where I participate in de-briefing and hear problems discussed after every election. Los Angeleans vote on paper ballots. At the May 15 training I learned there will be 10 ballot types at each precinct this election for our Inkavote paper ballot system: one for each of six political parties, one for NPP (No Party Preference) voters, and three for NPP voter who wish to "crossover vote" into one of the three parties that allow crossover voting for president by NPP voters. My experience is that few NPP voters choose to crossover into the smaller parties that allow them – the Libertarian and American Independent parties. Voters wish to crossover and vote in the major political parties. In CA, only the Democratic Party allows this. From previous experience I anticipate that the greatest demand for NPP-crossover ballots will be for the NPP-Democoratic ballot, as few voters have heard of the candidates from the other eligible parties.

4. In 2008, many voters in my precinct, especially those newly-registered, had to vote provisionally because of an obscure rule they didn't know about Vote By Mail. They had registered as Vote By Mail voters without being fully aware of it or of the rules governing the importance of mailed ballots. They were surprised to find they could not vote at the polls regularly without surrendering their unvoted mail ballot to prove they had not yet voted. They were given a provisional ballot. Most of these voters either didn't know they'd registered vote-by-mail, but someone else had suggested they do so and signed them up; or, they considered the option a convenience, and had no idea it encumbered with the responsibility for surrendering the ballot if they chose

to vote at the polls. By the time they get to the polls, they no longer have the ballot to surrender. As a Registrar Community Voter Outreach Committee member I have tried to publicize what I informally call this "Surrender Rule." But there has been no public drive to inform the electorate by either the Secretary of State or the Registrars.

5. In California, the vote count on the provisional ballots is not made public knowledge until well after election day. Whether these votes are counted, how many exist per precinct, what percentages are accepted or rejected, and why, is data that is not accessible by the public. In my experience the news stations and daily papers pay virtually no attention to the fate of the provisional ballots after election day, even though their numbers in 2012 presidential in LA County were so great that Registrar staff were forced to work on Thanksgiving Day, counting those votes. Increasingly, provisional votes in the tens of thousands can mean the margin of victory or defeat. They become a political football.

6. The American Independent Party is a CA party choice on the CA voter registration card. I helped many voters in 2008, and am hearing from some now as we approach the June 7 primary, who confused signing up as "American Independent" with being an "independent voter" who could vote for any party's candidates in a primary. They did not understand the official choice No Party Preference meant "independent" and that American Independent meant a political party with rules that would not allow them to crossover vote for presidential candidates in other political parties..

7. At the pollworker training in LA County (Poll Inspector and Poll Clerks) we were specifically and consistently trained to process NPP voters by asking them, as they sign in next to their names on the roster, what kind of ballot they want, and if they

want to vote for president in one of the three parties that allow crossover voting: Democratic, Libertarian, or American Independent. (Voters can cross INTO, but not OUT OF, the American Independent Party.) They make their request, and the sign-in clerk then tells the ballot clerk what ballot to give that voter – NP-DEM, NP-LIB, or NP-AI.

8. It is my understanding that some pollworkers in other counties have been trained to give the NPP voter a non-crossover NPP ballot, which contains no presidential choice, unless the NPP asks for another type of NPP crossover ballot to which she is entitled. In these cases, the NPP voter is aware of the state, county, and party rules governing her rights as a crossover NPP voter even though the pollworker is not making them known. The pollworker is aware of the voters' rights, or should be aware, after being trained in the state, county, and party rules, and when the pollworker withholds information about these rights, the voter may be disenfranchised of her presidential primary vote.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, except for those matters based on information and belief, and as for those matters I believe them to be true.

Executed on May 25, 2016 in the city of ___Binghamton___, County of _____Broome County_____, state of _____New York_____.

AKA Mary C Kennedy
Mimi Kennedy

**MIMI KENNEDY**