Declaration of Michelle M. Jenab

1. I, Michelle M. Jenab, am above 18 years of age and I declare under penalty of perjury that:

2. I was at the Hall of Administration Building, Board of Supervisors Hearing Room 381-B, 500 W. Temple Street, Los Angeles, California 90012 on Wednesday, May 25, 2016, from 9:00am to 11:30am for a training session for Poll Inspectors in order to be able to serve at the Los Angeles County primary polls on June 7, 2016.

3. Since I have read in the news that California anticipates an unusually large number of "No Party Preference ("NPP") voters to participate in our semi-open primaries this year, and I have seen discussions on the Internet of inconsistent information being given to poll workers (including a video by Ashley Beck, which discusses her concerns about incorrect information she was given on which ballots to supply to NPP voters), I paid particular attention to the portion of the training dedicated to NPP voters.

4. Page 5 of the Election Guide and Checklist given to poll inspectors in the training session I attended does not clearly state whether a poll worker should ask an NPP voter whether or not they wish to use a crossover ballot.  See Exhibit 1.  However, on page 29 of the same document, the flowchart indicates clearly that the Roster Clerk must affirmatively ask the voter "Do you wish to vote for the Presidential Candidate for the American Independent, Democratic, or Libertarian Party?"  See Exhibit 2.

5. The trainers also made clear that the Roster Clerk was to affirmatively ask the NPP voter whether or not the voter wished to receive a crossover ballot, and provided us with the same question format as appears in paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters based on information and belief, and as to those matters I believe them to be true.

       05/28/2016        Los Angeles County
Executed on       (date) in              (city, county, state)

(signature)

(printed name)    Michelle Jenab