

# ELECTION GUIDE AND CHECKLIST

★★★

*Election Day Procedures*



## June 7, 2016
**Presidential Primary Election**

## VOTERS REGISTERED WITH A PARTY PREFERENCE

Voters registered with a party preference may only vote for that party's Presidential and Political Party County Central Committee candidates.

When a voter arrives at a Polling Place, the Roster Clerk will announce his or her political party listed in the Roster of Voters. The Ballot Clerk will then issue the announced (and listed) party ballot to that voter. **Only issue the ballot for the voter's listed party.**

Once a voter has received a ballot, the Ballot Clerk will direct that voter to the voting booth with a political party sign and Vote Recorder that matches the ballot's political party. **This will be the only voting booth and Vote Recorder he or she may use.**

## NONPARTISAN (NPP) VOTERS

**Nonpartisan voters will be abbreviated as "NPP".** The abbreviation will be listed in the party column of the Roster of Voters and on other materials.

For this election, Nonpartisan (NPP) voters have the option to vote for the Presidential Candidate for the American Independent, Democratic, or Libertarian Party. **This is referred to as Crossover Voting.**

Therefore, Nonpartisan (NPP) voters have the option of choosing one of the following:
- Nonpartisan-Crossover American Independent
- Nonpartisan-Crossover Democratic
- Nonpartisan-Crossover Libertarian
- Nonpartisan Only (for voters choosing not to Crossover)

***Note:*** *Casting a Nonpartisan-Crossover ballot will not change a voter's registration.*

Once the Roster Clerk has announced a voter's Crossover choice (or decision to not Crossover), the Ballot Clerk will issue a Nonpartisan-Crossover American Independent, Nonpartisan-Crossover Democratic, or Nonpartisan-Crossover Libertarian ballot (or Nonpartisan Only ballot if not crossing-over).

The Ballot Clerk will then direct the voter to a voting booth with a political party sign and Vote Recorder that matches the Crossover party. Voters who are issued a Nonpartisan Only ballot may use any voting booth and Vote Recorder, but will not be eligible to vote for President or Political Party County Central Committee.

# HOW VOTING WORKS ON ELECTION DAY: SUMMARY

**Find voter's name in Roster of Voters or blue Supplemental Roster Page(s)**

## Name Found: Assisting Regular Voters

**For Voters Registered with a Party Preference:**
Roster Clerk **announces** voter's party which is listed in the Roster. Voter signs **Roster**.

**For Nonpartisan (NPP) Voters:**
- Roster Clerk asks Nonpartisan voters: "Do you wish to vote for the Presidential Candidate for the American Independent, Democratic, or Libertarian Party?"
- Roster Clerk **announces** "Nonpartisan only" or voter's Nonpartisan-Crossover choice. Voter signs **Roster**.

- Street Index Clerk listens for voter's address, then lines out address and name in Street Index.

- Ballot Clerk listens for voter's ballot type as announced by Roster Clerk
- Ballot Clerk offers ABB or **demonstrates** Vote Recorder using practice device and Demonstration/Emergency Ballot.
- When booth is available, **issue ballot**.

- After voter marks ballot, Ballot Box Clerk **removes Voter Stub/Receipt**, then hands ballot and stub back to voter.
- Ballot Box Clerk instructs voter to unfold ballot and **insert face-down into PBR**.
- Ballot Box Clerk gives voter **"I Voted" sticker** once he or she has cast ballot.

## Name Not Found: Assisting Provisional Voters

- Pollworker and Provisional Voter complete pink **Provisional Envelope**.
- Ballot Box Clerk receives completed pink **Provisional Envelope**.

- Pollworker assisting Provisional Voter prints voter's name in the **Provisional List**.

- Pollworker assisting Provisional Voter issues voter a **ballot** and a **Provisional Sleeve**.

- Voter arrives at **Ballot Box**.
- Ballot Box Clerk **removes Provisional Receipt and Voter Stub/Receipt** (leaving ballot inside sleeve), then hands both receipts back to voter.
- Ballot Box Clerk inserts **Provisional Sleeve** containing ballot into completed **Provisional Envelope**, then seals envelope.

- Ballot Box Clerk inserts sealed Provisional Envelope into slot on back of Ballot Box and gives voter **"I Voted" sticker**.