1  William M. Simpich SB #106672
   Attorney at Law
2  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
3  Telephone (415) 542-6809
   E-mail:  bsimpich@gmail.com
4

5  Stephen R. Jaffe SB #49539
   The Jaffe Law Firm
6  101 California, Suite 2710
   San Francisco, CA 94110
7  Telephone:  (415) 618-0100
   E-mail:  stephen.r.jaffe@jaffetriallaw.com
8

9

10 Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 VOTING RIGHTS DEFENSE PROJECT, et        Case No.  C-16-02739
   al.,
16                                           NOTICE OF ERRATA
17              Plaintiffs,
                                             Date:  6/1/16
18       v.                                  Time:  11 am
                                             Dept:  8, Hon. William Alsup
19 ALEX PADILLA, et al.,

20              Defendants.

21

22

23       Due to computer failure caused by numerous mini-crashes due to the inability to maintain

24 a stable platform in both Microsoft Word and Adobe Reader, and hours of delay due to having to

25 split numerous under-25 meg PDF documents that were not being accepted by ECF as being in

26 an "improper form", the first version of the complaint was still in a jumbled state when filed at 4

27 pm, and it was not possible to do a streamlined points and authorities.  Plaintiffs' counsel filed an

28

                            PLAINTIFFS' NOTICE OF ERRATA                            1

1   amended brief two hours later, and now includes the tables of contents and authorities in this

2   attachment.

3

4

5   _____/s/_____
    WILLIAM SIMPICH
6   Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF ERRATA