William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> PLAINTIFFS' TABLES OF CONTENTS AND AUTHORITIES <br><br> Date: 6/1/16 <br> Time: 11 am <br> Dept: 8, Hon. William Alsup |

///

///

///

///

///

PLAINTIFFS' TABLES OF CONTENTS AND AUTHORITIES            1

**TABLE OF CONTENTS**

REQUEST FOR RELIEF……………………………………………………………………..2

FACTUAL BACKGROUND…………………………………………………………………4

THEORIES BEHIND PLAINTIFFS' CAUSES OF ACTION………………………………12

PARTIES TO THE ACTION………………………………………………………………...16

FIRST CAUSE OF ACTION (52 USC 10101(a)(2)(A) and 42 USC 1983)…………………18

SECOND CAUSE OF ACTION (52 USC 10101(a)(2)(B) and 42 USC 1983)……………...19

THIRD CAUSE OF ACTION (First and Fourteenth Amendments, and 42 USC 1983)…….20

PRELIMINARY INJUNCTION FACTOR TEST IN FEDERAL CASES………………….21

CONCLUSION……………………………………………………………………………….24

**TABLE OF AUTHORITIES**

**Federal Cases**

*Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1135 (9th Cir. 2011)………………21

*Ass'n of Churches v. Reed*, 492 F. Supp. 2d 1264, 2006 U.S. Dist. LEXIS 96444 (W.D. Wash. 2006)……………………………………………………………………………………………...17

*Burdick v. Takushi*, 504 U.S. 428, 434 (1992)………………………………………..………21-22

*Friedman v. Snipes*, 345 F. Supp. 2d 1356, 2004 U.S. Dist. LEXIS 23739, (S.D. Fla. 2004)...20

*Friendship Materials, Inc. v. Michigan Brick, Inc.,* 679 F.2d 100, 105 (6th Cir. 1982)………..22

*Griffin v. Burns*, (D.R.I. 1977) 431 F.Supp. 1361, 1366 (D.R.I. 1977)………………………..22

*Harman v. Forssenius,* 380 U.S. 528, 537, 85 S.Ct. 1177, 1183, 14 L.Ed.2d 50, 57 (1965)….23

*In re DeLorean Motor Co.,* 755 F.2d 1223, 1229 (6th Cir. 1985)……………………….….…22

*In re Eagle-Picher Industries, Inc.,* 963 F.2d 855, 859 (6th Cir. 1992)………………….…….22

*Jeffers v. Clinton,* 730 F. Supp. 196, 204 (E.D. Ark. 1989)…………………………………...19

*Schwier v. Cox*, 412 F. Supp. 2d 1266 (N.D. Ga. 2005) aff'd, 439 F.3d 1285 (11th Cir. 2006)20

*Sierra Forest Legacy v. Rey*, 577 F.3d 1015, 1021 (9th Cir. 2009)………………....………21

*Smith v. Allwright,* 321 U.S. 649, 660-662, 64 S.Ct. 757, 88 L.Ed. 987 (1944)………………23

*United States v. Classic,* 313 U.S. 299, 318, 61 S.Ct. 1031, 85 L.Ed. 1368 (1941)…..….… 23

*Winter v. Natural Resources Defense Council, Inc.,* 555 U.S. 7, 19 (2008)…………..……….21

*Wesberry v. Sanders*, 376 U.S. 1, 17……………………………………………………………..13

*Yick Wo v. Hopkins,* 118 U.S. 356, 370, 6 S.Ct. 1064, 30 L.Ed. 220, 226 (1886)…………….23

**Statutes**

28 U.S.C. §1331……………………………………………………….……………….13

28 U.S.C. §1343……………………………………………………………………………..13

28 U.S.C. §1361……………………………………………………………………………..13

28 U.S.C. §2201……………………………………………………………………………..13

28 U.S.C. §2202……………………………………………………………………………..13

42 U.S.C. §1983……………………………………………………………………….*passim*

52 U.S.C. 10101(a)(2)(A)……………………………………………………..…………13, 14, 18

52 U.S.C. 10101(a)(2)(B)……………………………………………………………13, 14, 18, 19

**Constitution**

First Amendment…………………………………………………………………………...20

Fourteenth Amendment…………………………………………………………………….20

**State Statutes**

Elections Code §3000………………………………………………………………...6, 23

Elections Code §3006……………………………………………………………5, 6, 7, 15

Elections Code §3006(b)(3)……………………..…………………………………..………3, 7

Elections Code §3006(c)……………………..………………………..……………3, 7, 15, 23

Elections Code §3007.5…………………………………………………………… 15

Elections Code §3007.7………………………………………………………… 3, 7, 15

Elections Code §6500……………………………………………………….…………… 18

Elections Code §7500……………………………………………………….…………… 18

Elections Code §14102……………………………………………..…………………….3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' TABLES OF CONTENTS AND AUTHORITIES                    5

PLAINTIFFS' FIRST AMENDED COMPLAINT

Proof of Service

I am not a party to this action.  On May 20, 2016, I caused a copy of the Summons and Complaint and the ADR packet to be served to:

_____

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 20, 2016, in Oakland, California.

_____

WILLIAM M. SIMPICH

PLAINTIFF'S OPPOSITION TO DEFENDANTS' DEMURRER