DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD D. FLYNN, State Bar #184186
Chief Deputy City Attorney
JON GIVNER, State Bar #208000
ANDREW SHEN, State Bar #232499
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4661
Facsimile:     (415) 554-4699
E-Mail:        joshua.white@sfgov.org

Attorneys for Defendant
JOHN ARNTZ, in his official capacity as
Director of the San Francisco Department of
Elections

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENCE PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I–X,<br><br>　　　　Defendants. | Case No. 16-cv-02739 WHA<br><br>**DECLARATION OF JOSHUA S. WHITE IN SUPPORT OF DIRECTOR ARNTZ'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　June 1, 2016<br>Time:　　　　　11:00 a.m.<br>Judge:　　　　 Hon. William H. Alsup<br>Place:　　　　 Ctrm. 8, 19th Floor |

I, Joshua S. White, declare as follows:

1. I am licensed to practice law in the courts of the State of California and am employed as a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco. I am the Deputy City Attorney assigned to this case. I have personal knowledge of the following facts, except those stated on information and belief. As to those facts, I believe them to be true. If called upon to testify, I could and would testify competently to the contents of this Declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email that Plaintiffs' counsel William Simpich sent to my client, the Department of Elections, on Friday, May 13, 2016. On the same day, I spoke by phone with Mr. Simpich and explained to him that the Department complies with its obligations under Elections Code § 3006 and further explained where the information required by that section can be found on the Department's website and mailers.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email that I sent to Plaintiffs' counsel on Monday, May 16, 2016. Plaintiffs' counsel ignored this email.

4. On Monday, May 23, 2016, I called Mr. Simpich and inquired as to his plan for the litigation. He said that his hope was to seek ex parte relief and to provide his motion to the Department by the following day (i.e., Tuesday, May 24). I received no further communication from Mr. Simpich until Thursday, May 26 at 4:24 p.m., when he sent me an email, a true and correct copy of which is attached hereto as **Exhibit C**.

5. Attached hereto as **Exhibit D** is an email I sent to Mr. Simpich on May 26, 2016 at 5:26 p.m. Despite this email, Mr. Simpich never proposed a briefing schedule or provided a statutory or other basis for his authority to seek ex parte relief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of May, 2016, in San Francisco, California.

/s/*Joshua S. White*
JOSHUA S. WHITE