# EXHIBIT A
## to Joshua S. White Decl. ISO Arntz's Oppo. to PI Motion

**From:** Slocum, Gregory (REG)
**Sent:** Friday, May 13, 2016 4:41 PM
**To:** Arntz, John (REG) <john.arntz@sfgov.org>; Kuzina, Nataliya <nataliya.kuzina@sfgov.org>
**Subject:** FW: Other - Please Explain Below

Came in via SF Vote this afternoon.

**From:** bsimpich@gmail.com [mailto:bsimpich@gmail.com]
**Sent:** Friday, May 13, 2016 4:23 PM
**To:** SFVote, (REG) <sfvote@sfgov.org>
**Subject:** Other - Please Explain Below

Subject: Other - Please Explain Below
Other: Intent to seek TRO injunctive/declaratory relief re: Election Code 3006 & related violations
Comments: Please take notice that on Monday, 5/16/16, I am filing in federal court to seek a TRO for injunctive/declaratory relief re: Election Code 3006 violations. The vote by mail applications provided to SF residents has incorrect information, including but not limited to not providing the info on how to provide Democrat, AIP and LIbertarian ballots to "no party preference" voters. I will call on Monday about when and where in federal court the TRO will be heard.
Name: William M. Simpich
Address: 1736 Franklin, 10th Floor, Oakland, CA 94612
Email: bsimpich@gmail.com
Phone: (415) 542-6809

file:///C:/Users/jswhite/AppData/Local/Temp/notesC7A056/~web2290.htm                5/26/2016