# EXHIBIT B
# to Joshua S. White Decl. ISO Arntz's Oppo. to PI Motion



**Re: Follow-up to Friday's post re vote-by-mail issues**
Joshua White    to: Bill Simpich                                   05/16/2016 12:26 PM

Hi Bill,

Thank you for your emails of this morning and Friday. I'm going to do my best to respond to each of the concerns you raise. I'm hopeful and confident that we can avoid going to court. As you will see below, the Department's website and mailers comply with all applicable provisions of the California and Municipal Elections Codes.

First, in your email on Friday, you mentioned that the online VBM application doesn't include the information required by CA Elections Code 3006. That's not accurate. A voter with no party preference who attempts to request a one-time VBM ballot would see the below information. If the voter clicked on the link in the third paragraph, they would be taken to a form that includes all information required by CA Elections Code 3006. The Dept of Elections hasn't changed this portion of its website recently. The portion of the website you reference is not from the actual VBM application; it's from the portion of the website where voters enter their information so that an application will appear online.



Second, the voting instructions form you attached to your email on Friday aren't a VBM application. As such, Section 3006 doesn't apply to it. Nonetheless, the voting instructions form provides a link to an online VBM application which, as mentioned above, does comply with CA EC 3006.

Third, your email from this morning indicates that the Secretary of State's phone number isn't on the VBM application in the VIP. However, per Section 3007, this phone number doesn't have to be included. CA 3007 states: "The Secretary of State shall prepare and distribute to appropriate elections officials a uniform application format for a vote by mail voter's ballot that conforms to this chapter. This format shall be followed by all individuals, organizations, and groups who distribute applications for a vote by

mail voter's ballot. **<u>The uniform format need not be utilized by elections officials in preparing a vote by mail voter's ballot application to be included with the sample ballot.</u>**"

Fourth, you note that the application in the Voter Information Pamphlet for no party preference voters is not translated in other languages. While it is true that the English version of the VIP does not include all language options, the Chinese-, Filipino-, and Spanish-language VIPs all have applications in the respective languages. The Department of Elections offers voters many instances to inform it of their language preferences. Voters who have expressed a preference to receive a VIP in another language will receive one. In addition, translated VIPs are available online and hard copies can be requested by calling or emailing the Department.

Fifth, regarding the requirement that the Department inform voters of the option to drop-off their ballots at the City Hall Voting Center, I believe you're misreading the applicable code section. The Department does not pre-print voter information on the applications, thus, there is no need to inform voters of this drop-off option.

I hope that this email satisfies your concerns. If you'd like to see samples of any or all VIPs, please let me know and I can have them mailed to you, or can make them available for pickup.

Best,


Joshua S. White
Deputy City Attorney
Office of San Francisco City Attorney Dennis J. Herrera
City Hall • 1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, CA  94102
Phone:   (415) 554-4661
Fax:       (415) 554-4745

The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine. If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.