# EXHIBIT C
# to Joshua S. White Decl. ISO Arntz's Oppo. to PI Motion



Voting Rights Defense Project v. Padilla: We are seeking an ex parte hearing
Bill Simpich
to:
Joshua White
05/26/2016 04:24 PM
Hide Details
From: Bill Simpich <bsimpich@gmail.com>
To: Joshua White <joshua.white@sfgov.org>,
History: This message has been replied to and forwarded.

Josh,

We will be filing our ex parte request - seeking to shorten time for hearing on a preliminary injunction - and seeking to make this request to Judge Alsup himself at 3 pm. We have no guarantee that he will see us in person at that time, but we have asked if it possible and we are awaiting a response. We will have our papers to you by noon tomorrow.

Best regards,

Bill Simpich