# EXHIBIT A
## to John Arntz Decl. ISO Opposition to PI Motion

**City and County of San Francisco**
**Department Of Elections**

## Important Notice about the June 7 Presidential Primary Election

According to our records, you did not indicate a preference for a qualified political party when you registered to vote. Each political party can allow voters with no party preference to vote in its presidential primary election. For the June 7 Presidential Primary Election, the following political parties will allow voters with no party preference to vote in their primary election for President of the United States:

- American Independent Party
- Democratic Party
- Libertarian Party

To request a ballot that includes the presidential primary contest of one of these parties, mark the name of the party on the attached postage-paid postcard, and sign and return the postcard no later than April 18. If you do not request the ballot of one of these parties, your ballot will not include a contest for President.

Vote-by-mail ballots will be mailed in early May (April for military and overseas voters). For more information about the June 7 election, visit sfelections.org or call the Department of Elections at (415) 554-4375. Alternatively, you may call the Secretary of State at (800) 345-8683 or visit sos.ca.gov.

## 關於6月7日總統初選的重要通知

我們的記錄顯示您在登記投票時，沒有表明政黨傾向。每個政黨可以允許「無政黨傾向」選民於他們的總統初選中投票。以下政黨允許「無政黨傾向」選民在2016年6月7日的總統初選參與投票：

- 美國獨立黨
- 民主黨
- 自由論黨

如果在今次聯合總統初選中您想投政黨的選票，請在此明信片上標明以上的政黨之一和簽名，並在2016年4月18日前將此明信片寄回。如果您不要求政黨的選票，您將收到一份沒有美國總統選項的選票。

郵寄選票將由5月初開始寄出(4月份開始寄出軍事選民及海外選民的郵寄選票)。欲了解更多有關郵寄投票的資料，請瀏覽 www.sfelections.org 或致電選務處，電話為415-554-4367。此外，您亦可致電國務卿，電話為800-339-2857或瀏覽 sos.ca.gov.

## Aviso importante sobre las Elecciones Primarias Presidenciales del 7 de junio

Nuestros archivos indican que usted no eligió una preferencia por un partido politico cuando se inscribió para votar. Cada partido politico puede permitir que los electores sin preferencia partidista puedan votar en su elección primaria presidencial. En las Elecciones Primarias Presidenciales del 7 de junio, los siguientes partidos permiten a los electores sin preferencia partidista a votar en sus elecciones primarias por Presidente de los Estados Unidos:

- Partido Independiente Americano
- Partido Demócrata
- Partido Libertario

Para solicitar una boleta que incluya la contienda primaria presidencial de uno de estos partidos, marque el nombre del partido en la tarjeta postal adjunta, y firme y envíe la tarjeta antes del 18 de abril. Si no solicita la boleta de uno de estos partidos, su boleta no incluirá una contienda por Presidente.

Boletas de voto por correo se le enviarán por correo a principios de mayo (en abril para los electores en el ejército o en el extranjero). Para más información sobre las elecciones del 7 de junio, visite sfelections.org o llame al Departamento de Elecciones al (415) 554-4366. Alternativamente, puede llamar a la Secretaria del Estado al (800) 232-8682 o visite sos.ca.gov.

## Importanteng Paunawa tungkol sa Pampanguluhan na Primaryang Eleksyon sa Hunyo 7

Ayon sa aming mga record, hindi kayo naglagay ng preperensiya para sa kwalipikadong partidong politikal noong nagparehistro kayo upang makaboto. Pinahihintulutan ng bawat partidong politikal ang mga botante na walang preperensiyang partido na bumoto sa pampanguluhan na primaryang eleksyon. Para sa Pampanguluhan na Primaryang Eleksyon sa Hunyo 7, pinahihintulutan ng sumusunod na mga partidong politikal na bumoto ang mga botante na walang preperensiyang partido sa kanilang primaryang eleksyon para sa Presidente ng Estados Unidos:

- Partidong American Independent
- Partidong Demokratiko
- Partidong Libertarian

Para maka-hiling ng balota na kabilang sa anumang partidong ito ang pampanguluhan na primaryang labanan, mangyaring markahan ang pangalan ng partido sa nakalakip na selyong-bayad na postcard, at pirmahan at ibalik ang postcard nang hindi lalampas sa Abril 18. Kung hindi kayo hihiling ng balota ng anumang partidong ito, hindi maisasama sa inyong balota ang labanan para sa Pagka-Presidente.

Ipadadala ang mga balotang Vote-by-Mail (pagboto sa pamamagitan ng koreo) sa unang bahagi ng Mayo (Abril para sa mga botanteng nasa militar at nasa ibang bansa). Para sa karagdagang impormasyon tungkol sa eleksyon sa Hunyo 7, tingnan ang sfelections.org o tumawag sa Departamento ng mga Eleksyon sa (415) 554-4310. Bukod dito, maaari kayong tumawag sa Secretary of State (Kalihim ng Estado) sa (800) 339-2957 or tingnan ang sos.ca.gov.

---

I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot of the: *(choose one)*

- ☐ American Independent Party
- ☐ Democratic Party
- ☐ Libertarian Party

Note: If you do not request the ballot of one of these parties, your ballot will not include a contest for President.

我目前是無政黨傾向的。但是，在這次總統初選，我要求得到以下政黨的郵寄選票：(只選一個政黨的選票。)

- ☐ 美國獨立黨
- ☐ 民主黨
- ☐ 自由論黨

*如果您不要求政黨的選票，您將會收到一份沒有總統選項的選票。

He rehusado declarar una preferencia por un partido politico calificado. Sin embargo, y únicamente en estas elecciones primarias, solicito una boleta de voto por correo del siguiente partido *(escoja uno)*:

- ☐ Partido Independiente Americano
- ☐ Partido Demócrata
- ☐ Partido Libertario

Nota: Si no solicita la boleta de uno de estos partidos, su boleta no incluirá una contienda por Presidente.

Hindi ko gustong ipaalam ang preperensiya para sa kwalipikadong partidong politikal. Subalit, para lamang sa primaryang eleksyon na ito, humihiling ako ng balotang vote-by-mail para sa:

- ☐ Partidong American Independent
- ☐ Partidong Demokratiko
- ☐ Partidong Libertarian

Tandaan: Kung hindi kayo hihiling ng balota ng anumang partidong ito, hindi maisasama sa inyong balota ang labanan para sa Pagka-Presidente.

Voter Name / Nombre del elector / 選民姓名 / Pangalan ng Botante        Voter ID        Category:

Residential Address / Dirección residencial / 三藩市住址 / Address ng Tirahan

Mailing Address / Dirección postal / 郵寄地址 / Address ng Pagdadalhan

**Sign and return this card. / Firme y devuelva esta tarjeta postal. / 請在下面簽名並將此卡寄回。/ Pirmahan at ibalik ang card na ito.**

---

Signature required; do not print / Se requiere su firma; no firme en letra de molde / 必須簽名:勿用正楷 / Kailangan ng pirma, huwag i-print        Date / Fecha / 日期 / Petsa

Your immediate response is required!
¡Por favor responda de inmediato!
您必須立即作回應！
Ang inyong agarang kasagutan ay kinakailangan!

FORWARDING SERVICE REQUESTED

DEPARTMENT OF ELECTIONS
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102-4608

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
DEPARTMENT OF
ELECTIONS

DEPARTMENT OF ELECTIONS
CITY AND COUNTY OF SAN FRANCISCO
1 DR CARLTON B GOODLETT PLACE ROOM 48
SAN FRANCISCO CA 94102-9581

POSTAGE WILL BE PAID BY ADDRESSEE

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 13632    SAN FRANCISCO, CA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES




250389 SFRA Crossover 3-2016.indd  2                                      3/16/2016  7:31:01 AM