# EXHIBIT B
# to John Arntz Decl. ISO Opposition to PI Motion



City and County of San Francisco
Department of Elections
1 Dr. Carlton B. Goodlett Place, City Hall, Room 48, San Francisco, CA 94102

f /sfelections
@sfelections

# VOTING INSTRUCTIONS

## 1. MARK
**Read instructions on each ballot card**

Use a blue or black ink pen or a #2 pencil

Check both sides of each card for contests

Complete the arrow pointing to your choice

If you do not want to vote on a contest, leave it blank



### If you need a replacement ballot
Follow the instructions on the return envelope or call (415) 554-4375

### No time to mail your damaged ballot?
When mailing your damaged ballot, make sure it reaches the Department by **June 1**

### For replacement, bring your ballot and return envelope to:
- The Department before or on Election Day, or
- Your polling place on Election Day

## 2. PREP
**Prepare your ballot**

1. Remove the stub from the top of each card. This is your "receipt"



2. Place all ballot cards in return envelope



3. Seal envelope

4. Complete and sign declaration



**NOTE:** For your ballot to be counted, your signature must match the signature in your voter registration record.

## 3. RETURN YOUR BALLOT
*Only* to the Department of Elections, by mail or in person

### By mail
To be counted, your ballot must be postmarked before or on **Election Day, Tuesday, June 7**, and received by **Friday, June 10**

No postage required if mailed in the U.S.

### In person
Bring your ballot and return envelope

**City Hall, Room 48**
| | | |
|---|---|---|
| Mon – Fri | May 9 – June 6 *closed May 30* | 8 am – 5 pm |
| Sat – Sun | May 28 – 29 | 10 am – 4 pm |
| Sat – Sun | June 4 – 5 | 10 am – 4 pm |
| Election Day | June 7 | 7 am – 8 pm |

**Drop-off Stations Outside City Hall**
Goodlett and Grove Street Entrances. No need to park!
| | | |
|---|---|---|
| Sat – Sun | June 4 – 5 | 10 am – 4 pm |
| Mon | June 6 | 8 am – 5 pm |
| Election Day | June 7 | 7 am – 8 pm |

**Any San Francisco polling place on Election Day, Tuesday, June 7, from 7 am to 8 pm**

**NOTE:** If you cannot return the ballot yourself, the law allows you to authorize *only* certain people to return your ballot. Follow the instructions on the return envelope.

## BALLOT PREFERENCE

### Political Party
If you chose no party preference when you registered to vote, your ballot will not include a presidential primary contest.

You may request a ballot that includes the presidential primary contest of one of the three parties that chose to allow voters with no party preference to participate: American Independent, Democratic, or Libertarian. Call (415) 554-4375 or visit **sfelections.org/vbmstatus**. If you have already requested a ballot with the presidential primary contest, the enclosed ballot reflects your request.

If you **chose a party preference** when you registered to vote, the enclosed ballot includes, among other contests, all contests specific to that party.

If you want to change your political party preference, you must reregister to vote by **May 23**.

### Language
If you want a bilingual ballot with Spanish or Filipino, call (415) 554-4375 or visit:

Si usted desea que se le envíe una boleta en español, llame al (415) 554- 4366 o visite:

Kung gusto ninyo ng balota sa wikang Filipino, tumawag sa (415) 554-4310 o bumisita sa:

**sfelections.org/language**

---

**We are here to help you**
(415) 554-4375
*sfelections.org*

**Check if your ballot was received and counted**
*sfelections.org/vbmstatus*
If your ballot CANNOT be counted, this tool will tell you how to correct the issue before Election Day so that we can count your ballot.

**Be a poll worker!**
(415) 554-4395
*sfelections.org/pollworker*



Be A Voter

# 投票指示說明

三藩市市縣
選舉部
City and County of San Francisco
Department of Elections
1 Dr. Carlton B. Goodlett Place, City Hall, Room 48, San Francisco, CA 94102

## 1. 標記您的紙張選票

請用附有選票下方的指示說明



使用深藍色或黑色的鋼珠筆或鉛筆，在每張選票正反兩面的候選項目中塗黑您想要選擇的項目右邊橢圓形。請勿使用紅筆。

如果您不想投選某一個項目的候選人，請將該項目留空。

如果您有疑問或犯錯，請按投選項目留空。

## 2. 投票準備

準備您的選票



1. 請撕下每張選票頂部的存根。這是您的「收據」。

2. 把所有選票放入回郵信封。

3. 密封回郵信封。

4. 填寫及簽署聲明。

注：為確保您的選票有效，您選票上的容必須我們處的選民登記錄符合。

## 3. 提交您的選票

透過郵局或親自遞交您的方式到選務處
選您可以將您的選票放在您之前收選務處
以郵寄方式或親自在6月7日之前我選務處到才能生效
在任何城市郵箱內無需貼郵費

您的選票和回郵信封必須於5月30日星期二日期出



您的選票和回郵信封信封

市政廳，48室

| 星期一至五 | 5月9日至6月16日 | 早上8時至下午5時 |
| 星期六至星期日 | 5月30日假期不開放 |
| 星期六至星期日 | 5月28、29日 | 早上10時至下午4時 |
| 星期六至星期日 | 6月4日、5日 | 早上10時至下午5時 |
| 選舉日 | 6月7日 | 早上7時至下午8時 |

設在市府外的選票遞交站：
位於Goodlett 街和Grove街的門外，星期一至星期五 早上8時至下午4時30分
星期一 6月6日 早上8時至下午5時
選舉日 6月7日 早上7時至下午8時

在選舉日6月7日星期二在三藩市任何一個投票站由早上7時至午8時前交回。

注：如果您不想郵寄您的選票，您可以將您的選票在投票日之前送回選務處或任何一個投票工作人員的投票站。

## 選票備好選擇

政治派別

如果您登記投票時沒有選擇屬於某政黨，您的投票將將不包括總統初選。您可以要求在選票中加入以下一一的政黨選票：美國獨立黨、民主黨、自由黨。致電 (415) 554-4367 或到網址 sfelections.org/vbmstatus 提出要求。

如果您的登記表時已選擇參與總統初選投票，附帶的選票包括反映您的要求。

如果您登記投票時有選擇政黨歸屬，附帶的選票包括反映您的所有認選項目及其他總選項目。

您必須在5月23日或之前重新登記投票才能提出使政政黨歸屬。

請成為一個投票站工作人員！ sfelections.org/pollworker

## 檢查您的選票是否已被接收並計算

sfelections.org/vbmstatus
如果您想知道我們是否收到您的選票，或您的選票送出和您的選票是否被計算的情況

## 我們可以幫助您

(415) 554-4367
sfelections.org



(415) 554-4395

f /sfelections
@sfelections
Be A Voter