# EXHIBIT C
## to John Arntz Decl. ISO Opposition to PI Motion



# City and County of San Francisco
## Department of Elections

John Arntz, Director

**Presidential Primary Election June 7: Replacement Ballot Request for Voters with No Party Preference**

Dear Voter:

For the June 7 election, the American Independent, Democratic, and Libertarian parties allow voters with no party preference to vote in their presidential primary elections. California law requires that you *personally affix* the name of your preferred party to your request.

To request a replacement ballot of one of these parties, complete the form below and return it to the Department **as soon as possible** to ensure it reaches us by Wednesday, June 1. A replacement ballot will be sent to you if the information on this form is complete and accurate. You may mail, deliver or fax the form to the address or fax number listed below.

I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot of the: (choose one)

☐ American Independent Party            ☐ Democratic Party            ☐ Libertarian Party

Name: _____

Home Address: _____        San Francisco, CA 941_____
                                                                                                ZIP Code

Mailing Address: _____

Signature: _____           Date: _____

I understand that it is a crime to vote twice. I certify, under penalty of perjury, that the information above is true and correct.

## 6月7日總統初選：無政黨歸屬選民的替換選票要求

親愛的選民：

對於6月7日選舉，美國獨立黨、民主黨和自由論黨允許無政黨歸屬的選民參與其黨的美國總統初選投票。加州法律規定，選民必須*親自附加*所選擇的政黨到替換選票要求上。

您若要求得到其中之一的政黨選票，請儘快填妥以下表格及遞交至選務處，並確保選務處在6月1日星期三或之前收到。您亦可以根據以下提供的地址或傳真號碼親自遞交或傳真此表格至本處。如果此表格上的信息完整正確，您將收到一份該黨的總統初選選票。

本人現在不屬於任何政黨。但是，僅為這次初選，我要求得到以下黨派的一份郵寄選票(只選擇一項；以英文填寫)：

☐ 美國獨立黨            ☐ 民主黨            ☐ 自由論黨

姓名: _____

住址: _____        San Francisco, CA 941_____
                                                                        郵政編碼

郵寄地址: _____

簽名: _____           日期: _____

我了解在這次選舉投多於一張選票實屬違法。我聲明於加利福尼亞州的法律作偽證受處罰的前提下，以上所述都是真實和正確的。

---

English (415) 554-4375            *sfelections.org*            中文 (415) 554-4367
Fax (415) 554-7344            1 Dr. Carlton B. Goodlett Place            Español (415) 554-4366
TTY (415) 554-4386            City Hall, Room 48, San Francisco, CA 94102            Filipino (415) 554-4310

**Elecciones Primarias Presidenciales del 7 de junio: solicitud de boleta de reemplazo para electores sin preferencia por partido**

Estimado elector:

Para las elecciones del 7 de junio, los partidos Americano Independiente, Demócrata y Libertario permiten votar en sus elecciones primarias presidenciales a aquellos electores que no declararon preferencia por un partido. Las leyes de California exigen que *usted haga constar personalmente* en su solicitud el nombre de su partido de preferencia.

Para solicitar una boleta de reemplazo de uno de estos partidos, complete el formulario de abajo y devuélvalo al Departamento **lo antes posible** para asegurarse de que nos llegue a más tardar el miércoles 1 de junio. Se le enviará una boleta de reemplazo si la información en este formulario está completa y es precisa. Lo puede enviar por correo, entregar en persona o enviarlo por fax a la dirección o al número de fax que aparecen abajo.

Me he negado a revelar preferencia por un partido político calificado. Sin embargo, solamente para estas elecciones primarias, yo solicito una boleta de voto por correo del: (marque uno)

☐ Partido Americano Independiente          ☐ Partido Demócrata          ☐ Partido Libertario

Nombre: _____

Dirección residencial: _____          San Francisco, CA 941_____
                                                                                                                    Código postal
Dirección postal: _____

Firma: _____          Fecha: _____

Sé que votar dos veces es un delito. Certifico bajo pena de perjurio que esta información es verídica y correcta.

## Pampanguluhan na Primaryang Eleksyon sa Hunyo 7: Kahilingan Para sa Kapalit na Balota ng mga Botanteng Walang Kinakatigang Partido

Kagalang-galang na Botante:

Para sa eleksyon sa Hunyo 7, ang mga partidong Amerikanong Independiyente, Demokratiko, at Libertaryan ay pinahihintulutan ang mga botanteng walang kinakatigang partido na bumoto para sa kanilang pampanguluhan na primaryang eleksyon. Itinatakda ng batas ng California na inyong *personal na ilagay* ang pangalan ng inyong kinakatigang partido sa inyong hiling.

Para humiling ng kapalit na balota sa isa sa mga partidong ito, kumpletuhin ang form sa ibaba at ibalik ito sa Departamento **sa lalong madaling panahon** para matiyak na makararating ito sa amin ng Miyerkules, Hunyo 1. Isang kapalit na balota ang ipadadala sa inyo kung ang impormasyon sa form na ito ay kumpleto at tama. Maaari ninyong i-mail, dalhin, o i-fax ang form sa address o sa numero ng fax na nakalista sa ibaba.

Hindi ko gustong ipaalam ang aking kinakatigan para sa kuwalipikadong partidong politikal. Subalit, para lamang sa primaryang eleksyong ito, humihiling ako ng vote-by-mail na balota para sa: (pumili ng isa)

☐ Partidong Amerikanong Independiyente          ☐ Partidong Demokratiko          ☐ Partidong Libertaryan

Pangalan: _____

Address ng Tirahan: _____          San Francisco, CA 941_____
                                                                                                                    ZIP Code
Address Pang-mail: _____

Pirma: _____          Petsa: _____

Naiintindihan ko na isang krimen ang pagboto ng dalawang beses. Aking sinesertipika, sa ilalim ng parusang pagsisinungaling sa sinumpaang salaysay, na ang impormasyon sa itaas ay totoo at tama.