# EXHIBIT D
## to John Arntz Decl. ISO Opposition to PI Motion

**Consolidated Presidential Primary Election** ✦ **City and County of San Francisco**

# Voter Information Pamphlet
# & Sample Ballot



## Tuesday, June 7, 2016
### from 7 a.m. to 8 p.m.

👉 **Did you know you can read this pamphlet online?**

**You can choose to stop mail delivery.** See inside for details.



## *voterguide.sfelections.org*

Las boletas y otros materiales electorales están disponibles en español.
Vea el dorso de la portada para más información.

選務處提供中文版選票和其他選舉資料。詳細資訊請看封面內頁。

Makakukuha ng mga balota at iba pang mga materyales para sa eleksyon sa wikang Filipino. Tingnan ang loob ng pabalat para sa karagdagang impormasyon.

This Voter Information Pamphlet contains sample ballots for the following:

本選民資料手冊包含以下各種選票樣本：

**American Independent Party**
美國獨立黨

**Democratic Party**
民主黨

**Green Party**
綠黨

**Libertarian Party**
自由論黨

**Peace and Freedom Party**
和平自由黨

**Republican Party**
共和黨

**Voters who did not disclose a preference for a qualified political party**
拒絕透露政黨傾向的選民



Published by:
Department of Elections
City and County of San Francisco
sfelections.org

BT 19    NP    CD 14    AD 19    SUP 7    C

# Important Dates

| | |
|---|---|
| City Hall Voting Center opens, approximate delivery date for vote-by-mail ballots | Monday, May 9 |
| Last day to register to vote | Monday, May 23 |
| Weekend voting at the City Hall Voting Center | Saturday and Sunday, May 28–29 |
| Last day to request a vote-by-mail ballot | Tuesday, May 31 |
| Weekend voting at the City Hall Voting Center | Saturday and Sunday, June 4–5 |
| Ballot Drop-off Stations are open at City Hall's Goodlett and Grove Street entrances | Saturday–Tuesday, June 4–7 |
| Last day for new citizens naturalized after May 23 to register and vote (only at City Hall) | Tuesday, June 7 |
| **Election Day voting hours** (all polling places and City Hall Voting Center) | **Tuesday, June 7, from 7 a.m. to 8 p.m.** |

## Asistencia en español

Para solicitar una boleta o una copia de este folleto en español, llame al (415) 554-4366. Vea la Tabla de Contenido para más información sobre asistencia en español.

**IMPORTANTE:** si ya ha solicitado materiales electorales en español, pronto se le enviará un Folleto de Información para los Electores. El folleto en español no incluye la muestra de la boleta. Guarde este folleto en inglés para revisar la muestra de su boleta.

## 中文協助

如需索取本手冊中文版，請致電 (415) 554-4367。請看目錄中有關中文協助的詳細資訊。

**重要須知：**如果您已經索取中文版的選舉資料，您將在不久收到翻譯的選民資料手冊。中文手冊並不包含樣本選票。請保留這份英文手冊以查看您的樣本選票。

## Tulong sa Wikang Filipino

Para humiling ng balota o ng kopya ng pamplet na ito sa wikang Filipino, tumawag sa (415) 554-4310. Tingnan ang talaan ng mga nilalaman para sa karagdagang impormasyon tungkol sa tulong sa wikang Filipino.

**MAHALAGA:** Kung nakahiling na kayo ng mga materyales para sa eleksyon sa wikang Filipino, padadalhan kayo ng isinalin na Pamplet ng Impormasyon para sa Botante sa lalong madaling panahon madaling panahon. Walang kasamang halimbawang balota ang pamplet sa wikang Filipino. Itago ang Ingles na pamplet na ito para matingnan ang inyong halimbawang balota.

# Table of Contents

## Voter Information Pamphlet
## Consolidated Presidential Primary Election — June 7, 2016

### General Information

Important election dates ...............(inside front cover)
Letter from the Director...................................2
Purpose of the Voter Information Pamphlet and Voter
Information Guide........................................3
Ballot Simplification Committee..........................3
Check your polling place location .......................4
Where and when to vote...................................5
How to vote .............................................6
How to vote for a qualified write-in candidate ..........7
How to get a new ballot if you made a mistake ...........7
Multilingual voter services .............................8
中文選民服務..............................................8
Asistencia en español para los electores ................8
Tulong para sa botante sa wikang Filipino................9
Access for voters with disabilities ....................10
Voting in the Presidential Primary Election ............12
Overview of San Francisco's debt.......................14
Voter bill of rights ...................................20
Confidentiality and voter records .....................20
Safe at Home Program ..................................20
Be a poll worker .......................................91
How to stop receiving this paper pamphlet
and read it online instead ............................111
Frequently Asked Questions (FAQs) .....................134
Ballot worksheet.......................................135
Index .................................................136
Contact the Department of Elections ......(inside back cover)
Website of the Department of Elections....(inside back cover)
Address of your polling place..................(back cover)
Your party preference .........................(back cover)
Application for a vote-by-mail ballot.............(back cover)
Application for permanent vote-by-mail status....(back cover)

### Candidate Statements of Qualifications

Candidate information ..................................16
Party endorsements ....................................16
Candidates for State Senator...........................17
Candidates for Judge of the Superior Court, Office No. 7....18
Candidates for United States Representative .............21
Candidates for State Assembly ..........................23

### Your Sample Ballot

American Independent Party .........................24, 76
Democratic Party ......................................28
Green Party ...........................................36
Libertarian Party .................................44, 76
Peace and Freedom Party............................48, 76
Republican Party.......................................52

**Options for voters with no party preference:**
(NPP) American Independent Party ...................60, 76
(NPP) Democratic Party ............................64, 76
(NPP) Libertarian Party ...........................68, 76
Nonpartisan ballot ................................72, 76

### Local Ballot Measures

Local ballot measure and argument information ..........80
Words you need to know ................................81
A   Public Health and Safety Bond......................82
B   Park, Recreation and Open Space Fund...............92
C   Affordable Housing Requirements....................98
D   Office of Citizen Complaints Investigations ........107
E   Paid Sick Leave ...................................112
AA  San Francisco Bay Clean Water, Pollution Prevention
    and Habitat Restoration Program...................116
Legal text of all local and district ballot measures ........120

★ **San Francisco Voter Information Pamphlet**

Published by the Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102-4634
sfelections.org

Translations and layout/typesetting by InterEthnica
Printing by Merrill Communications LLC

 *Please recycle this pamphlet.*



City and County of San Francisco
## Department of Elections

John Arntz, Director

Dear San Francisco Voter:                                                    March 25, 2016

The June 7, 2016, Consolidated Presidential Primary Election is the third time voters will participate in California's "open primary" system. Voters' party preferences now apply only to the contests for President and seats for county central committee and county council. The party preference that voters selected when registering to vote determines which candidates will appear on their ballots for these contests.

Political parties, however, can choose to allow voters with no party preference to vote for the party's candidates for President. For this election, the American Independent, Democratic, and Libertarian parties are permitting voters without party preferences to vote for these parties' presidential candidates. Even though voters without party preferences can vote for these parties' presidential candidates, they cannot vote to fill seats in the parties' central committee and county council contests.

### Election Materials in Chinese, Spanish, and Filipino
This is the second election for which voters can choose to receive election materials in Filipino. To choose a language in addition to English for your ballot and other election materials, such as the Voter Information Pamphlet, update your preference by using the form at *sfelections.org/language*, or call us at (415) 554-4367 (中文); (415) 554-4366 (español); (415) 554-4310 (Filipino), or visit the Department's office.

### Online Voter Information Pamphlet
For the second election the Department provides digital versions of the Voter Information Pamphlet at *voterguide.sfelections.org* in accessible HTML and open XML formats in English, Chinese, Spanish, and Filipino.

### City Hall Voting Center:
➜ Beginning May 9, voting is available in City Hall to all registered voters on weekdays (except the holiday) from 8 a.m. through 5 p.m.
➜ Weekend voting in City Hall:
  • May 28–29 and June 4–5, 10 a.m. through 4 p.m.
  • For weekend voting, enter City Hall from Grove Street

### Vote-by-Mail Ballot Drop-off Stations: We will open the stations on the Goodlett (Polk) and Grove street sides of City Hall:

  • The weekend before Election Day: June 4 and June 5, from 10 a.m. through 4 p.m.
  • On Monday, June 6, from 8 a.m. through 5 p.m., and
  ★ on Election Day, Tuesday, June 7, from 7 a.m. through 8 p.m.

### Polls open on Election Day, Tuesday, June 7, at 7 a.m. and close at 8 p.m.

As always, for every election, remember to review and vote both sides of the ballot cards!

Respectfully,
John Arntz, Director

---

English (415) 554-4375                    *sfelections.org*                 中文 (415) 554-4367
Fax (415) 554-7344              1 Dr. Carlton B. Goodlett Place              Español (415) 554-4366
TTY (415) 554-4386           City Hall, Room 48, San Francisco, CA 94102    Filipino (415) 554-4310

# Purpose of the Voter Information Pamphlet and Voter Information Guide

**You will receive *two* voter information guides for this election:**

**① San Francisco Voter Information Pamphlet** *(this guide)*



The San Francisco Department of Elections prepares the Voter Information Pamphlet before each election and mails it to every registered voter as required by law.

This pamphlet includes your sample ballot and information about voting in San Francisco, candidates running for local and certain state and federal offices, and local ballot measures. For details, see the Table of Contents or Index.

**② California State Voter Information Guide**



The California Secretary of State produces the state Voter Information Guide, with information on candidates for certain state and federal offices and state ballot measures. You may access it at *sos.ca.gov.*

This pamphlet is available in various formats:
- On *sfelections.org/toolkit* in PDF, HTML, XML, and MP3 formats
- Large print (English, Chinese, Spanish, Filipino)
- Audio on USB flash drive, cassette, or compact disc (CD)



**You may bring these pamphlets with you to your polling place. Every polling place also has copies. Ask a poll worker if you would like to see one.**

 **Save paper and read this pamphlet online instead: *voterguide.sfelections.org.* For details, see page 111.**

---

# Ballot Simplification Committee

The Ballot Simplification Committee works in public meetings to prepare an impartial summary of each local ballot measure in simple language. The Committee also writes or reviews other information in this pamphlet, including the glossary of "Words You Need to Know" and the "Frequently Asked Questions" (FAQs).

The Committee members have backgrounds in journalism, education, and written communication. They volunteer their time to prepare these materials for voters.

The Committee members are:

Betty Packard, Chair
*Nominated by:*
*the National Academy of Television Arts and Sciences*

June Fraps
*Nominated by:*
*the National Academy of Television Arts and Sciences*

Ann Jorgensen
*Nominated by:*
*the San Francisco Unified School District*

Adele Fasick
*Nominated by:*
*the League of Women Voters*

Joshua White, *ex officio\**
*Deputy City Attorney*

*\*By law, the City Attorney, or his or her representative, serves on the Ballot Simplification Committee and can speak at the Committee's meetings but cannot vote.*

# Check the Back Cover for Your Polling Place Location
## Many polling places have changed for this election!

On the back cover of this pamphlet, you will find:

(1)  **Your polling place address.**

(2)  An indication of whether your polling place **is accessible for people with disabilities.** To find more information about accessible voting, see the Table of Contents.

DEPARTMENT OF ELECTIONS

**OFFICIAL ELECTION MAIL**

ELECTRONIC SERVICE REQUESTED

**Your polling place address:**          Mailing Address:

La dirección de su lugar de votación: / 您的投票站地址：/ Address ng inyong lugar ng botohan:

(1)

**Are the entryway and the voting area accessible?** ¿Son accesibles la entrada y el área de votación? / 入口和投票站是否方便入入？ / Madali bang makarating at makapasok sa pasukan at sa lugar ng botohan?

(2)

**Political Party Preference:** Preferencia por partido político · 政黨 · / Kinakayang Partidong Pulitikal

Vote-by-Mail Application for the June 7, 2016, Consolidated Presidential Primary Election

**Your polling place address is also available at**
## *sfelections.org/pollsite*

## Why Do Polling Places Change?

The Department of Elections does not own any of the sites that are used as polling places; it relies on the community to provide locations that are accessible for all voters. If you own a space that might be suitable as a polling place for future elections, please contact the Department of Elections at (415) 554-4375.

## Late Polling Place Changes

If a polling place becomes unavailable after the Voter Information Pamphlet is mailed, the Department of Elections notifies affected voters with:

- **"Change of Polling Place" Notification Cards** mailed to all registered voters in the precinct.

- **"Change of Polling Place" Signs** posted at the previous location.

# Where and When to Vote



## Vote at the City Hall Voting Center

Beginning May 9 through Election Day, any San Francisco voter may vote at the City Hall Voting Center, outside Room 48:

- **Monday through Friday,** May 9–June 6 (except May 30), 8 a.m. to 5 p.m.
- **Saturday and Sunday,** May 28–29 and June 4–5, 10 a.m. to 4 p.m. (enter on Grove Street)
- ★ **Election Day,** Tuesday, June 7, 7 a.m. to 8 p.m.



## Vote by Mail

Any voter may request a vote-by-mail ballot, for this election only or for all elections.

- If you always vote by mail, your ballot will be mailed in early May. If you have not received your ballot by May 13, please call.
- When you receive your ballot, carefully read and follow the instructions enclosed with it.
- There are **three ways to return your ballot:**
  - Mail it to the Department of Elections. You must *send* it before or on Election Day, as shown by the postmark, date stamp, or your dated signature, AND the Department of Elections must *receive* it no later than the Friday after Election Day.
  - Drop it off at a City Hall Drop-off Station.
  - Drop it off at any San Francisco polling place on Election Day.

  Find details in the Instructions enclosed with your ballot, or go to *sfelections.org/vbminsert*.

- To check the status of your vote-by-mail ballot at any time from when it is mailed until after it has been counted, go to *sfelections.org/vbmstatus* or call (866) 325-9163 toll free. If your ballot *cannot* be counted, this tool will tell you how to correct the issue before Election Day so that that we can count your ballot.
- Starting May 24, you can watch the processing of vote-by-mail ballots at the Department of Elections at *sfelections.org/observe*.

## How to Request to Vote by Mail

If you want to vote by mail for the June 7 election, the Department of Elections must receive your request by May 31. There are several ways to request to vote by mail:

- Fill out and return the application on the back cover of this pamphlet.
- Go to *sfelections.org/toolkit*:
  - Click on "Vote by mail and track your ballot"
  - Click on one of these options and follow the instructions:
    - "Apply online to vote by mail for this election only," or
    - "Download request to vote by mail for all elections." (Printing, mailing, and signature are required.)
- Call (415) 554-4375, or visit the Department of Elections in City Hall, Room 48.
- Mail or fax a request to the Department of Elections with your name, your birth date, your home address, the address where you want your ballot to be mailed, and your signature.

If you want to vote by mail for all elections, indicate that you wish to become a permanent vote-by-mail voter.



## Vote at Your Polling Place on Election Day

- Where you live determines which contests and candidates appear on your ballot. To receive the ballot with the correct contests and candidates, vote at your assigned polling place.
- Check the address of your polling place on the back cover of this pamphlet, or go to *sfelections .org/pollsite*.
- Polling places are open on Election Day, Tuesday, June 7, from 7 a.m. to 8 p.m.

# How to Vote

## Choose Your Preferred Language

Three versions of the ballot are available, each with English and one other language:

- English and Chinese
- English and Spanish
- English and Filipino

**If you vote by mail:**
If you let the Department of Elections know that you prefer a ballot with Chinese, Spanish, or Filipino, you will receive a ballot in English and that language. To make sure that you receive your preferred version of the ballot, check or update your language preference at *sfelections.org/language*. Otherwise, if you do not provide your language preference before your ballot is mailed, the instructions included with the ballot will say how to exchange it for a ballot with your preferred language.

**If you vote at a polling place:**
Ballots in English and all certified languages (Chinese, Spanish, and Filipino) will be available at the City Hall Voting Center and at all polling places. Each polling place will also have facsimile ballots in Vietnamese, Korean, and Japanese; these are exact copies of the official ballot with translated content, for voters to use as a reference.

If you let the Department of Elections know before Election Day that you prefer a ballot with Chinese, Spanish, or Filipino, the poll worker will give you a ballot with English and that language. Provide your language preference to the Department of Elections at *sfelections.org/language*. Otherwise, you can ask a poll worker for the language that you prefer on Election Day.

## Choose Your Ballot Format

- You will receive a paper ballot unless you request to use an accessible voting machine (for more information, see page 10).
- If you use the accessible voting machine, the machine will provide instructions.

## Mark Your Paper Ballot

- Read the instructions printed on each ballot card.
- Review both sides of each card for contests.
- For each contest, the number of candidates you may select is printed above the list of names. If you mark more candidates than allowed, or both "YES" and "NO" in a measure contest, your vote for that contest or choice cannot be counted.
- Use a pen with black or dark blue ink or a #2 pencil.
- Complete the arrow pointing to your choice for the contest or measure, as shown in picture ①
- If you do not want to vote on a certain contest or measure, leave that contest or measure blank. Your votes for the other contests and measures will still count.



## How to Vote for a Qualified Write-In Candidate

- In addition to the candidates listed on the ballot, there may be qualified write-in candidates. "Qualified" means candidates who have submitted the documentation that is required to run for an office.

- The only write-in votes that can be counted are votes for qualified candidates.

- For a list of qualified write-in candidates, visit *sfelections.org/writein* on or after May 25, or ask a poll worker.

- Before casting a write-in vote, make sure:
  - the candidate is **not listed on the ballot**.
  - the candidate is **on the qualified write-in list**.
  - to write the candidate's name in the space at the end of the candidate list and **complete the arrow** that points to the space, as shown in picture ②

## How to Get a New Ballot if You Made a Mistake

- **If you vote by mail:** follow the instructions that were enclosed with your ballot, or call (415) 554-4375.

- **If you vote in person:** ask a poll worker for a replacement ballot.

- Voters may replace up to two sets of ballot cards.



② **How to vote for a qualified write-in candidate:**

# Multilingual Voter Services

For almost 40 years, in compliance with state and federal language access laws, the Department has provided materials and assistance in Chinese and Spanish, as well as in English. In 2015, in compliance with the City's Language Access Ordinance, the Department expanded its services to provide translated materials and assistance in Filipino. The Department continues to prioritize its multilingual program and to improve upon its services to all voters, including those with limited proficiency in English.

Multilingual voter services include:

- Voter information in English, Chinese, Spanish, and Filipino at *sfelections.org*.
- Election materials in Chinese, Spanish, and Filipino: ballots, voter registration forms, voter notices, instructional signs at all polling places, vote-by-mail ballot applications and instructions, and Voter Information Pamphlets.
- Bilingual poll worker assistance at designated polling places on Election Day.
- Telephone assistance in many languages, available during business hours, Monday through Friday, 8 a.m. to 5 p.m., and from 7 a.m. to 8 p.m. on Election Day. For assistance, call (415) 554-4375.

Each polling place will also have facsimile ballots in Vietnamese, Korean, and Japanese; these are exact copies of the official ballot with translated content, for voters to use as a reference.

## 我們可以協助您！

選務處提供中文、西班牙文及英文的選舉資料和援助將近40年；以符合州和聯邦語言服務法律規定。在2015年本處擴大了語言服務範圍；增設菲律賓文的選舉資料和援助以符合三藩市語言服務條例規定。本處將繼續優先處理多種語言選民服務計劃；並改善對所有選民的服務，包括英語語文能力有限的選民。

如果您想收到中文版的選舉資料，請在選務處網站*sfelections.org/language*更新您的語言偏好或致電(415) 554-4367。

中文服務包括：

- 網上提供的中文選舉資料：*sfelections.org*。
- 已翻譯的選舉資料：選票、「選民登記表」、選民通告、「郵寄投票申請表」和指南以及《選民資料手冊》。
- 於選舉日在每個投票站提供中文的說明標牌。
- 於選舉日在指定的投票站有雙語工作人員提供中文語言協助。
- 於星期一至星期五的上午8時至下午5時及選舉日上午7時正至晚上8時正提供的中文電話協助：(415) 554-4367。

## ¡Le podemos ayudar!

Durante casi 40 años, conforme a las leyes federales y estatales de acceso a idiomas, el Departamento ha proporcionado materiales y asistencia en chino y español además de inglés. En 2015, conforme a la Ordenanza de Acceso a Idiomas de San Francisco (LAO por sus siglas en inglés), el Departamento amplió·sus servicios para ofrecer materiales traducidos y asistencia en filipino. El Departamento continúa dando prioridad a su programa multilingüe y mejorando sus servicios a todos los electores, incluyendo a personas con conocimientos limitados del inglés.

Si quiere materiales en español además de inglés, actualice su preferencia de idioma electoral en *sfelections.org/language* o llame al (415) 554-4366.

Los servicios en español incluyen:

- Información electoral en español en *sfelections.org.*
- Materiales electorales traducidos al español: la boleta electoral, la solicitud de inscripción para votar, avisos a los electores, solicitudes e instrucciones para votar por correo y el Folleto de Información para los Electores.
- Rótulos con instrucciones en español en los lugares de votación el Día de las Elecciones.
- Trabajadores electorales bilingües en ciertos lugares de votación el Día de las Elecciones.

- Asistencia telefónica en español disponible de lunes a viernes de 8 a.m. a 5 p.m. y el Día de las Elecciones de 7 a.m. a 8 p.m. llamando al (415) 554-4366.

## Matutulungan namin kayo!

Sa halos 40 taon, alinsunod sa mga batas ng estado at pederal tungkol sa language access, nagkakaloob ang Departamento ng mga materyales at tulong sa Intsik at Espanyol, pati sa Ingles. Noong 2015, alinsunod sa Language Access Ordinance ng Lungsod, pinalawak ng Departamento ang serbisyo nito upang makapagbigay ng mga materyales at tulong na isinalin sa Filipino. Patuloy na binibigyang prayoridad ng Departamento ang programa nitong multilingual, at ang pagpapahusay ng serbisyo nito sa lahat ng botante, kabilang ang mga may limitadong kaalaman sa wikang Ingles.

Kung gusto ninyo ng mga materyales sa wikang Filipino, bukod sa Ingles, i-update ang inyong higit na nagugustuhang wika sa *sfelections.org/language* o tumawag sa (415) 554-4310.

Kabilang sa mga serbisyo sa wikang Filipino para sa mga botante ang:

- Impormasyon para sa botante sa wikang Filipino sa *sfelections.org*.

- Isinaling mga materyales para sa eleksyon: mga balota, mga form para sa pagpaparehistro ng botante, mga paunawa sa botante, mga aplikasyon at instruksiyon para sa vote-by-mail na balota at mga Pamplet ng Impormasyon Para sa Botante.

- Mga karatulang nagbibigay ng instruksiyon sa lahat ng mga lugar ng botohan sa Araw ng Eleksyon.

- Tulong ng bilingual na manggagawa sa botohan sa mga itinalagang lugar ng botohan sa Araw ng Eleksyon.

- Tulong sa telepono sa wikang Filipino, matatawagan mula Lunes hanggang Biyernes, 8 a.m. hanggang 5 p.m., at mula 7 a.m. hanggang 8 p.m. sa Araw ng Eleksyon. Para sa tulong, tumawag sa (415) 554-4310.

## Chúng tôi có thể giúp quý vị!

Các tài liệu về cuộc bỏ phiếu và mẫu phiếu bầu bằng tiếng Việt có sẵn tại mỗi trạm bỏ phiếu. Để được trợ giúp, xin gọi số (415) 554-4375.

## 도와 드리겠습니다!

한국어로 된 선거 관련 자료 및 팩스 투표용지가 투표소에 마련되어 있습니다. 도움이 필요한 경우, (415) 554-4375번으로 전화 주시기 바랍니다.

## あなたのお手伝いをいたします。

各投票所には日本語の選挙資料および投票用紙も用意されています。支援が必要な場合、(415) 554-4375までお問い合わせください。

# Accessible Voting and Services for Voters with Disabilities

## Accessible voter information

The Voter Information Pamphlet is available in accessible formats:
- On *sfelections.org/toolkit* in PDF, HTML, XML, and MP3 formats
- Large print (English, Chinese, Spanish, Filipino)
- Audio on USB flash drive, cassette, or compact disc (CD)

To request, call (415) 554-4375.

Audio copies are also available from:

San Francisco Library for the Blind and Print Disabled
Main Library, 100 Larkin Street
(415) 557-4253

## Accessible voting

All voters have the following options:

**Vote by Mail:** See page 5.

**Vote at the City Hall Voting Center:** City Hall is accessible from any of its four entrances. The Voting Center has all of the assistance tools listed below. For more information, see page 5.

**Vote at Your Polling Place:** See back cover for address and accessibility information:
- If your polling place entrance and voting area are functionally accessible, "YES" is printed below the accessibility symbol on the back cover
- If your polling place is not accessible, go to *sfelections.org/pollsite* or call (415) 554-4375 for the location of the nearest accessible polling place within your voting district
- An **accessible voting machine** is available at every polling place, including the City Hall Voting Center
  - Allows voters with sight or mobility impairments or other specific needs to vote independently and privately
  - You can select the ballot language: English, Chinese (Cantonese or Mandarin audio), Spanish, or Filipino
  - If you wish to use the accessible voting machine, tell a poll worker which format you prefer:

**Touchscreen ballot**
- Instructions are provided on screen
- Large-print text is provided on the screen, and you can make the text larger
- Make your ballot selections by touching the screen
- Review your selections on a paper record before casting your vote

**Audio ballot**
- Audio instructions guide you through the ballot
- Headphones are provided
- You can connect a personal assistive device such as a sip/puff device
- Make your ballot selections using a Braille-embossed handheld keypad; keys are coded by color and shape
- Listen to review your selections before casting your vote; there is also a paper record of your votes

  ○ The Department of Elections can provide multi-user sip/puff or head-pointers. To request, call (415) 554-4375. If possible, provide 72 hours' notice to ensure availability
  ○ Following California Secretary of State requirements, votes from the accessible voting machine are transferred onto paper ballots, which are counted at City Hall after Election Day

- Other forms of assistance are available:
  ○ **Personal assistance:** you may bring up to two people, including poll workers, into the voting booth for assistance
  ○ **Curbside voting:** If you are unable to enter your polling place, poll workers can bring voting materials to you outside the polling place
  ○ **Reading tools:** Every polling place has large-print instructions on how to mark a ballot and optical sheets to magnify the print on the paper ballot
  ○ **Seated voting:** Every polling place has a booth that allows voting while seated
  ○ **Voting tools:** Every polling place has easy-grip pens for signing the roster and marking the ballot
  ○ **American Sign Language interpretation** by video is available at the Department of Elections office

# Voting in the June 2016 Presidential Primary Election

Since 2011, when the Top Two Candidates Open Primary Act went into effect, California has had two primary election systems in place.

## Modified Closed Primary System for Presidential Elections

Under this system, voters who indicate a political party preference when they register to vote can participate in their party's June presidential primary election and, if applicable, vote for members of that party's county central committee or county council.

Each political party has the option of also allowing people who registered to vote without stating a preference for a qualified political party to vote in their presidential primary election. For the June 7 election, the following political parties will allow voters with no party preference to vote in their presidential primary elections:

- American Independent Party
- Democratic Party
- Libertarian Party

## Open Primary System for Voter-Nominated Offices

The voter-nominated offices, previously known as partisan offices, are the state legislative offices, U.S. congressional offices, and state constitutional offices. Under this system:

- All candidates for a voter-nominated office are listed on the same ballot, regardless of the candidates' party preferences
- *Any* voter can vote for *any* candidate, regardless of the voter's party preference

The two candidates who receive the most votes in the June primary election move on to the November general election, regardless of vote totals. A write-in candidate running in the June primary election can move on to the November general election only if he or she is one of the top two vote-getters in the June primary election.

Any voter, regardless of party preference, can also vote in contests for nonpartisan offices and ballot measures.

## What does party preference mean?

Party preference refers to the political party with which the candidate or the voter is registered.

Under the open primary election system, if a candidate has a preference for a qualified political party, the party will be printed by the candidate's name on the ballot. If a candidate does not have a preference for a qualified political party, "Party Preference: None" will be printed by the candidate's name.

The candidate's party preference does not mean that the candidate is endorsed by that party. Political parties can endorse candidates; any party endorsements received by the Department of Elections by the submission deadline are listed on page 16 of this pamphlet.

### How can I find out my party preference?

Look at the back cover of this pamphlet. The party preference, or affiliation, that you chose when you registered to vote is printed near the center of the page. If you did not disclose a political party preference on your most recent voter registration, or if you selected a party that is not qualified to participate in this primary election, "No Party Preference" will be printed.

### I indicated a party preference when I registered to vote. What ballot will I receive?

See the chart on the next page, or refer to the Table of Contents for your Sample Ballot.

All voters, regardless of party preference, can vote in contests for voter-nominated offices, nonpartisan offices, and ballot measures. Because you indicated a party preference when you registered, you can also vote in your party's presidential primary and county central committee or county council contest, if this contest applies to your party.

### I did not disclose a party preference when I registered to vote. What ballot will I receive?

See the chart on the next page, or refer to the Table of Contents for your Sample Ballot options.

All voters, regardless of party preference, can vote in contests for voter-nominated offices, nonpartisan offices, and ballot measures. For the June 7 election, three parties will allow voters with no party preference to participate in their presidential primary elections: the American Independent Party, the Democratic Party, and the Libertarian Party. You can request to vote in one of these party primaries, or you will receive a ballot with no presidential contest.

**If you vote by mail:** you may request a party ballot by indicating your choice on the Vote-by-Mail Application on the back cover of this pamphlet. The Department of Elections must receive this application no later than 5 p.m. on May 31.

**If you vote in person:** you may request the ballot of your choice from a poll worker when you sign the roster.

## How can I change my party preference?

If you want to change your political party preference, you must reregister to vote. The registration deadline for the June 7 election is May 23.

Reregister at *registertovote.ca.gov*, or call the Department of Elections at (415) 554-4375 to request that a voter registration card be mailed to you. You may also fill out a voter registration card in person at the Department of Elections in City Hall.

# What can I vote on in the June 7, 2016, Presidential Primary Election?

| IF I'M REGISTERED... | ➡ | ...THEN I VOTE FOR: |
|---|---|---|

**Party-Nominated and Partisan Offices**

**Democratic**
**Republican**



**Your party's**
Presidential candidates
County Central Committee members

**American Independent**
**Libertarian**
**Peace and Freedom**



**Your party's**
Presidential candidates

**Green**



**Your party's**
Presidential candidates
County Council members

**No Party Preference\***

**Presidential candidates from**
American Independent Party
**or** Democratic Party
**or** Libertarian Party

*\*Note: You will receive a ballot without a presidential primary contest unless you request a party ballot.*

**+**

| EVERYONE VOTES FOR: |
|---|

| **Voter-Nominated Offices** | **Nonpartisan Offices** | **Measures** |
|---|---|---|
| U.S. Senator | Judge of the Superior Court | California Proposition 50 |
| U.S. Representative in Congress | | Propositions A–E |
| State Senator | | District Proposition AA |
| Member of the State Assembly | | |

# An Overview of San Francisco's Debt

## What Is Bond Financing?

Bond financing is a type of long-term borrowing used to raise money for projects. The City receives money by selling bonds to investors. The City must pay back the amount borrowed plus interest to those investors. The money raised from bond sales is used to pay for large capital projects such as fire and police stations, affordable housing programs, schools, libraries, parks, and other city facilities. The City uses bond financing because these buildings will last many years and their large dollar costs are difficult to pay for all at once.

**Types of Bonds.** There are two major types of bonds — General Obligation and Revenue.

**General Obligation Bonds** are used to pay for projects that benefit citizens but do not raise revenue (for example, police stations or parks are not set up to pay for themselves). When general obligation bonds are approved and sold, they are repaid by property taxes. The Public Health and Safety Bond on this ballot is a general obligation bond to be issued by the City. General obligation bonds to be issued by the City must be approved by two-thirds of the voters.

**Revenue Bonds** are used to pay for projects such as major improvements to an airport, water system, garage or other large facilities which generate revenue. When revenue bonds are approved and sold, they are generally repaid from revenues generated by the bond-financed projects, for example usage fees or parking fees. The City's revenue bonds must be approved by a majority vote. There is no revenue bond on this ballot.

## What Does It Cost to Borrow?

The City's cost to borrow money depends on the amount borrowed, the interest rate on the debt and the number of years over which the debt will be repaid. Large debt is usually paid off over a period of 10 to 35 years. Assuming an average interest rate of 6% the cost of paying off debt over 20 years is about $1.73 for each dollar borrowed — $1 for the dollar borrowed and 73 cents for the interest. These payments, however, are spread over the 20-year period. Therefore inflation reduces the effective cost of borrowing because the future payments are made with cheaper dollars. Assuming a 4% annual inflation rate, the cost of paying off debt in today's dollars would be about $1.18 for every $1 borrowed.

## The City's Current Debt Situation

**Debt Payments.** During fiscal year 2015–2016 property tax payers in the City will pay approximately $387 million of principal and interest on outstanding bonds of the City and the other issuers of general obligation bond debt (these are the San Francisco Community College District, San Francisco Unified School District and Bay Area Rapid Transit District). The property tax rate for the year to provide for debt and special funds debt requirements will be 18.26 cents per $100 of assessed valuation or $1,083 on a home assessed at $600,000.

**Legal Debt Limit.** The City Charter imposes a limit on the amount of general obligation bonds the City can have outstanding at any given time. That limit is 3% of the assessed value of taxable property in the City — or currently about $5.85 billion. Voters give the City *authorization* to issue bonds. Those bonds that have been issued and not yet repaid are considered to be *outstanding*. As of March 1, 2016, there was $2.024 billion in outstanding general obligation bonds, which is equal to 1.04% of the assessed value of taxable property. There is an additional $1.45 billion in bonds that are *authorized but unissued*. If these bonds were issued and outstanding, the total debt burden would be 1.78% of the assessed value of taxable property. Bonds issued by the School District and Community College District and Bay Area Rapid Transit District (BART) do not increase the City's debt burden for the purposes of the Charter limit, however they are repaid by property taxes (see Prudent Debt Management below). Part of the City's current debt management policy is to issue new general obligation bonds as old ones are retired, keeping the property tax rate from City general obligation bonds approximately the same over time.

**Prudent Debt Management.** Even though the City is well within its legal debt limit in issuing general obligation bonds, there are other debt comparisons used by bond rating agencies when they view the City's financial health. These agencies look at many



types of local and regional debt that are dependent on the City's tax base including our general obligation bonds, lease revenue bonds, certificates of participation, special assessment bonds, BART and school and community college district bonds. The "direct debt ratio" which includes direct debt and other long term obligations and excludes special assessment bonds, BART and school and community college district bonds, is equal to 1.62% of the assessed value of taxable property. This direct debt ratio is considered to be a "moderate" debt burden relative to the size of San Francisco's property tax base. **While this ratio is within the comparable benchmarks, the City needs to continue to set priorities for future debt to continue to maintain good credit ratings that, in turn, are a sign of good financial health.**

## Citizen Oversight of General Obligation Bonds

Voters must approve the purpose and amount of the money to be borrowed through bonds. Bond money may be spent only for the purposes approved by the voters.

For general obligation bonds issued by the City of San Francisco, the Citizens' General Obligation Bond Oversight Committee reviews and reports on how bond money is spent. The nine members of the Committee are appointed by the Mayor, Board of Supervisors, Controller, and Civil Grand Jury. If the Committee finds that bond money has been spent for purposes not approved by the voters, the Committee can require corrective action and prohibit the sale of any authorized but unissued bonds until such action is taken. The Board of Supervisors can reverse the decisions of the committee by a two-thirds vote. The Controller may audit any of the City's bond expenditures.

Prepared by *Ben Rosenfield*, Controller

# Candidate Information

## Notice about Candidate Statements of Qualifications

Not all candidates submit a statement of qualifications. A complete list of candidates appears on the sample ballots in this pamphlet. To find your sample ballot, please see the table of contents.

Each candidate's statement of qualifications, if any, is volunteered by the candidate and printed at the expense of the candidate.

You may find candidate information as follows:

- **California Secretary of State's website,** *voterguide.sos.ca.gov*: candidates for President

- **California Voter Information Guide:** candidates for United States Senate

- **San Francisco Voter Information Pamphlet** *(this guide)*: candidates for United States House of Representatives, State Senator, State Assembly, Judge of the Superior Court

Candidates for political party central committees or county councils are not eligible to submit statements of qualifications for publication.

>  **Statements are printed as submitted by the candidates, including any typographical, spelling, or grammatical errors. The statements are not checked for accuracy by the Director of Elections nor any other City agency, official, or employee.**

# Voluntary Spending Limits and State Legislative Candidates' Campaign Statements

In November 2000, California voters approved Proposition 34, which states that if a candidate for State Senate or State Assembly accepts voluntary campaign spending limits specified in Section 85400 of the California Government Code, that candidate may purchase the space to place a candidate statement in the Voter Information Pamphlet.

The legislative candidates who have accepted the voluntary spending limits and are therefore eligible to submit a candidate statement for the June 7, 2016, Consolidated Presidential Primary Election are:

**State Senator, District 11**
Jane Kim
Ken Loo

**Member of the State Assembly, District 17**
David Chiu

**Member of the State Assembly, District 19**
Carlos "Chuck" Taylor
Phil Ting

# Party Endorsements

State law allows political parties to endorse candidates for voter-nominated offices. The party endorsements received by the Department of Elections by the submission deadline are as follows:

**United States Senator**
American Independent Party: Thomas G. Del Beccaro
Democratic Party: Kamala D. Harris
Peace and Freedom Party: John Thompson Parker

**United States Representative, District 12**
Democratic Party: Nancy Pelosi

**United States Representative, District 14**
Democratic Party: Jackie Speier

**State Senator, District 11**
Democratic Party: Scott Wiener

**Member of the State Assembly, District 17**
Democratic Party: David Chiu

**Member of the State Assembly, District 19**
Democratic Party: Phil Ting

# Candidates for State Senator, District 11

## JANE KIM

**My occupation is** San Francisco Supervisor.

**My qualifications are:**
I'm fighting for a more affordable city because unless we win the struggle to preserve San Francisco we could lose the city we love.

Renters, working families, students, artists, seniors, teachers, nurses, cops and firefighters and just about anyone who is not very wealthy is in danger of being forced out.

As Supervisor and former President of the San Francisco Board of Education I worked to protect working and middle class families by:

- Writing San Francisco's $15/hour minimum wage bill.
- Negotiating record levels of affordable housing.
- Creating more housing for homeless families.
- Fighting for stronger afterschool and early childhood education.
- Working to keep kids from dropping out of school and stay on track to graduate.

I stood up to big developers – and won.

I am standing up to landlords trying to evict tenants.

I will fight to make all basic job-training in California community colleges free so more workers can lift themselves into the middle class.

And I'm fighting to fund shelters for all homeless families and declare a statewide emergency so the entire state is mobilized to house the homeless.

Our campaign to preserve what's best about San Francisco has won the support of principled leaders and groups like California Democratic Party Chair John Burton, Tom Ammiano, Phil Ting, Democratic Legislative Women's Caucus, California Women's List, the Latino Democratic Club, the Harvey Milk LGBT Democratic Club, the California Teachers and Nurses Associations and so many more.

Please join our fight for an affordable San Francisco at www.JaneKim.org.

*Jane Kim*

## KEN LOO

**My occupation is** Firefighter, Business Owner.

**My qualifications are:**
For the past twenty years, one party has controlled California's legislature.

How has that worked for California?

- California's public schools are failing our children by not providing the basics to prepare them for the jobs and challenges of the 21st Century.

- Our infrastructure has not been expanded to meet the needs of 39,000,000 Californians and millions more to come.

- No one in government is being held accountable for continued failures. We have spent Billions on programs to help the homeless, substance abusers, and the mentally ill. They desperately need our help, but they are worse off than ever before.

With Mark Leno termed out this year, you can choose the status quo or you can elect a proven leader not wedded to the failed policies of the past.

I want to be your next State Senator. I'm a third generation San Franciscan, and have been a firefighter since 1997.

With a B.A. in Political Science from U.C. Davis, and an M.S. in Emergency Service Administration from Long Beach State, I have the educational background and day-to-day experience to know which policies work and those that don't work.

With my wife Lisa, raising our infant son in the Sunset District, I know the challenges facing young families, our neighbors, and the people of San Francisco and California, and will work with you to solve our problems and any new challenges we will face.

Please vote for me June 7th. To learn more about my campaign, please visit my website at www.KenLoo.org

*Ken Loo*

---

Statements are volunteered by the candidates and have not been checked for accuracy by any official agency. Statements are printed as submitted. Spelling and grammatical errors have not been corrected.

# Candidates for Judge of the Superior Court, Office No. 7

## PAUL HENDERSON

**My occupation is** Prosecutor / Public Servant.

**My qualifications are:**

I am a passionate advocate for public safety and civil rights, and believe that as San Franciscans, we must work together to safeguard both.

Through my work as a courtroom attorney protecting victims of violent crimes and my commitment to giving all San Franciscans a voice in government, I have gained the ideal experience and skill set to serve as a judge.

A lifelong San Franciscan, I serve as Deputy Chief of Staff for Public Safety in the Mayor's administration, where I am a liaison to communities all across the city.

Previously, I served as a Chief Attorney and trial prosecutor for the San Francisco District Attorney, where I successfully handled every type of case - from non-violent misdemeanors to serious felonies, including homicide.

With nearly two decades in criminal justice, I've introduced cutting-edge programs, including 3-strikes sentencing reform, juvenile drug and domestic violence courts, community justice courts and a neighborhood DA program.

Improving our justice system will take the entire San Francisco community. Building a stronger, more equitable system requires judicial officers who reflect the communities that they serve.

I will be honored to have your support to serve the city I love as a judge.

PaulHendersonForJudge.com

*Paul Henderson*

## VICTOR HWANG

**My occupation is** Civil Rights Attorney.

**My qualifications are:**

I have spent every week of my 23-year career in a courtroom fighting for victims of hate crimes, sexual assault, domestic violence, and human trafficking. I am the only candidate with the experience, temperament, and qualifications to represent their voices as a San Francisco Superior Court judge.

Working as a public defender, public interest attorney, and district attorney, I know first-hand the challenges involved in reaching a fair outcome in the different facets of the justice system. As judge I will ensure that all are treated evenhandedly.

Aside from a career in civil rights, I am active in the San Francisco Collaborative Against Human Trafficking, San Francisco Police Commission, founded San Francisco Coalition Against Hate Violence, was a founding member of API Equality, and reinvigorated the Minority Bar Coalition.

My proven passion for making justice work for as many people as possible is why I will best serve San Francisco as judge.

The following leaders and organizations agree:

Elected Officials:
State Treasurer John Chiang
Mayor Edwin Lee
District Attorney George Gascón
Assemblymembers Phil Ting and David Chiu
Supervisors John Avalos, Jane Kim, Norman Yee, and Eric Mar
Board of Education President Matt Haney
Community College Board Member Steve Ngo

Judges:
Justice Harry Low (retired)
Honorable Michael Begert, Tracie Brown, Sam Feng, Lillian Sing (retired), Julie Tang (retired), and Richard Ulmer

Organizations:
UNITE HERE Local 2
Asian American Bar Association of the Greater Bay Area (extremely well qualified)
Community Tenants Association
Teachers for Social Justice

www.hwangforjudge.com

*Victor Hwang*

---

Statements are volunteered by the candidates and have not been checked for accuracy by any official agency.
Statements are printed as submitted. Spelling and grammatical errors have not been corrected.

# Candidates for Judge of the Superior Court, Office No. 7

## SIGRID ELIZABETH IRÍAS

**My occupation is** San Francisco Civil Attorney / Adjunct Law Professor.

**My qualifications are:**
My father immigrated from Nicaragua, and I am a native San Franciscan. My pro bono work has included representing children facing deportation, and helping Mission District residents avoid eviction. A past president and general counsel of San Francisco La Raza Lawyers Association, I led its efforts to support California's first recognized undocumented lawyer.

During over twenty years with one of San Francisco's most respected law firms, I represented nonprofits, individuals, and businesses. I tried cases involving allegations of personal injury, theft, product liability, breach of contract, and negligence.

As a volunteer Judge Pro-Tem for the San Francisco Superior Court, I have handled juvenile, traffic, and eviction cases. I have earned the highest ratings from my peers for ethics, experience and legal knowledge. I teach at U.C. Hastings College of the Law, and I have been published in the areas of ethics and legal procedure.

My supporters include Superior Court Judges Daniel Flores of San Francisco and Matthew Harris of Santa Clara and numerous other judges, opposing counsel, teachers, business owners, and civil rights leaders.

"Sigrid is one of the attorneys I most respect. She will be an outstanding judge."

- Cruz Reynoso, California Supreme Court Associate Justice (retired)

www.iriasforjudge.com

*Sigrid Elizabeth Irías*

Statements are volunteered by the candidates and have not been checked for accuracy by any official agency. Statements are printed as submitted. Spelling and grammatical errors have not been corrected.

# ⭐ **Voter Bill of Rights** ⭐

## You have the following rights:

**1.** **The right to vote if you are a registered voter.**
You are eligible to vote if you are:
- a U.S. citizen living in California
- at least 18 years old
- registered where you currently live
- not in prison or on parole for a felony

**2.** **The right to vote if you are a registered voter even if your name is not on the list.** You will vote using a provisional ballot. Your vote will be counted if elections officials determine that you are eligible to vote.

**3.** **The right to vote if you are still in line when the polls close.**

**4.** **The right to cast a secret ballot** without anyone bothering you or telling you how to vote.

**5.** **The right to get a new ballot if you have made a mistake,** if you have not already cast your ballot.
You can:
**Ask an elections official at a polling place** for a new ballot; or
**Exchange your vote-by-mail ballot** for a new one at an elections office, or at your polling place; or
**Vote using a provisional ballot,** if you do not have your original vote-by-mail ballot.

**6.** **The right to get help casting your ballot** from anyone you choose, except from your employer or union representative.

**7.** **The right to drop off your completed vote-by-mail ballot at any polling place** in the county where you are registered to vote.

**8.** **The right to get election materials in a language other than English** if enough people in your voting precinct speak that language.

**9.** **The right to ask questions to elections officials about election procedures** and watch the election process. If the person you ask cannot answer your questions, they must send you to the right person for an answer. If you are disruptive, they can stop answering you.

**10.** **The right to report any illegal or fraudulent election activity** to an elections official or the Secretary of State's office.
- On the web at *www.sos.ca.gov*
- By phone at (800) 345-VOTE (8683)
- By email at *elections@sos.ca.gov*

---

  **If you believe you have been denied any of these rights,** call the Secretary of State's confidential toll-free Voter Hotline at (800) 345-VOTE (8683).

---

## 🔒 Confidentiality and Voter Records

### Permissible Uses of Voter Registration Information *(California Elections Code section 2157.2)*

Information on your voter registration form is used by election officials to send you official information on the voting process, such as the location of your polling place and the issues and candidates that will appear on the ballot.

Commercial use of voter registration information is prohibited by law and is a misdemeanor. Certain voter information may be provided upon request for election, scholarly, journalistic, political, or governmental purposes, as determined by the Secretary of State. For example, information may be provided to a candidate for office or a ballot measure committee. The following information *cannot* be released for these purposes:

- Your driver's license number
- Your state identification number
- Your Social Security number
- Your signature as shown on your voter registration form.

If you have any questions about the use of voter information or wish to report suspected misuse of such information, please call the Secretary of State's Voter Hotline: (800) 345-VOTE (8683).

## 🔒 Safe at Home Program

Certain voters facing life-threatening situations may qualify for confidential voter status. For more information, contact the Secretary of State's Safe at Home program toll-free at (877) 322-5227, or visit *sos.ca.gov.*

Any voter has the right under California Elections Code Sections 9295 and 13314 to seek a writ of mandate or an injunction, prior to the publication of the Voter Information Pamphlet, requiring any or all of the materials submitted for publication in the Pamphlet to be amended or deleted.

# Candidate for United States Representative, District 14

## JACKIE SPEIER

**My occupation is** Congresswoman.

**My qualifications are:**
What I will do for you: I will continue to oppose vouchering Medicare or privatizing Social Security, as well as any attempts to infringe on a woman's right to make her own healthcare decisions. I will fight wasteful spending on weapons systems that damage our national defense, instead investing in scientific research, affordable college, and quality healthcare for all. I have championed legislation to end sexual assault in the military and at colleges, require background checks for all gun sales, and protect consumers from receiving frustrating robocalls. We're experiencing unprecedented growth in San Mateo County and San Francisco, but our quality of life is at risk from sky-high housing costs and gridlock. I support federal programs to create affordable housing, and secured $125 million for Caltrain electrification in the President's budget. I will advocate for greater investment in public transportation and renewable energy in order to address the threats of climate change and our ongoing drought. I continue to fight hard in Washington and at home for my constituents. I have worked to keep City College open and accredited, helped over 8,000 job seekers since 2010 through Job Hunters Boot Camps, and have recovered over $3 million for veterans denied benefits. Finally, as a member of the House Intelligence Committee, I work to keep both our nation and civil liberties secure. It is an honor to serve you, and I respectfully request your vote.

*Jackie Speier*

Statements are volunteered by the candidates and have not been checked for accuracy by any official agency. Statements are printed as submitted. Spelling and grammatical errors have not been corrected.

# Free Talking Books

## and the machines to play them on - delivered by mail



**Talking Books**
NATIONAL LIBRARY SERVICE
FOR THE BLIND & PHYSICALLY HANDICAPPED

Talking Books and magazines for children, teens, and adults

Popular fiction and non-fiction including the latest bestsellers and award winners; hundreds of thousands of titles

Download books from the Web or with the iOS/Android app

DVDs with audio description

Free technology at the Library to help magnify and read print aloud, to display with braille, and to give access to computers with the Internet, word processing and other software

For people who
- cannot see well enough to read print for long, or
- have a reading disability with a physical basis, or
- cannot hold a book or turn the pages



**San Francisco Public Library**
**Library for the Blind & Print Disabled**
Main Library – 100 Larkin Street, San Francisco 94102
**415 557 4253**
sfpl.org/lbpd

BT 19  CD 14  AD 19  SUP 7  C

# Candidate for State Assembly, District 19

## PHIL TING

**My occupation is** Assemblymember.

**My qualifications are:**
Every day, in ways big and small, we're reforming government to make it as smart, creative and innovative as our people.

I am proud to have authored new laws that make college more affordable, strengthen handgun protections for kids and help English language learners engage state government.

As Chair of the Assembly Budget Committee, I'm fighting to make our budget more reflective of our urgent priorities like education, job training, transportation and affordable housing.

I helped reform the way we invest in K-12 schools. Today, we're directing more funding to students confronting social inequities like poverty or limited English language skills.

As the father of two schoolchildren, I know education is the long-term solution to growing economic inequality. My highest priority is making sure that all our kids have the knowledge and skills they need to secure family-sustaining, high-wage jobs.

And what kind of world will we leave our children? I'm focused on fighting against climate change, ranging from big projects like restoring San Francisco Bay and enacting zero emission standards for automobiles to smaller initiatives like expanding community gardens and building a modern urban biking infrastructure.

We're organizing tens of thousands of citizen activists at www.ResetSanFrancisco.org because there is no more powerful force for change than the people right here in the Bay Area.

Please join them along with teachers and firefighters in support of our campaign.

*Phil Ting*

Statements are volunteered by the candidates and have not been checked for accuracy by any official agency. Statements are printed as submitted. Spelling and grammatical errors have not been corrected.

# OFFICIAL BALLOT

## AMERICAN INDEPENDENT PARTY BALLOT

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

### INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.



Makukuha ang balotang ito sa wikang Filipino.
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa mangagawa sa lugar ng botohan

### Esta boleta está disponible en español

Por correo: llame al
(415) 554-4366
En persona: pregunte a un trabajador electoral

## 正式選票

美國獨立黨選票
聯合總統初選
三藩市市縣
2016年6月7日

**選民指南：**

- 將指向您的選擇的箭頭和箭尾劃線連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個未列在選票上的合格補寫候選人，在候選人名單末尾提供的空位上填寫此人的姓名並將箭頭和箭尾劃線連接起來。

---

### Party-Nominated Offices.

Only voters who disclosed a preference upon registering to vote for the same party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary elections.

### Voter-Nominated and Nonpartisan Offices.

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only. It does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

### 政黨提名職位。

除非該黨另訂規則允許無黨派選民參加其黨派選舉，否則只有選民在登記投票時表明政黨傾向並與此黨求其政黨提名總統或政黨委員會選舉之候選人相同，才可在初選中為該候選人投票。

### 選民提名職位和非黨派職位。

所有選民，不論在登記時披露政黨傾向如何或拒絕披露政黨傾向，均可投票給任何選民提名或非黨派職位的候選人。如果選民提名職位的候選人表明政黨傾向，選票上的非黨派職位候選人，也不代表該政黨核准該候選人。選票上的非黨派職位不會列出候選人的政黨傾向（若有）。

---

## PARTY-NOMINATED OFFICES
政黨提名職位

### FEDERAL
聯邦

**PRESIDENT OF THE UNITED STATES**
美國總統

Presidential Preference
總統首選偏好人

Vote for One / 選一名

THOMAS HOEFLING
讓戈·毛佛令

ARTHUR HARRIS
阿瑟·哈里斯

J.R. MYERS
J·R·邁爾斯

ROBERT ORNELAS
羅伯特·奧內拉斯

ALAN SPEARS
艾倫·斯皮爾斯

WILEY DRAKE
威利·德雷克

JAMES HEDGES
詹姆斯·赫奇斯

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C1

CH/AI **1**

(2A1)-NC

C1-101-1-AC



## VOTER-NOMINATED OFFICES 選民提名職位

### FEDERAL / 聯邦

**UNITED STATES SENATOR / 美國參議員**
Vote for One / 選一名

**VON HOUGO** 馮·胡戈
Party Preference: Republican / 教師
黨派傾向：共和黨   Teacher

**JASON HANANIA** 傑森·哈然尼亞
Party Preference: None / 律師 / 工程師
黨派傾向：沒有   Attorney / Engineer

**KAMALA D. HARRIS** 卡瑪拉·D·哈里斯
Party Preference: Democratic / 加州司法部長
黨派傾向：民主黨   Attorney General of California

**GAR MYERS** 加爾·邁爾斯
Party Preference: None / 國際發展推廣人
黨派傾向：沒有   International Development Promoter

**PAUL MERRITT** 保羅·梅裡特
Party Preference: None / 自由職業者
黨派傾向：沒有   Self-Employed

**MASSIE MUNROE** 瑪西·門羅
Party Preference: Democratic / 環境工程師
黨派傾向：民主黨   Civil Environmental Engineer

**ELEANOR GARCIA** 艾麗諾·加西亞
Party Preference: None / 航天工廠工人
黨派傾向：沒有   Aerospace Factory Worker

**TIM GILDERSLEEVE** 蒂姆·吉爾德斯利夫
Party Preference: None / 有無人交通服務經營者
黨派傾向：沒有   Paratransit Operator

**CLIVE GREY** 克萊夫·格雷
Party Preference: None / 木匠 / 企業家 / 創業者
黨派傾向：沒有   Woodworker / Businessman / Entrepreneur

**DON J. GRUNDMANN** 唐·J·格蘭德曼
Party Preference: None / 脊椎按摩治療師
黨派傾向：沒有   Doctor of Chiropractic

**PRESIDENT CRISTINA GRAPPO** 美國總統克裡斯蒂娜·格拉波
Party Preference: Democratic
黨派傾向：民主黨

**HERBERT G. PETERS** 赫伯特·G·彼得斯
Party Preference: Republican
黨派傾向：共和黨

**TOM PALZER** 湯姆·帕爾策
Party Preference: Republican
黨派傾向：共和黨

**JOHN THOMPSON PARKER** 約翰·湯姆森·帕克
Party Preference: Peace and Freedom / Neighborhood Council Member
黨派傾向：和平自由黨   居民委員會成員

**KAREN ROSEBERRY** 卡倫·露斯伯裡
Party Preference: Republican / Educator
黨派傾向：共和黨   教育工作者

**EMORY RODGERS** 艾莫裡·羅傑斯
Party Preference: Democratic / Property Manager
黨派傾向：民主黨   物業經理

**GEORGE C. YANG** 楊喬治
Party Preference: Republican / Internet Startup CEO
黨派傾向：共和黨   互聯網創公司執行長

**JERRY J. LAWS** 傑裡·J·羅斯
Party Preference: Democratic / Retired Registered Nurse
黨派傾向：民主黨   退休註冊護士

**GAIL K. LIGHTFOOT** 蓋爾·K·萊特福特
Party Preference: Libertarian / Slave-at-home Dad / Attorney
黨派傾向：自由黨   家庭父親 / 律師

**MIKE BEITIKS** 邁克·貝提克斯
Party Preference: None / 家庭主男
黨派傾向：沒有

## FEDERAL 聯邦

**UNITED STATES REPRESENTATIVE** 美國眾議員
DISTRICT 14 / 第14選區
Vote for One / 選一名

**JACKIE SPEIER** 傑基·斯皮爾
Party Preference: Democratic
黨派傾向：民主黨   Congresswoman
聯邦眾議員

## STATE 州

**STATE SENATOR** 州參議員
DISTRICT 11 / 第11選區
Vote for One / 選一名

**JANE KIM** 金貞妍
Party Preference: Democratic / 民主黨
黨派傾向：民主黨   San Francisco Supervisor
三藩市監事

**SCOTT WIENER** 斯科特·威納
Party Preference: Democratic / 民主黨
黨派傾向：民主黨   Member, Board of Supervisors
市監事

**KEN LOO** 盧肯
Party Preference: Republican / 企業家
黨派傾向：共和黨   Firefighter / Business Owner
消防員 / 企業主

## MEMBER OF THE STATE ASSEMBLY 州眾議員
DISTRICT 19 / 第19選區
Vote for One / 選一名

**PHIL TING** 丁右立
Party Preference: Democratic / 民主黨
黨派傾向：民主黨   Assemblymember
州眾議員

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C1

C1-2A1-NC

州州選舉員

**CARLOS "CHUCK" TAYLOR**
Party Preference: Republican
Administrator / Minister / Educator
卡洛斯「查克」泰勒
黨派傾向：共和黨
行政管理人／牧師／教育工作者

**PAMELA ELIZONDO**
帕米拉·埃莉示多
Party Preference: Green  /  Environmental Healing Consultant
黨派傾向：綠黨  /  環境治療顧問

**SCOTT A. VINEBERG**
司格特·A·瓦恩伯格
Party Preference: None  /  Social Entrepreneur
黨派傾向：沒黨  /  社會公益創業者

**STEVE STOKES**
史蒂夫·斯托克斯
Party Preference: Democratic  /  Small Business Owner
黨派傾向：民主黨  /  小企業主

**DUF SUNDHEIM**
達夫·桑德海姆
Party Preference: Republican  /  Small Businessman / Mediator
黨派傾向：共和黨  /  小企業主／調解人

**LING LING SHI**
史始始
Party Preference: None  /  Author
黨派傾向：沒黨  /  作家

**LORETTA L. SANCHEZ**
露蕾塔·L·桑切斯
Party Preference: Democratic  /  California Congresswoman
黨派傾向：民主黨  /  聯邦眾議員

**PHIL WYMAN**
菲爾·威曼
Party Preference: Republican  /  Attorney / Businessman / Rancher
黨派傾向：共和黨  /  律師／企業家／牧場主

**JARRELL WILLIAMSON**
賈瑞爾·威廉姆森
Party Preference: Republican  /  Health Care Lawyer
黨派傾向：共和黨  /  醫療律師

**THOMAS G. DEL BECCARO**
托瑪斯·G·德爾·貝卡羅
Party Preference: Republican  /  Business Attorney / Author
黨派傾向：共和黨  /  商業律師／作家

**RON UNZ**
露溫·北慈茲
Party Preference: Writer / Publisher
黨派傾向：作家／出版者

**GREG CONLON**
格雷格·康龍
Party Preference: Republican  /  Businessman / Attorney / CPA
黨派傾向：共和黨  /  企業家／律師／註冊會計師

**JASON KRAUS**
傑森·克羅斯
Party Preference: None
黨派傾向：沒黨

**DON KRAMPE**
唐·克拉姆皮
Party Preference: Republican  /  Retired
黨派傾向：共和黨  /  退休人士

**MARK MATTHEW HERD**
馬克·馬修·赫爾德
Party Preference: Libertarian  /  Community Organizer
黨派傾向：自由黨  /  社區組織者

# OFFICIAL BALLOT

**DEMOCRATIC PARTY BALLOT**

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.

- If you make a mistake, you may request a new ballot.

- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.



**Makukuha ang balotang ito sa wikang Filipino**

Sa pamamagitan ng koreo:
tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa lugar ng botohan

**Esta boleta está disponible en español**

Por correo: llame al
(415) 554-4366
En persona: pregunte a un trabajador electoral

## 正式選票

民主黨選票

聯合總統初選
三藩市市縣
2016年6月7日

**選民指南：**

- 將指向您的選擇的箭頭和前電劃線連接起來，如圖所示。

- 如果填寫錯誤，您可以要求一份新的選票。

- 如果想要投選某個未列在選票上的合格補寫候選人，在您將前頭和前電劃線連接起來的姓名並將前頭和前電劃線連接起來的位置上填寫此人的姓名。

---

**Party-Nominated Offices.**

Only voters who disclosed a preference upon registering to vote for the same party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary elections.

**Voter-Nominated and Nonpartisan Offices.**

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only. It does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

**政黨提名職位。**

除推出黨另行規則允許非本黨選民在黨內初選中投票外，否則只有選民在登記投票時披露政黨取向與正在尋求某政黨總統提名或政黨委員會選舉某政黨取向的候選人相同，才可在初選中為該候選人投票。

**選民提名職位和非黨派職位。**

所有選民，不論在登記時所披露的政黨取向如何，均可投票給任何選民提名職位或非黨派職位的任何候選人。如果選民提名職位的候選人表明政黨取向，選票上將會顯示該政黨取向，但它未經披露意見的選民。這不意味著該候選人由該黨提名或獲得該黨認可。選票上的非黨派職位不會列出候選人的政黨取向（若有）。

---

**PARTY-NOMINATED OFFICES**
政黨提名職位

**FEDERAL**
聯邦

PRESIDENT OF THE UNITED STATES
美國總統

Presidential Preference
選擇總統候選人

Vote for One / 選一名



**CH/DEM 1**

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C1

(2A1)-NC

C1-101-1-DC

## VOTER-NOMINATED OFFICES
## 選民選名職位

### FEDERAL / 聯邦

**UNITED STATES SENATOR / 美國參議員**
Vote for One / 選一名

- **VON HOUGO** 馮 浩次 — Party Preference: Republican / 共和黨 / 偏好黨 — Teacher / 教師
- **JASON HANANIA** 傑森·哈納尼亞 — Party Preference: None / 沒有 — Attorney / Engineer / 律師 / 工程師
- **KAMALA D. HARRIS** 卡瑪拉·D·哈里斯 — Party Preference: Democratic / 民主黨 — Attorney General of California / 加州司法部長
- **GAIL MYERS** 蓋爾·梅爾斯 — Party Preference: None / 沒有 — International Development Promoter / 國際發展促進人
- **PAUL MERRITT** 保羅·梅裡特 — Party Preference: None / 沒有 — Self-Employed / 自由職業者
- **MASSIE MUNROE** 梅西·門羅 — Party Preference: Democratic / 民主黨 — Civil Environmental Engineer / 環境工程師
- **ELEANOR GARCIA** 艾麗諾·加西亞 — Party Preference: None / 沒有 — Aerospace Factory Worker / 航天工廠工人
- **TIM GILDERSLEEVE** 蒂姆·吉爾德斯利夫 — Party Preference: None / 沒有 — Paratransit Operator / 殘障人次搭接班駕駛員
- **CLIVE GREY** 克萊夫·格雷 — Party Preference: None / 沒有 — Woodworker / Businessman / Entrepreneur / 木匠 / 企業家 / 創業者
- **DON J. GRUNDMANN** 唐·J·格蘭德曼 — Party Preference: None / 沒有 — Doctor of Chiropractic / 脊骨神經科醫師
- **PRESIDENT CRISTINA GRAPPO** 普利斯登·克里斯蒂娜·格拉坡 — Party Preference: Democratic / 民主黨
- **HERBERT G. PETERS** 赫伯特·G·彼得斯 — Party Preference: Democratic / 民主黨
- **TOM PALZER** 湯姆·柏爾澤 — Party Preference: Republican / 共和黨
- **JOHN THOMPSON PARKER** 約翰·湯普森·帕克 — Party Preference: Peace and Freedom / 和平自由黨 — Neighborhood Council Member / 居民委員會會員
- **KAREN ROSEBERRY** 卡倫·羅斯伯裡 — Party Preference: Republican / 共和黨 — Educator / 教育工作者
- **EMORY RODGERS** 艾莫里·羅傑斯 — Party Preference: Democratic / 民主黨 — Property Manager / 物業經理
- **GEORGE C. YANG** 喬治·楊 — Party Preference: Republican / 共和黨 — Internet Startup CEO / 互聯網新創公司執行長
- **JERRY J. LAWS** 傑瑞·J·勞斯 — Party Preference: Republican / 共和黨
- **GAIL K. LIGHTFOOT** 蓋爾·K·萊特福特 — Party Preference: Libertarian / 自由黨 — Retired Registered Nurse / 退休註冊護士
- **MIKE BEITIKS** 邁克·貝提克斯 — Party Preference: None / 沒有 — Stay-at-home Dad / Attorney / 家庭父親 / 律師

### FEDERAL 聯邦

**UNITED STATES REPRESENTATIVE 美國眾議員**
DISTRICT 14 / 第14選區
Vote for One / 選一名

- **JACKIE SPEIER** 傑基·斯畢耳 — Party Preference: Democratic — Congresswoman / 國會議員

### STATE 州

**STATE SENATOR 州參議員**
DISTRICT 11 / 第11選區
Vote for One / 選一名

- **JANE KIM** 金貞妍 — Party Preference: Democratic — San Francisco Supervisor / 舊金山監事
- **SCOTT WIENER** 斯科特·維納 — Party Preference: Democratic — Member, Board of Supervisors / 監事會成員
- **KEN LOO** 盧鏡強 — Party Preference: Republican — Firefighter / Business Owner / 消防員 / 企業主

**MEMBER OF THE STATE ASSEMBLY 州眾議員**
DISTRICT 19 / 第19選區
Vote for One / 選一名

- **PHIL TING** 丁右立 — Party Preference: Democratic — Assemblymember / 州眾議員

**Your Sample Ballot** · **31**

**PAMELA ELIZONDO**
柏米拉·埃润洛多
Party Preference: Green  /  Environmental Healing Consultant
政黨傾向：綠黨  /  環境治療顧問

**SCOTT A. VINEBERG**
司各特·A·范因伯格
Party Preference: None  /  Social Entrepreneur
政黨傾向：沒有  /  社會公益創業者

**STEVE STOKES**
史蒂夫·斯托克斯
Party Preference: Democratic  /  Small Business Owner
政黨傾向：民主黨  /  小企業主

**DUF SUNDHEIM**
达夫·桑德海姆
Party Preference: Republican  /  Small Businessman / Mediator
政黨傾向：共和黨  /  小企業主 / 調解人

**LING LING SHI**
史玲玲
Party Preference: None  /  Author
政黨傾向：沒有  /  作家

**LORETTA L. SANCHEZ**
萝丽塔·L·桑切兹
Party Preference: Democratic  /  California Congresswoman
政黨傾向：民主黨  /  加州眾議員

**PHIL WYMAN**
菲尔·瓦曼
Party Preference: Republican  /  Attorney / Businessman / Rancher
政黨傾向：共和黨  /  律師 / 企業家 / 牧場主

**JARRELL WILLIAMSON**
贾雷尔·威廉姆森
Party Preference: Republican  /  Health Care Lawyer
政黨傾向：共和黨  /  醫療律師

**THOMAS G. DEL BECCARO**
托瑞斯·G·德尔·贝卡罗
Party Preference: Republican  /  Business Attorney / Author
政黨傾向：共和黨  /  商業律師 / 作家

**RON UNZ**
荣恩·尤恩兹
Party Preference: Republican  /  Entrepreneur / Writer / Publisher
政黨傾向：共和黨  /  創業者 / 作家 / 出版商

**GREG CONLON**
格雷格·康纶
Party Preference: Republican  /  Businessman / Attorney / CPA
政黨傾向：共和黨  /  企業家 / 律師 / 註冊會計師

**JASON KRAUS**
杰森·克劳斯
Party Preference: None
政黨傾向：沒有

**DON KRAMPE**
唐·克拉姆皮
Party Preference: Republican  /  Retired
政黨傾向：共和黨  /  退休人士

**MARK MATTHEW HERD**
馬克·馬修·赫德
Party Preference: Libertarian  /  Community Organizer
政黨傾向：自由黨黨  /  社區組織者

**CARLOS "CHUCK" TAYLOR**
卡洛斯「查克」泰勒
加州參議員
Party Preference Republican
Administrator / Minister / Educator
政黨傾向：共和黨  /  行政管理人 / 牧師 / 教育工作者

## Vote both sides of ballot
請在選票兩面投票

**BT: 19 - E/C - C1**

C1-2A1-NC

# OFFICIAL BALLOT
Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:
- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.

**Makukuha'ang balotang ito sa wikang Filipino**
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa lugar ng botohan

**Esta boleta está disponible en español**
Por correo: llame al (415) 554-4366
En persona: pregunte a un trabajador electoral

## 正式選票
聯合總統初選
三藩市市縣
2016年6月7日

**選民指南：**
- 將指向您的選擇的箭頭和新尾劃線連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個未列在選票上的合格補寫候選人，在候選人名單末尾提供的空位上填寫此人的姓名並將新頭和箭頭連接起來。

## CITY AND COUNTY / 市縣

### MEMBER, COUNTY CENTRAL COMMITTEE / ASSEMBLY DISTRICT 19
縣核實委員會委員 / 州眾議院第19選區
Vote for no more than 10 / 所不超過10名

**NORMAN YEE** 余鼎昂
Member, Board of Supervisors / 市參議員

**LEAH LACROIX** 賴亞·拉克羅
Youth Engagement Coordinator / 青少年參與協調員

**KEITH BARAKA** 基思·巴拉卡
Firefighter / 消防員

**JOEL ENGARDIO** 葛若立
Appointed Incumbent / 委任現任者

**MARY JUNG** 鄭美婷
Incumbent / 現任者

**SANDRA LEE FEWER** 李麗嫦
Member, Board of Education / 教育委員會委員

**BILL FAZIO** 比爾·法齊奧
Incumbent / 現任者

**MARK FARRELL** 馬克
Supervisor, District 2 / 第2選區參議員

**RACHEL NORTON** 諾瑞中
School Board Member / 教育委員

**BRIGITTE DAVILA** 布麗吉·達維拉
College Trustee / Educator / 大學董事 / 教育者

## NONPARTISAN OFFICES
無黨派職位

### JUDICIAL 司法

#### JUDGE OF THE SUPERIOR COURT, OFFICE NO. 7
高等法院法官，第7席
Vote for One / 選一名

**PAUL HENDERSON** 韓德生
Prosecutor / Public Servant
檢察官 / 公職人員

**VICTOR HWANG** 黃正暐
Civil Rights Attorney
民權律師

**SIGRID ELIZABETH IRIAS** 西格麗·伊萊思
Civil Litigation Attorney
民事訴訟律師

CH/DEM **2**

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C2

**SAMPLE**

**HENE KELLY**
希尼．凱利
Retired Teacher / 退休教師

**SAMUEL KWONG**
鄺耀秋
Architect / Business Owner / 建築師 / 商業東主

**TOM A. HSIEH**
謝安
Incumbent / 現任者

**MYRNA MELGAR**
梅爾加
Nonprofit Executive Director / 非牟利機構執行主任

**GABRIEL MEDINA**
嘉百維．梅迪納
Public Policy Manager / 公共政策經理

**EMILY MURASE**
江美琴
School Board Member / 教育委員

**TREVOR McNEIL**
麥尼爾
Public School Teacher / 公立學校教師

**ERIC MAR**
馬兆光
Member, San Francisco Board of Supervisors / 三藩市市參事局成員

**ANGELA ALIOTO**
安潔拉．阿里圖圖
Civil Rights Attorney / 民權律師

**KAT ANDERSON**
凱．安德生
Incumbent / 現任者

**MARJAN PHILHOUR**
菲爾
Local Business Owner / 本地商業東主

(4A1)-C

C2-202-3-DC

## MEASURES SUBMITTED TO THE VOTERS
## 提交選民投票的措施

### STATE PROPOSITIONS
### 州提案

**50**

**SUSPENSION OF LEGISLATORS. LEGISLATIVE CONSTITUTIONAL AMENDMENT.** Authorizes Legislature to suspend Members, including without salary and benefits. Prohibits suspended Members from using powers of office or legislative resources. Provides suspension may end on specified date or by vote of Member's house. Fiscal Impact: No effect on state spending in most years. Minor state savings in some years.

暫停立法機關成員職權。立法性憲法修正案。授權議會暫停其成員職權，包括停薪停發福利。禁止暫停職權的議員使用職權或議會資源。規定可在指定日期或由議員所屬的議院投票終止暫停。財政影響：在多數年份對州政府開支沒有影響，但在某些年份可節省少許州資金。

YES / 贊成 ◀
NO / 反對 ◀

### CITY AND COUNTY PROPOSITIONS
### 市縣提案

**A**

SAN FRANCISCO PUBLIC HEALTH AND SAFETY BOND, 2016. To protect public health and safety, improve community medical and mental health care services, earthquake safety, and emergency medical response; to seismically improve, and modernize neighborhood fire stations and vital public health and homeless service sites; to construct a seismically safe and improve San Francisco Fire Department ambulance deployment facility; and to pay related costs, shall the City and County of San Francisco issue $350,000,000 in general obligation bonds, subject to citizen oversight and regular audits?

2016年三藩市公共衛生和安全公債決案。了保護公共衛生與安全，改進社區醫療與精神保健服務，地震安全和緊急醫療救援能力；為了改善社區鄰近消防站，重要公共衛生和無家可歸者服務場所的防震能力，達致必要現代化改良；為了改良三藩市消防局救護隊配送設施的防震安全性；以及為了支付相關費用，三藩市應否發行總值$350,000,000的市民監督與定期審計的公債？

YES / 贊成 ◀
NO / 反對 ◀

**B**

Shall the City amend the Charter to extend the Park, Recreation and Open Space Fund until 2046 and give the Recreation and Park Department each year a minimum baseline amount from the General Fund in addition to the Fund set-aside of 2 1/2 cents for each $100 of assessed property value?

市府是否應修改市憲章，將公園、遊樂和開放空間基金延長至2046年，除了在每100元物業估值撥款2.5分到該基金外，並每年從普通基金中提撥最低基準額予娛樂和公園局？

YES / 贊成 ◀
NO / 反對 ◀

**C**

Shall the City amend the Charter to increase affordable housing requirements for private developers of new market-rate housing projects of 25 or more units until the Board of Supervisors passes an ordinance changing those requirements and also authorize the Board of Supervisors to change affordable housing requirements by ordinance?

市府是否應修改市憲章，針對興建25個或以上市場房屋單位項目的私人開發商增加可負擔房屋要求，有效期直至市參事會通過法令變更這些要求，此變更期間授權市參事會通過法令更改此安置可負擔房屋要求？

YES / 贊成 ◀
NO / 反對 ◀

**D**

Shall the Office of Citizen Complaints investigate any incident occurring within the City in which a San Francisco police officer fires a gun killing or physically injuring someone?

YES / 贊成 ◀

NO / 反對

YES / 贊成

NO / 反對

YES / 贊成

NO / 反對

**E**

市民投訴若公要慮是否應調查每一件在本市發生的三讀許費具瑣紛致遂聲指民事件？

Shall the City amend the Paid Sick Leave Ordinance to parallel broader state law provisions without reducing the Paid Sick Leave Ordinance's coverage and allow employees to use paid sick leave hours for the broader purposes authorized by state law?

市府是否應修改帶薪病假法令，使其與適更寬泛的州法法令相符，同時確保不減少帶薪病假程序法令規定的福利，允許員工將帶薪病假時數用於州法核准的更寬泛用途？

## DISTRICT PROPOSITIONS
## 選區提案

**AA**

**San Francisco Bay Clean Water, Pollution Prevention and Habitat Restoration Program.** To protect San Francisco Bay for future generations by reducing trash, pollution and harmful toxins, improving water quality, restoring habitat for fish, birds and wildlife, protecting communities from floods, and increasing shoreline public access, shall the San Francisco Bay Restoration Authority authorize a parcel tax of $12 per year, raising approximately $25 million annually for twenty years with independent citizen oversight, audits, and all funds staying local?

San Francisco Bay淨水署、污染防治及棲息地修復計劃。透過減少垃圾、污染及有害毒物，改善水質，還原魚類、鳥類和野生動物的棲息地，保護社區免受洪患及增加濱海的公共通道以保護San Francisco Bay未來的世代，在San Francisco Bay修復管理局是否應授權徵收每一筆12美元的每年度土地稅，每年籌集約$25,000,000美元資金，為期二十年？

**Vote both sides of ballot**
**請在選票兩面投票**

**BT: 19 - E/C - C2**

C2-4A1-C

# OFFICIAL BALLOT

## GREEN PARTY BALLOT

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.

**Makukuha ang balotang ito sa wikang Filipino**
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa tanggapang botohan.

**Esta boleta está disponible en español**
Por correo: llame al (415) 554-4366
En persona: pregunte a un trabajador electoral

### Party-Nominated Offices.

Only voters who disclosed a party preference upon registering to vote for the same party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary elections.

### Voter-Nominated and Nonpartisan Offices.

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only. It does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

正式選票

綠黨選票
聯合總統初選
三藩市市縣
2016年6月7日

### 選民指南：

- 將指向您的選擇的箭頭和箭尾線連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個未提供在選票上的合格補選候選人，在候選人名單末提供的空位上填寫此人的姓名並將箭頭和箭尾線連接起來。

#### 政黨提名職位。

除非該黨已對是否黨派選民可加入初選投票，否則只有登記在登記投票時聲明加入某政黨的政黨選民向正爭取該政黨的提名或當選為某政黨黨委員會職位之候選人相同，才可在初選中為該候選人投票。

#### 選民提名職位和非黨派職位。

所有選民，不論在登記時披露的政黨傾向或拒絕披露政黨傾向，均可投選任何候選人為選民提名職位或非黨派職位的候選人。如果選民提名職位名職位的候選人，選票上所示政黨傾向，選民只是提供給資訊之用，也不代表候選人受到該政黨名或贊同。非黨派職位的候選人，選票上的非黨派職位之候選人的政黨傾向（若有）。

### PARTY-NOMINATED OFFICES 政黨選名職位

#### FEDERAL 聯邦

**PRESIDENT OF THE UNITED STATES 美國總統**
Presidential Candidate Preference 總統候選人傾向

Vote for a candidate.
Delegates for the national convention will be

**CH/GRN 1**

selected after the primary election.
全國大會代表在初選投票後選出。

KENT MESPLAY
肯特·梅斯普雷

SEDINAM MOYOWASIFZA-CURRY
沙迪南·莫瑤

JILL STEIN
吉兒·史坦

DARRYL CHERNEY
達里爾·車尼

WILLIAM KREMS
威廉·克雷姆斯

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C1

(2A1)-NC

C1-101-1-GC

## FEDERAL / 聯邦

### UNITED STATES REPRESENTATIVE / 美國眾議員
DISTRICT 14 / 第14選區
Vote for One / 選一名

**JACKIE SPEIER**
Party Preference Democratic
Congresswoman
黨派傾向：民主黨
國會眾議員

## STATE / 州

### STATE SENATOR / 州參議員
DISTRICT 11 / 第11選區
Vote for One / 選一名

**JANE KIM** 金貞妍
Party Preference Democratic
San Francisco Supervisor
黨派傾向：民主黨
三藩市區參議

**SCOTT WIENER** 威善高
Party Preference Democratic
Member, Board of Supervisors
黨派傾向：民主黨
市參議員

**KEN LOO**
Party Preference Republican
Firefighter / Business Owner
黨派傾向：共和黨
消防員 / 企業主

### MEMBER OF THE STATE ASSEMBLY / 州眾議員
DISTRICT 19 / 第19選區
Vote for One / 選一名

**PHIL TING** 丁右立
Party Preference Democratic
Assemblymember
黨派傾向：民主黨

---

## VOTER-NOMINATED OFFICES / 選民提名職位

### FEDERAL / 聯邦

#### UNITED STATES SENATOR / 美國參議員
Vote for One / 選一名

**VON HOUGO** 馮·胡戈
Party Preference Republican / Teacher
黨派傾向：共和黨 / 教師

**JASON HANANIA** 傑森·哈納尼亞
Party Preference None / Attorney / Engineer
黨派傾向：沒有 / 律師 / 工程師

**KAMALA D. HARRIS** 卡瑪拉·D·哈里斯
Party Preference Democratic / Attorney General of California
黨派傾向：民主黨 / 加州司法部長

**GAR MYERS** 加爾·邁耶斯
Party Preference None / International Development Promoter
黨派傾向：沒有 / 國際發展促進人

**PAUL MERRITT** 保羅·梅裡特
Party Preference None / Self-Employed
黨派傾向：沒有 / 自由職業者

**MASSIE MUNROE** 梅西·門羅
Party Preference Democratic / Civil Environmental Engineer
黨派傾向：民主黨 / 環境工程師

**ELEANOR GARCIA** 艾蓮娜·加西亞
Party Preference None / Aerospace Factory Worker
黨派傾向：沒有 / 航天工廠工人

**TIM GILDERSLEEVE** 蒂姆·吉爾德斯利夫
Party Preference None / Paratransit Operator
黨派傾向：沒有 / 無障人士交通服務營業者

**CLIVE GREY** 克萊芙·格雷
Party Preference None / Woodworker / Businessman / Entrepreneur
黨派傾向：沒有 / 木工 / 企業家 / 創業者

**DON J. GRUNDMANN** 唐·J·格蘭德曼
Party Preference None / Doctor of Chiropractic
黨派傾向：沒有 / 脊椎指壓治療醫師

**PRESIDENT CRISTINA GRAPPO** 總裁柯麗斯蒂娜·克麗斯蒂娜·格拉波
Party Preference Democratic
黨派傾向：民主黨

**HERBERT G. PETERS** 赫伯特·G·彼得斯
Party Preference Democratic
黨派傾向：民主黨

**TOM PALZER** 湯姆·帕爾策
Party Preference Republican
黨派傾向：共和黨

**JOHN THOMPSON PARKER** 約翰·湯普森·帕克
Party Preference Peace and Freedom / Neighborhood Council Member
黨派傾向：和平自由黨 / 鄰里議會委員

**KAREN ROSEBERRY** 卡倫·羅斯貝利
Party Preference Republican / Educator
黨派傾向：共和黨 / 教育工作者

**EMORY RODGERS** 艾莫里·羅傑斯
Party Preference Democratic / Property Manager
黨派傾向：民主黨 / 物業經理

**GEORGE C. YANG** 楊志昇
Party Preference Republican / Internet Startup CEO
黨派傾向：共和黨 / 互聯網新創公司行政長

**JERRY J. LAWS** 傑瑞·J·勞斯
Party Preference Republican
黨派傾向：共和黨

**GAIL K. LIGHTFOOT** 蓋爾·K·萊特福特
Party Preference Libertarian / Retired Registered Nurse
黨派傾向：自由黨 / 退休註冊護士

**MIKE BEITIKS** 邁克·貝蒂克斯
Party Preference None / Stay-at-home Dad / Attorney
黨派傾向：沒有 / 家庭主夫 / 律師



CARLOS "CHUCK" TAYLOR
加州眾議員
Party Preference: Republican
Administrator / Minister / Educator
政黨偏好 「黨無己」養勤
行政管理人／牧師／教育工作者

PAMELA ELIZONDO
Party Preference: Green / Environmental Healing Consultant
政黨偏好：綠黨 / 環境治療顧問

SCOTT A. VINEBERG
Party Preference: None / Social Entrepreneur
政黨偏好：沒有 / 社會公益創業者

STEVE STOKES
政黨偏好：民主黨 / 小企業主
Party Preference: Democratic / Small Business Owner

DUF SUNDHEIM
Party Preference: Republican / Small Businessman / Mediator
政黨偏好：共和黨 / 小企業主／調解人

LING LING SHI
政黨偏好：沒有／作家
Party Preference: None / Author

LORETTA L. SANCHEZ
Party Preference: Democratic / California Congresswoman
政黨偏好：民主黨 / 加州眾議員

PHIL WYMAN
Party Preference: Republican / Attorney / Businessman / Rancher
政黨偏好：共和黨 / 律師／企業家／牧場主

JARRELL WILLIAMSON
Party Preference: Republican / Health Care Lawyer
政黨偏好：共和黨 / 醫療律師

THOMAS G. DEL BECCARO
Party Preference: Republican / Business Attorney / Author
政黨偏好：共和黨 / 商業律師／作家

RON UNZ
Party Preference: Republican / Entrepreneur / Writer / Publisher
政黨偏好：共和黨 / 創業者／作家／出版商

GREG CONLON
Party Preference: Republican / Businessman / Attorney / CPA
政黨偏好：共和黨 / 企業家／律師／註冊會計師

JASON KRAUS
Party Preference: None
政黨偏好：沒有

DON KRAMPE
Party Preference: Republican / Retired
政黨偏好：共和黨 / 退休人士

MARK MATTHEW HERD
Party Preference: Libertarian / Community Organizer
政黨偏好：自由意志黨 / 社區組織者

Vote both sides of ballot
請在選票兩面投票

BT: 19 - E/C - C1

C1-2A1-NC

# OFFICIAL BALLOT

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, on the ballot, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.

Makukuha ang balotang ito sa wikang Filipino
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa lugar ng botohan

Esta boleta está disponible en español
Por correo: llame al (415) 554-4366
En persona: pregunte a un trabajador electoral

## 正式選票

聯合總統初選
三藩市市縣
2016年6月7日

選民指南：
- 將指向您的選擇的箭頭和箭尾劃線連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個名字不在選票上的合格候補候選人，在候選人名單末提供的空位上填寫此人的姓名並將箭頭和箭尾劃線連接起來。

## CITY AND COUNTY
市縣

**MEMBER, COUNTY COUNCIL**
縣委員會委員
Vote for no more than 6 / 選不超過6名

BARRY HERMANSON
Incumbent
何文信
現任者

MIKE MURPHY
Educator
麥克・墨菲
教育家

RICHARD W. STONE
Appointed Incumbent
理查・W・史東
委任現任者

JOHN-MARC CHANDONIA
Computational Biologist
約翰-馬克・山度尼亞
計算生物學家

## NONPARTISAN OFFICES
無黨派職位

### JUDICIAL
司法

**JUDGE OF THE SUPERIOR COURT, OFFICE NO. 7**
高等法院法官，第7席
Vote for One / 選一名

PAUL HENDERSON
Prosecutor / Public Servant
保羅・韓德新
檢察官／公務人員

VICTOR HWANG
Civil Rights Attorney
麥正遠
民權律師

SIGRID ELIZABETH IRIAS
Civil Litigation Attorney
西格麗・伊麗思
民事訴訟律師



**CH/GRN 2**

**Vote both sides of ballot**
請在選票兩面投票

**BT: 19 - E/C - C2**

**(4A1)-C**

**C2-218-3-GC**

# MEASURES SUBMITTED TO THE VOTERS
## 提交選民投票的提案

## STATE PROPOSITIONS
## 州提案

**50  SUSPENSION OF LEGISLATORS. LEGISLATIVE CONSTITUTIONAL AMENDMENT.** Authorizes Legislature to suspend Members, including without salary and benefits. Prohibits suspended Members from using powers of office or legislative resources. Provides suspension may end on specified date or by vote of Member's house. Fiscal Impact: No effect on state spending in most years. Minor state savings in some years.

暫停立法機關議員職權。立法性憲法修正案。授權議院暫停其議員職權，包括停薪和停發福利。禁止暫停職權的議員使用職權或議會資源。規定可在指定日期或議院議員所屬議院投票表決而結束暫停職權。財政影響：在多數年份對州支出無影響。州政府在一些年份可節省少許資金。

**YES / 贊成**
**NO / 反對**

## CITY AND COUNTY PROPOSITIONS
## 市縣提案

**A  SAN FRANCISCO PUBLIC HEALTH AND SAFETY BOND, 2016.** To protect public health and safety, improve community medical and mental health care services, earthquake safety, and emergency medical response; to seismically improve, and modernize neighborhood fire stations and vital public health and homeless service sites; to construct a seismically safe and improved San Francisco Fire Department ambulance deployment facility, and to pay related costs, shall the City and County of San Francisco issue $350,000,000 in general obligation bonds, subject to citizen oversight and regular audits?

2016年三藩市公共衛生和安全公債。為了維護公共衛生和安全、改進社區醫療與精神保健服務、地震安全和緊急醫療反應能力；為了改善社區消防站、重要公共衛生和無家可歸者服務點的抗震性能，並將它們加予現代化改良；為了改良三藩市消防局救護車配備處的抗震安全性；以及為了支付相關費用，三藩市市縣是否應發行總金額達3.5億元的普通義務公債？

**YES / 贊成**
**NO / 反對**

**B  Shall the City amend the Charter to extend the Park, Recreation and Open Space Fund until 2046 and give the Recreation and Park Department each year a minimum baseline amount from the General Fund in addition to the Fund set-aside of 2 1/2 cents for each $100 of assessed property value?**

市府是否應修改市憲章，將公園、娛樂和康樂空間基金延續至2046年，除了在每100元物業估值中撥款2.5分到該基金外，並每年從普通基金中撥給康樂和公園局一筆最低基準額度之款項給予公園和公園局？

**YES / 贊成**
**NO / 反對**

**C  Shall the City amend the Charter to increase affordable housing requirements for private developers of new market-rate housing projects of 25 or more units until the Board of Supervisors passes an ordinance changing those requirements and also authorize the Board of Supervisors to change affordable housing requirements by ordinance?**

市府是否應修改市憲章，針對擁有25個或以上市價房屋單位項目的私人開發商提高可負擔房屋要求，有效期至市參議會通過法令更改這些要求；此修訂同時授權市參議會藉通過法例改變可負擔房屋要求？

**YES / 贊成**

**D  Shall the Office of Citizen Complaints investigate any incident occurring within the City in which a San Francisco police officer fires a gun killing or physically injuring someone?**

**YES / 贊成**

**NO / 反對**

**YES / 贊成**

**NO / 反對**

市民投訴辦公室是否應購置每一種在本市發生的三num事宜義務如違害市民事件？

**E** Shall the City amend the Paid Sick Leave Ordinance to parallel broader state law provisions without reducing the Paid Sick Leave Ordinance's coverage and allow employees to use paid sick leave hours for the broader purposes authorized by state law?

市府是否應修改俾薪假條例令，使其與涵蓋更寬泛的州法命令並行，同時毋在不減病假薪資保障涵蓋下，允許員工將帶薪病假時數用於州法核准的更廣泛用途？

## DISTRICT PROPOSITIONS / 選區提案

**AA** **San Francisco Bay Clean Water, Pollution Prevention and Habitat Restoration Program:** To protect San Francisco Bay for future generations by reducing trash, pollution and harmful toxins, improving water quality, restoring habitat for fish, birds and wildlife, protecting communities from floods, and increasing shoreline public access, shall the San Francisco Bay Restoration Authority authorize a parcel tax of $12 per year, raising approximately $25 million annually for twenty years with independent citizen oversight, audits, and all funds staying local?

**YES / 贊成**

**NO / 反對**

舊金山灣清潔水質、污染防治及棲息地修復計劃：為在未來的世代保護舊金山灣...



# OFFICIAL BALLOT

**LIBERTARIAN PARTY BALLOT**
Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.



**Makukuha ang Balotang ito sa wikang Pilipino**
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa halalan sa botohan.

**Esta boleta está disponible en español**
Por correo: llame al (415) 554-4366
En persona: pregunte a un trabajador electoral

### Party-Nominated Offices.

Only voters who disclosed a preference upon registering to vote for the same party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary elections.

### Voter-Nominated and Nonpartisan Offices.

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office, if any. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only. It does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

---

# 正式選票

自由論黨選票
聯合總統初選
三藩市市縣
2016年6月7日

## 選民指南：

- 將指向您的選擇的前頭和前尾電腦線連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個未列在選票上的合格補寫候選人，在候選人名單末提供的空位上填寫此人的姓名並將前前頭和前尾電腦線連接起來。

政黨提名職位。
惟有在登記時則明政參加同政黨初選並要求投選該政黨之候選人，才可在初選中為該候選人投票。

選民提名職位和非黨派職位。
所有選民，不論在登記時政黨政黨傾向或拒絕透露政黨傾向，均可投票給候選人。政黨傾向是候選人之政黨選擇，而且僅提供給選民參考，它並不表政黨選民支持，也不代表該候選人受政黨認可。選票上的非黨派職位候選人的政黨傾向（若有）。

---

SAMPLE

---

| PARTY-NOMINATED OFFICES 政黨提名職位 |
|---|
| **FEDERAL** 聯邦 |
| **PRESIDENT OF THE UNITED STATES** 美國總統 |
| Presidential Preference 選擇黨派意見人 |
| Vote for One / 選 一名 |



CH/LIB 1

JOHN MCAFEE 约翰·迈克菲
CECIL INCE 塞西尔·因见
AUSTIN PETERSEN 奥斯汀·彼特森
DARRYL W. PERRY 达里尔·W·佩里
DERRICK M. REID 德里克·M·里德
JACK ROBINSON, JR. 杰克·罗宾森
GARY JOHNSON 加里·约翰逊
MARC FELDMAN 马克·费尔德曼
RHETT WHITE FEATHER SMITH 雷蒂·白羽·史密斯
JOY WAYMIRE 乔伊·威迈尔
STEVE KERBEL 史蒂夫·卡贝尔
JOHN HALE 约翰·黑尔

Vote both sides of ballot
請在選票兩面投票

BT: 19 - E/C - C1

(2A1)-NC

C1-101-1-LC

BT 19  CD 14  AD 19  SUP 7  C

## VOTER-NOMINATED OFFICES
選民提名職位

### FEDERAL / 聯邦

**UNITED STATES SENATOR / 美國參議員**
Vote for One / 選一名

**VON HOUGO** 馮 · 曲戈
Party Preference: Republican / Teacher
政黨傾向：共和黨 / 教師

**JASON HANANIA** 傑森 · 哈納尼亞
Party Preference: None / Attorney / Engineer
政黨傾向：沒有 / 律師 / 工程師

**KAMALA D. HARRIS** 卡瑪拉 · D · 哈里斯
Party Preference: Democratic / Attorney General of California
政黨傾向：民主黨 / 加州司法部長

**GAR MYERS** 國際發展服務人
Party Preference: None / International Development Provider
政黨傾向：沒有 / 國際發展服務人

**PAUL MERRITT** 保羅 · 麥瑞特
Party Preference: None / Self-Employed
政黨傾向：沒有 / 自由職業者

**MASSIE MUNROE** 瑪西 · 門羅
Party Preference: Democratic / Civil Environmental Engineer
政黨傾向：民主黨 / 環境工程師

**ELEANOR GARCÍA** 艾蓮娜 · 加西亞
Party Preference: None / Aerospace Factory Worker
政黨傾向：沒有 / 航天工廠工人

**TIM GILDERSLEEVE** 蒂姆 · 吉爾斯利夫
Party Preference: None / Paratransit Operator
政黨傾向：沒有 / 殘障人式交通運輸營運者

**CLIVE GREY** 克萊弗 · 格雷
Party Preference: None / Woodworker / Businessman / Entrepreneur
政黨傾向：沒有 / 木工 / 企業家 / 創業者

**DON J. GRUNDMANN**
Party Preference: None / Doctor of Chiropractic
政黨傾向：沒有 / 脊柱按摩師

**PRESIDENT CRISTINA GRAPPO** 普利斯登．克麗絲娜．格拉剖
Party Preference: Democratic
政黨傾向：民主黨

**HERBERT G. PETERS** 赫伯特 · G · 彼得斯
Party Preference: Democratic
政黨傾向：民主黨

**TOM PALZER** 湯姆 · 帕爾澤
Party Preference: Republican
政黨傾向：共和黨

**JOHN THOMPSON PARKER** 約翰 · 湯普森 · 帕克
Party Preference: Peace and Freedom / Neighborhood Council Member
政黨傾向：和平自由黨 / 鄰區議員委員

**KAREN ROSEBERRY** 卡倫 · 羅斯伯利
Party Preference: Republican / Educator
政黨傾向：共和黨 / 教育工作者

**EMORY RODGERS** 艾莫利 · 羅傑斯
Party Preference: Democratic / Property Manager
政黨傾向：民主黨 / 物業經理

**GEORGE C. YANG** 喬治 · C · 楊
Party Preference: Republican / Internet Startup CEO
政黨傾向：共和黨 / 互聯網創業公司總行長

**JERRY J. LAWS** 傑瑞 · J · 羅斯
Party Preference: Republican
政黨傾向：共和黨

**GAIL K. LIGHTFOOT** 蓋爾 · K · 萊特富特
Party Preference: Libertarian / Retired Registered Nurse
政黨傾向：自由黨 / 退休註冊護士

**MIKE BEITIKS** 邁克 · 貝提克斯
Party Preference: None / Stay-at-home Dad / Attorney
政黨傾向：沒有 / 家庭父親 / 律師

## FEDERAL
聯邦

**UNITED STATES REPRESENTATIVE**
美國眾議員

**DISTRICT 14 / 第14選區**
Vote for One / 選一名

**JACKIE SPEIER** 傑基 · 斯佩兒
Party Preference: Democratic / Congresswoman
政黨傾向：民主黨 / 聯邦國會議員

## STATE
州

**STATE SENATOR**
州參議員

**DISTRICT 11 / 第11選區**
Vote for One / 選一名

**JANE KIM** 金貞妍
Party Preference: Democratic / San Francisco Supervisor
政黨傾向：民主黨 / 三藩市監事

**SCOTT WIENER** 威善高
Party Preference: Democratic / Member, Board of Supervisors
政黨傾向：民主黨 / 市議員

**KEN LOO** 盧建強
Party Preference: Republican / Firefighter / Business Owner
政黨傾向：共和黨 / 消防員 / 企業主

## MEMBER OF THE STATE ASSEMBLY
州眾議員

**DISTRICT 19 / 第19選區**
Vote for One / 選一名

**PHIL TING** 丁右立
Party Preference: Democratic / Assemblymember
政黨傾向：民主黨

Your Sample Ballot **47**

| Candidate | Party Preference / Occupation |
|---|---|
| PAMELA ELZONDO 柏米拉·埃路安多 | Party Preference Green / Environmental Healing Consultant 黨派傾向：綠黨 / 環境治療顧問 |
| SCOTT A. VINEBERG 司格特·A·英貝伯格 | Party Preference None / Social Entrepreneur 黨派傾向：沒有 / 社會公益創業者 |
| STEVE STOKES 史特夫·斯托克斯 | Party Preference Democratic / Small Business Owner 黨派傾向：民主黨 / 小企業主 |
| DUF SUNDHEIM 達夫·森漢姆 | Party Preference Republican / Small Businessman / Mediator 黨派傾向：共和黨 / 小企業主／調解人 |
| LING LING SHI 史林玲 | Party Preference None / Author 黨派傾向：沒有 / 作家 |
| LORETTA L SANCHEZ 羅雷塔·L·桑切斯 | Party Preference Democratic / California Congresswoman 黨派傾向：民主黨 / 加州女國會議員 |
| PHIL WYMAN 菲爾·韋曼 | Party Preference Republican / Attorney / Businessman / Rancher 黨派傾向：共和黨 / 律師／企業家／牧場主 |
| JARRELL WILLIAMSON 賈雷爾·威廉森 | Party Preference Republican / Health Care Lawyer 黨派傾向：共和黨 / 醫保律師 |
| THOMAS G. DEL BECCARO 托馬斯·G·戴爾·貝卡羅 | Party Preference Republican / Business Attorney / Author 黨派傾向：共和黨 / 商務律師／作家 |
| RON UNZ 羅恩·溫茲 | Party Preference Republican / Entrepreneur / Writer / Publisher 黨派傾向：共和黨 / 創業家／作家／出版商 |
| GREG CONLON 格雷格·康隆 | Party Preference Republican / Businessman / Attorney / CPA 黨派傾向：共和黨 / 企業家／律師／註冊會計師 |
| JASON KRAUS 傑森·克勞斯 | Party Preference None / 黨派傾向：沒有 |
| DON KRAMPE 唐·克拉姆皮 | Party Preference Republican / Retired 黨派傾向：共和黨 / 退休人士 |
| MARK MATTHEW HERD 馬克·馬修·赫德 | Party Preference Libertarian / Community Organizer 黨派傾向：自由黨 / 社區組織者 |

**CARLOS "CHUCK" TAYLOR** 卡洛斯「查克」泰勒
Party Preference Republican / Administrator / Minister / Educator
黨派傾向：共和黨 / 行政管理人／牧師／教育工作者

**Vote both sides of ballot**
請在選票兩面投票

**BT: 19 - E/C - C1**

C1-2A1-NC

# OFFICIAL BALLOT
## PEACE AND FREEDOM PARTY BALLOT
Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

### INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.

- If you make a mistake, you may request a new ballot.

- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.



**Makukuha ang balotang ito sa wikang Filipino**
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa halalan ng botohan

**Esta boleta está disponible en español**
Por correo: llame al (415) 554-4366
En persona: pregunte a un trabajador electoral

---

## 正式選票
和平自由黨選票
聯合總統初選
三藩市市縣
2016年6月7日

### 選民指南：

- 將指向您的選擇的箭頭和箭尾劃線連接起來，如圖所示。

- 如果填寫錯誤，您可以要求一份新的選票。

- 如果想要投選某個未列在選票上合格補寫候選人，在候選人名單末提供的空位上填寫此人的姓名並將箭頭和箭尾劃線連接起來。

---

### Party-Nominated Offices.

Only voters who disclosed a preference upon registering to vote for the same party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary election.

### Voter-Nominated and Nonpartisan Offices.

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only; it does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

### 政黨提名職位。

僅非註冊登記時的政黨偏好選民投票：只有在註冊登記投票時申報政黨偏好與爭取提名的候選人政黨相同的選民，才可在初選中為該候選人投票。

### 選民提名職位和非黨派職位。

所有選民：不論在登記時所披露的政黨偏好或拒絕披露政黨偏好，均可投票給任何選民提名或非黨派職位的任何候選人。如果選民提名職位的候選人表明政黨傾向，選民之間人選擇，而且選擇係作為選舉偏好參考。它並非表示候選人獲得該黨名單或受到該黨認可。選票上的非黨派職位候選人的政黨傾向（若有）。

---

## PARTY-NOMINATED OFFICES
政黨提名職位

### FEDERAL
聯邦

PRESIDENT OF THE UNITED STATES
美國總統

**Presidential Preference**
選擇總統候選人
Vote for One / 請投一名



38-EC-J16-SB50-BT19

**Your Sample Ballot** 49

CH/PF 1

KEN LOO 盧健強
Party Preference: Republican
Firefighter / Business Owner
政黨傾向：共和黨
消防員 / 企業主

**MEMBER OF THE STATE ASSEMBLY**
**州眾議員**
**DISTRICT 19 / 第19選區**
Vote for One / 選一名

PHIL TING 丁右立
Party Preference: Democratic
Assemblymember
政黨傾向：民主黨

政黨傾向：民主黨

TOM PALZER 湯姆·柏澤爾
Party Preference: Republican
政黨傾向：共和黨

JOHN THOMPSON PARKER 約翰·湯普森·帕克
Party Preference: Peace and Freedom / Neighborhood Council Member
政黨傾向：和平自由黨 / 鄰里議會委員

KAREN ROSEBERRY 凱倫·羅斯伯利
Party Preference: Republican / Educator
政黨傾向：共和黨 / 教育工作者

EMORY RODGERS 艾莫里·羅傑斯
Party Preference: Democratic / Property Manager
政黨傾向：民主黨 / 物業經理

GEORGE C. YANG 楊澤雲
Party Preference: Republican / Internet Startup CEO
政黨傾向：共和黨 / 互聯網新創公司執行長

JERRY J. LAWS 傑瑞·J·羅斯
Party Preference: Republican
政黨傾向：共和黨

GAIL K. LIGHTFOOT 蓋爾·K·萊特富特
Party Preference: Libertarian / Retired Registered Nurse
政黨傾向：自由意志黨 / 退休註冊護士

MIKE BETTIKS 邁克·貝蒂克斯
Party Preference: None / Stay-at-home Dad / Attorney
政黨傾向：沒有 / 家庭父親 / 律師

(2A1)-NC

**Vote both sides of ballot**
**請在選票兩面投票**

BT: 19 - E/C - C1

C1-101-1-PC

## VOTER-NOMINATED OFFICES
選民提名職位

### FEDERAL / 聯邦

#### UNITED STATES SENATOR / 美國參議員
Vote for One / 選一名

Party Preference: Republican / Teacher
黨派傾向：共和黨 / 教師
**VON HOUGO**
馮·侯戈

Party Preference: None / Attorney / Engineer
黨派傾向：沒有 / 律師 / 工程師
**JASON HANANIA**
傑森·哈納尼亞

Party Preference: Democratic / Attorney General of California
黨派傾向：民主黨 / 加州司法部長
**KAMALA D. HARRIS**
卡瑪拉·D·哈里斯

Party Preference: None / International Development Promoter
黨派傾向：沒有 / 國際發展推廣人
**GAR MYERS**
加爾·邁爾斯

Party Preference: None / Self-Employed
黨派傾向：沒有 / 自由職業者
**PAUL MERRITT**
保羅·梅裡特

Party Preference: Democratic / Civil Environmental Engineer
黨派傾向：民主黨 / 環境工程師
**MASSIE MUNROE**
瑪西·門羅

Party Preference: None / Aerospace Factory Worker
黨派傾向：沒有 / 航天工廠工人
**ELEANOR GARCÍA**
艾麗諾·加西亞

Party Preference: None / Paratransit Operator
黨派傾向：沒有 / 殘障人交通接送駕駛者
**TIM GILDERSLEEVE**
蒂姆·吉爾德斯利夫

Party Preference: None / Woodworker / Businesswoman / Entrepreneur
黨派傾向：沒有 / 木匠 / 企業家 / 創業者
**CLIVE GREY**
克萊夫·格雷

Party Preference: None / Doctor of Chiropractic
黨派傾向：沒有 / 脊椎推拿醫師
**DON J. GRUNDMANN**
唐·J·格蘭德曼

Party Preference: Democratic
黨派傾向：民主黨
**PRESIDENT CRISTINA GRAPPO**
審視斯蒂娜·克莉斯蒂娜·格拉普

**JERSEY G. PETERS**

## FEDERAL
聯邦

### UNITED STATES REPRESENTATIVE
美國眾議員

#### DISTRICT 14 / 第14選區
Vote for One / 選一名

Party Preference: Democratic
黨派傾向：民主黨
Congresswoman
**JACKIE SPEIER**
傑基·斯佩爾
黨派傾向：民主黨
聯邦國會議員

## STATE
州

### STATE SENATOR
州參議員

#### DISTRICT 11 / 第11選區
Vote for One / 選一名

Party Preference: Democratic
黨派傾向：民主黨
San Francisco Supervisor
**JANE KIM**
金貞熙
黨派傾向：民主黨
三藩市督察

Party Preference: Democratic
黨派傾向：民主黨
Member, Board of Supervisors
**SCOTT WIENER**
威納爾
黨派傾向：民主黨
三藩市督察



Party Preference Green / Environmental Healing Consultant
**PAMELA ELIZONDO**

Party Preference None / Social Entrepreneur
**SCOTT A. VINEBERG**

Party Preference Democratic / Small Business Owner
**STEVE STOKES**

Party Preference Republican / Small Businessman / Mediator
**DUF SUNDHEIM**

Party Preference None / Author
**LING LING SH**

Party Preference Democratic / California Congresswoman
**LORETTA L. SANCHEZ**

Party Preference Republican / Attorney / Businessman / Rancher
**PHIL WYMAN**

Party Preference Republican / Health Care Lawyer
**JARRELL WILLIAMSON**

Party Preference Republican / Business Attorney / Author
**THOMAS G. DEL BECCARO**

Party Preference Republican / Entrepreneur / Writer / Publisher
**RON UNZ**

Party Preference Republican / Businessman / Attorney / CPA
**GREG CONLON**

Party Preference None
**JASON KRAUS**

Party Preference Republican / Retired
**DON KRAMPE**

Party Preference Libertarian / Community Organizer
**MARK MATTHEW HERD**

**CARLOS "CHUCK" TAYLOR**
Party Preference Republican
Administrator / Minister / Educator

**Vote both sides of ballot**
請在選票兩面投票

**BT: 19 - E/C - C1**

C1-2A1-NC

# OFFICIAL BALLOT

**REPUBLICAN PARTY BALLOT**

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

### INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.



**Makukuha ang balotang ito sa wikang Filipino**
Sa pamamagitan ng koreo:
tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa lugar ng botohan

**Esta boleta está disponible en español**
Por correo: llame al
(415) 554-4366
En persona: pregunte a un trabajador electoral

## 正式選票

共和黨選票
聯合總統初選
三藩市市縣
2016年6月7日

### 選民指南：

- 將箭向您的選擇的箭頭和前尾箭線連接起來，如圖所示。
- 如果您填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個未列在選票上的合格補寫候選人，在候選人名單末提供的空位上填寫此人的姓名並將前箭頭和前尾箭線連接起來。

### Party-Nominated Offices.

Only voters who disclosed a preference upon registering to vote for the same party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary elections.

### Voter-Nominated and Nonpartisan Offices.

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only. It does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

### 政黨提名職位。

除非該黨另訂明可允許非該黨派選民參加其初選投票，否則只有選民在登記投票時曾披露過政黨傾向並且與正爭取其政黨就任的政黨總統提名或政黨委員會選舉人相同，才可在初選中為該候選人投票。

### 選民提名職位和非黨派職位。

所有選民，不論在登記時披露該黨傾向或選擇不披露政黨傾向的任何選民，均可以為任何投票選民提名職位或無黨派職位的候選人投票。如果是投票選民提名職位候選人所表明的政黨傾向，則是由該候選人選擇，並且僅供選民參考。它並非顯示該候選人是由該政黨提名或認可，或代表該政黨就該候選人予以支持。也不代表無黨派職位之候選人的政黨傾向會顯示在候選人的政黨傾向。

---

## PARTY-NOMINATED OFFICES
政黨提名職位

**FEDERAL**
聯邦

**Presidential Preference**
美國總統

**PRESIDENT OF THE UNITED STATES**
選擇總統候選人
Vote for One / 選一名

---

JOHN R. KASICH 约翰·R·卡西奇

JIM GILMORE 吉姆·吉尔摩

DONALD TRUMP 唐纳德·特朗普

BEN CARSON 本·卡森

TED CRUZ 泰德·克鲁兹

**CH/REP 1**

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C1

(2A1)-NC

C1-101-1-RC

## VOTER-NOMINATED OFFICES 選民提名職位

### FEDERAL / 聯邦

**UNITED STATES SENATOR / 美國參議員**
Vote for One / 選一名

**VON HOUGO** 馮·浩戈
Party Preference: Republican / Teacher
黨派偏好：共和黨 / 教師 / 教師

**JASON HANANIA** 賈森·哈那尼亞
Party Preference: None / Attorney / Engineer
黨派偏好：沒有 / 律師 / 工程師

**KAMALA D. HARRIS** 卡瑪拉 D. 哈里斯
Party Preference: Democratic / Attorney General of California
黨派偏好：民主黨 / 加州司法部長

**GAR MYERS** 加邁爾·邁爾斯
Party Preference: None / International Development Promoter
黨派偏好：沒有 / 國際發展促進者

**PAUL MERRITT** 保羅·梅利特
Party Preference: Democratic / Self-Employed
黨派偏好：民主黨 / 自僱就業者

**MASSIE MUNROE** 瑪西·門羅
Party Preference: Democratic / Civil Environmental Engineer
黨派偏好：民主黨 / 環境工程師

**ELEANOR GARCIA** 艾蓮娜·加西亞
Party Preference: None / Aerospace Factory Worker
黨派偏好：沒有 / 航天工廠工人

**TIM GILDERSLEEVE** 蒂姆·吉爾德斯利夫
Party Preference: None / Paratransit Operator
黨派偏好：沒有 / 殘障人交通運輸營運者

**CLIVE GREY** 克萊夫·格雷
Party Preference: None / Woodworker / Businessman / Entrepreneur
黨派偏好：沒有 / 木匠 / 企業家 / 創辦者

**DON J. GRUNDMANN** 唐 J. 格蘭德曼
Party Preference: None / Doctor of Chiropractic
黨派偏好：沒有 / 脊椎推拿治療師

**PRESIDENT CRISTINA GRAPPO** 首席格里斯蒂娜·格拉波
Party Preference: Democratic
黨派偏好：民主黨

**HERBERT G. PETERS** 赫伯特 G. 彼得斯
Party Preference: Democratic
黨派偏好：民主黨

**TOM PALZER** 湯姆·柏爾澤
Party Preference: Republican
黨派偏好：共和黨

**JOHN THOMPSON PARKER** 約翰·湯姆森·帕克
Party Preference: Peace and Freedom / Neighborhood Council Member
黨派偏好：和平自由黨 / 居民鄰里委員會

**KAREN ROSEBERRY** 卡倫·羅斯貝里
Party Preference: Republican / Educator
黨派偏好：共和黨 / 教育工作者

**EMORY RODGERS** 艾莫里·羅傑斯
Party Preference: Democratic / Property Manager
黨派偏好：民主黨 / 物業經理

**GEORGE C. YANG** 喬治 C. 楊氏
Party Preference: Republican / Internet Startup CEO
黨派偏好：共和黨 / 互聯網創業公司執行長

**JERRY J. LAWS** 傑里 J. 勞斯
Party Preference: None / Retired Registered Nurse
黨派偏好：沒有 / 退休註冊護士

**GAIL K. LIGHTFOOT** 蓋爾 K. 萊特富特
Party Preference: Libertarian / Retired Registered Nurse
黨派偏好：自由黨 / 退休註冊護士

**MIKE BEITIKS** 邁克·貝蒂克斯
Party Preference: None / Stay-at-home Dad / Attorney
黨派偏好：沒有 / 家庭父親 / 律師

## FEDERAL 聯邦

**UNITED STATES REPRESENTATIVE** 美國眾議員
**DISTRICT 14 / 第14選區**
Vote for One / 選一名

**JACKIE SPEIER** 傑基·斯皮爾
Party Preference: Democratic
Congresswoman
黨派偏好：民主黨
參眾兩院議員

## STATE 州

**STATE SENATOR** 州參議員
**DISTRICT 11 / 第11選區**
Vote for One / 選一名

**JANE KIM** 金貞妍
Party Preference: Democratic
San Francisco Supervisor
黨派偏好：民主黨
三藩市議員

**SCOTT WIENER** 威曼斯
Party Preference: Democratic
Member, Board of Supervisors
黨派偏好：民主黨
市議員

**KEN LOO** 路根
Party Preference: Republican
Firefighter / Business Owner
黨派偏好：共和黨
消防員 / 企業主

## MEMBER OF THE STATE ASSEMBLY 州眾議員

**DISTRICT 19 / 第19選區**
Vote for One / 選一名

**PHIL TING** 丁右立
Party Preference: Democratic
Assemblymember
黨派偏好：民主黨
州眾議員



# OFFICIAL BALLOT

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.

**Makukuha ang balotang ito sa wikang Filipino**
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: magtanong sa manggagawa sa lugar ng botohan

**Esta boleta está disponible en español**
Por correo: llame al
(415) 554-4366
En persona: pregunte a un trabajador electoral

## 正式選票

聯合總統初選
三藩市市縣
2016年6月7日

**選民指南：**
- 將箭向您所選擇的箭頭和尾部線條連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某個未列在選票上的合格補寫候選人，在候選人名單末尾的空位上填寫此人的姓名並把箭頭和尾部線條連接起來。

## CITY AND COUNTY / 市縣

| MEMBER, COUNTY CENTRAL COMMITTEE / ASSEMBLY DISTRICT 19 |
| --- |
| 縣中央委員會成員 / 州議院選區第19選區 |
| Vote for no more than 14 / 選不超過14名 |

**JOAN LEONE**
瓊安·黑昂尼
Incumbent / 現任者

**RODNEY LEONG**
羅尼梁
Incumbent / 現任者

**KEN LOO**
盧健榮
Incumbent / 現任者

**ANDREW BENTON**
安德魯·賓頓
Firefighter / Business Owner / 消防員 / 商業東主

**EDWARD BATE**
愛德華·貝特
Data Analyst / 數據分析員

**STEPHANIE JEONG**
斯蒂芬妮·鄭
Housing Provider / 住房提供者

**TERENCE FAULKNER**
特倫斯·福克納
Incumbent / 現任者

**SARAH L. STORELLI**
莎拉·L·史托勒利
Public Relations Manager / 公關經理

**RICHARD WORMER**
理查德·沃納
Incumbent / 現任者

**SCOTT WILLIAMS**
史考特·威廉斯
Human Resources Manager / 人力資源經理

## NONPARTISAN OFFICES
無黨派職位

### JUDICIAL
司法

### JUDGE OF THE SUPERIOR COURT, OFFICE NO. 7
高等法院法官，第7庭
Vote for One / 選一名

**PAUL HENDERSON**
保羅韓
Prosecutor / Public Servant
檢察官 / 公職人員

**VICTOR HWANG**
黃正鑫
Civil Rights Attorney
民權律師

**SIGRID ELIZABETH IRIAS**
西格麗德·伊麗思
Civil Litigation Attorney
民事訴訟律師



**CH/REP 2**

**Vote both sides of ballot**
請在選票兩面投票

BT: 19 - E/C - C2

JOHN DENNIS
約翰 · 丹尼斯
Incumbent / 現任者

JOHNNY D. KHADLER
強尼 · D · 卡德勒
Legal Advisor / 法律顧問

HILARY W. HAGENBUCH
希拉蕊 · W · 黑根巴克
Independent Businesswoman / 獨立女商人

RUDY ASERCION
魯迪 · 阿塞西恩
Non Profit CEO / 非牟利機構執行長

GILBERT GONZALES
吉爾伯特 · 甘扎勒斯
Economic Development Manager / 經濟發展經理

(4A1)-C

C2-207-3-RC

## MEASURES SUBMITTED TO THE VOTERS
提交選民投票的提案

### STATE PROPOSITIONS
州提案

**50**

**SUSPENSION OF LEGISLATORS. LEGISLATIVE CONSTITUTIONAL AMENDMENT.** Authorizes Legislature to suspend Members, including without salary and benefits. Prohibits suspended Members from using powers of office or legislative resources. Provides suspension may end on specified date or by vote of Member's house. Fiscal Impact: Minor state savings in most years. Minor state savings in some years.

暫停立法議員職權。立法性憲法修正案。授權議院暫停議員職權，包括停薪和停發福利。禁止暫停職權的議員使用職權或議會資源。規定可在指定日期或由議員所屬的議院投票結束對議員的暫停職權。財政影響：在多數年份對州政府有一些年度小額節省。州政府在一些年份可節省少許費金。

YES / 贊成 ⬅

NO / 反對 ⬅

### CITY AND COUNTY PROPOSITIONS
市縣提案

**A**

SAN FRANCISCO PUBLIC HEALTH AND SAFETY BOND, 2016. To protect public health and safety, improve community medical and mental health care services, earthquake safety, and emergency medical response; to seismically improve, and modernize neighborhood fire stations and vital public health and homeless service sites; to construct a seismically safe and improved San Francisco Fire Department/ambulance deployment facility; and to pay related costs, shall the City and County of San Francisco issue $350,000,000 in general obligation bonds, subject to citizen oversight and regular audits?

2016年三藩市公共衛生和安全公債。為了保護公共衛生與安全、改進社區醫療與精神保健服務、地震安全和緊急醫療應急能力；為了改善和翻新消防站，重要公共衛生和無家可歸者服務場所的防震能力；並對它們進行現代化改良；為了建造一所防震的改善的三藩市消防局/救護車部署設施；三藩市是否應該就支付相關費用，在接受市民監督和定期審計的情況下，發行3.5億元的普通義務公債？

YES / 贊成 ⬅

NO / 反對 ⬅

**B**

Shall the City amend the Charter to extend the Park, Recreation, and Open Space Fund until 2046 and give the Recreation and Park Department each year a minimum baseline amount from the General Fund set-aside to the Fund set-aside of 2 1/2 cents for each $100 of assessed property value?

市是否應修改市憲章，將公園、娛樂和開放空間基金延長至2046年，除了在每100元物業估值中撥款2.5分到該基金外，並每年從普通基金中撥發最低基本額到該基金和公園局？

YES / 贊成 ⬅

NO / 反對 ⬅

**C**

Shall the City amend the Charter to increase affordable housing requirements for private developers of new market-rate housing projects of 25 or more units until the Board of Supervisors passes an ordinance changing those requirements and also authorize the Board of Supervisors to change affordable housing requirements by ordinance?

市是否應修改市憲章，針對興建達25個或以上市價房屋單位項目的私營房屋開發商提高可負擔房屋要求，有效期到監事會通過條例令予變更這些要求；並授權監事會同時按條例變更可負擔房屋要求？

YES / 贊成 ⬅

NO / 反對 ⬅

**D**

Shall the Office of Citizen Complaints investigate any incident occurring within the City in which a San Francisco police officer fires a gun killing or physically injuring someone?

YES / 贊成 ⬅

**E**

市民投票修訂公眾患假條例改變生效在本市發生的三明市發獎員被裁或傷害市居事者？

Shall the City amend the Paid Sick Leave Ordinance to parallel broader state law provisions without reducing the Paid Sick Leave Ordinance's coverage and allow employees to use paid sick leave hours for the broader purposes authorized by state law?

市府是否應修改病假條例令，使其與適當更寬泛的州法令並行，同時增加在不需減少現有條例保障之情形下，允許員工將帶薪病假時數用於州法核准的更廣泛用途？

YES / 贊成
NO / 反對

## DISTRICT PROPOSITIONS
## 選區提案

**AA**

**San Francisco Bay Clean Water, Pollution Prevention and Habitat Restoration Program.** To protect San Francisco Bay for future generations by reducing trash, pollution and harmful toxins, improving water quality, restoring habitat for fish, birds and wildlife, protecting communities from floods, and increasing shoreline public access, shall the San Francisco Bay Restoration Authority authorize a parcel tax of $12 per year, raising approximately $25 million annually for twenty years with independent citizen oversight, audits, and all funds staying local?

舊金山海灣淨水、污染防治及棲息地修復計劃。為保護舊金山灣讓後世受惠，透過減少垃圾、污染及有害毒素，改善水質，修復魚類、鳥類和野生動物的棲息地，保護社區免受洪患及增加海岸線的公共通道以保護San Francisco Bay修復管理局是否應授權每年徵每塊土地稅一筆12美元的年度土地稅，使年籌集約25,000,000美元資金，為期二十年？

YES / 贊成
NO / 反對

Vote both sides of ballot
請在選票兩面投票

BT: 19 - E/C - C2

C2-4A1-C

# OFFICIAL BALLOT

**(NPP) AMERICAN INDEPENDENT PARTY BALLOT**

Consolidated Presidential Primary Election
City and County of San Francisco
June 7, 2016

## INSTRUCTIONS TO VOTERS:

- Complete the arrow pointing to your choice, as shown in the picture.
- If you make a mistake, you may request a new ballot.
- To vote for a qualified write-in candidate who is not listed on the ballot, write the person's name on the blank line at the end of the candidate list and complete the arrow.

**Party-Nominated Offices.**

Only voters who disclosed a preference upon registering to vote for the party as the candidate seeking the nomination of any party for the Presidency or election to a party committee may vote for that candidate at the primary election, unless the party has adopted a rule to permit non-party voters to vote in its primary elections.

**Voter-Nominated and Nonpartisan Offices.**

All voters, regardless of the party preference they disclosed upon registration, or refusal to disclose a party preference, may vote for any candidate for a voter-nominated or nonpartisan office. The party preference, if any, designated by a candidate for a voter-nominated office is selected by the candidate and is shown for the information of the voters only; it does not imply that the candidate is nominated or endorsed by the party or that the party approves of the candidate. The party preference, if any, of a candidate for a nonpartisan office does not appear on the ballot.

Makukuha ang balotang ito sa wikang Filipino
Sa pamamagitan ng koreo: tumawag sa (415) 554-4310
Nang personal: pagtanong sa manggagawa sa halalan ng botohan

Esta boleta está disponible en español
Por correo: llame al (415) 554-4366
En persona: pregunte a un trabajador electoral

正式選票

美國獨立黨選票
聯合總統初選
三藩市市縣
2016年6月7日

選民指南：

- 將指向您的選擇的箭頭和箭尾劃線連接起來，如圖所示。
- 如果填寫錯誤，您可以要求一份新的選票。
- 如果想要投選某名候選人，但某人名單未列任選票上的合格相鄰候選人，在候選人名單末提供的空格上填寫此人的姓名並將箭頭和箭尾劃線連接起來。

政黨提名職位。

除非該黨另訂規則允許無黨派選民參加初選投票，否則只有選民在登記投票時表明其黨派的候選黨及候選人相同，才可在初選中為該候選人投票。

選民提名職位和非黨派職位。

所有選民，不論在登記時有披露黨派傾向或拒絕填表，均可投票給任何選民提名或非黨派職位的任何候選人。如候選黨派的候選人，表明政黨傾向，選為該候選人投票，也不代表該選人受到該政黨提名或認可。選舉上的非黨派職位不會列出候選人的政黨傾向（若有）。

**PARTY-NOMINATED OFFICES**
政黨提名職位

**FEDERAL**
聯邦

**PRESIDENT OF THE UNITED STATES**
美國總統

Party Preference
政黨傾向

Vote for One / 選一名

CH/N-AI 1

THOMAS HOEFLING 湯瑪·毛夫令

ARTHUR HARRIS 阿瑟·哈里斯

J.R. MYERS J·R·邁爾斯

ROBERT ORNELAS 羅伯特·奧內拉斯

ALAN SPEARS 艾倫·斯皮爾斯

WILEY/DRAKE 威利/德雷克

JAMES HEDGES 詹姆斯·海奇斯

Vote both sides of ballot
請在選票兩面投票

BT: 19 - E/C - C1

(2A1)-NC

C1-101-1-ANPPC



## VOTER-NOMINATED OFFICES
選民提名職位

### FEDERAL / 聯邦

**UNITED STATES SENATOR / 美國參議員**
Vote for One / 選一名

**VON HOUGO** 馮·侯戈
Party Preference: Republican / Teacher
黨派傾向：共和黨 / 教師

**JASON HANANIA** 傑森·哈那尼亞
Party Preference: None / Attorney / Engineer
黨派傾向：沒有 / 律師/工程師

**KAMALA D. HARRIS** 卡瑪拉·D·哈里斯
Party Preference: Democratic / Attorney General of California
黨派傾向：民主黨 / 加州司法部長

**GAR MYERS** 嘉·邁爾斯
Party Preference: None / International Development Promoter
黨派傾向：沒有 / 國際發展促進人

**PAUL MERRITT** 保羅·梅利特
Party Preference: None / Self-Employed
黨派傾向：沒有 / 自由職業者

**MASSIE MUNROE** 麥西·門羅
Party Preference: Democratic / Civil Environmental Engineer
黨派傾向：民主黨 / 民事工程師

**ELEANOR GARCIA** 艾蓮娜·加西亞
Party Preference: None / Aerospace Factory Worker
黨派傾向：沒有 / 航天工廠工人

**TIM GILDERSLEEVE** 蒂姆·吉爾德斯利夫
Party Preference: None / Paratransit Operator
黨派傾向：沒有 / 殘障人交通服務操作員

**CLIVE GREY** 克萊夫·格雷
Party Preference: None / Woodworker / Businessman / Entrepreneur
黨派傾向：沒有 / 木匠/企業家/創業者

**DON J. GRUNDMANN** 唐·J·格蘭德曼
Party Preference: None / Doctor of Chiropractic
黨派傾向：沒有 / 脊骨神經治療師

**PRESIDENT CRISTINA GRAPPO** 總統克莉斯蒂娜·格拉波
Party Preference: Democratic
黨派傾向：民主黨

**HERBERT G. PETERS** 赫伯特·G·彼得斯
Party Preference: Democratic
黨派傾向：民主黨

**TOM PALZER** 湯姆·帕爾澤
Party Preference: Republican
黨派傾向：共和黨

**JOHN THOMPSON PARKER** 約翰·湯普森·帕克
Party Preference: Peace and Freedom / Neighborhood Council Member
黨派傾向：和平自由黨 / 鄰居委員會委員

**KAREN ROSEBERRY** 卡倫·羅斯伯利
Party Preference: Republican / Educator
黨派傾向：共和黨 / 教育工作者

**EMORY RODGERS** 艾莫利·羅傑斯
Party Preference: Democratic / Property Manager
黨派傾向：民主黨 / 物業經理

**GEORGE C. YANG** 喬治·C·楊
Party Preference: Republican / Internet Startup CEO
黨派傾向：共和黨 / 互聯網創業公司執行長

**JERRY J. LAWS** 傑利·J·勞斯
Party Preference: Republican
黨派傾向：共和黨

**GAIL K. LIGHTFOOT** 蓋爾·K·萊特富特
Party Preference: Libertarian / Retired Registered Nurse
黨派傾向：自由黨 / 退休註冊護士

**MIKE BEITIKS** 麥克·貝提克斯
Party Preference: None / Stay-at-home Dad / Attorney
黨派傾向：沒有 / 家庭父親/律師

---

### FEDERAL
聯邦

**UNITED STATES REPRESENTATIVE**
美國眾議員

DISTRICT 14 / 第14選區
Vote for One / 選一名

**JACKIE SPEIER** 傑基·斯佩爾
Party Preference: Democratic
Congresswoman
黨派傾向：民主黨
聯邦國會議員

---

### STATE
州

**STATE SENATOR**
州參議員

DISTRICT 11 / 第11選區
Vote for One / 選一名

**JANE KIM** 金貞妍
Party Preference: Democratic
San Francisco Supervisor
黨派傾向：民主黨
三藩市議員

**SCOTT WIENER** 斯考特·威納
Party Preference: Democratic
Member, Board of Supervisors
黨派傾向：民主黨
市議員

**KEN LOO** 盧建業
Party Preference: Republican
Firefighter / Business Owner
黨派傾向：共和黨
消防員 / 企業主

---

### MEMBER OF THE STATE ASSEMBLY
州眾議員

DISTRICT 19 / 第19選區
Vote for One / 選一名

**PHIL TING** 丁右立
Party Preference: Democratic
Assemblymember
黨派傾向：民主黨