# EXHIBIT E
## to John Arntz Decl. ISO Opposition to PI Motion

**DEPARTMENT OF ELECTIONS**
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102-4608
Telephone: (415) 554-4375
TTY: (415) 554-4386
sfelections.org



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

NONPROFIT ORG.

U.S. POSTAGE

PAID

TOWNE, INC.

ELECTRONIC SERVICE REQUESTED

## Your polling place address:

La dirección de su lugar de votación: / 您的投票站地址： /
Address ng inyong lugar ng botohan:

### Mailing Address:

♿ **Are the entryway and the voting area accessible?** ¿Son accesibles la entrada y el área de votación? /
入口和投票區是否方便出入？ / Madali bang makarating at makapasok sa pasukan at sa lugar ng botohan?

**Political Party Preference:** / Preferencia por partido político: / 政黨傾向: / Kinakatigang Partidong Politikal: ▶

## Vote-by-Mail Application for the June 7, 2016, Consolidated Presidential Primary Election
### Must be in the Department of Elections office by May 31 at 5 p.m.

## Name:

**If "PERM" is printed above, DO NOT send in this application. You are a Permanent Vote-by-Mail Voter. A ballot will be sent to you automatically.**
Si aparece impreso "PERM" arriba, NO envíe esta solicitud. Usted ya es un Elector de Voto por Correo Permanente. Se le enviará una boleta automáticamente.
如果您以上印有「PERM」字樣，您不必寄送本申請表。您已是永久郵寄投票選民，我們會主動寄選票給您。 / Kung nakasulat ang "PERM"
sa itaas, HUWAG ipadala ang aplikasyong ito. Kayo ay isang Permanenteng Vote-by-Mail na Botante. Awtomatikong ipadadala sa inyo ang isang balota.

☐ **Check here if you wish to become a Permanent Vote-by-Mail Voter.** / Marque aquí si quiere hacerse un Elector de Voto por Correo Permanente. / 如果
您想申請成為永久郵寄投票的選民，請勾選此句前的方格。 / Markahan ng check dito kung nais ninyong maging Permanenteng Vote-by-Mail na Botante.

| Residential Address | Mailing Address (If different from Mailing Address printed above) |
|---|---|
| Street:                                      Apt: | Street:                                      Apt: |
| City, State, ZIP Code: | City, State, ZIP Code: |
| Phone: | Country: |

**I certify under penalty of perjury that this information is true and correct.** / Certifico bajo pena de perjurio que esta información es verídica y correcta. / 本人依照偽
證罪處罰法宣誓，所填資料真實無誤。 / Aking sinesertipika, alinsunod sa parusang pagsisinungaling sa sinumpaang salaysay, na totoo at tama ang impormasyong ito.

**Sign here / Firme aquí / 在此簽名 / Pumirma dito** ▶                                    /        /16

**We must have your signature – Do not print** / Necesitamos recibir su firma – No escriba en letra de molde / 我們一定要有您的簽名 ──
不需正楷 / Kailangan namin ang inyong pirma – Huwag isulat ang pangalan.

**Date/Fecha/**
**日期/Petsa**

☐ Marque aquí si en el futuro quiere recibir el Folleto de Información para los Electores en español.
☐ 如果您想在將來的選舉中收到中文版的《選民資料手冊》，請勾選此句前的方格。
☐ Lagyan ng check dito kung gusto ninyong makatanggap ng Pamplet ng Impormasyon para sa mga Botante sa wikang Filipino na hinaharap.