# EXHIBIT G
## to John Arntz Decl. ISO Opposition to PI Motion

This is a screenshot of a portion of the Department's voter registration status tool. This is what an NPP voter who has registered to vote by mail would see after entering, on the first screen, the house number, ZIP code, and date of birth.

---

SFElections   English

## Voter Registration Status Lookup

You are registered to vote as a permanent vote-by-mail voter

You entered:
**House Number:**
**ZIP Code:** 94107
**Birth Date:**

**Date of Registration:** 11/30/2015
**Party Preference:** No Party Preference
**Language Preference:** English

Polling Place Address and Sample Ballot

Look up your Elected Officials and their contact information

Our records indicate that you declined to disclose a preference for a qualified political party when you registered to vote. For this primary election only, you may request a ballot that includes the presidential primary contest of one of these parties:

- American Independent Party
- Democratic Party
- Libertarian Party

If you want to change your party preference, name, or home address in time for this election, you must reregister by May 23 at registertovote.ca.gov. Alternatively, you may call (415) 554-4375 for a registration form to be mailed to you.

**Your Vote-by-Mail Ballot**

Approximately one month before the election, the Department of Elections will mail you a ballot along with a postage-paid return envelope.

To make changes to your voter registration, or to register to vote, please go to the Secretary of State website for a registration form or more information. You can also obtain a voter registration card from the Department of Motor Vehicles (DMV), public libraries, or post offices.

Changes must be postmarked or submitted at least 15 days prior to Election Day to be effective for that election.

If you have questions, please contact the Department of Elections at 415-554-4375 or email us.