# EXHIBIT H
## to John Arntz Decl. ISO Opposition to PI Motion

This is a screenshot of a portion of the Department's vote-by-mail registration application. This is the initial screen that all voters see.

---

SFElections    English

### Online Vote-by-Mail Application

June 7, 2016, Consolidated Presidential Primary Election

**This online application is only for voters registered in the City and County of San Francisco.**

To receive a ballot in the mail for the June 7, 2016, Consolidated Presidential Primary Election, complete and submit this form online no later than 11:59 p.m. on Tuesday, May 31, 2016.

To become a permanent vote-by-mail voter and receive a ballot in the mail for every election, click here.

According to state law, only the registered voter may apply for a vote-by-mail ballot for himself or herself. An application for a vote-by-mail ballot made by a person other than the registered voter is a felony punishable by imprisonment and/or by fine.

Please provide the following information. A ballot will be sent to you only if this application is complete and accurate.

**House Number**

e.g., 1234

Do not enter street name

**ZIP Code**

e.g. 94102

**Date of Birth**

MM / DD / YYYY

Submit

Voter information is used for official purposes only.

If you have questions, please contact the Department of Elections at 415-554-4375 or e-mail us.

3