# EXHIBIT I
## to John Arntz Decl. ISO Opposition to PI Motion

This is a screenshot of a portion of the Department's vote-by-mail registration application. This is what an NPP voter seeking to register to vote by mail would see after entering, on the first screen, the house number, ZIP code, and date of birth.

---

SFElections    English    [...]    [...]    [...]    More tools ▾

**Online Vote-by-Mail Application**

### June 7, 2016, Consolidated Presidential Primary Election

A voter record has been found. Please verify the information below. If you wish to have your ballot mailed to an address other than your residential address, please complete the "Mailing Address" section.

**Name:** ▮
**Date of Birth:** ▮
**Party:** No Party Preference

Our records indicate that you did not disclose a preference for a qualified political party when you registered to vote.

For the June 7 election, the American Independent, Democratic, and Libertarian parties allow voters with no party preference to vote in their presidential primary elections.

**To request a ballot of one of these parties**, California law requires that you personally affix the name of your preferred party to your request. To do so, complete this **Vote-by-Mail Ballot Application** and return it to the Department as **soon as possible**; it must reach the Department no later than Tuesday, May 31. You may mail, deliver, or fax the form to the address or fax number listed on the application. A ballot will be sent to you if the information on this form is complete and accurate.

Note: You will receive a ballot without a presidential primary contest unless you request a party ballot.

**To request a ballot without a contest** for President that includes Congressional, state and judicial offices and measures, review and submit the information below.

**Residential address:** *If this is not your current residential address, you must re-register.*

**Address:** ▮
**City:** ▮
**ZIP Code:** ▮

Mailing address: If different from residential address.

**Address**

City                          State         ▾ ZIP Code

4