# EXHIBIT J

## to John Arntz Decl. ISO Opposition to PI Motion




John Arntz, Director

# Vote-by-Mail Ballot Application: June 7, 2016, Election

To mail a ballot to you, the Department of Elections must **receive** your completed application **by 5 p.m. on Tuesday, May 31**. Deliver, mail, or fax the completed application to the address or fax number listed below.

This form is for voter use; it may not be reproduced or distributed by organizations.

## Check one:

- ☐ I want to vote by mail for this election only.
- ☐ I want to become a Permanent Vote-by-Mail Voter and have a ballot mailed to me for each election.

I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot of the: *(choose one)*

☐ American Independent Party ☐ Democratic Party ☐ Libertarian Party

**Note:** If you do not request the ballot of one of these parties, your ballot will not include a contest for President.

**Optional:** I want to receive my ballot and other election materials in the following language, in addition to English:

☐ 中文 (Chinese) ☐ Español (Spanish) ☐ Filipino ☐ Other: ____________________

## Please print:

______________ ______________ ______ ____/____/____
Last Name First Name Middle Initial Birth Date: Month Day Year

______________________________ San Francisco, CA 941______
Home Address *(where you live; cannot be a P.O. box)* ZIP Code

______________________________
Mailing Address *(where you want your ballot to be mailed, if different from Home Address above)*

______________________________
City State Country ZIP or Postal Code

I have not and will not apply for a ballot for this election by any other means. I certify, under penalty of perjury, that the information above is true and correct. (Warning: Perjury is punishable by imprisonment in state prison for up to four years.)

______________________________
**Applicable Signature** *(required)* Date

**Department of Elections Use:**

Staff Initials: ______________ Date: ______________ MAIL

English (415) 554-4375
Fax (415) 554-7344
TTY (415) 554-4386

*sfelections.org*
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48, San Francisco, CA 94102

中文 (415) 554-4367
Español (415) 554-4366
Filipino (415) 554-4310

VBM-02 -EN MAIL

Rev. 12.01.15