# EXHIBIT K
## to John Arntz Decl. ISO Opposition to PI Motion



City and County of San Francisco
**Department of Elections**
sfelections.org       (415) 554-4375



# POLL WORKER MANUAL

— *including* —

## Inspector Instructions and Clerk Job Cards



June 7, 2016 | Polls Open 7 a.m. to 8 p.m.

**Presidential Primary Election**

Get training resources, your precinct assignment, and more online!
*sfelections.org/pollworker*

Interested in additional hands-on practice?
Attend a voting machine practice lab! Call (415) 554-4395 to sign up.

Questions before Election Day?
Call: (415) 554-4395

# Table of Contents

## INTRODUCTION

| | |
|---|---|
| Preparing for Election Day: All Poll Workers | 1 |
| Preparing for Election Day: Inspectors | 2 |
| Your Election Day Team | 3 |
| Election Day Tasks | 4 |
| Poll Worker Mission | 5 |
| Providing Assistance | 6 |
| Electioneering | 8 |
| Election Observers | 9 |

## OPENING PROCEDURES   11

| | |
|---|---|
| Election Day Opening Supplies | 12 |
| Part 1: Inspector Assigns Job Cards | 14 |
| **Clerk Opening Job Cards** | **17** |
| Voting Equipment | 23 |
| Part 2: Voting Equipment Set Up | 24 |
| Part 3: Final Preparation | 32 |

## VOTING PROCEDURES   34

| | |
|---|---|
| Recommended Break Schedule | 35 |
| Primary Elections in California | 37 |
| Ballot Information and the Roster of Voters | 38 |
| Issuing the Correct Ballot | 39 |
| How to Process a Standard Voter | 40 |
| How to Process a Vote-By-Mail (VBM) Voter | 43 |
| How to Process a Provisional Voter | 44 |
| Other Situations | 45 |
| Party Preference Overview | 46 |
| **Clerk Voting Job Cards** | **47** |
| Insight Voting Machine Ballot Messages | 53 |
| Voting Procedures Checklist for Inspectors | 54 |
| Edge Voting Machine Instructions | 56 |

## CLOSING PROCEDURES   59

| | |
|---|---|
| Part 1: Inspector Assigns Job Cards | 60 |
| **Clerk Closing Job Cards** | **61** |
| Part 2: Transfer Custody of Electronic Results | 67 |
| Part 3: Complete Posted Ballot Statement | 70 |
| Part 4: Transfer Custody of Ballots and Materials and Prepare Voting Machines for Storage | 72 |
| Part 5: Clean Up Tasks | 77 |
| Quick Guide for Closing | 78 |

## GLOSSARY   81

## INDEX   back page

# Primary Elections in California

California has two primary election systems in place.

## Modified Closed Primary System for Presidential Elections

Under this system, voters who indicate a political party preference when they register to vote may participate in their party's June presidential primary election and, if applicable, vote for members of that party's County Central Committee or County Council. There are six qualified parties in California:

- American Independent Party
- Libertarian Party
- Green Party
- Peace and Freedom Party
- Democratic Party
- Republican Party

Each political party has the option of also allowing people who registered to vote without stating a preference for a qualified political party to vote in their presidential primary election. For the June 7 Presidential Primary Election, the following political parties will allow voters with no party preference to vote in their primary election for President of the United States:

- American Independent Party
- Democratic Party
- Libertarian Party

## Open Primary System for Voter-Nominated Offices

Under this system, all candidates for a voter-nominated office are listed on the same ballot, regardless of the candidates' party preferences, and any voter may vote for any candidate, regardless of the voter's party preference.

For example, for a voter-nominated office, a voter who indicated a preference for the Democratic Party when he or she registered may vote for a candidate whose preference is for the Republican Party.

The voter-nominated offices are the state legislative offices, U.S. congressional offices, and state constitutional offices. For the June primary election, all voters, regardless of their party preference, can vote for the following voter-nominated offices:

- United States Senator
- United States Representative in Congress
- State Senator
- Member of the State Assembly

The two candidates who receive the most votes in the June primary election move on to the November general election.

In addition to the voter-nominated offices, any voter, regardless of his or her party preference, may vote in contests for nonpartisan offices and in favor of or against ballot measures. In the June election, all voters can vote in the following contests:

- the nonpartisan office of Judge of the Superior Court
- any state, local, or district ballot measures

# Ballot Information Sign and the Roster of Voters

You will issue a voter's ballot based on their language preference and party preference.

## Language

The ballot is available in: English/Chinese (CH), English/Spanish (SP), English/Filipino (FI)

- If a voter has a language preference in the Roster, issue their ballot in that language.
- If there is no language preference in the Roster, alert the voter that they can ask for and receive a Spanish or Filipino ballot, otherwise issue the English/Chinese ballot. If a voter wants to update their language preference, ask them if they'd like to complete a Language Preference Form so we can update their preference for future elections.

## Party Preference

- If a voter registered with a party preference, indicated by a single bubble with a party abbreviation, issue that ballot.
- If a voter registered with No Party Preference, indicated by four bubbles in the Roster, point them to the "Ballot Information" sign and ask them to choose an option.



## Ballot information Sign

Display this two-page "Ballot Information" sign on the Election Table. This sign explains information that is printed in the Roster about a voter's language preference and party preference.

It also lists Voter Assistance hotlines in English, Chinese, Spanish, Filipino, Vietnamese, Korean, and Japanese.

# Issuing the Correct Ballot According to the Roster

## Match the ballot abbreviation to the language and party preference in the Roster



English + Chinese
(default for no language preference)

English + Filipino

English + Spanish

## Reading the abbreviation at the bottom of the ballot



CH/DEM 1

Language   Party   Card #

**40**

# How to Process a Standard Voter

This is an overview of processing a Standard Voter. See the voting procedures Job Cards for step-by-step instructions. The Roster of Voters lists all the voters registered in a precinct. Standard Voters are listed in the Roster with no notes.

## Roster Clerk Tasks

As Roster Clerk (Job Card 1), you will greet voters and find their names in the Roster. Standard Voters do not have notes in the Roster. For a Standard Voter, you will:

💡 **Standard Voters (no notes in Roster) sign the Roster!**

"VBM Issued" note means a vote-by-mail ballot has been issued. See page 43.



### Check Language Preference

For a voter **with no language preference**, say: *"You will receive an English/Chinese ballot unless you prefer a Spanish or Filipino version"*

**or**

For a voter **with a language** preference, show the Ballot Clerk the voter's language preference in the Roster. Language preference abbreviations: CH-Chinese SP-Spanish, FI-Filipino

**If voter wants a version with Filipino or Spanish:** tell the Ballot Clerk. Offer the voter the Language Preference Form in case the voter wishes to update their preference for future elections. Whether or not the voter completes the form, issue the preferred ballot.

**or**

**If voter does not indicate another preference:** Show the Ballot Clerk the voter's name in the Roster with no language preference. The Ballot Clerk can issue the default English/Chinese ballot.



### Check Party Preference

For a voter with **no party preference**, say: *"You are registered as No Party Preference, please tell me which of these 4 ballot options you would like.* Point to "Ballot Information" sign. Voter chooses one of the four options, fill in bubble, then show Ballot Clerk the voter's preference.

**or**

For a voter **with a party preference**, fill in bubble next to abbreviation then show Ballot Clerk the voter's party preference.

💡 **If any voter requests a party preference option not listed near their name, allow them to vote that ballot provisionally.**

**Do NOT have them sign roster.**

# Standard Voter (continued)

### Check voter's name off Street Index:

The Street Index lists voters numerically by the cross reference number next to their name in the Roster. There are 2 copies of the Street Index:

| | XREF | VOTER NAME | LANG | ADDRESS | BALLOT | |
|---|---|---|---|---|---|---|
| Street Index Number → | 140 | Beam, Ken | CH | 8262 Van Ness Ave | ○ DEM | |
| | 141 | Mcharque, Aaron | | 8272 Van Ness Ave | ○ AI | |

### *Table Street Index*

**Step A)** Table copy: For each voter, find cross reference number from Roster. Cross off number.

### *Posted Street Index*

**Step B)** On the Posted copy (posted just outside your polling place room): Once an hour until 6 p.m., mark through names of all voters crossed off on Table Street Index.




**Step C)** Mark through names on Table copy once Posted copy has been updated.



### Give the voter a Blue Secrecy Folder.

- This folder keeps the voter's ballot private and lets the Insight Clerk know that this is a Standard Voter.

Ask every voter: *May I offer you any assistance?*

If the voter requests to use the Edge accessible Machine, let your Inspector know.



# Standard Voter (continued)

## Ballot Clerk Tasks

If you serve as Ballot Clerk (Job Card 2), you will:



**Issue a paper ballot to the voter, unless the voter requests to use the Edge Accessible Voting Machine.**

Issue the ballot based on the voter's language and party preference. If the voter does not have a language preference, issue an English/Chinese ballot by default. If voter does not have a party preference, voter will choose one of the four available options.

Ballot cards are in a set on a pad in order (Card 1 and 2) Each bilingual version and party or no party preference option has a separate pad. Tear off the complete set of cards for each voter.

## Insight Clerk Tasks

If you serve as Insight Clerk (Job Card 3), you will:



**Monitor the Insight voting machine to ensure that the ballots of Standard Voters are accepted.**

- Only voters with a Blue Secrecy Folder (Standard Voters) may use the Insight Voting Machine.
- The Insight voting machine will accept the ballot and make a "happy noise". This voter's ballot has been counted on Election Day!
- If the machine returns the ballot with a message, or stops working, look to your Job Card for directions.

# How to Process a Vote-by-Mail (VBM) Voter

Vote-by-mail (VBM) voters have already been issued a ballot, either by mail or early voting. Vote-by-mail voters have **three options:**

## Option 1: Drop Off Ballot

A San Francisco voter may drop off a voted vote-by-mail ballot at any polling place in San Francisco. **DO NOT** look for this voter in the Roster.

- Confirm that the vote-by-mail envelope is signed and sealed. Ask the voter to drop the envelope in the Red Box.





VBM voters <u>dropping off their ballot sign the envelope.</u>

## Option 2: Exchange Ballot

A VBM voter registered in your polling place is listed in the Roster with a VBM issued note. This voter can drop off the vote-by-mail ballot or exchange the ballot for a precinct ballot.



If the voter wants to exchange the VBM ballot:

- Ask the voter to seal the ballot in the VBM envelope.
- Write CANCELED across BOTH SIDES of the envelope and drop the envelope in the Red Box. This lets the Department of Elections know that this voter did not vote their VBM ballot.
- After dropping 'canceled' ballot in Red Box, process voter as a 'Standard' voter.





VBM voters <u>exchanging their ballot sign the Roster.</u>

## Option 3: Vote Provisionally

- If the voter does not have the VBM ballot, he or she may vote provisionally.
- DO NOT mark anything in the Roster. Ask the Ballot Clerk to conduct provisional voting.





**Provisional Voters sign the provisional envelope.**

# How to Process a Provisional Voter

Voters vote provisionally if their eligibility cannot be determined at the polling place. Reasons for voting provisionally include:

   a) **VBM issued** note in the Roster, but voter does not have vote-by-mail ballot;

   b) Voter not listed in Roster, but voter declined to go to home polling place;

   c) Voter wants a ballot different from party preference listed in Roster

   d) **ID required** note is in Roster, but voter does not show ID

The Ballot Clerk will help process the Provisional Voter by following the steps on the provisional envelope. **The Provisional Voter will seal the ballot in the provisional envelope and deposit it in the Red Box. The Provisional Voter does not use the Insight Voting Machine.**

The voter receipt (back flap of envelope) includes information on provisional voting and the reference number voters can use to check the status of their provisional ballot.



Remember to mark which ballot was issued.

Place envelope, with the ballot sealed inside, into the Red Box.

Provisional Voters sign the provisional envelope, not the Roster.

# Other Situations

## ID-Required Note in Roster

An ID-Required note in the Roster means that voter did not provide enough information when registering to vote.

| XREF | VOTER NAME | LANG | ADDRESS | BALLOT | SIGNATURE | V |
|------|------------|------|---------|--------|-----------|---|
| 1094 | Lamb Mai Ling | CH | 254 Theresa St **ID required** | ○ DEM | | |

- Show the voter the yellow pages in the front of the Roster. These pages list all acceptable forms of identification.
- If the voter shows a form of ID listed on the yellow pages, process the voter as a Standard Voter.
- If the voter does not show a form of ID listed on the yellow pages, process the voter provisionally.
- If the note says both **ID required** and **VBM issued,** call the Election Center.

## Voter Not Listed in Roster

**First, double check all pages in the Roster.** If you still cannot find the voter's name, offer the following options:
- vote provisionally, or
- redirection to their home polling place

## Voter Wants Redirection to Home Polling Place

- To locate a voter's home polling place, you can call Voter Assistance for directions; or the voter can look up polling place address on sfelections.org. You can also use the map and polling place list (on blue paper) to locate voter's home polling place:
    - Find the map and the polling place list (on blue paper) in the Election Table folder.
    - Ask voter to point to where they live on the map. Precinct numbers are listed on the map.
    - Find the corresponding precinct number on the polling place list and tell the voter the address of their home polling place. If you need assistance, call the Election Center.

## Voter Wants Ballot Different from the Party Preference in Roster

- If a voter wants to vote a ballot different from the party preference or no party preference options listed in the Roster, they may vote provisionally.

 Voters can check their registration and home polling place location on sfelections.org.



**INSPECTOR: TEAR OUT AND ASSIGN THIS JOB CARD.**

47

# Roster Clerk

**JOB CARD — CLERK — Voting — 1**

1. **Greet Voter:** *"Welcome! May I have your name and address?"*
2. **Find Voter in Roster:** Confirm voter's name and address.

**Standard Voter: listed in Roster with no notes** *(for other situations, see back of this job card)*

3. **Check** *language preference, 2 possible situations:*

**A) With Language preference:**



| VOTER NAME | LANG | ADDRESS | BALL |
|---|---|---|---|
| Lee Jeff | CH | 23 Theresa St | ○ DEM |

1. Show the Ballot Clerk the voter's language preference

**or**

**B) Blank language preference:**

| VOTER NAME | LANG | ADDRESS | BALLOT |
|---|---|---|---|
| Smith Melissa | | 543 16h Ave | ○ DEM |

1. Point to "Ballot Information" sign and Say: *"You will receive an English/Chinese ballot unless you prefer a Spanish or Filipino version"*

**If voter wants a Filipino or Spanish version:**

Offer voter Language Preference Form and Say *"If you would like your Language Preference noted for future elections, please fill out this form and return it to the Election Table"*

4. **Check** *party preference, 2 possible situations:*

**A) Voter has ONE party abbreviation:**

| VOTER NAME | LANG | ADDRESS | BALL |
|---|---|---|---|
| Smith Melissa | | 543 16h Ave | ○ DEM |

1. Fill in bubble next to abbreviation
2. Show Ballot Clerk voter's party preference

**or**

**B) Voter has FOUR party abbreviations:**



| VOTER NAME | LANG | ADDRESS | BALLOT |
|---|---|---|---|
| Wilson Steph | | 543 11th Ave | ○ NPP  ○ N-AI  ○ N-DEM  ○ N-LIB |

1. Say: *"You are registered as No Party Preference, please tell me which of these 4 ballot options you would like. The descriptions of the different options are here."* (point to "Ballot Information" sign)
2. Fill in bubble next to voter's ballot preference

5. **Ask Voter to sign on signature line.**

6. **Update street index** (more details on page 41)
   6a) Table copy: For each voter, find cross reference number from Roster. Cross off that number on table index.
   6b) Posted Copy: Once an hour until 6 p.m., draw a line through names of all voters crossed off on Table copy.
   6c) Draw a line through names on Table copy once Posted copy has been updated.

7. **Give Voter blue Ballot Secrecy Folder. Ask every voter:** *"May I offer you any assistance?"*
   (If voter request an audio or touchscreen ballot (Edge accessible machine), ask Inspector to assist)

48

## Voter With ID Required Note in Roster

| 1083 | Defarro Robert | 5X0-28th Ave | ID Required |

1. Show voter yellow pages in front of Roster.
2. Say to voter: *The Roster shows that you did not provide enough information when you registered to vote. Please provide any form of ID listed here (yellow Roster pages). Otherwise, you may vote provisionally.*

**If the voter SHOWS ID:** Process as "Standard Voter".
**If voter DOES NOT SHOW ID:** ask Ballot Clerk to process provisionally.
**If voter has BOTH ID Required and VBM Issued, call the call center.**

## Voter Not Listed in Roster

1. Double check ALL Roster pages (white, orange, purple pages). If you still cannot find voter
2. Say to voter: *I can't find you listed in our Roster. This precinct's ballot may be different from the ballot in your home precinct. May we direct you to your home polling place, or would you prefer to vote provisionally here?*

★ If voter wants to vote provisionally, ask Ballot Clerk to assist with provisional voting.
**Provisional Voters do NOT sign roster**

★ If voter wants to go to home polling place:
Ballot Clerk Job Card has instructions for providing directions. If Ballot Clerk is not available, use map and polling place list to provide redirection to home polling place, or:

Call for directions to home polling place:

(415) 554-4375

Voter can also visit: *sfelections.org*

---



# Roster Clerk

CLERK JOB CARD — Voting 1

## Vote-by-Mail (VBM) Issued Note in Roster

VBM voters registered in your precinct are listed with a 'VBM issued' note:

| 1083 | Stilin Christopher | 543 San Juan Ave | VBM Issued | DEM |

Say to voter: *The Roster shows that you were issued a vote-by-mail ballot. You can drop off your ballot here, or I can exchange your vote-by-mail ballot for a precinct ballot. If you cannot provide it, you may vote provisionally.*

★ If voter wants to drop off VBM ballot: confirm envelope is signed and sealed. Drop in Red Box.

★ If voter wants to exchange VBM ballot for precinct ballot:
1. Ask voter to seal VBM ballot in envelope.
2. Write CANCELED on both sides of envelope and drop envelope in Red Box. Process voter as a Standard Voter.



★ If voter does not have VBM ballot and wants to vote at the polling place, ask Ballot Clerk to process voter provisionally.

## Vote-by-Mail (VBM) voter dropping off ballot

Voted VBM envelopes can be dropped off at any polling place.
**Do not check Roster.**

Confirm envelope is signed and sealed. Drop in Red Box.



## Voter Requests Ballot Different From Party Listed in Roster

Check colored pages in Roster for updated registration. If not listed there, ask Ballot Clerk to process voter provisionally.
If voter has questions about registration, call Voter Assistance.

**INSPECTOR: TEAR OUT AND ASSIGN THIS JOB CARD.**

**JOB CARD** — CLERK — Voting 2

# Ballot Clerk

Voters receive a paper ballot unless they request a touchscreen or audio format.

## Issue the Ballot

| VOTER NAME | LANG | ADDRESS | BALLOT |
|---|---|---|---|
| Kim, Kyle | CH | 293 Theresa St. | ● DEM  ○ NPP  ○ N-AI  ○ N-DEM  ○ N-LIB |
| Garcia, Jerry | SP | 158 Capistrano Ave. | ● LIB |
| Lam, WM | FI | 158 Capistrano Ave. | ● N-AI  ○ N-DEM  ⊙ N-LIB |

a) CH/DEM 1, CH/DEM 2 — AI — English/Chinese (default for no language preference)

b) SP/LIB 1, SP/LIB 2 — AI — English/Spanish

c) FI/N-AI 1, FI/N-AI 2 — AI — English/Filipino

1. Issue the ballot according to voter's language and party preference listed in the Roster unless the voter requests another language.

2. All ballot cards are stitched in a pad consecutively. Each party and language version has a separate pad. Issue the ballot:
   a. Tear off the voter's receipt stubs by tearing from left to right.
   b. Do not remove staples from middle strip. Drop stapled strip in Red Box when all ballots have been issued.
   c. Issue the set of ballot cards and stubs.

3. Hand to the voter: ballot, receipts, and pen. Say to voter: *The ballot contains 2 cards. Please check both sides of the cards for contests and return this pen after voting. Thank you!*

| Party Preference | Abbreviation |
|---|---|
| American Independent | AI |
| Democratic | DEM |
| Green | GRN |
| Libertarian | LIB |
| Republican | REP |
| Peace and Freedom | PF |

| No Party Preference | Abbreviation |
|---|---|
| **Option 1:** No party preference | NPP |
| **Option 2:** No Party Preference American Independent | N-AI |
| **Option 3:** No Party Preference Democratic | N-DEM |
| **Option 4:** No Party Preference Libertarian | N-LIB |

49

**50** CLERK JOB CARD Voting —2—

INSPECTOR: TEAR OUT AND ASSIGN THIS JOB CARD.

# Ballot Clerk

## Voter not listed in Roster: directions to home polling place

1. Find the map and the polling place list (on blue paper) in the Election Table folder.
2. Ask voter to point to where they live on the map. Precinct numbers are listed on the map.
3. Find the corresponding precinct number on the polling place list and tell the voter the address of his or her home polling place. If you need assistance, call the Election Center.

-Call Voter Assistance **(415) 554-4375**

or visit **sfelections.org** for directions to home polling place

## If voter wants a replacement ballot card

1. Write VOID across returned card. Look at the card number and abbreviation in the lower right corner so you reissue the correct card.
2. Tear off the complete set of ballot cards from ballot pad. Give voter the correct replacement card and receipt, and write VOID on the remaining card from that set.
3. Put the voided cards in the Red Box.
4. If the voter requests to void the same card again, issue the new card and **SAY:** *Under state law, I can only issue the same card 3 times. This is the third and final card that I may issue to you. May I offer you any assistance?*

 

Voter's Void card          Replacement card

Void Remaining card from replacement set



CH/DEM 2

## Assist voter with provisional voting

A voter must vote provisionally if their eligibility cannot be determined at the polling place.

To process a voter provisionally, follow steps on the provisional envelope. Remember to mark which party ballot was issued!

**SAY:** *You will need the reference number on this receipt to check whether your ballot was counted. After marking your ballot, seal it inside this envelope and deposit the envelope in the Red Box. Do not insert the ballot into the voting machine. May I offer you any assistance?*

Place completed provisional envelope, with ballot sealed inside, into the Red Box.

