# EXHIBIT L
## to John Arntz Decl. ISO Opposition to PI Motion



**City and County of San Francisco**
**Department of Elections**



## Ballot Information

### Language Preference

You will receive an English/Chinese ballot unless you request a ballot with Spanish or Filipino. Facsimiles of the ballot are available in Vietnamese, Korean, and Japanese for your reference.

### Party Preference

**A.** If you indicated a party preference when you registered to vote, your ballot has all contests, including those specific to your party.

**B.** If you indicated no party preference when you registered to vote, **select one** of four ballot options:

**Option 1**
**No Party Preference**
all contests except presidential primary
**NPP**

**Option 2**
**American Independent**
party presidential primary and all other contests
**N-AI**

**Option 3**
**Libertarian**
party presidential primary and all other contests
**N-LIB**

**Option 4**
**Democratic**
party presidential primary and all other contests
**N-DEM**

### We Can Assist You!
**(415) 554-4375**
sfelections.org

---

## 選票資料

### 語言偏好

除非您要求有西班牙文或菲律賓文的選票，您將會收到英文/中文的選票

### 政黨偏好

**A.** 如果您在登記投票時有選擇政黨歸屬，您的選票會包含有關您的政黨在內的所有競選項目。

**B.** 如果您登記投票時沒有選擇政黨歸屬，選擇以下一項：

**選擇 1**
沒有政黨歸屬
包含所有競選項目，除總統初選外
**NPP**

**選擇 2**
美國獨立黨
政黨提名總統初選及所有其他競選項目
**N-AI**

**選擇 3**
自由論黨
政黨提名總統初選及所有其他競選項目
**N-LIB**

**選擇 4**
民主黨
政黨提名總統初選及所有其他競選項目
**N-DEM**

### 我們可以協助您!
**(415) 554-4367**
sfelections.org

---

Có sẵn một mẫu lá phiếu bằng tiếng Việt để quý vị tham khảo.
Chúng Tôi Có Thể Giúp Quý Vị!
**(415) 554-4375**

한국어로 된 투표용지복제본을 참조용으로 제공해 드릴 수 있습니다. 도와 드리겠습니다!
**(415) 554-4375**


City and County of San Francisco
**Department of Elections**


Be A Voter

## Información sobre boletas

### Preferencia de idioma
Si quiere una boleta con español, por favor pida la boleta a un trabajador electoral.

### Preferencia de partido
**A.** Si usted indicó preferencia por un partido político al inscribirse para votar, su boleta incluye todas las contiendas, también las específicas de su partido.

**B.** Si usted no indicó preferencia por ningún partido político al inscribirse para votar, **escoja una** de estas cuatro opciones de boleta:

**Opción 1**
No preferencia por ningún partido
todas las contiendas excepto primarias presidenciales
**NPP**

**Opción 2**
Independiente Americano
primarias presidenciales del partido y todas las demás contiendas
**N-AI**

**Opción 3**
Libertario
primarias presidenciales del partido y todas las demás contiendas
**N-LIB**

**Opción 4**
Demócrata
primarias presidenciales del partido y todas las demás contiendas
**N-DEM**

## ¡Le podemos ayudar!
## (415) 554-4366
*sfelections.org*

## Impormasyon sa Balota

### Pinapaborang Wika
Kung gusto ninyo ng balotang may wikang Filipino, mangyaring humiling sa manggagawa sa lugar ng botohan.

### Pinapaborang Partido
**A.** Kung pinili ninyo ang may kinakatigang partido noong nagparehistro kayo upang makaboto, maglalaman ang inyong balota ng lahat ng labanan, kabilang ang mga espesipiko sa inyong partido.

**B.** Kung pinili ninyo ang walang kinakatigang partido noong kayo ay nagparehistro para makaboto, **pumili ng isa** sa apat na mga opsiyon sa balota:

**Opsiyon 1**
Walang Kinakatigang Partido
lahat ng labanan maliban sa Primaryang Pampanguluhan
**NPP**

**Opsiyon 2**
Amerikanong Independiyente
Primaryang Pampanguluhan ng Partido at iba pang mga labanan
**N-AI**

**Opsiyon 3**
Libertaryan
Primaryang Pampanguluhan ng Partido at iba pang mga labanan
**N-LIB**

**Opsiyon 4**
Demokratiko
Primaryang Pampanguluhan ng Partido at iba pang mga labanan
**N-DEM**

## Matutulungan Namin Kayo!
## (415) 554-4310
*sfelections.org*

参考用に日本語の投票用紙も用意されています。
あなたのお手伝いをいたします
## (415) 554-4375