# EXHIBIT M
# to John Arntz Decl. ISO Opposition to PI Motion

**City and County of San Francisco Department of Elections** 

Are you ready for the Presidential Primary?

# Tuesday June 7, 2016

Register to Vote or Update Your Registration by May 23

¿Está listo?
Las elecciones son el martes

**7 de junio**

Inscríbase para votar a más tardar el 23 de mayo

您準備好未?
選舉日 星期二

**6月7日**

登記投票截止日期5月23日

Handa ka na ba?
Araw ng Eleksyon sa Martes

**Hunyo 7**

Magparehistro bago o sa Mayo 23 upang makaboto

Be A Voter — Participe y Vote — 請踴躍投票 — Maging Botante — San Francisco Elections

**sfelections.org**
**(415) 554-4375**

 /sfelections   @sfelections



City and County of San Francisco
**Department of Elections**
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102

**Voting June 7:** To register to vote—or update your registration to change your political party, home address, or name—go to **registertovote.ca.gov** by May 23. To learn what's on the ballot and why your political party preference makes a difference in the Presidential Primary, go to **sfelections.org/June2016**.

**¡Vote en español!** Inscríbase para votar o actualice su inscripción si quiere cambiar su partido político, su dirección residencial o su nombre en **registertovote.ca.gov/es**. Solicite sus materiales electorales en español en **sfelections.org/language** o llame al (415) 554-4366 para asistencia en español.

使用合有中文翻譯的選票！請於 **registertovote.ca.gov** 登記投票或更改您的政黨傾向、住址、或姓名等個人資料。如欲要求收到中文選民資料，請瀏覽 **sfelections.org/language** 或致電 (415) 554-4367 尋求中文協助。

**Bumoto sa Filipino!** Magparehistro upang makaboto o i-update ang inyong rehistrasyon para mapalitan ang inyong partidong politikal, address ng tirahan, o pangalan sa **registertovote.ca.gov**. Humiling ng materyales para sa eleksyon sa Filipino sa **sfelections.org/language**, o tumawag sa (415) 554-4310 para sa tulong sa Filipino.



NONPROFIT ORG
US POSTAGE
PAID
SAN FRANCISCO
CA
PERMIT NO 2750