# EXHIBIT N
## to John Arntz Decl. ISO Opposition to PI Motion

# What can I vote on in the June 7, 2016, Presidential Primary?

**If I'm registered ...** → **... then I vote for:** + **Everyone votes for:**

## Party-Nominated and Partisan Offices

**Democratic / Republican** → Your party's
- Presidential candidates
- County Central Committee members

**American Independent / Libertarian / Peace and Freedom** → Your party's
- Presidential candidates

**Green** → Your party's
- Presidential candidates
- County Council members

**No Party Preference** → Presidential candidates from
- American Independent Party
  or
- Democratic Party
  or
- Libertarian Party

## Everyone votes for:

### Voter-Nominated Offices
- U.S. Senator
- U.S. Representative in Congress
- State Senator
- Member of the State Assembly

### Nonpartisan Offices
- Judge of the Superior Court

### Measures
- **California Proposition 50** Suspension of Legislators
- **District Measure AA** SF Bay Clean Water, Pollution Prevention, and Habitat Restoration
- **Proposition A** Public Health and Safety Bond
- **Proposition B** Park, Recreation, and Open Space Fund
- **Proposition C** Affordable Housing Requirements
- **Proposition D** Office of Citizen Complaints Investigations
- **Proposition E** Paid Sick Leave

## Help Get Out the Vote

- Confirm Your Voter Registration at **sfelections.org**
- Share Election Information with Friends and Family
- Apply to Be a Poll Worker at **sfelections.org/pollworker**
- Follow the Department of Elections on Social Media **facebook.com/sfelections** and **twitter.com/sfelections**
- Vote June 7!