# EXHIBIT O
## to John Arntz Decl. ISO Opposition to PI Motion

# Department of Elections

## Tuesday, May 31, is the Last Day to Request to Vote by Mail in the June 7 Election

*Friday, May 27, 2016*

Department of Elections
City and County of San Francisco
John Arntz, Director

**For Immediate Release**
SAN FRANCISCO, Friday, May 27, 2016 – Tuesday, May 31, is the last day to request to vote by mail for the upcoming June 7 election.

Online vote-by-mail applications must be submitted no later than 11:59 p.m. on Tuesday, May 31. However, vote-by-mail applications returned by mail must be received by the Department of Elections no later than 5 p.m. on Tuesday, May 31. Anyone uncertain about whether his or her mailed application would reach the Department in time is encouraged to instead bring the application to the Department's office in City Hall, Room 48 by 5 p.m. on Tuesday, May 31.

Voters registered with No Party Preference who wish to request a vote-by-mail ballot that includes a presidential primary contest should be aware that they must submit their request by mail or in person, to be received by 5 p.m. on May 31. These requests cannot be submitted online or via telephone because state law requires that the voter personally affix the name of the political party to the request. The American Independent Party, Democratic Party, and Libertarian Party have opened their presidential primary elections to voters with no party preference.

To request a vote-by-mail ballot, voters have the following options:

- Apply online at *sfelections.org/vbm* . Those registered to vote with No Party Preference can complete and return to the Department's office the Vote-by-Mail application to request a ballot with the presidential primary contest of the American Independent Party, Democratic Party, or Libertarian Party.
- Complete and return the application found on the back cover of the Voter Information Pamphlet.
- Send a request by fax to (415) 554-4372. The request must include the voter's name, date of birth, signature, residential address, and the address to which the ballot should be mailed, if different from the residential address, and, for voters with No Party Preference who want to request a party ballot, the name of the party.
- Call the Department of Elections at (415) 554-4375, or visit the Department's office in City Hall, Room 48.

Those wishing to cast their vote in person this weekend may do so at the City Hall Voting Center. The Voting Center will be open May 28 –29, from 10 a.m. to 4 p.m.; the public must use the Grove Street entrance to enter City Hall.

The Department's telephone lines will also be open this weekend from 10 a.m. to 4 p.m. Voters who have questions about voting or other election matters should contact the Department at (415) 554-4375 so that Department staff can provide assistance.

###

Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102
(415) 554-4375
*sfelections.org*

**News Category:**
News
Press Release

# Department of Elections

# Today Is the Deadline to Register To Vote in the June 7 Election

Monday, May 23, 2016

Department of Elections
City and County of San Francisco
John Arntz, Director

**For Immediate Release**
SAN FRANCISCO, Monday, May 23, 2016 – Today is the last day to register to vote or to change certain registration information for the upcoming June 7 election. It is not just first-time voters who are encouraged to register; voters must reregister if they have moved, changed their name, or want to change their party preference.

There are several ways to register to vote before today's deadline:

- Online at registertovote.ca.gov
- From 8 a.m. to 5 p.m. at the Department of Elections' office in City Hall, Room 48
- From 5 p.m. to 8 p.m. with Department staff at City Hall's main entrance on Dr. Carlton B. Goodlett Place (Polk Street)

Voter Registration Cards are also available at most post offices, San Francisco Public Library branches, and Department of Motor Vehicles offices.

For applicants to become eligible to vote in the June 7 election, their mailed Voter Registration Cards must be postmarked with today's date, May 23; online registration applications must be submitted no later than 11:59 p.m. tonight.

San Franciscans who are not sure if they are registered to vote, where they are registered to vote, or what political party preference they chose when they registered are encouraged to check their registration via the Voter Registration Status Lookup tool on sfelections.org or call the Department of Elections at (415) 554-4375.

###

Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102
(415) 554-4375
sfelections.org

**News Category:**
News

# Department of Elections

# June 7, 2016, Consolidated Presidential Primary Election: Rules for Voting Under California's Primary Election Systems

*Wednesday, March 09, 2016*

Department of Elections
City and County of San Francisco
John Arntz, Director

**For Immediate Release**
SAN FRANCISCO, Wednesday, March 9, 2016 – On June 7, California will hold state and Presidential primary elections. As Election Day draws closer, the Department of Elections reminds voters of the primary election rules.

Information about the primary election rules is featured on the Department's home page at sfgov.org/elections/primary-elections-california.

Since the Top Two Candidates Open Primary Act went into effect in 2011, California has had two primary election systems in place: a modified closed primary system for Presidential elections and an open primary system for voter-nominated offices – the state constitutional and legislative offices and U.S. congressional offices.

For the June 7 election, under the modified closed primary system, voters who chose a political party preference when they registered to vote will receive a ballot with that party's candidates for President. If the party is electing its county central committee or county council, candidates for that contest will also appear on the ballot.

Voters who chose no political party preference when they registered to vote will receive a ballot without the contest for President, or they may request a ballot of one of three political parties that allow voters with no party preference to participate in their Presidential primary election in June: the American Independent Party, the Democratic Party, and the Libertarian Party. Voters with no party preference are not eligible to vote in contests for political parties' county central committees.

Under the open primary system, all candidates for a voter-nominated office will be listed on the same ballot, regardless of the candidates' party preferences, and any voter may vote for any candidate, regardless of the voter's party preference. In addition to the voter-nominated offices, any voter may vote for judicial candidates and in favor of or against ballot measures that appear on the June election ballot.

**How Voters with No Party Preference Can Request a Party Ballot**
Voters with no party preference who permanently vote by mail have been sent a postcard that they can mark and return to indicate their ballot choice. Alternatively, voters may use the online Voter Registration Status Lookup tool –sfelections.org/tools/reglookup – to select their choice of ballot.

Voters who want to request a vote-by-mail ballot only for this election can indicate their ballot choice on the online Vote-by-Mail Application – sfelections.org/ vbm – or the application on the back cover of their Voter Information Pamphlet, which will be mailed in early May.

On Election Day, polling place voters with no party preference who want to vote a party ballot must request that ballot from a poll worker when signing the Roster of Voters.

**Checking Party Preference**

Voters can check their party preference by using the Voter Registration Status Lookup tool – sfelections.org/tools/reglookup – or by calling the Department of Elections at (415) 554-4375.

**Changing Party Preference**

o change party preference, home address, or name in time for this election, voters must reregister by May 23. Voters may reregister online at registertovote.ca.gov or at the Department of Elections' office in City Hall, Room 48.

###

Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102
(415) 554-4375
*sfelections.org*

**News Category:**
News
Press Release

# Department of Elections

# Department of Elections Reminds Voters with No Party Preference about their Ballot Options in the June 7 Presidential Primary Election

Thursday, April 07, 2016

Department of Elections
City and County of San Francisco
John Arntz, Director

**For Immediate Release**
SAN FRANCISCO, Thursday, April 7, 2016 – On June 7, California will hold its Presidential Primary Election. Under California's primary system, *any* voter may vote for *any* candidate in congressional and state contests, regardless of the voter's or the candidate's party preference. But a voter's party preference—or lack thereof—still matters in presidential races.

In California's Presidential Primary, voters with no party preference will have three partisan ballots to choose from: American Independent, Democratic, or Libertarian. These three parties decided to allow voters with no party preference to vote in their party's primary.

The other three parties qualified to participate in the election—Republican, Green, and Peace and Freedom—will not allow voters with no party preference to vote their party's ballots. Only voters registered with a preference for one of these parties can cast ballots in that party's presidential primary.

To ensure that each voter receives his or her preferred party or nonpartisan ballot, the Department mailed notices to voters with no party preference who permanently vote by mail, requesting that they respond with their ballot choice. The Department encourages voters who have not yet returned their postcard to do so as soon as possible. Alternatively, voters may use the online Voter Registration Status Lookup tool – sfelections.org/VoterRegStatus – to select their ballot choice.

Voters with no party preference who want to request a vote-by-mail ballot for this election only can indicate their ballot choice on the Vote-by-Mail Application at sfelections.org/vbm or on the back cover of their Voter Information Pamphlet, which will be mailed in early May.

On Election Day, polling place voters with no party preference who want to vote a party ballot must request this ballot from a poll worker.

A voter with no party preference will receive a ballot without a presidential primary contest unless he or she requests a party ballot

**Checking Party Preference**
Voters can check their party preference by using the Voter Registration Status Lookup tool – sfelections.org/VoterRegStatus– or by calling the Department of Elections at (415) 554-4375.

**Changing Party Preference**

To change their party preference, home address, or name in time for this election, voters must reregister by May 23. Voters may reregister at registertovote.ca.gov or at the Department of Elections' office in City Hall, Room 48.

###

Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102
(415) 554-4375
*sfelections.org*

**News Category:**
News
Press Release

# Department of Elections

# Department of Elections Reminds Voters Why Party Preference–or Lack of Party Preference–Matters for the June 7 Presidential Primary Election

*Friday, April 29, 2016*

Department of Elections
City and County of San Francisco
John Arntz, Director

**For Immediate Release**
SAN FRANCISCO, Friday, April 29, 2016 – Will you vote for President in California's primary election on June 7? Then be aware of the rules that determine which presidential candidates you can vote for! You may need to take action to make sure you can vote for your preferred candidate for President.

There are six qualified political parties whose presidential candidates will appear on California's June 7 election ballot: American Independent, Democratic, Green, Libertarian, Peace and Freedom, and Republican.

Voters who **selected a party preference** when registering to vote will receive a ballot that lists that party's candidates for President, and for the party's county central committee or county council, if applicable. Voters with a party preference cannot vote for candidates running in a different party's presidential primary.

Voters who **did not select a party preference** when registering to vote, will receive a ballot that does not include a presidential contest unless they request a ballot of one of the parties allowing voters with no party preference to participate in their presidential primaries. The American Independent, Democratic, and Libertarian parties allow voters with no party preference to vote in their June 7 presidential primaries; the other parties do not allow voters with no party preference to vote in their presidential primaries.

Here is how **voters with no party preference** can request a party ballot, if they wish to do so:

- Voters who vote by mail and **have received a ballot with no presidential contest** can request a replacement party ballot—American Independent Party, Democratic Party, or Libertarian Party—from the Department of Elections. To do so, voters can go to
    - sfelections.org
    - Select the "June 7, 2016, Election" page
    - Select "Vote-by-mail and track your ballot"
    - Use the Ballot Request Form

Alternatively, voters may call the Department at (415) 554-4375 to request the Ballot Request Form to be mailed to them.

- Voters who want to vote by mail for this election can indicate their ballot choice on the Vote-by-Mail Application or application on the back cover of their Voter Information Pamphlet, which will be mailed in early May.
- Voters who vote at a polling place and want to vote a party ballot must request that ballot from a poll worker.

- Voters who want to vote for a presidential candidate of the Green Party, Peace and Freedom Party, or Republican Party must re-register to vote by May 23 and indicate a preference for that party on their registration card.

The Department encourages voters to check their registration status, including party preference, at sfelections.org/VoterRegStatus or by calling the Department at (415) 554-4375.

The Department reminds voters who have moved, changed their name, or want to change their party preference that these changes require the completion of a new registration card or online application. Monday, May 23, is the last day to register or reregister to vote for the June 7 election. Registration is available online at registertovote.ca.gov or at the Department of Elections' office in City Hall, Room 48. Office hours are 8 a.m. to 5 p.m., Monday through Friday. Voter Registration Cards are also available at most post offices, San Francisco Public Library branches, and Department of Motor Vehicles offices.

Anyone with questions related to registration or voting is urged to call the Department of Elections at (415) 554-4375. Telephone assistance is available in English, Chinese, Spanish, Filipino, and via interpreter in many other languages.

##

Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102
(415) 554-4375
*sfelections.org*

**News Category:**
News
Press Release

# Department of Elections

# Department of Elections Reminds Voters Why Party Preference Matters for the June 7 Election

Wednesday, May 18, 2016

Department of Elections
City and County of San Francisco
John Arntz, Director

**For Immediate Release**
SAN FRANCISCO, Wednesday, May 18, 2016 – In the June 7 election, under California's primary system, *any* voter may vote for *any* candidate in congressional and most state contests, regardless of the voter's or the candidate's party preference. But a voter's party preference--or lack thereof--matters in the presidential primary, because it determines whether the voter's ballot includes a presidential contest, and which one.

With the registration deadline approaching, voters are encouraged to check their registration status, including party preference, at sfelections.org/VoterRegStatus or by calling the Department at (415) 554-4375. Those who want to change their party preference or who have moved or changed their name must re-register by Monday, May 23. After May 23, any changes to voter registration records will not take effect in time for the June 7 election.

- Voters who *selected a party preference* when they registered to vote will receive a ballot with that party's presidential primary contest and county central committee or county council contest, if applicable.
- Voters who *did not select a party preference* when they registered may request a ballot of the American Independent, Democratic, or Libertarian party, or they will receive a ballot with no presidential primary contest. The other political parties (the Green, Peace and Freedom, and Republican parties) have not opened their presidential primary elections to voters with no party preference.

If someone who **votes by mail** wants a different ballot from the one that he or she has received, here are the steps:

- If a voter is registered *with a party preference* but wants to vote a ballot for a *different party*, the voter must re-register by the registration deadline, May 23. Upon receipt of the new registration, the Department will mail a replacement ballot that reflects the voter's new party preference.
- If a voter is *registered with no party preference* and has received a ballot with no presidential contest, the voter can request a replacement ballot of the American Independent, Democratic, or Libertarian party. To do so, the voter can indicate his or her ballot choice on the application on the back cover of the Voter Information Pamphlet and return it to the Department of Elections or use the Ballot Request Form on sfelections.org. Upon receipt, the Department will mail a replacement ballot. Although there is no deadline for voters with no party preference to request a party ballot, the Department urges voters to submit requests as soon as possible to ensure they have time to return the replacement ballot.

For those who **vote at a polling place** on Election Day, the Roster of Voters will indicate the party preference for each voter in the precinct, and the ballot options for voters with no party preference. A poll worker will issue each voter's ballot based on this information. Voters with no party preference will be offered the choice of a ballot with no presidential contest or a ballot of one of the parties that has opened its presidential primary to voters with no party preference.

Voters who have questions about the June 7 election are advised to contact the Department of Elections at (415) 554-4375. Telephone assistance is available in English, Chinese, Spanish, Filipino, and via interpreter in many other languages.

###

Department of Elections
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 48
San Francisco, CA 94102
(415) 554-4375
*sfelections.org*

**News Category:**
News
Press Release