# EXHIBIT P
## to John Arntz Decl. ISO Opposition to PI Motion

Twitter: @SF Elections (872 Followers as of May 29, 2016)
Facebook: https://www.facebook.com/sfelections (684 Followers as of May 29, 2016)

As noted in my declaration, all posts appear on both Twitter and Facebook.



**SF Elections** @SFElections · Apr 8
June 7 no party preference voting for president?
sfgov.org/.../department-elections-reminds-voters-no-p...





**SF Elections** @SFElections · May 10
Registered "no party"? Check your vote-by-mail ballot. You can request AI, Dem or Lib party ballot: sfgov.org/elections/arti...



**SF Elections** @SFElections · May 2
Party matters in a Presidential Primary! Confirm your political party preference: sfelections.org/tools/reglooku...




**SF Elections** @SFElections  May 20
Register or update your registration by Mon May 23 to vote June 7. Political Party matters: sfgov.org/elections/arti...




**SF Elections** @SFElections  Apr 6
Are you ready for the Presidential Primary? Find Info for Voting in the June 7 Election: sfgov.org/elections/voti...




**SF Elections** @SFElections May 23
Today is the last day to register to vote in California. We'll be registering @SFCity_Hall untill 8pm tonight!




**SF Elections** @SFElections May 23
Last day to register for June 7 Presidential Primary! Open: City Hall Rm 48 to 5pm; Goodlett (Polk) door to 8pm; or registertovote.ca.gov


**SF Elections** @SFElections May 16
The last day to register to vote in the June 7 Election is Monday May 23. SF Voters can check their registration at sfelections.org/tools/reglooku...


**SF Elections** @SFElections · Apr 26
Reminding voters, groups, and the media of
the many voting resources on our website: sfgov.org/elections/arti...

🔄 3   ♥ 1


**SF Elections** @SFElections · Apr 27
A PDF version of the June 7, 2016, Voter Information Pamphlet now online. HTML coming soon. sfgov.org/elections/site



🔄 1   ♥ 2


**SF Elections** @SFElections · Apr 20
Final ballot proofing before it goes to print! Find out what's on the ballot June 7. sfgov.org/elections/voti...





**SF Elections** @SFElections May 4
Watch your mailbox! 453,000 SF Voter Information Pamphlet & Sample Ballots for the June 7 election are in the mail.

