# EXHIBIT Q
## to John Arntz Decl. ISO Opposition to PI Motion



**City and County of San Francisco**
**Department of Elections**



Be A Voter

Election Day Tuesday
# June 7, 2016
Presidential Primary

## Vote at City Hall
May 9 – June 7

## Vote by Mail
requests due by May 31

## Vote at Your Polling Place
on Election Day

## Register to Vote by May 23



# sfelections.org
(415) 554-4375

f /sfelections     @sfelections

100% Recycled Paper



(upside-down panel:)

**sfelections.org**
(415) 554-4375
City Hall, Room 48

**June 7, 2016**
Election Day Tuesday

---

**City and County of San Francisco**
**Department of Elections**



**Election Day Tuesday**
**June 7**
**Register to Vote by May 23!**

**Vote at City Hall**
**May 9 – June 7**

**Vote by Mail**
**requests due by May 31**

**Vote at Your Polling Place**
**on Election Day June 7**
**Polls Open 7 a.m. – 8 p.m.**

**California Voter Registration**
**registertovote.ca.gov**

---

### Get registered:

**To vote in San Francisco you must be:**
- A United States citizen
- At least 18 on Election Day
- Registered to vote in San Francisco

**To vote in this election:**
Register by May 23 at City Hall, online at registertovote.ca.gov, or by calling (415) 554-4375 for a Voter Registration Form.

### Choose when to vote:

**Vote at City Hall, Room 48**
  **Monday – Friday**
  May 9 – June 7*
  open 8 a.m. – 5 p.m.
    (closed Monday, May 30)

  **Saturday – Sunday**
  May 28 – 29 and June 4 – 5
  open 10 a.m. – 4 p.m.
    (enter at Grove Street)

* **Election Day June 7 open 7 a.m. – 8 p.m.**

**Vote by Mail**
New requests to vote by mail due by May 31 at sfelections.org or City Hall.

**Vote at Your Assigned Polling Place**
To receive the ballot with the correct contests for where you live, vote at your assigned polling place.

Find your polling place and its accessibility
- Voter Information Pamphlet cover
- sfelections.org/tools/pollsite
- (415) 554-4375

### Find information:

**The Voter Information Pamphlet** is mailed to voters in early May and explains local measures and offices.

**sfelections.org** has information about updating your registration, where and when to vote, the Voter Information Pamphlet online, and election results.

**Follow the Department of Elections:**

 /sfelections      @sfelections

# What can I vote on in the June 7, 2016, Presidential Primary?



**If I'm registered ...**

- Democratic
- Republican

**... then I vote for:**

Party-Nominated and Partisan Offices

Your party's
- Presidential candidates
- County Central Committee members

**If I'm registered ...**

- American Independent
- Libertarian
- Peace and Freedom

Your party's
- Presidential candidates

**If I'm registered ...**

- Green

Your party's
- Presidential candidates
- County Council members

**If I'm registered ...**

- No Party Preference

Presidential candidates from
- American Independent Party
  or
- Democratic Party
  or
- Libertarian Party

**Everyone votes for:**

### Voter-Nominated Offices

- U.S. Senator
- U.S. Representative in Congress
- State Senator
- Member of the State Assembly

### Nonpartisan Offices

- Judge of the Superior Court

### Measures

- **California Proposition 50** Suspension of Legislators
- **District Measure AA** SF Bay Clean Water, Pollution Prevention, and Habitat Restoration
- **Proposition A** Public Health and Safety Bond
- **Proposition B** Park, Recreation, and Open Space Fund
- **Proposition C** Affordable Housing Requirements
- **Proposition D** Office of Citizen Complaints Investigations
- **Proposition E** Paid Sick Leave

## Help Get Out the Vote

- Confirm Your Voter Registration at **sfelections.org**
- Share Election Information with Friends and Family
- Apply to Be a Poll Worker at **sfelections.org/pollworker**
- Follow the Department of Elections on Social Media **facebook.com/sfelections** and **twitter.com/sfelections**
- **Vote June 7!**

Printed on 100% Recycled Paper 03152016