# EXHIBIT R
## to John Arntz Decl. ISO Opposition to PI Motion

# City and County of San Francisco Department of Elections

**Bringing Free, Fair, Functional Elections to San Francisco Since 1878**



Be A Voter

Maging Botante

San Francisco Elections

請踴躍投票

Participe y Vote

Election Day Tuesday

# June 7, 2016



# Watch this to get informed: June 7 Election



Election Day Tuesday
**June 7, 2016**

Be A Voter
San Francisco Elections
Participe y Vote
Magiing Botante
舊金山投票

**sfelections.org**
(415) 554-4375
City Hall, Room 48

- **Who Can Vote**
- **What's On The Ballot**
- **Ways to Vote**
- **Where to Learn More**

Handy Pocket Flyer Available
in English, Spanish, Chinese
and Filipino

Are you a San Franciscan?



## Who Can Vote

# To Vote in San Francisco You Must Be…



- **At least 18 years old on Election Day**
- **A U.S. Citizen**
- **A resident of San Francisco**
- **Registered to vote**

# Register to Vote by Monday, May 23

☑ **Register by filling out a VOTER REGISTRATION CARD**

☑ **Register online at Registertovote.ca.gov**

**To register online you MUST have CA Driver's License or CA ID**



California Voter Registration Application — SAN FRANCISCO COUNTY

# Update Your Registration When:

- You move
- You change your name
- You want to change your political party preference

How many voters are registered in San Francisco?

## 453,521

☑ Check Your Voter Registration...



City and County of San Francisco
**Department of Elections**

### Voter Registration Status Lookup

**San Francisco Residents Only**

To check your voter registration status, please complete all fields below.

**House Number**

**ZIP Code**

**Date of Birth**

Submit

Voter information is used for official purposes only

If you have any questions, please contact the Department of Elections at 415-554-4375 or e-mail us

# You Still Have The Right To Vote If...

- You are awaiting trial
- You are on trial
- You have a misdemeanor conviction
- You are on probation
- You are on post-release community supervision
- You are on mandatory supervision
- You have completed your sentence and are done with parole

"On Probation? Off Parole?" Information Card available in English, Chinese, Spanish, and Filipino





## On Probation?
## Off Parole?

Yes, you can register and

# VOTE!

City and County of San Francisco
Department of Elections     (415) 554-4375
sfelections.org

# What's On The Ballot

**Party Nominated Offices**

- Presidential Candidates
- County Central Committee or County Council Members

**Voter–Nominated Offices**

- U.S. Senator
- U.S. Representative in Congress
- State Senator
- Member of the State Assembly

**Nonpartisan Office**

- Judge of the Superior Court

**Measures**

- 1 State Measure
- 1 District Measure
- 5 Local Measures

  A – B – C – D – E

---

**All San Francisco:
Two Ballot Cards**



# Voter-Nominated Offices

- U.S. Senator
- U.S. Representative in Congress
- State Senator
- Member of the State Assembly

  District 17

  District 19

# Voter-Nominated Offices

## California's "Top Two" or "Open" Primary Election

- All candidates are listed on the same ballot

- All voters receive the same ballot: political party preference does not matter

- All voters select their favorite candidate for each office

- The <u>two</u> candidates who receive the most votes for each office move on to the November general election

# Nonpartisan Offices



- Judge of the Superior Court

# Learn More About Candidates



# Information Available in Four Languages



Choose Your Language
Preference:
sfelections.org/language

All Voters Receive the
English Voter Information
Pamphlet and Sample Ballot

Pamplet ng Impormasyon
para sa Botante

Martes, Hunyo 7, 2016,
mula 7 a.m. hanggang 8 p.m.



Alam niyo bang makabasa niΓ±yo itΓ±g pampletonline?



voterguide.sfelections.org

# A "NO" Vote Means...

If you vote "NO," you do not want to make these changes.

MEASURE

# Ways to Vote

## You can vote in San Francisco...

- By mail
- In person . . .
  - At City Hall
  - At Your Neighborhood Polling Place



How Will You Do It?



# Be a Voter ... by Mail

How many vote-by-mail voters in San Francisco? **249,240!**



# Steps to Voting by Mail



OK TO
LEAVE A
CONTEST
BLANK!

1. Request to vote by mail by May 31

2. Look for mailed ballots in May

3. Follow the instructions
   with the ballot

4. Mark your ballot

5. Place your ballot
   in the return envelope

6. Sign and Seal the return envelope

7. Return your ballot
   By Mail or In Person ....

# Returning Vote-by-Mail Ballots by Mail



**DUE DATE:**
Postmarked BEFORE or ON
Election Day, Tuesday, June 7

To be Received by
Friday, June 10
- **Mail**
- **Take to any Polling Place**
- **Drop off at City Hall**

# Drop Off Your Ballot at City Hall



## Saturday & Sunday
June 4 & June 5
10 a.m. – 4 p.m.

## Monday
June 6
8 a.m. – 5 p.m.

## Election Day, Tuesday
June 7
7 a.m. – 8 p.m.

Check the status of your ballot:
sfelections.org/vbmstatus





# Be a Voter at City Hall



## Monday through Friday
May 9 – June 6
8 a.m. – 5 p.m.
(closed May 30)

## Saturdays & Sundays
May 28 – May 29
June 4 – June 5
10 a.m. – 4 p.m.

## Election Day, Tuesday
June 7
7 a.m. – 8 p.m.

# Be a Voter ... at Your Polling Place

## Where's Your Polling Place?

- Voter Information Pamphlet

- sfelections.org

  Use the "Lookup" Tool!

- Call (415) 554-4375

How many polling places are in San Francisco this election?

**576!**



POLLING PLACE
VOTE HERE

LUGAR DE VOTACION
VOTE AQUI

Election Day Tuesday
June 7!
7:00 AM to 8:00 PM

Where's Your Polling Place?



# Steps to Voting at Your Polling Place



1. Locate your polling place

2. Tell the poll worker your name

3. Tell the poll worker your address

4. Receive the ballot in your preferred language and for your party

5. Enter the booth to mark your ballot

6. Insert your ballot into the Insight machine

7. Receive your sticker!

# Accessibility Assistance at Polling Places



City and County
of San Francisco
Department of Elections

- Accessible voting booth
- Accessible voting machine: touchscreen or audio ballot
- Large print instructions
- Curbside voting
- Up to 2 assistants permitted to help

# Language Assistance at Polling Places

## All materials are available in

### English

### Chinese

### Spanish

### Filipino

## Some polling places have materials available in

### Korean

### Japanese

### Vietnamese

### Bilingual Poll Workers at Most Polling Places

---

## We Can Assist You!

Election materials and the ballot or ballot facsimile are available in: **English, Chinese, Spanish, Filipino, Vietnamese, Korean, and Japanese.** Ask a poll worker about materials available at this precinct, or call for any assistance.

**(415)554-4375**

Scan the QR code with your SmartPhone | visit sfelections.org/tookit

---

我們可以協助您!

選務或投票所的選舉資料和樣票, 提供
英文, 中文, 西班牙文, 菲律賓文, 越南文, 韓文, 和日文版本。
向投票所工作人員詢問本投票所提供的
資料, 或致電尋求協助。

**(415)554-4367**

---

Los materiales electorales y la boleta
están disponibles en español. Pregunte a
un trabajador electoral acerca de estos
materiales disponibles en su precinto, o
llame para solicitar asistencia

**(415)554-4366**

Para obtener información en su SmartPhone, escanee el
código QR
| visite sfelections.org/tookit. es

---

## Matutulungan Namin Kayo!

May makukuhang mga materiál hinggil sa eleksyon
at kopya ng baláta na itimprenta sa wikang
Tagálog. Isangib ang isang taskas ng presintb
tungkol sa mga materiál na mayroon sa presintbng
ito. Para sa tulong sa Tagálog, tanungin ang isang
taúhan ng presintb, o tumawag sa

**(415)554-7769**

---



Các lá tài liệu về cuộc bầu phiếu và mẫu phiếu bầu đã
được dịch sang tiếng Việt Nam. Hãy hỏi nhân viên
trạm bỏ phiếu về các tài liệu có sẵn tại khu bầu cử
này, để được trợ giúp bằng tiếng Việt, hãy hỏi nhân viên
trạm bỏ phiếu hoặc gọi số.

**(415)554-4375**

---

선거 관련 자료 및 투표용지 견본이 한국어로 제공됩니다.
본 선거구에서 제공되는 자료에 관해서는 선거 안내원에게
문의하시고 한국어 도움이 필요하신 경우에는 선거 안내원에게
문의하시거나 다음 번호로 전화로 하시기 바랍니다.

**(415)554-4375**

---

日本語の選挙関係資料および投票用紙の見本をあなた
も、選挙区内の投票所で提供いたします。本選挙区で
い、日本語での投票所のサービスを御利用になりたい方は、選挙案内員に
の番号まで問い合わせください。

**(415)554-4375**

# Human Assistance at Polling Places



To Be a Poll Worker You Must Be:

- At least 18 on Election Day
- A U.S. citizen
- Registered to vote in California

OR

- At least 18 on Election Day
- A legal resident of the U.S.

OR

- A SF high school student

**A P P L Y   A T   C I T Y   H A L L**
**Tuesdays, Thursday, Fridays**
**8:30 a.m. to 4:00 p.m.**

# Where to Learn More



## In Addition to the Handy Pocket Flyer ...

- **Voter Information Pamphlet**
  - sfelections.org
  - (415) 554-4375
- **Social Media**

  **f** /sfelections

   @sfelections

# Read Your Voter Information Pamphlet

☑ Local voting information and SAMPLE BALLOT

☑ Read online at sfelections.org

**Check your Voter Information Pamphlet for your polling place location!**

# Visit sfelections.org

- Registration Lookup Tool

- Links to Registering to Vote

- Outreach Materials

- Informational Videos

- VIP Online

- Polling Place Lookup Tool

Works Great on Mobile Devices





# Follow SF Elections on Social Media



**/sfelections**

**@ sfelections**



We have "selfie signs"!!!
Post Your Photos
Use #sfvotes



# Invite SF Elections to Your Events

## This Presentation is Available in:

English

Spanish

Chinese

Filipino

Contact: sfoutreach@sfgov.org

Posters available in English, Spanish, Chinese, and Filipino!



