# EXHIBIT S
## to John Arntz Decl. ISO Opposition to PI Motion

# City and County of San Francisco Department of Elections

## Presidential Primary Election Day Tuesday
## June 7, 2016

Register to Vote or Update your Registration by May 23

**Está listo?**
Las elecciones son el martes
**7 de junio**
Para asistencia en español
llame al (415) 554-4366

您準備好嗎?
選舉日星期二
**6月7日**
如欲電(415) 554-4367 要求中文協助

**Handa ka na ba?**
Araw ng Eleksyon sa Martes
**Hunyo 7**
Tumawag sa (415) 554-4310
para sa tulong sa Filipino



Be A Voter
Participe y Vote
San Francisco Elections
請踴躍投票
Maging Botante

**sfelections.org**
**(415) 554-4375**

@sfelections
/sfelections