# EXHIBIT T
## to John Arntz Decl. ISO Opposition to PI Motion

**City and County of San Francisco**
**Department of Elections**

Are You Ready for the Presidential Primary?

# Tuesday June 7, 2016

**Vote at City Hall**
May 9 – June 7

**Vote by Mail**
requests due by May 31

**Register to Vote or Update Your Registration**
by May 23

**Vote at Your Polling Place**
on Election Day

### Poll Workers Needed
- Serve Your Community
- Earn $142-$195 for the Day
- Both U.S. Citizens and Legal Residents May Apply

sfelections.org/pw (415) 554-4395

sfelections.org
(415) 554-4375



f /sfelections
@sfelections

Be A Voter
Participe y Vote
請踴躍投票
Maging Botante
San Francisco Elections