# EXHIBIT U
## to John Arntz Decl. ISO Opposition to PI Motion

# California Vote-By-Mail Ballot Application

**FOR OFFICIAL USE ONLY**

Rev. 04/2016

Enter the date of the election and the type of election (e.g., Primary, General, or Special). This application must be received by your county elections official not later than seven (7) days prior to the date of the election. The date of the election can be found at www.sos.ca.gov/elections/upcoming-elections/. A ballot will not be sent to you if this application is incomplete or inaccurate.

**1. This is an application for a vote-by-mail ballot for the** _____, _____ **election.**
Month/Day/Year          Type of Election (Primary, General, or Special)

**2. Print name:** _____     **3. Date of birth:** _____
First          Middle Name or Initial          Last          Month/Day/Year

**4. Residence address:** _____
Number and Street (P.O. Box, Rural Route, etc. will not be accepted)          (Designate N, S, E, W if used)

_____
City          Zip Code          California County

**5. Mailing address for ballot (if different from above):**
If your mailing address is outside of the U.S., and you are a military or overseas voter, re-register at RegisterToVote.ca.gov or use the Federal Post Card Application at www.fvap.gov.

_____
Number and Street/P.O. Box   (Designate N, S, E, W if used)

_____
City          State or Foreign County          Zip Code or Postal Code

**6. Telephone number (optional):** (_____) _____     (_____) _____
Day          Evening

**7.** ☐   (Only complete Item 7 if this application is for a Presidential Primary Election.)
**Yes, I want to request a political party ballot for the Presidential Primary Election.**
I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot for the _____ Party.*
\* The following political parties are allowing No Party Preference voters (voters who have declined to disclose a preference for a political party) to vote their party's presidential ballot for the upcoming June 7, 2016, Presidential Primary Election:
•American Independent          •Democratic          •Libertarian

**8.** ☐   **Yes, I want to become a permanent vote-by-mail voter.**
By checking this box and by initialing here _____, I am requesting to become a permanent vote-by-mail voter. A vote-by-mail ballot will automatically be sent to me in all future elections. I understand that if I fail to vote by mail in four consecutive statewide general elections, I will need to reapply for permanent vote-by-mail voter status.

**9. This application must be signed.**
I have not applied for a vote-by-mail ballot from any other jurisdiction for this election. I certify under **penalty of perjury** under the laws of the State of California that the information I have provided on this application is true and correct.

**Signature:** _____     **Date:** _____

*Warning: Perjury is a felony, punishable by imprisonment in state prison for up to four years. (Penal Code § 126)*

## NOTICE

You have the right to mail or deliver this application directly to your county elections official.
Returning this application to anyone other than your county elections official may cause a delay that could interfere with your ability to vote.
If this application is returned by mail, it must be returned directly to your county elections official.
Only the registered voter himself or herself may apply for a vote-by-mail ballot. An application for a vote-by-mail ballot made by a person other than the registered voter is a criminal offense.

**Individuals/Organizations/Groups Distributing this Application**
The format used on this application must be followed by anyone distributing vote-by-mail ballot applications. Failure to conform to this format is a crime.
Anyone distributing this application may not preprint a mailing address in Item 5.
Anyone distributing this application may not preprint a check mark or political party name in Item 7.
Anyone providing this application to a voter must enter their name, address, and telephone number here: _____

_____

_____

## Instructions for Completing
## California Vote-By-Mail Ballot Application

**Who Can Use this Application**

The uniform California Vote-By-Mail Ballot Application can only be used by a registered voter. If you have not already registered to vote, you can register to vote online on the Secretary of State's website at RegisterToVote.ca.gov. You may also pick up a Voter Registration Card at your county elections office, library, or U.S. Post Office. Your completed Voter Registration Card must be submitted online or to your county elections office at least 15 days before the election.

To vote by mail, you can use this Vote-By-Mail Ballot Application, use the form in the sample ballot booklet you receive in the mail, or contact your county elections office. This Vote-By-Mail Ballot Application is provided by the Secretary of State (SOS) for use by any person, group, or organization distributing vote-by-mail ballot applications for elections that involve more than one county. For organizations distributing applications for elections that involve a single county, the county elections office should be contacted for the appropriate application format and barcode information.

Californians who are serving in the military and are absent from the county where they are eligible to vote, or living or studying abroad must register as a military or overseas voter, either online at RegisterToVote.ca.gov or via the Federal Post Card Application (FPCA) in order to request a vote-by-mail ballot. The FPCA is available at www.fvap.gov.

**How to Fill Out this Application**

**Item 1.** Enter the date of the election in which you wish to vote (month, day, year), and the type of election (Primary, General, or Special).

**Item 2.** Print your first, middle, and last names as they appear on your Voter Registration Card.

**Item 3.** Print your date of birth in this order – month, day, year.

**Item 4.** Print the complete street address of your voting residence. A post office box or rural route cannot be accepted.

**Item 5.** Mailing address information must be completed by the voter. Print the complete address where you want your ballot sent, if it is different than the residence address provided in Item 4.

**Item 6.** Print your telephone number (optional, not required) to allow the elections office to contact you if more information is needed.

**Item 7.** Only complete Item 7 if the application is for a Presidential Primary Election. If you have not disclosed a preference for a political party, you are considered a No Party Preference voter and may request to vote a party's presidential ballot at the Presidential Primary Election if the political party allows it. **The check off box and name of the political party must be completed by the voter.** The following parties have notified the Secretary of State that they will allow No Party Preference voters to request their party's presidential ballot in the June 7, 2016, Presidential Primary Election:

• American Independent • Democratic • Libertarian

1

If you choose not to request a political party ballot in the Presidential Primary Election, you will be provided a nonpartisan ballot containing only the names of candidates for voter-nominated and nonpartisan offices (this does not include presidential candidates) and measures, if any, to be voted for at the Presidential Primary Election.

**Item 8.**  Any registered voter may receive a vote-by-mail ballot automatically in all future elections by checking the Permanent Vote-By-Mail Voter box and initialing the line.  Any voter can opt out of the permanent vote-by-mail status at any time by contacting their county elections official directly.

**Item 9.**  Sign and date in this order – month, day, year.  No witness or notary required.


**How to Submit the Application**

Your Vote-By-Mail Ballot Application must be returned to your county elections official <u>at least 7 days before the election</u>.  However, if you become ill or disabled during the final week before an election, or find that you will be unable to go to your polling place on Election Day, you may request that a vote-by-mail ballot be delivered to you by personally submitting a written application or letter to your county elections official.  The request must contain your name and residence address, the address to which you want the ballot sent, the name and date of the election in which you would like to vote, your signature, and the date.  You may authorize another person to receive the ballot from the elections official, and/or return the ballot to an elections official after you have voted it.

If this application is returned by mail, it must be returned directly to your county elections official.

Please do not send applications to the SOS's office.  Doing so will delay the application process.

You can find the address and telephone number of your county elections official on the SOS website at <u>www.sos.ca.gov/elections/voting-resources/county-elections-offices/</u>.


**What Can be Preprinted on the Application**

<u>State law requires the voter to personally affix his or her signature and the address to which the ballot is to be mailed.</u>

If an organization is distributing the application, the name, address, and telephone number of the organization authorizing distribution must be included on the application.

In order to ensure accuracy, each voter should fill out all of the information on the application.  However, any person, group, or organization distributing the application may preprint the following:

- The printed name and home address of the voter as it appears on the Voter Registration Card.
- The name and date of the election for which the ballot is requested.
- The name, address, and telephone number of the person, group, or organization authorizing distribution of the application.


(Revised April 2016)