KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5899
  Fax:  (415) 703-1234
  E-mail:  Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant Alex Padilla, Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, AND DOES I-X,**<br><br>Defendants. | Case No.  3:16-cv-02739-WHA<br><br>**DECLARATION OF STEVEN J. REYES IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          June 1, 2016<br>Time:         11:00 a.m.<br>Courtroom:  8<br>Judge:  William Alsup<br>Trial Date:  None set<br>Action Filed:  May 20, 2016 |

I, Steven J. Reyes, declare as follows:

1.  I currently serve as Chief Counsel to California Secretary of State Alex Padilla, Petitioner in this action. I have served in this capacity since approximately March 2015. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.

1

2. In my capacity as Chief Counsel for the Secretary of State, I have wide-ranging responsibilities that include review and monitoring of outreach materials, such as official voter information materials, county advisories, press releases, social media communications, and website updates as well as involvement in other Secretary of State outreach and educational efforts. The Office of the Secretary of State's has undertaken comprehensive efforts to provide outreach and educational materials to voters and elections officials related to the upcoming June 7, 2016 California Presidential Primary Election.

3. Generally, these efforts have included providing information related to the voting options for "no party preference" ("NPP") voters – persons who have chosen not to have any party affiliation with qualified political parties when registering to vote or updating their voter registration information. The Secretary of State has provided information through official advisories to elections officials via County Clerk/Registrar of Voters ("CCROV") memoranda; Secretary of State website information; press releases; social media postings; TV and radio interviews; and outreach events.

4. The Secretary of State's website includes comprehensive information outlining the information related to the voting rights for NPP voters, including information on:

    a. Advising voters how to check their registration status and party affiliation;

    b. Identifying voter registration options, including links to the Secretary of State's California Online Voter Registration (COVR) tool;

    c. Methods for requesting a vote by mail ballot;

    d. Methods for requesting a crossover ballot from county elections officials to vote 1) by mail; or 2) in person;

    e. Which political parties allow crossover voting;

    f. How to vote by mail and in person at polling places or at county elections offices;

    g. Applicable deadlines for each of the above.

5. <u>Voter Information Guide</u>: The Secretary of State has mailed over 10.5 million "Voter Information Guides" to each household with a registered voter. The Voter Information Guide

1  includes information about the voting process and resources for voters to contact the Secretary of
2  State or election officials for further information. Specific to NPP voters, Page 6 of the guide
3  advises NPP voters of the right to request and vote crossover ballots by mail and in person at
4  polling places. Page 12 of the guide provides additional information regarding voting options for
5  the office of President of the United States and refers voters to a specific page of the Secretary of
6  State's website for additional information. The Voter Information Guide is also available online
7  to download in English, as well as in Spanish, Chinese, Hindi, Japanese, Khmer, Korean,
8  Tagalog, Thai, and Vietnamese -- the nine other languages required by Section 203 of the federal
9  Voting Rights Act. (52 U.S.C. Section 10503; 76 Fed. Reg. 198 (Oct. 13, 2011) at 63602). (See
10 Secretary of State Voter Information Guide website, available at http://voterguide.sos.ca.gov/.)
11 Additionally, the Secretary of State has provided an American Sign Language version available
12 for viewing online. (See Secretary of State website, available at: http://voterguide.sos.ca.gov/asl/).
13 A true and correct copy of the English version of the Voter Information Guide for the June 7th
14 Presidential Primary Election, available on the Secretary of State's website at
15 http://voterguide.sos.ca.gov/, is attached to this declaration as **Exhibit A**.

16    6.    Additionally, pursuant to Elections Code Section 9092, the Voter Information Guide
17 was displayed for public review. During the public review period from February 23, 2016 to
18 March 14, 2016, any person seeking to challenge its content was entitled to seek a writ of
19 mandate. A true and correct copy of the press release announcing the public review period for the
20 Voter Information Guide is attached to this declaration as **Exhibit B** and is available on the
21 Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-
22 advisories/2016-news-releases-and-advisories/.

23    7.    <u>Poll Worker Training Standards</u>: The Secretary of State's website also includes the
24 "2016 Poll Worker Training Standards" which is designed to encourage poll workers to provide a
25 positive voting experience and to "ensure the rights of everyone seeking to vote are protected."
26 Section 1, "Ensuring and Protecting the Rights of Every Voter," includes the following
27 instructions for NPP voters in the subsection entitled, "Rights of Voters Who Decline to State a
28 Political Party Preference or Register with a Nonqualified Political Party":

"County elections officials should train poll workers how to use and distribute NPP voter information materials including, but not limited to, signs, posters, and written information, to inform these voters that they may request a ballot of a political party that has authorized a NPP voter to "crossover" to vote the ballot of that political party for a particular election. The poll worker should provide information to the NPP voter in a way that avoids any advocacy towards a particular party's ballot."  (Page 3 of Section 1.)

Pages 2 and 3 of Section 1 provide more detailed information. A true and correct copy of Section 1 of the 2016 Poll Worker Training Standards, available on the Secretary of State's website at http://elections.cdn.sos.ca.gov/poll-worker-training-standards/section1.pdf, is attached to this declaration as **Exhibit C**.

8. <u>Outreach Events</u>: The Secretary of State's office has conducted numerous outreach events throughout the state. During the events listed below, the Secretary of State's office distributed a single-page flyer entitled, "June 7, 2016, Presidential Primary Election How to Vote for President," a quick reference guide to help voters registered with a party or registered as NPP voters understand which candidates and parties presidential candidates they could vote for. The outreach events included the following:

    a.    Cinco de Mayo event at Southside Park in Sacramento on May 1, 2016

    b.    HOPE Latina Action Day on May 10, 2016

    c.    AMGEN Tour of California, South Lake Tahoe on May 19, 2016

    d    AMGEN Tour of California, Folsom on May 20, 2016

    e.    AMGEN Tour of California, Santa Rosa on May 21, 2016

    f.    Sacramento Republic FC Soccer Game, Sacramento on May 21, 2016

    g.    AMGEN Tour of California, Sacramento on May 22, 2016

    h.    Davis Pride, Davis on May 22, 2016

    i.    Intergalactic Expo, West Sacramento on May 22, 2016

    j.    State Capitol, Sacramento on May 23, 2016

A true and correct copy of the "June 7, 2016, Presidential Primary Election How to Vote for President" flyer is attached to this declaration as **Exhibit D**.

9. <u>Secretary Padilla's Outreach</u>: Additionally, Secretary Padilla personally participated in the following outreach events in which he specifically discussed voting rights and options for NPP voters:

    a. Mount Whitney High School, Tulare County, April 19, 2016
    b. West Hills Community College, Kings County, April 19, 2016
    c. San Fernando High School, Los Angeles County, April 20, 2016
    d. Rosemead High School, Los Angeles County, April 22, 2016
    e. Crenshaw High School, Los Angeles County, April 25, 2016
    f. Will C. Wood High School, Solano County, April 26, 2016
    g. Santa Ana High School, Orange County, April 27, 2016
    h. Oakland Military Institute, Alameda County, April 29, 2016
    i. Village Christian School , Los Angeles County, April 29, 2016
    j. Esteban Torres   High School, Los Angeles County, May 9, 2016
    k. LA Community College, Los Angeles County, May 12, 2016

These events, which focused on reaching out to younger voters, were often covered by local TV, print, and radio media outlet. This often included English and other language media outlets.

10. <u>Press Releases</u>:  The Secretary of State has also issued numerous press releases that specifically highlighted information relevant to NPP voters for the upcoming primary election. These press releases were distributed to over 747 radio, TV, print, and social media reporters and media outlets. These included the following:

    a. (AP16: 067) - Today is Final Day for Californians to Register to Vote for June Primary, May 23, 2016. This press release included a question and answer section specific to NPP voters. A true and correct copy of this press release is attached to this declaration as **Exhibit E** and is available on the Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/.

    b. (AP16: 065) - One Week Remaining for Californians to Register to Vote in June 7, 2016 Presidential Primary, May 16, 2016. A true and correct copy of this press

        release is attached to this declaration as **Exhibit F** and is available on the Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/.

    c. (AP16: 063) - Tips for No Party Preference Voters, May 12, 2016. A true and correct copy of this press release is attached to this declaration as **Exhibit G** and is available on the Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/.

    d. (AP16: 060) - Secretary of State Padilla Encourages Californians to Register to Vote for June 7, 2016 Election, April 29, 2016. A true and correct copy of this press release is attached to this declaration as **Exhibit H** and is available on the Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/.

12. <u>Website</u>: The Secretary of State's official website includes information relevant to voting options for NPP voters.

    a. The "June 7, 2016 Presidential Primary Election" page provides links to 1) NPP voter information, 2) vote-by-mail information, and 3) polling place NPP information. The information is available at http://www.sos.ca.gov/elections/upcoming-elections/june-7-2016-presidential-primary-election/.

    b. The "NPP voter information" provides background information outlining origins of California's modified-closed primary election. This page also highlights which political parties have authorized NPP voters to cross-over and vote in their primary election as well as links and instructions for requesting vote by mail or in precinct cross-over ballots (and applicable deadlines). The information is available at http://www.sos.ca.gov/elections/political-parties/no-party-preference/.

    c. The "Vote-by-mail information" page provides basic information to voters regarding requesting a vote by mail ballot including instructions and links back to the NPP voter information page listed above. The information is available at http://www.sos.ca.gov/elections/voter-registration/vote-mail/

6

Declaration of Steven J. Reyes in Opposition to Motion for Preliminary Injunction (3:16-cv-02739-WHA)

|   |   |   |
|---|---|---|
| 1 | d. | The "Polling place NPP information" page links to a multi-lingual single page PDF file that the Secretary of State created for informational purposes and for display in polling places. A true and correct copy of the flyer is attached hereto as **Exhibit I** and is available at http://elections.cdn.sos.ca.gov//statewide-elections/2016-primary/no-party-preference.pdf. Additionally, between May 3 and May 11 our office sent 3,332 copies to the 15 county elections officials that requested them. A true and correct copy of CCROV 16124, sent to each county elections official, which included instructions for use of the flyer is attached hereto as **Exhibit J**. |
| | e. | The "How to Vote for President" flyer, referenced above (**Exhibit D**) is also a top level link on the Secretary of State's Election main page available at http://www.sos.ca.gov/elections when a user clicks "Voting for President." The flyer is available for viewing and download in each nine additional languages at http://www.sos.ca.gov/elections#third. |
| | | Our website includes a variety of links to access each of the above-referenced information. |

13. <u>Social Media</u>:  The Secretary of State's office also communicates directly to voters and elections officials via Facebook and Twitter. As part of this office's ongoing educational efforts, a large number of social media posts were specifically focused on providing information for NPP voters.

14. <u>Twitter Posts</u>: The following represent Secretary of State Twitter posts referencing issues particularly relevant to NPP voters:

  a. 5/24/2016: No Party Preference Voters who vote-by-mail--> you can still request a partisan presidential ballot. Info here: http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/tips-no-party-preference-voters/ …The direct link to the twitter post is available at https://twitter.com/CASOSvote/status/735202444301324293

<400>

|   |   |   |
|---|---|---|
| 1 | b. | 5/23/2016: Know your options for voting for President in California's June 7 Primary Election. http://registertovote.ca.gov/  The direct link to the twitter post is available at https://twitter.com/CASOSvote/status/734911713921765376 |
| 4 | c | 5/22/2016: California No Party Preference voters --> know your options for casting a ballot for President: http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/tips-no-party-preference-voters/ … The direct link to the twitter post is available at https://twitter.com/CASOSvote/status/734490530751467520 |
| 9 | d. | 5/20/2016: Video from @OCRegistrar on No Party Preference voters' rights, options, and OC poll worker training:  The direct link to the twitter post is available at https://twitter.com/CASOSvote/status/733795862242066432 |
| 12 | e. | 5/20/2016: CA voters with no party preference--> read these important tips for voting for President in the June 7 #CAPrimary http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/tips-no-party-preference-voters/ …: The direct link to the twitter post is: https://twitter.com/CASOSvote/status/733704695387160576 |
| 17 | f. | 5/18/2016: Important tips for California voters registered with no party preference: http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/tips-no-party-preference-voters/ …: The direct link to the twitter post is available at https://twitter.com/CASOSvote/status/733032853970128896 |
| 22 | g. | 5/13/2016: Important tips for California voters registered with no party preference preference: http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/tips-no-party-preference-voters/ …: The direct link to the twitter post is available at https://twitter.com/CASOSvote/status/731174465246126080 |

| | | |
|---|---|---|
| 1 | h. | 5/11/2016: Know your options for voting for President in California's June 7 Primary |
| 2 | | Election.: The direct link to the twitter post is available at |
| 3 | | https://twitter.com/CASOSvote/status/730528268403625986 |
| 4 | i | 5/9/2016: VIDEO: Know your options for voting for President in California's June 7 |
| 5 | | Primary Election.: The direct link to the twitter post is available at |
| 6 | | https://twitter.com/CASOSvote/status/729736142497587200 |
| 7 | j. | 5/3/2016: How to vote for President in California's June 7 Primary Election. |
| 8 | | #VoteCalifornia: The direct link to the twitter post is available at |
| 9 | | https://twitter.com/CASOSvote/status/727603288187633664 |
| 10 | k. | 1/27/2016: #California voters with no party preference have three choices of ballot |
| 11 | | for the presidential primary. @sacbee_news:  The direct link to the twitter post is |
| 12 | | available at: https://twitter.com/CASOSvote/status/692457707165470720 |
| 13 | l | 1/26/2016: More information on presidential primary ballots available here: |
| 14 | | http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news- |
| 15 | | releases-and-advisories/three-parties-allow-no-party-preference-voters-participate- |
| 16 | | presidential-primary/ …: The direct link to the twitter post is available at: |
| 17 | | https://twitter.com/CASOSvote/status/692111006898786307 |
| 18 | m. | 1/26/2016: No Party Preference voters may request American Independent, |
| 19 | | Democratic, or Libertarian presidential ballots in June 7, 2016 primary: The direct |
| 20 | | link to the twitter post is available at: |
| 21 | | https://twitter.com/CASOSvote/status/692110874958532608 |

15. <u>Facebook Posts</u>: The following represent Secretary of State Facebook posts referencing issues particularly relevant to NPP voters:

a. 5/23/2016:  This post displays the Secretary of State's instructional flyer, "How to Vote for President." (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1215256471820087:0).

    b.    5/20/16: This post provides questions and answers related to NPP voting options and guidance. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1212947338717667).

    c.    5/18/16: This post provides general information about the voting options for NPP voters and links to multilingual voting materials. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1211204022225332).

    d.    5/16/2016: SOS staff responded to a constituent question regarding NPP voting and provided links to additional tips and info for NPP voters. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1210285672317167:0).

    e.    5/13/2016: This post provides questions and answers related to NPP voting options and guidance. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1208292205849847).

    f.    5/11/2016: This post provides questions and answers related to NPP voting options and guidance. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1207162732629461:0).

    g.    5/3/2016: This post displays the Secretary of State's instructional flyer, "How to Vote for President." (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1201922176486850:0).

    h.    3/24/2016: This post provides a link to the Secretary of State's Voter Information Guide, which includes NPP voter information. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1172255356120199).

    i.    2/23/2016: This post provides a link to the Secretary of State's Voter Information Guide, which includes NPP voter information. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1151021844910217).

      j.     1/26/2016: This post provides information specific to NPP voter rights. (See Secretary of State Facebook website, available at: https://www.facebook.com/CaliforniaSOS/posts/1134470109898724).

16. <u>Voter Information Hotline</u>: The Secretary of State's office also operates a voter information hotline. When a voter calls the Secretary of State's Voter Hotline in any of the ten languages offered – English ((800) 345-8683), Spanish, Chinese, Hindi, Japanese, Khmer, Korean, Tagalog, Thai and Vietnamese – using our toll-free numbers, they have several options to receive important election information. One of these options (option number 7) states: "To find out which political parties will allow No Party Preference voters to vote for their presidential candidates in the upcoming presidential primary election, press 7." If the caller chooses this option, the phone system provides the following recorded message, active since March 4, 2016:

> When a person registers to vote, he or she can either disclose a political party preference or decline to disclose a political party preference. In general, only voters who have disclosed a political party preference with a specific party are eligible to vote for that party's presidential candidate in the primary election. However, state law allows a political party to let voters who have declined to disclose a political party preference, known as "no party preference" voters, to vote for their presidential candidate in the primary election. For the June 7th Presidential Primary Election, the American Independent, Democratic and Libertarian parties have officially notified the Secretary of State that "no party preference" voters can vote for their respective presidential candidates. "No party preference" voters may either vote a nonpartisan ballot or choose the ballot of one of the parties mentioned. When registering to vote, if a voter did not disclose a party preference, disclosed a preference with a non-qualified party, or listed "independent," the voter is considered a "no party preference" voter. "

Secretary of State personnel who speak directly with callers are instructed to relay the above information to those requesting it. Our call center staff and volunteers attend a 1-hour mandatory training session. This training session includes information on No Party Preference voters. During the training session all volunteers are given a "How to Vote for President" flyer and "Voter Hotline – Quick Reference Guide" which includes the following guidance:

> "HOT TOPIC: The following political parties have notified the Secretary of State of their decision to allow No Party Preference voters to request their party's presidential ballot in the June 7, 2016 Presidential Primary Election. No other qualified political party will allow cross-over voters. See "How to Vote for President" flyer for more details.
>
> •     American Independent Party

- Democratic Party
- Libertarian Party"

A true and correct copy of the Voter Hotline Quick Reference Guide is attached as **Exhibit K**. Additionally, on each voter hotline operator's computer the "wallpaper image" includes information related to NPP voters. A true and correct copy of the Voter Hotline Voter Reference Guide is attached as **Exhibit L**.

17.  County Funding Resources:  Secretary of State Padilla also spearheaded a successful effort to seek additional one-time funding of $16.28 million through the 2016 Budget Act (AB120) for county elections officials to ensure that they had sufficient resources to administer the upcoming primary election, including funding for additional ballot supply for NPP cross over voters. A true and correct copy of Secretary Padilla's press release announcing the effort, including his letter to Governor Brown requesting resources is attached to this declaration as **Exhibit M** and is available on the Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/. A true and correct copy of the press release announcing Governor Brown's signing of AB120 is attached to this declaration as **Exhibit N** and is available on the Secretary of State's website at http://www.sos.ca.gov/administration/news-releases-and-advisories/2016-news-releases-and-advisories/.

18.  County Advisory: The Secretary of State provides official guidance and notifications to county elections officials through CCROVS. On January 25, 2016, CCROV 16036 provided notifications that the American Independent Party, Democratic Party, and Libertarian Party would allow "No Party Preference" voters to request their party's presidential ballot in the June 7, 2016 Presidential Primary Election. A true and correct copy of CCROV 16036 is attached to this declaration as **Exhibit O**.

19.  As a result of the heightened interest in the June 7, 2016 Presidential Primary Election, on March 30, 2016, the Secretary of State issued an official memorandum urging that all counties made plans to ensure they had an ample number of ballot in supply at polling places and at their main offices. The advisory further recommended that counties have on hand more than

1  the minimum supply of ballots than required pursuant to Elections Code Section 14102. A true
2  and correct copy of CCROV #16103, "Presidential Primary: Sufficient Supply of Ballots" is
3  attached to this declaration as **Exhibit P**.

4      20.  In further preparation, the Secretary of State issued CCROV #16137 on May 13,
5  2016, to all county registrars reminding each of their statutory obligations under Elections Code
6  Section 14299 which requires counties to have an alternative procedure in place in the event there
7  are insufficient ballots at a precinct. The directive requires each county to submit their alternative
8  procedures plans to the Secretary of State. The advisory further identified Secretary of State-
9  approved alternative procedures for use in the upcoming primary election. A true and correct
10 copy of CCROV #16137, "Presidential Primary: Approved Alternative Procedures" is attached to
11 this declaration as **Exhibit Q**.

12     21.  <u>Media Coverage</u>: To amplify the information the Secretary of State's office has
13 disseminated, the Secretary of State has provided information directly to various media outlets
14 including interviews with Secretary Padilla. Attached **as Exhibit R** is a list of media various
15 news stories that have resulted from information or interviews that the Secretary of State has
16 provided those outlets regarding NPP voting rights. The coverage has been widespread in various
17 print, online, TV, and radio formats.

18     22,  The Secretary of State's website has included a Vote By Mail Application since 2002.
19 The application is designed for use by individuals, groups, or organizations. The website further
20 state, "[The application] is designed to help political parties, vote-by-mail registration drive
21 coordinators, petition management companies, and professional and volunteer circulators
22 understand their responsibilities and requirements when helping people apply to vote by mail in
23 California." A true and correct copy of the current Vote By Mail application, April 2016 revision,
24 is attached to this declaration as **Exhibit S** and is available on the Secretary of State's website at
25 http://www.sos.ca.gov/elections/voter-registration/vote-mail/#distributing.  A true and correct
26 copy of the December 2014 revision of the Vote By Mail application is attached to this
27 declaration as **Exhibit T.**
28

23. <u>Future Plans</u>: The Secretary of State's office is committed to continuing its outreach efforts in the lead up to the election to highlight voter's rights and options for casting ballots in the upcoming election. The Secretary of State intends to continue to work with county elections officials, provide outreach information directly to voter via social media, website updates, and press releases. Our office plans to continue to discuss NPP voting options with print, TV, and radio news media outlets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on May 31 2016, at Los Angeles, California.

Dated: May 31, 2016

_____
Steven J. Reyes

SA2015102025
Declaration.doc