# EXHIBIT A

# California Presidential Primary Election Tuesday June 7, 2016

**Polls Are Open From 7:00 a.m. to 8:00 p.m. on Election Day!**

## ★ ★ ★ ★ ★ OFFICIAL VOTER INFORMATION GUIDE ★ ★ ★ ★ ★



★

### Certificate of Correctness

I, Alex Padilla, Secretary of State of the State of California, do hereby certify that the measure included herein will be submitted to the electors of the State of California at the Primary Election to be held throughout the State on June 7, 2016, and that this guide has been correctly prepared in accordance with the law. Witness my hand and the Great Seal of the State in Sacramento, California, this 14th day of March, 2016.

**Alex Padilla, Secretary of State**



# Secretary of State

Dear Fellow Californian,

There is no greater right than the right to vote. Through voting, you help select your local, state, and national leaders, and ensure that your voice is heard. The Presidential Primary Election is fast approaching. Participate in your most fundamental right as a citizen of the United States of America.

The Voter Guide can help you make informed decisions on Election Day. It includes impartial analysis, arguments in favor and against ballot measures, declarations of the candidates, and other important information.

All of this is presented here as a reference for you. This guide is also available online at the California Secretary of State website: *www.voterguide.sos.ca.gov*.

Please take the time to read the information in this guide carefully to prepare for Election Day. If you would like to know who is financing each of the campaigns, you can search campaign finance information at: *powersearch.sos.ca.gov*.

If you have any questions about how to vote, or how to register to vote, you can contact the office of the Secretary of State by calling toll free 1-800-345-VOTE (8683). To obtain the contact information of your local county elections officials, you can visit the Secretary of State website at: *www.sos.ca.gov/county-elections-offices*.

Thank you for your commitment to the future of California. The Presidential Primary Election is June 7. Your vote is important. Remember, your vote is your voice. Be heard. VOTE!

# TABLE OF CONTENTS

PAGE

## QUICK-REFERENCE GUIDE — 6

## PROPOSITION

**50**   Suspension of Legislators. Legislative Constitutional Amendment...............................8

## UNITED STATES SENATE CANDIDATE STATEMENTS — 15

## TEXT OF PROPOSED LAW — 26

## INFORMATION PAGES

Voter Bill of Rights......................................4

Ways to Vote...............................................7

Elections in California...............................12

Top Contributors to Statewide
Candidates and Ballot Measures................13

Information About Candidate Statements...14

Assistance for Voters with Disabilities........27

State Voter Information Guide vs.
County Sample Ballot Booklet...................27

Provisional Voting......................................28

Election Day Information...........................28

County Elections Offices...........................29

Audio & Large Print
Voter Information Guides...........................30

Voter Registration.....................................30

Voter Registration Privacy Information........30

Dates to Remember..................................31

# U.S. Presidential Candidates

Information on candidates running for President will be available on the Secretary of State's Voter Information Guide website. Visit *www.voterguide.sos.ca.gov* for more details.

# Visit the Secretary of State's Website to:

- Research campaign contributions and lobbying activity
  *cal-access.sos.ca.gov* OR
  *powersearch.sos.ca.gov*
- View this voter guide in other languages
  *www.voterguide.sos.ca.gov*
- Find your polling place on Election Day
  *www.sos.ca.gov/elections/polling-place*
- Get vote-by-mail ballot information
  *www.sos.ca.gov/elections/voter-registration/vote-mail*
- Read helpful information for first-time voters
  *www.sos.ca.gov/elections/voting-california*
- Watch live election results after polls close on Election Day
  *http://vote.sos.ca.gov*

# VOTER BILL OF
# RIGHTS

## YOU HAVE THE FOLLOWING RIGHTS:

 **The right to vote if you are a registered voter.** You are eligible to vote if you are:
- a U.S. citizen living in California
- at least 18 years old
- registered where you currently live
- not in prison or on parole for a felony

 **The right to vote if you are a registered voter even if your name is not on the list.** You will vote using a provisional ballot. Your vote will be counted if elections officials determine that you are eligible to vote.

 **The right to vote if you are still in line when the polls close.**

 **The right to cast a secret ballot** without anyone bothering you or telling you how to vote.

 **The right to get a new ballot if you have made a mistake,** if you have not already cast your ballot. You can:
**Ask an elections official at a polling place** for a new ballot; or
**Exchange your vote-by-mail ballot** for a new one at an elections office, or at your polling place; or
**Vote using a provisional ballot,** if you do not have your original vote-by-mail ballot.

 **The right to get help casting your ballot** from anyone you choose, except from your employer or union representative.

 **The right to drop off your completed vote-by-mail ballot at any polling place** in the county where you are registered to vote.

 **The right to get election materials in a language other than English** if enough people in your voting precinct speak that language.

 **The right to ask questions to elections officials about election procedures** and watch the election process. If the person you ask cannot answer your questions, they must send you to the right person for an answer. If you are disruptive, they can stop answering you.

 **The right to report any illegal or fraudulent election activity** to an elections official or the Secretary of State's office.
⌨ On the web at **www.sos.ca.gov**
✆ By phone at **(800) 345-VOTE (8683)**
✉ By email at **elections@sos.ca.gov**

**IF YOU BELIEVE YOU HAVE BEEN DENIED ANY OF THESE RIGHTS,** CALL THE SECRETARY OF STATE'S CONFIDENTIAL TOLL-FREE VOTER HOTLINE AT **(800) 345-VOTE (8683).**



# California Presidential Primary Election Tuesday June 7, 2016

**Polls Are Open From 7:00 a.m. to 8:00 p.m. on Election Day!**



★ ★ ★ ★ ★ **OFFICIAL VOTER INFORMATION GUIDE** ★ ★ ★ ★ ★



**Pull out this Reference Guide and take it with you to the polls!**

This pull-out reference guide contains summary and contact information for each state proposition appearing on the June 7, 2016, ballot.



**Special Notice**

- Polls are open from 7:00 a.m. to 8:00 p.m. on the day indicated in the posted sample ballot.
- Instructions on how to vote can be obtained from a poll worker or by reading your sample ballot booklet.
- New voters may be asked to provide identification or other documentation according to federal law. You have the right to cast a provisional ballot, even if you do not provide the documentation.
- Only eligible voters can vote.
- It is against the law to tamper with voting equipment.

# QUICK-REFERENCE GUIDE

**PROP 50** | **SUSPENSION OF LEGISLATORS.**
**LEGISLATIVE CONSTITUTIONAL AMENDMENT.**

## SUMMARY

Authorizes Legislature to suspend Members, including without salary and benefits. Prohibits suspended Members from using powers of office or legislative resources. Provides suspension may end on specified date or by vote of Member's house. Fiscal Impact: No effect on state spending in most years. Minor state savings in some years.

## WHAT YOUR VOTE MEANS

**YES** A YES vote on this measure means: The State Constitution would be amended to require a two-thirds vote of the Senate or Assembly in order to suspend a state legislator. The Senate or Assembly could eliminate that legislator's salary and benefits during the suspension.

**NO** A NO vote on this measure means: The Senate or Assembly could still suspend a legislator with a majority vote. The suspended legislator, however, would continue to receive a state salary and benefits.

## ARGUMENTS

**PRO** Proposition 50 would give the Legislature clear authority to discipline Senators or Assembly Members by suspending them without pay. Lawmakers should be able to hold their own colleagues accountable if they breach the public's trust. This commonsense measure was placed on the ballot with strong bipartisan support.

**CON** Proposition 50 is a scam brought to you by those that would turn a blind eye to a culture of corruption in our State Capitol. It perpetuates that culture by allowing Legislators to remain in office after having been indicted, even convicted of a felony, allowing taxation without representation.

## FOR ADDITIONAL INFORMATION

**FOR**
California Forward
1107 9th Street,
Suite 650
Sacramento, CA 95814
YesProp50.com

**AGAINST**
www.Stopprop50.com

# All Voters Can Vote in a Primary Election

Voting for President depends on the party you are registered with.

If you are registered with a political party:

You can vote for a candidate running for President in that party.

If you registered with no party preference, you can vote in the Presidential primary for the following parties:

- Democratic

- American Independent

- Libertarian

You can select the party ballot at your polling place. If you vote-by-mail, you were sent a postcard to select a party ballot.

If you registered with no party preference and want to vote in the Presidential primary for one of the following political parties:

- Republican

- Green

- Peace & Freedom

You must re-register to vote with that party by **May 23, 2016**.

Register to vote online at *www.RegisterToVote.ca.gov*.

# Ways to Vote



## Vote by Mail

Request a vote-by-mail ballot by **May 31**.

Return by mail—must be postmarked on or before **June 7** and received by your county elections office no later than **June 10**.

Return in person—to your county elections office or any polling place in your county before 8:00 p.m. on **June 7**.



## Vote Early in Person

Some counties offer early voting at a few locations before Election Day.

Contact your county elections office to see if they offer early voting.

County contact information can be found on page 29 or by visiting the Secretary of State's website at: *http://www.sos.ca.gov/elections/voting-resources/county-elections-offices*.



## Vote at the Polls on Election Day

Polls are open on Election Day: **June 7 from 7:00 a.m. to 8:00 p.m**.

The location of your polling place is printed on the back page of the sample ballot booklet your county elections official mailed to you.

You can also find your polling place:

✆   By calling (800) 345-VOTE (8683)

🖥   Online at *www.sos.ca.gov/elections/polling-place*

📱   By texting *Vote* to GOVOTE (468683)

PROPOSITION

# 50

## SUSPENSION OF LEGISLATORS.
## LEGISLATIVE CONSTITUTIONAL AMENDMENT.

**OFFICIAL TITLE AND SUMMARY**                    PREPARED BY THE ATTORNEY GENERAL

- Authorizes each house of Legislature to suspend one of its Members by two-thirds vote, and to require Member to forfeit salary and benefits while suspended.

- Prohibits suspended Member from exercising rights, privileges, duties, or powers of office, or using any legislative resources.

- Provides suspension may end on specified date, or upon two-thirds vote of Member's house.

**SUMMARY OF LEGISLATIVE ANALYST'S ESTIMATE OF NET STATE AND LOCAL GOVERNMENT FISCAL IMPACT:**

- No effect on state spending in most years. Minor state savings in some years.

**50**

### FINAL VOTES CAST BY THE LEGISLATURE ON SCA 17 (PROPOSITION 50)
### (RESOLUTION CHAPTER 127, STATUTES OF 2014)

| | | |
|---|---|---|
| Senate: | Ayes 31 | Noes 3 |
| Assembly: | Ayes 73 | Noes 2 |

**ANALYSIS BY THE LEGISLATIVE ANALYST**

## BACKGROUND

**The California Legislature.** Each year the Legislature votes to approve or reject proposed laws and passes a state budget. Voters elect 120 members to the two houses of the Legislature: 40 Senators and 80 Assembly Members. An independent commission—not the Legislature—sets salaries and benefits for legislators. Currently, the state pays most legislators a salary of about $100,000 each year. Legislators also receive health, dental, and vision benefits. They do not receive state retirement benefits.

**Disciplining Legislators.** When legislators are accused of wrongdoing, there are several ways that they can be disciplined. For example, they can be prosecuted and sentenced by a court if they violate criminal laws, or voters can attempt to remove them from office through a recall process. In addition, each house of the Legislature traditionally has had the ability to discipline its own members. Except for expulsion (described below), a majority vote of the house is required to take disciplinary actions. These disciplinary actions include the following:

- **Expulsion.** Expelling a legislator—ending his or her term of office—is the most severe disciplinary action available to the Assembly or Senate. The last time this happened was in 1905, when four Senators were found by the Senate to be taking bribes. After a legislator is expelled, he or she is no longer a Senator or Assembly Member. His or her state salary and benefits stop. Under the State Constitution, two-thirds of the Assembly or Senate must vote to expel one of its

SUSPENSION OF LEGISLATORS.
LEGISLATIVE CONSTITUTIONAL AMENDMENT.

PROPOSITION
**50**

members. This is the only disciplinary action specifically mentioned in the State Constitution.

- ***Suspension.*** Each house of the Legislature can also suspend one of its members. For example, in 2014 three Senators were accused of felonies and the Senate subsequently voted to suspend them. During the time they were suspended, the three Senators did not vote on bills or take other legislative actions. They remained in office, however, and kept receiving state salaries and benefits until they left the Senate. (Later in 2014, each of the three either resigned or left the Legislature at the scheduled end of their Senate terms.) This was the first time in history that California legislators had been suspended.

- ***Other Disciplinary Actions.*** In addition to expulsion and suspension, each house of the Legislature can take other, less severe disciplinary actions. These include censure (publicly criticizing a legislator).

## PROPOSAL

***Constitutional Provisions About Suspensions.*** This measure amends the State Constitution to add new provisions regarding the suspension of legislators. The provisions address the following issues:

- ***Higher Vote Requirement to Suspend Legislators.*** Currently, the Assembly or Senate can suspend one of its members with a majority vote. This measure requires a two-thirds vote of the Assembly or Senate in order to suspend one of its members.

- ***Allows Suspending Legislators Without Pay and Benefits.*** Currently, a suspended legislator keeps receiving a state salary and benefits. This measure allows the Assembly or Senate to stop a legislator's pay and benefits during all or part of a suspension.

- ***Other Requirements for Suspending Legislators.*** This measure also (1) prohibits a suspended legislator from voting on laws or taking other actions as a legislator during a suspension, (2) requires the house to describe the reasons for a suspension, and (3) sets rules for when a suspension would end (either on a specific date set by the Assembly or Senate or after two-thirds of the Assembly or Senate votes to end the suspension).

## FISCAL EFFECTS

Only in rare cases have California legislators been expelled or suspended. If such disciplinary penalties against legislators continue to be rare, this measure would have no effect on state or local finances in most years. In any future year when the Senate or Assembly suspended a legislator, this measure could lower the Legislature's compensation costs, resulting in minor state savings.

Visit *http://www.sos.ca.gov/measure-contributions* for a list of committees primarily formed to support or oppose this measure.

Visit *http://www.fppc.ca.gov/transparency/ top-contributors/june-2016-primary-election.html* to access the committee's top 10 contributors.



PROPOSITION
# 50

SUSPENSION OF LEGISLATORS.
LEGISLATIVE CONSTITUTIONAL AMENDMENT.

**50**

---

## ★ ARGUMENT IN FAVOR OF PROPOSITION 50 ★

VOTE YES ON PROPOSITION 50—ALLOW THE LEGISLATURE TO SUSPEND MEMBERS WITHOUT PAY

Proposition 50 would amend the state Constitution to give the California Legislature clear authority to suspend members of the Senate or the Assembly without pay.

The measure is a simple and straightforward way for lawmakers to hold their own colleagues accountable for breaching the public's trust.

Currently, the California Constitution does not make it clear that the Legislature can suspend its members without pay. This issue came to light in 2014 when three state senators—all charged with criminal offenses—were suspended by a resolution of the Senate.

But those members continued to receive their salaries—more than $95,000 a year—because it was not clear that the Senate had the authority to suspend their pay, as well.

The incident frustrated lawmakers who wanted to hold their own members accountable, and angered the public, which saw it as another example of how lawmakers are shielded from the consequences of their own actions and play by a different set of rules than everyone else.

"It's an aggravating situation that allows full pay for no work," opined the *San Francisco Chronicle*, urging lawmakers to fix the loophole.

The Legislature took it upon themselves to do just that. Lawmakers wrote and passed—overwhelmingly and with strong bipartisan support—this constitutional amendment and placed it before voters for their approval.

The constitutional amendment would require the Assembly or the Senate to pass a resolution declaring why the member is being suspended. And to guard against political misuse, the resolution would require the higher threshold of a two-thirds vote for approval.

The National Conference of State Legislatures believes the power to discipline and expel members is inherent to a legislative body. That power has long been a staple of American democracy. It is common practice in most states.

The California Legislature has the power to expel members, and it should have the authority to suspend them without pay should the circumstances warrant.

Californians want and deserve a government that is worthy of their trust. Voters have passed many political reforms in the last decade to improve the governance in California, but more needs to be done to restore the public trust.

Proposition 50 is a commonsense step that would give lawmakers the authority to police their own, which is the right next step to holding all lawmakers accountable for serving the public interest.

That's why fair-minded Californians support Proposition 50.

**HELEN HUTCHISON,** President,
League of Women Voters of California
**JAMES P. MAYER,** President/CEO,
California Forward

---

## ★ REBUTTAL TO ARGUMENT IN FAVOR OF PROPOSITION 50 ★

Why did the legislature vote to add Prop. 50 to the ballot?

Because Prop. 50 gives legislative leadership options NOT TO EXPEL fellow Assembly members and Senators who have been indicted or convicted of felony charges.

Prop. 50 isn't necessary because the Constitution already allows Assembly members and Senators who have been indicted or convicted of felony charges to be removed from office by expelling them.

Instead, Prop. 50 allows those in the legislature who have been indicted or convicted to be suspended WITH or without pay and it robs constituents of their representation. For many Californians, politicians are already allowed to serve in office for too long. Allowing them to continue in office after criminal behavior under Prop. 50 is wrong!

If you believe that Assembly members and Senators should not be above the law, please vote NO and send the clear message: No more special privileges for Assembly members and Senators indicted or convicted of felonies.

Californians deserve honest representatives serving them—NOT indicted or convicted legislators who have been suspended from their duties yet remain in office, which Prop. 50 allows.

Vote No on Prop. 50—Stop the corruption!

**JON FLEISCHMAN,** President,
California Term Limits
**RUTH WEISS,** San Diego County Coordinator,
California Election Integrity Project

---

*Arguments printed on this page are the opinions of the authors, and have not been checked for accuracy by any official agency.*



SUSPENSION OF LEGISLATORS.
LEGISLATIVE CONSTITUTIONAL AMENDMENT.

PROPOSITION
**50**

---

## ★ ARGUMENT AGAINST PROPOSITION 50 ★

Proposition 50 is a scam brought to you by those that would turn a blind eye to a culture of corruption in our State Capitol! Voters should oppose this measure because:

It perpetuates a culture of corruption in the State Capitol

It creates taxation without representation

Capitol insiders can use it to stifle political opposition

PERPETUATES A CULTURE OF CORRUPTION IN THE STATE CAPITOL

In 2014 when this measure was put on the ballot, nearly one of every ten California State Senators were either convicted or under indictment on multiple felony criminal counts including perjury, bribery and even gun-running. While this was going on, the author of Proposition 50, then the President Pro-Tem of the State Senate, refused to consider expelling these scoundrels from their offices of public trust—even after one of them was convicted by a jury!

Headlines in the news included:

"Attempt to Expel Convicted State Senator Derailed"—*Capital Public Radio*, 2/27/14

"Wright Sentencing Delayed; Senators Refuse to Expel Convicted Democrat"—*Breitbart News Network*, 7/8/14

Prop. 50 is designed to make you feel like the Sacramento political class actually wants to take a tough position to root out corruption. What they are really doing is hiding from you the fact that they would not make the tough decision to expel a convicted felon—their buddy.

TAXATION WITHOUT REPRESENTATION

Prop. 50 also denies millions of Californians their basic rights. It imposes taxation without representation. When a legislator is "suspended" instead of expelled, that means that the citizens in that district has no one representing their interests in the State Legislature. It means no election can take place to replace that bad actor, because he or she still "occupies" the office.

CAPITOL INSIDERS CAN USE PROP. 50 TO STIFLE POLITICAL OPPOSITION

Perhaps the most disturbing part of this measure is that it places into the state constitution a permanent means by which the majority can stifle minority opinion in the legislature. It is not hard to see where if you are a vocal member of the Senate or Assembly, on an issue that is not popular with your colleagues that you could have to face the reality that they could vote to suspend—to take away your voice and your vote in the legislature!

VOTE NO ON PROP. 50!

Visit: *Stopprop50.com*

**JOEL ANDERSON,** Senator,
38th District
**BRIAN JONES,** Assembly Member,
71st District

---

## ★ REBUTTAL TO ARGUMENT AGAINST PROPOSITION 50 ★

This measure would give lawmakers the authority needed to discipline fellow Assembly Members and Senators—taking into consideration the nature of the allegation and other circumstances.

In severe cases, the Assembly and Senate already have the authority to expel a member. But expulsion is not always the just response. Even when a lawmaker is accused of a crime, given the presumption of innocence, it may not be appropriate to expel that person until all the facts are known and the case resolved.

In many such instances, lawmakers need the authority to respond in a reasonable and measured way—to do something short of expelling the member from the Legislature and something more than allowing that member to sit home and collect a taxpayer-funded paycheck.

Prop. 50 gives the Assembly or Senate the ability to suspend a member—and suspend the member's pay.

The proposition sets a high bar to prevent lawmakers from unjustly punishing each other. It requires the house to publicly declare the reason for its action, and the resolution must be approved by a two-thirds vote—never easy and almost always requiring bipartisan support.

The measure does not inoculate the Legislature or lawmakers from corrupting influences, and more needs to be done to encourage ethical behavior, increase transparency, investigate complaints and enforce the law.

Prop. 50 gives lawmakers one more way to respond to ethical breaches by making it clear that when the circumstances warrant, lawmakers can be suspended without pay.

**JAMES P. MAYER,** President/CEO,
California Forward
**HELEN HUTCHISON,** President,
League of Women Voters of California

---

*Arguments printed on this page are the opinions of the authors, and have not been checked for accuracy by any official agency.*

50

# Elections in California

There are two different types of primary elections in California. The results of the primary election determine the candidates who will run in the general election in November. The types of primary elections are:

## Presidential (Party-Nominated/Partisan Offices)

- Office on the ballot: U.S. President

- Who can vote: Only voters who registered with the same political party as the candidate (some parties allow voters who registered with no party preference to vote in their primary. Visit *http://www.sos.ca.gov/elections/political-parties/no-party-preference* for more information).

- Result: The candidate who moves on to the general election is the candidate nominated by their national political party and may not be the candidate that was elected by popular vote in the California primary election.

## California Open Primary (Voter-Nominated Offices)

- Offices on the ballot: U.S. Senate, U.S. House of Representatives, statewide offices, and state legislative offices

- Who can vote: Any voter may vote for any one candidate in each contest, regardless of party preference.

- Result: The top-two candidates, regardless of party preference, who receive the most votes in each primary contest move on to the general election. After a top-two primary, a general election must be held even if one candidate receives a majority of the vote (at least 50 percent +1) and even if there is only one candidate in the primary election.

- California's open primary system does not apply to candidates running for U.S. President, county central committee, or local offices.

California law requires the following information to be printed in this guide.

## Party-Nominated/Partisan Offices

Political parties may formally nominate candidates for party-nominated/partisan offices at the primary election. A nominated candidate will represent that party as its official candidate for the specific office at the general election and the ballot will reflect an official designation. The top vote-getter for each party at the primary election moves on to the general election. Parties also elect officers of county central committees at the primary election.

A voter can only vote in the primary election of the political party he or she has disclosed a preference for upon registering to vote. However, a political party may allow a person who has declined to disclose a party preference to vote in that party's primary election.

## Voter-Nominated Offices

Political parties are not entitled to formally nominate candidates for voter-nominated offices at the primary election. A candidate nominated for a voter-nominated office at the primary election is the nominee of the people and not the official nominee of any party at the general election. A candidate for nomination to a voter-nominated office shall have his or her party preference, or lack of party preference, stated on the ballot, but the party preference designation is selected solely by the candidate and is shown for the information of the voters only. It does not mean the candidate is nominated or endorsed by the party designated, or that there is an affiliation between the party and candidate, and no candidate nominated by the voters shall be deemed to be the officially nominated candidate of any political party. In the county sample ballot booklet, parties may list the candidates for voter-nominated offices who have received the party's official endorsement.

Any voter may vote for any candidate for a voter-nominated office, if they meet the other qualifications required to vote for that office. The top two vote-getters at the primary election move on to the general election for the voter-nominated office even if both candidates have specified the same party preference designation. No party is entitled to have a candidate with its party preference designation move on to the general election, unless the candidate is one of the two highest vote-getters at the primary election.

## Nonpartisan Offices

Political parties are not entitled to nominate candidates for nonpartisan offices at the primary election, and a candidate at the primary election is not the official nominee of any party for the specific office at the general election. A candidate for nomination to a nonpartisan office may not designate his or her party preference, or lack of party preference, on the ballot. The top two vote-getters at the primary election move on to the general election for the nonpartisan office.

---

# Top Contributors to Statewide Candidates and Ballot Measures

When a committee (a person or group of people who receive or spend money for the purpose of influencing voters to support or oppose candidates or ballot measures) supports or opposes a ballot measure or candidate and raises at least $1 million, the committee must report its top 10 contributors to the California Fair Political Practices Commission (FPPC). The committee must update the top 10 list when there is any change. 

These lists are available on the FPPC website at *http://www.fppc.ca.gov/transparency/top-contributors.html.*

# Information About Candidate Statements

## In This Guide

This voter guide includes information about U.S. Senate candidates which begins on page 15 of this guide.

United States Senate candidates can buy space for their candidate statement in this voter guide. Some candidates, however, choose not to buy space for a statement.

The candidates for U.S. Senate are:

| | | | |
|---|---|---|---|
| Phil Wyman | Republican | President Cristina Grappo | Democratic |
| Jarrell Williamson | Republican | Don J. Grundmann | No Party Preference |
| Pamela Elizondo | Green | Herbert G. Peters | Democratic |
| Akinyemi Olabode Agbede | Democratic | Tom Palzer | Republican |
| Jerry J. Laws | Republican | John Thompson Parker | Peace and Freedom |
| Gail K. Lightfoot | Libertarian | Greg Conlon | Republican |
| George C. Yang | Republican | Karen Roseberry | Republican |
| Loretta L. Sanchez | Democratic | Emory Peretz Rodgers | Democratic |
| Duf Sundheim | Republican | Von Hougo | Republican |
| Ling Ling Shi | No Party Preference | Mark Matthew Herd | Libertarian |
| Steve Stokes | Democratic | Jason Hanania | No Party Preference |
| Ron Unz | Republican | Kamala D. Harris | Democratic |
| Paul Merritt | No Party Preference | Mike Beitiks | No Party Preference |
| Gar Myers | No Party Preference | Scott A. Vineberg | No Party Preference |
| Massie Munroe | Democratic | Jason Kraus | No Party Preference |
| Eleanor García | No Party Preference | Don Krampe | Republican |
| Tim Gildersleeve | No Party Preference | Thomas G. Del Beccaro | Republican |
| Clive Grey | No Party Preference | | |

## In Your Sample Ballot Booklet
## (Mailed Separately From Your County Registrar)

In addition to the candidates in this guide, your ballot may include State Senate, State Assembly, and U.S. House of Representatives candidates.

State Senate and State Assembly candidates may buy space for a candidate statement in the county sample ballot booklets IF they agree to keep their campaign spending under a certain dollar amount described below.

• State Senate candidates may spend no more than $846,000 in the primary election

• State Assembly candidates may spend no more than $564,000 in the primary election

⌨ A list of candidates who accepted California's voluntary campaign spending limits is available at *www.sos.ca.gov/elections/candidate-statements*

California's voluntary campaign spending limits do not apply to candidates for federal offices including President, U.S. Senate, and the U.S. House of Representatives.

All U.S. House of Representatives candidates may buy space for a candidate statement in county sample ballot booklets. Some candidates, however, choose not to buy space for a statement.

⌨ For the certified list of statewide candidates, go to *www.sos.ca.gov/elections/candidate-statements*

# CANDIDATE STATEMENTS

## UNITED STATES SENATE

- Serves as one of two Senators who represent California's interests in the United States Congress.

- Proposes and votes on new national laws.

- Votes on confirming federal judges, U.S. Supreme Court Justices, and many high-level presidential appointments to civilian and military positions.

### Pamela Elizondo | GREEN

*http://www.facebook.com/Pamela.Elizondo.USSENATE*



P.O. Box 104
Laytonville, CA 95454

Tel: (707) 354-1498
Email: pamelizondo2004@yahoo.com
http://www.facebook.com/Pamela.Elizondo.USSENATE

### Akinyemi Olabode Agbede | DEMOCRATIC



Rescue America! Rescue America!! Rescue America!!! Californian! Let us together rescue America from turning into a third world country. Enough is enough of American deep suffering. People in Washington has collapsed this country. Therefore, electing Dr. Akinyemi Agbede, as your next United States senator representing the golden state of California 2016 is the answer in order for our country to be reclaimed back.

6775 Santa Monica Blvd.
Suite 4-254
Los Angeles, CA 90038

Tel: (559) 250-2563
Email: yemibode@hotmail.com
www.americamustregainitsgreatness2016.com

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE

### Jerry J. Laws | REPUBLICAN

Constitutionalist. Americanism. *www.lawsussenate2016.com*

No Photograph
Submitted

14411 Northstar Ave.        Tel: (760) 952-0294 (home)   (760) 220-9814 (cell)
Victorville, CA 92392       Email: jerryjosephlaws2016@aol.com
                            www.lawsussenate2016.com

### Loretta L. Sanchez | DEMOCRATIC



California needs an experienced and proven leader to tackle the full range of economic, educational and security challenges we face today. Our next U.S. Senator must have extensive legislative and national security experience and share the life experiences of working people. I do, and that's why I am the best candidate for the job. I came from a union household of immigrant parents who struggled to provide for their seven children. I worked my way through college with the help of government and union grants, and the Anaheim Rotary Club paid for my MBA. I know the struggles of working families. My parents worked hard, valued education and are the only parents in American history to send two daughters to Congress. That's why I have fought passionately in Congress for 20 years for education, tuition assistance, healthcare reform, immigration reform, gender equality, LGBT rights, worker's rights, and environmental protection. I've also demonstrated independent judgment and courage when it mattered most: I voted against the Iraq War, the Patriot Act, and the bank bailouts, when few others did. As a senior member of the Armed Services and Homeland Security Committees, I've worked to ensure our troops are trained and equipped to win and cared for when they come home. I'm the only candidate with the national security experience necessary to keep America safe. As your Senator, I will fight for all Californians, so together we can have a stronger and more prosperous future. I humbly ask for your vote.

P.O. Box 6037              Tel: (714) 774-0236
Santa Ana, CA 92706       Email: info@loretta.org
                          http://loretta.org

---

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE



### Duf Sundheim | REPUBLICAN

Economic uncertainty and terrorist attacks have created anxious times. We want *action* from our leaders; instead we get excessive partisanship and a divisive, ineffective government. I promise to be *different*. I will be bold, *balanced*. I will find achievable solutions. California once was the "Land of Dreams"; aspiring to compete, to achieve—and to win for ourselves and our families. But that dream is being suffocated by leaders that have taken *extreme* positions. The result is businesses, our neighbors and our children are leaving California. Our schools are ranked 41st in the country. Taxes keep rising, and the cost-of-living is through the roof. This bleeding has to stop. I have the experience and passion to fix this. I graduated from Stanford and Northwestern Law. *I solve problems for a living*. I am a federal court approved mediator and volunteer settlement judge. I was Chairman of the California Republican Party, overseeing the only successful recall of a governor, and the first to be re-elected; because *we got stuff done*. Leaders from every segment imaginable are supporting my vision to renew the "California Dream." Former Secretary of State George Shultz, Majority Leader Kevin McCarthy, Cisco's John Chambers, Fresno Mayor Ashley Swearengin, The California Small Businesses Association. I am guided by the Constitution. My priorities are jobs, national security, education and water. Please visit *SundheimforSenate.com* for policy details. Integrity. Common sense. Results. They're my foundation—and the foundation upon which we will bring back our "Land of Dreams."

27319 Julietta Lane          Tel: (650) 209-0949
Los Altos Hills, CA 94022    Email: dufsundheim37@gmail.com
                             SundheimforSenate.com

---

### Ling Ling Shi | NO PARTY PREFERENCE

No Photograph
Submitted

Run for God's Heart and America's Freedom, challenge 10 giant chaos in economy and economy-related sectors.

P.O. Box 55                  Tel: (909) 728-0578
Rancho Cucamonga, CA 91729   Email: lingling_lilyofvalley_shi@yahoo.com
                             www.wellsARK.com

---

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS

## UNITED STATES SENATE



### Paul Merritt | NO PARTY PREFERENCE

California make history . . . elect an independent Senator Merritt. Elect an independent thinker. Elect the person, not the Party-in-power's. Our National government is a shambles. We need a strong USA defense. Merritt is solid on international issues. I believe in Faith, respect people and all religions. Merritt supports Senator Feinstein's boarder security fence, no offshore oil drilling, and our desert environmental protection Act. Merritt adheres that President Reagan's idea on small government is best. Background: two law degrees, broker, hotel owner, elected city councilperson. Homeowner boards: Palm Springs, Santa Barbara, San Francisco, Orange County. Life member Nature Conservancy. Most Billionaire Republicans and Union boss Democrats don't represent you! Merritt is Independent for all Citizens. Paul Merritt is a Californian!

P.O. Box 9145
Laguna, CA 92652

Tel: (949) 249-2492
Email: electmerrittsenator@yahoo.com
merrittforsenate.info



### Massie Munroe | DEMOCRATIC

My candidacy represents the United States Constitution, the only contract between the people of America and America's government "Of the people, By the people, For the people" to be restored and strengthened in America and extended to the UN as a contract between all people of our world through US leadership and diplomacy. International bankers, multinational corporate leaders, militaries and police must all 100% obey, comply with the Constitution of the US/UN in the Spirit of Truth, Serving All in Peace. Transforming from the Industrial Technology Age to the new "Energy Technology Era" *will saturate US job markets for the next 500 years.* My campaign represents ending international bankers' rule and their financial exploitation of nations; reestablishing people's rule by creating a Citizen's Bank to serve as America's central bank; ending mind control slavery; ending non-consensual human experimentation; ending hunger, homelessness and violence; protecting earth, water, air, forests, oceans and animals; practicing Christ consciousness and implementing constitutional justice under the leadership of the US/UN. Through my national and international research and political activism, I identified *"mind control slavery"* by satellite energy technology weapons and social engineering programs that have been in continual development for the past 50 years and facilitated their *"declassification"*. As a result, I came under heavy sanctions that are ongoing. I request you, the voter, to rise above all untrue accusations that assail my good character and heart. See my evidence and review my service. Senator Bernie Sanders' presidency is crucial for bringing this into reality.

2167 East Chevy Chase Dr.
Glendale, CA 91206-1732

Tel: (818) 943-0661 (cell)   (818) 245-6993 (office)
Email: massie@massieglobal.com
www.massiemunroe4ussenator.com

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE

### Tim Gildersleeve | NO PARTY PREFERENCE



I am a follower of Jesus Christ. I stand for the poor, elderly, and disabled, environmental issues, unions, small business, and represent the average citizen. My website is: *http://www.alternativevoiceforamerica.org.*

Tel: (408) 915-8713
Email: timg@alternativevoiceforamerica.org
http://www.alternativevoiceforamerica.org

### President Cristina Grappo | DEMOCRATIC



My education & expertise merits this prolific occupation in order to represent California, as United Senator. I hold a Democratic Party platform with key issues for gun control, human trafficking, balancing the national deficit, and foreign policy initiatives. I am mainstream Facebook in social media! My core values drive America!

P.O. Box 1307
Alameda, CA 94501

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE

### Don J. Grundmann | NO PARTY PREFERENCE

Fight-the-Power.org

No Photograph Submitted

425 E. Merle Ct.
San Leandro, CA 94577

Tel: (510) 895-6789
Email: stoptheirs@hotmail.com
fight-the-power.org

---

### Herbert G. Peters | DEMOCRATIC

No Photograph Submitted

Andrew Jackson Democrat. Our first 70 years; our county grew and flourished. We had no income tax. Motto: Manifest Destiny. Democrat Presidents; were most wise: Andrew Jackson balanced budget seven of eight years. Franklin Pierce vetoed a federal welfare bill. To reverse downward spiral of last 118 years: balance our budget, resist war, reduce costs, reduce taxes, repeal welfare and minimum wage so all can find jobs. Churches and Charities help needful. Reduce oppression: replace income tax with sales tax. Goal: Better life for all.

Email: herb@herbpeters.com
http://www.revival-herbpeters.com

---

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE



### Tom Palzer | REPUBLICAN

I'm running for U.S. Senate to restore conservative government to California and the Nation. I have 32 years of experience advising elected officials at all levels of government. Priorities: National Defense, Anti-Terrorism, Economy, Veterans Affairs, Life-at-Conception.

7259 Corvina Ct., Unit 26        Tel: (909) 913-9500
Rancho Cucamonga, CA 91739       Email: info@us-senateseat2016.com
                                 http://www.us-senateseat2016.com



### Greg Conlon | REPUBLICAN

I was a partner in an international accounting firm, serving clients as a CPA, and have been a business consultant to various business entities. I have my attorney's license in Washington D.C. and was a pilot in the US Air Force. I understand the economic, financial and legal challenges in balancing budgets and effectively serve the public and Veterans. In addition I am an Eagle Scout. As a Commissioner and President of the California Public Utilities Commission I was in charge of proceedings that allowed residential and commercial customers to buy electricity directly from private and community public entities not privately owned utilities. I also led an initiative that increased competition and allowed businesses to select different telecommunication providers. If elected I have three objectives: *First*, reduce the size of government and balance the Federal budget each year by reducing the administrative work force in Federal agencies and not replacing retired employees. *Second*, resolve immigration issues by strengthening our borders, enforcing the terms of visas issued to foreign citizens and reducing all Federal funding to so-called sanctuary cities. *Third*, provide private sector jobs by reducing the income tax rate on large businesses to 5% for cash returned to the U.S. in exchange for new job creation. I was the Republican nominee for State Treasurer in 2014 and garnered almost 3.0 million votes; I know how to run a successful General Election. I look forward to representing California and would be honored to have your vote.

3875 Bohannon Dr.        Tel: (650) 315-4956
P.O. Box 2600            Email: conlonpg@msn.com
Menlo Park, CA 94027     www.gregconlon.com

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE

### Karen Roseberry | REPUBLICAN



*S.A.V.E. the future!*

Palmdale, CA

Email: karenroseberryforsenate@gmail.com
www.karenroseberryforsenate.com

### Von Hougo | REPUBLICAN



"We the People" are the foundation of this great Nation. As your U.S. Senator, I will work with California-based tech companies to develop a voter-driven platform that allows you to voice your opinion on every Bill before the Senate. Each Bill will be outlined with the pros, cons, benefits, risks, and cost analysis. You can cast your vote and the statewide results will be displayed in real time. I will vote in the Senate based on the majority vote of Californians—every single time. This will ensure that I am always accountable to and working in the best interest of the people of California. This secure voting portal will enable you to have your Voice heard and your Vote count on every Bill, not just once each election cycle. You can also specify your level of involvement, choosing the issues that are important to you. Whenever a Bill is coming before the Senate, you will be sent a text or email notification. Your vote will truly matter. This platform will make our government accountable to the people of California by challenging the status quo: Political Parties, PACs and Special Interests. I will put the power back in the hands of the People, where it belongs. I look forward to working with you for a better California. For more information or to endorse my donation-free campaign, please visit von4senate.org. Your Voice. Your Vote. Your Senator. Vote Von Hougo for U.S. Senate.

27552 Mariam Pl.
Santa Clarita, CA 91350

Tel: (661) 219-3268   (661) 296-3589
Email: vonhougo@gmail.com
von4senate.com

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE



### Jason Hanania | NO PARTY PREFERENCE

01100101.

182 Howard St. #121       Tel: (415) 654-6291
San Francisco, CA 94105   Email: 2016@jasonhanania.com
                          www.jasonhanania.com



### Kamala D. Harris | DEMOCRATIC

My name is Kamala Harris. I am running for the United States Senate because I believe it is time to repair the ladder of opportunity for more Californians and more Americans. I am proud to be a daughter of California. I was born in Oakland. I went to California public schools. As a lifelong prosecutor, I have always served just one client: The People of California. As District Attorney of San Francisco and California Attorney General, I got things done for the People of California. I took on violent predators, including transnational criminal organizations and human traffickers who profit from exploiting women and children. I also took on the big polluters and the big banks and worked across the aisle to pass the nation's toughest anti-foreclosure law to protect our homeowners. This is the approach I will bring as your United States Senator. I will fight for the jobs our people need by bringing home federal dollars that will repair our crumbling water and transportation systems. I'll fight for better schools and to give every child access to pre-kindergarten and affordable childcare. I will fight for our veterans who deserve quality health care and job training when they come home. I'll defend our environment and coast and lead the fight against climate change. And as a career prosecutor, I will work every day to keep our people safe from terrorism at home and abroad. Please join me. Thank you for your consideration.

P.O. Box 78393            Tel: (213) 221-1269
San Francisco, CA 94107   Email: info@kamalaharris.org
                          www.kamalaharris.org

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS

## UNITED STATES SENATE



### Mike Beitiks | NO PARTY PREFERENCE

My platform is narrow. It's more of a single board, really. Federal legislators are doing nothing to protect us from the threat of climate change. I will not do nothing. I swear on the graves of future Californians that I will not sacrifice our actual climate to our political climate.

www.Iwillnotdonothing.org



### Jason Kraus | NO PARTY PREFERENCE

Each election Californians are saddled with the same problems, same issues, and same faces. Politicians beg for our money making promises that will never be kept. We must return to basics. Remove all forms of income tax which will increase employment, ignite our economy, and protect our way of life. I have refused all campaign contributions, will not accept a salary, and will only serve ONE term. I am not a Republican or a Democrat. I am an American . . . just like you. Jason Kraus. United States Senate 2017. For more information *www.aleadernotapolitician.com.*

Tel: (916) 542-8721
Email: Jason@ALeaderNotAPolitician.com
www.aleadernotapolitician.com

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

# CANDIDATE STATEMENTS
## UNITED STATES SENATE



### Don Krampe | REPUBLICAN

As a United States Marine, I served my country in combat during the Korean War. I later went on to serve our nation's veterans as the Director of the USO in Vietnam and as an assistant to a Regional Director for the Veterans Administration. In 1958 I cofounded the Hugh O'Brian Young Adult Leadership Seminars which, since its inception, has benefited hundreds of thousands of young men and women. I have earned a Masters of Public Administration from Cal Lutheran University. I believe our two-party system is dysfunctional and does not understand the acronym "'TEAM'—Together Everyone Achieves More". Our country's greatest resource is our young adults and students who must be taught "Not What to Think, But How to Think." As The American Creed so eloquently states: "I believe in the United States of America as a government of the people, by the people, for the people; whose just powers are derived from the consent of the governed, a democracy in a republic a sovereign Nation of many Sovereign States; a perfect union, one and inseparable: established upon those principles of freedom, equality, justice, and humanity for which American patriots sacrificed their lives and fortunes. I therefore believe it is my duty to my country to love it, to support its Constitution, to obey its laws, to respect its flag, and to defend it against all enemies." I would appreciate your consideration. To find out more visit my website: *2016krampeforsenate.com.*

40581 Via Amapola
Murrieta, CA 92562

Tel: (951) 600-0542
Email: xptriumph@hotmail.com
www.2016krampeforsenate.com

The order of the statements was determined by randomized alphabet drawing. Statements on this page were supplied by the candidates and have not been checked for accuracy. Each statement was voluntarily submitted and paid for by the candidate. Candidates who did not submit statements could otherwise be qualified to appear on the ballot.

## TEXT OF PROPOSED LAW

### PROPOSITION 50

This amendment proposed by Senate Constitutional Amendment 17 of the 2013–2014 Regular Session (Resolution Chapter 127, Statutes of 2014) expressly amends the California Constitution by amending a section thereof; therefore, existing provisions proposed to be deleted are printed in ~~strikeout type~~ and new provisions proposed to be added are printed in *italic type* to indicate that they are new.

**PROPOSED AMENDMENT TO SECTION 5 OF ARTICLE IV**

That Section 5 of Article IV thereof is amended to read:

SEC. 5.  (a) *(1)* Each house *of the Legislature* shall judge the qualifications and elections of its Members and, by rollcall vote entered in the journal, ~~two-thirds~~ *two-thirds* of the membership concurring, may expel a Member.

*(2) (A) Each house may suspend a Member by motion or resolution adopted by rollcall vote entered in the journal, two-thirds of the membership concurring. The motion or resolution shall contain findings and declarations setting forth the basis for the suspension. Notwithstanding any other provision of this Constitution, the house may deem the salary and benefits of the Member to be forfeited for all or part of the period of the suspension by express provision of the motion or resolution.*

*(B) A Member suspended pursuant to this paragraph shall not exercise any of the rights, privileges, duties, or powers of his or her office, or utilize any resources of the Legislature, during the period the suspension is in effect.*

*(C) The suspension of a Member pursuant to this paragraph shall remain in effect until the date specified in the motion or resolution or, if no date is specified, the date a subsequent motion or resolution terminating the suspension is adopted by rollcall vote entered in the journal, two-thirds of the membership of the house concurring.*

(b) No Member of the Legislature may accept any honorarium. The Legislature shall enact laws that implement this subdivision.

(c) The Legislature shall enact laws that ban or strictly limit the acceptance of a gift by a Member of the Legislature from any source if the acceptance of the gift might create a conflict of interest.

(d) No Member of the Legislature may knowingly accept any compensation for appearing, agreeing to appear, or taking any other action on behalf of another person before any state government board or agency. If a Member knowingly accepts any compensation for appearing, agreeing to appear, or taking any other action on behalf of another person before any local government board or agency, the Member may not, for a period of one year following the acceptance of the compensation, vote upon or make, participate in making, or in any way attempt to use his or her official position to influence an action or decision before the Legislature, other than an action or decision involving a bill described in subdivision (c) of Section 12 ~~of this article~~, which he or she knows, or has reason to know, would have a direct and significant financial impact on that person and would not impact the public generally or a significant segment of the public in a similar manner. As used in this subdivision, "public generally" includes an industry, trade, or profession. However, a Member may engage in activities involving a board or agency which are strictly on his or her own behalf, appear in the capacity of an attorney before any court or the Workers' Compensation Appeals Board, or act as an advocate without compensation or make an inquiry for information on behalf of a person before a board or agency. This subdivision does not prohibit any action of a partnership or firm of which the Member is a member if the Member does not share directly or indirectly in the fee, less any expenses attributable to that fee, resulting from that action.

(e) The Legislature shall enact laws that prohibit a Member of the Legislature whose term of office commences on or after December 3, 1990, from lobbying, for compensation, as governed by the Political Reform Act of 1974, before the Legislature for 12 months after leaving office.

(f) The Legislature shall enact new laws, and strengthen the enforcement of existing laws, prohibiting Members of the Legislature from engaging in activities or having interests which conflict with the proper discharge of their duties and responsibilities. However, the people reserve to themselves the power to implement this requirement pursuant to Article II.

# Assistance for Voters with Disabilities

State and federal laws require polling places to be physically accessible to voters with disabilities. County elections officials inspect each site and often make temporary modifications for Election Day. Every person who works in a polling place is trained in election laws and voter rights, including the need to make reasonable modifications of policies and procedures to ensure equal access.

State and federal laws require that all voters be able to cast their ballots privately and independently. Each polling place must have at least one voting machine that allows all voters, including those who are blind or visually impaired, to cast a ballot without assistance. The voting machine permits voters to verify their vote choices and, if there is an error, allows voters to correct those choices before submitting their ballot.

## Check your sample ballot

 Your county sample ballot booklet will:

- Describe how persons with disabilities can vote privately and independently
- Display a wheelchair symbol if your polling place is accessible to voters with disabilities

## At the polling place

If you need help marking your ballot, you may choose up to two people to help you. This person cannot be:

- Your employer or anyone who works for your employer
- Your labor union leader or anyone who works for your labor union

*Curbside voting* allows you to park as close as possible to the voting area. Elections officials will bring you a roster to sign, a ballot, and any other voting materials you may need, whether you are actually at a curb or in a car.

Contact your county elections office to see if curbside voting is available at your polling place.

# State Voter Information Guide vs. County Sample Ballot Booklet

As a registered voter you will receive *two* information resources by mail:

**State Voter Information Guide *(this guide)***

**Contains** information about federal candidates and statewide propositions.

**Candidate Information:**
President (online at
*www.voterguide.sos.ca.gov*)
U.S. Senate

**State Propositions:**
Proposition 50

**Your County Sample Ballot Booklet**

**Contains** a sample of your ballot and information about local candidates, ballot measures, and your polling place location.

**Candidate Information:**
U.S. Representative in Congress
State Senator
Member of the State Assembly
Other local offices

**Local Ballot Measures:**
Vary by county

# Provisional Voting

If your name is not on the voter list at your polling place, you have the right to vote a provisional ballot.

## What Is a Provisional Ballot?

A provisional ballot is a regular ballot that is placed in a special envelope prior to being put in the ballot box.

## Who Casts a Provisional Ballot?

Provisional ballots are ballots cast by voters who:

- Believe they are registered to vote even though their names are not on the official voter registration list at the polling place.

- Vote by mail but did not receive their ballot or do not have their ballot with them, and instead want to vote at a polling place.

## What Happens After You Cast a Provisional Ballot?

Your provisional ballot will be counted after elections officials have confirmed that you are registered to vote in that county and you did not already vote in that election.

You may vote a provisional ballot at any polling place in the county in which you are registered to vote, however, only the elections contests you are eligible to vote for will be counted.

## How Can You Check The Status of Your Provisional Ballot?

Every voter who casts a provisional ballot has the right to find out from their county elections official if the ballot was counted and, if not, the reason why it was not counted.

 Visit *http://www.sos.ca.gov/elections/ballot-status* for a list of county contacts and information on how to check the status of your provisional ballot.

# Election Day Information

**Polls are open from 7:00 a.m. to 8:00 p.m. on Tuesday, June 7. If you are in line before 8:00 p.m., you can still vote.**

4 ways to find your polling place:

- Check the back cover of the sample ballot booklet your county elections official mailed to you

- Calling (800) 345-VOTE (8683)

- Online at *www.sos.ca.gov/elections/polling-place*

- Text *Vote* to GOVOTE (468683)

# County Elections Offices

**Alameda County**
(510) 272-6973
*www.acgov.org/rov*

**Alpine County**
(530) 694-2281
*www.alpinecountyca.gov*

**Amador County**
(209) 223-6465
*www.co.amador.ca.us/government/elections*

**Butte County**
(530) 538-7761 or
(800) 894-7761 (within Butte County)
*http://buttevotes.net*

**Calaveras County**
(209) 754-6376 or (209) 754-6375
*www.elections.calaverasgov.us/elections.aspx*

**Colusa County**
(530) 458-0500 or (877) 458-0501
*www.countyofcolusa.org/elections*

**Contra Costa County**
(925) 335-7800
*www.cocovote.us*

**Del Norte County**
(707) 464-7216 or (707) 465-0383
*www.co.del-norte.ca.us*

**El Dorado County**
(530) 621-7480 or (800) 730-4322
*www.edcgov.us/elections*

**Fresno County**
(559) 600-8683
*www.co.fresno.ca.us/elections*

**Glenn County**
(530) 934-6414
*www.countyofglenn.net/elections*

**Humboldt County**
(707) 445-7481
*humboldtgov.org/elections*

**Imperial County**
(442) 265-1074
*www.co.imperial.ca.us*

**Inyo County**
(760) 878-0224
*elections.inyocounty.us*

**Kern County**
(661) 868-3590
*www.co.kern.ca.us/elections*

**Kings County**
(559) 852-4890
*www.countyofkings.com*

**Lake County**
(707) 263-2372
*www.co.lake.ca.us/government/directory/rov.htm*

**Lassen County**
(530) 251-8217 or (530) 251-8352
*http://www.lassencounty.org*

**Los Angeles County**
(800) 815-2666 Option 2 or
(562) 466-1323
*www.lavote.net*

**Madera County**
(559) 675-7720
*www.madera-county.com*

**Marin County**
(415) 473-6456
*www.marinvotes.org*

**Mariposa County**
(209) 966-2007
*www.mariposacounty.org*

**Mendocino County**
(707) 234-6819
*www.co.mendocino.ca.us/acr/elections*

**Merced County**
(209) 385-7541 or (800) 561-0619
*www.mercedelections.org*

**Modoc County**
(530) 233-6205
*www.co.modoc.ca.us*

**Mono County**
(760) 932-5537 or (760) 932-5530
*www.monocounty.ca.gov/elections*

**Monterey County**
(831) 796-1499 or (866) 887-9274
*www.montereycountyelections.us/*

**Napa County**
(707) 253-4321 or (707) 253-4374
*www.countyofnapa.org*

**Nevada County**
(530) 265-7115
*www.mynevadacounty.com/nc/elections/Pages/Home.aspx*

**Orange County**
(714) 567-7600
*www.ocvote.com*

**Placer County**
(530) 886-5650
*www.placerelections.com*

**Plumas County**
(530) 283-6256 or (844) 676-8683
*www.countyofplumas.com*

**Riverside County**
(951) 486-7200 or (800) 773-8683
*www.voteinfo.net*

**Sacramento County**
(916) 875-6451 or (800) 762-8019
*www.elections.saccounty.net*

**San Benito County**
(831) 636-4016 or (831) 636-4017
*www.sbcvote.us*

**San Bernardino County**
(909) 387-8300 or (800) 881-8683
*www.sbcountyelections.com*

**San Diego County**
(858) 565-5800
*www.sdvote.com*

**San Francisco County**
(415) 554-4375
*www.sfelections.org*

**San Joaquin County**
(209) 468-2890
*www.sjcrov.org*

**San Luis Obispo County**
(805) 781-5228 or (805) 781-5080
*www.slovote.com*

**San Mateo County**
(650) 312-5222
*www.shapethefuture.org*

**Santa Barbara County**
(805) 568-2200 or (800) 722-8683
*www.sbcvote.com*

**Santa Clara County**
(408) 299-8683 or (866) 430-8683
*www.sccvote.org*

**Santa Cruz County**
(831) 454-2060
*www.votescount.com*

**Shasta County**
(530) 225-5730
*www.co.shasta.ca.us*

**Sierra County**
(530) 289-3295
*www.sierracounty.ca.gov*

**Siskiyou County**
(530) 842-8084
*www.sisqvotes.org*

**Solano County**
(707) 784-6675
*www.solanocounty.com/elections*

**Sonoma County**
(707) 565-6800 or (800) 750-VOTE
*vote.sonoma-county.org*

**Stanislaus County**
(209) 525-5200 or (209) 525-5201
*www.stanvote.com*

**Sutter County**
(530) 822-7122 or (530) 713-3226
*www.suttercounty.org/elections*

**Tehama County**
(530) 527-8190
*www.co.tehama.ca.us*

**Trinity County**
(530) 623-1220
*www.trinitycounty.org*

**Tulare County**
(559) 624-7300
*http://www.tularecounty.ca.gov/registrarofvoters/*

**Tuolumne County**
(209) 533-5570
*www.co.tuolumne.ca.us/elections*

**Ventura County**
(805) 654-2664
*venturavote.org*

**Yolo County**
(530) 666-8133 or (800) 649-9943
*www.yoloelections.org*

**Yuba County**
(530) 749-7855
*www.yubaelections.org*

# Audio & Large Print Voter Information Guides

This guide is available at no cost in English, Chinese, Hindi, Japanese, Khmer, Korean, Spanish, Tagalog, Thai, and Vietnamese.

To order:

✆ Call the Secretary of State's toll-free voter hotline at (800) 345-8683

💻 Visit *www.sos.ca.gov*

🌐 Download an audio MP3 version at *www.voterguide.sos.ca.gov/en/audio*

# Voter Registration

If you have already registered to vote, you do not need to reregister ***unless*** you change your name, home address, mailing address or if you want to change or select a political party.

You can register to vote online at *RegisterToVote.ca.gov*. Or call the Secretary of State's free Voter Hotline at (800) 345-VOTE (8683) to get a form mailed to you.

Voter registration forms can be found at most post offices, libraries, city and county government offices, county elections offices, and the California Secretary of State's Office.

# Voter Registration Privacy Information

**Safe at Home Confidential Voter Registration Program:** Certain voters facing life-threatening (i.e. domestic violence, stalking victims) situations may qualify for confidential voter status. For more information, contact the Secretary of State's Safe at Home program toll-free at (877) 322-5227 or visit *http://www.sos.ca.gov/registries/safe-home*.

**Voter Information Privacy:** Information on your voter registration affidavit will be used by elections officials to send you official information on the voting process, such as the location of your polling place and the issues and candidates that will appear on the ballot. Commercial use of voter registration information is prohibited by law and is a misdemeanor. Voter information may be provided to a candidate for office, a ballot measure committee, or other person for election, scholarly, journalistic, political, or governmental purposes, as determined by the Secretary of State. Driver license and social security numbers, or your signature as shown on your voter registration card, cannot be released for these purposes. If you have any questions about the use of voter information or wish to report suspected misuse of such information, please call the Secretary of State's Voter Hotline at (800) 345-VOTE (8683).

# DATES TO REMEMBER!





## REMEMBER TO VOTE!

Polls are open from 7:00 a.m. to 8:00 p.m. on Election Day!

### MAY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**May 9, 2016**
First day to vote-by-mail.

**May 23, 2016**
Last day to register to vote.

**May 31, 2016**
Last day that county elections officials will accept any voter's application for a vote-by-mail ballot.

### JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**June 7, 2016**
**Election Day!**

31

**California Secretary of State**
**Elections Division**
1500 11th Street
Sacramento, CA 95814

NONPROFIT
U.S. POSTAGE
PAID
CALIFORNIA
SECRETARY
OF STATE



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service*
®



CALIFORNIA PRESIDENTIAL

# PRIMARY ELECTION

Text *Vote* to GOVOTE (468683) to find the location of your polling place.

**OFFICIAL VOTER INFORMATION GUIDE**

**Tuesday, June 7, 2016**
Remember to Vote!
Polls are open from 7:00 a.m. to 8:00 p.m.

**May 9**
First day to vote-by-mail.

**May 23**
Last day to register to vote.

**May 31**
Last day that county elections officials will
accept any voter's application for a vote-by-mail ballot.

For additional copies of the Voter Information Guide
in any of the following languages, please call:

**English:** (800) 345-VOTE (8683)
**TDD:** (800) 833-8683
**Español/Spanish:** (800) 232-VOTA (8682)
中文**/Chinese:** (800) 339-2857
हिन्दी**/Hindi:** (888) 345-2692
日本語**/Japanese:** (800) 339-2865
ខ្មែរ**/Khmer:** (888) 345-4917
한국어**/Korean:** (866) 575-1558
**Tagalog:** (800) 339-2957
ภาษาไทย**/Thai:** (855) 345-3933
Việt ngữ**/Vietnamese:** (800) 339-8163



In an effort to reduce election costs, the State Legislature has authorized the State and counties to mail only
one guide to addresses where more than one voter with the same surname resides. You may obtain additional
copies by contacting your county elections official or by calling (800) 345-VOTE.

OSP 16 139402 

# EXHIBIT B



NEWS RELEASE
CALIFORNIA SECRETARY OF STATE **ALEX PADILLA**

**AP16:036**

**FOR IMMEDIATE RELEASE**
**February 23, 2016**
**CONTACT: Sam Mahood**
**(916) 653-6575**

## Secretary of State Padilla Releases Official Voter Information Guide for Public Display

**SACRAMENTO –** Secretary of State Alex Padilla today made the June 7, 2016, Official Voter Information Guide available for public review. The guide, which is mailed to every voting household in California, includes U.S. Senate candidate statements, arguments for and against Proposition 50, and other important election information. California's Official Voter Information Guide is available in 10 languages – English, Spanish, Chinese, Hindi, Japanese, Khmer, Korean, Tagalog, Thai and Vietnamese.

"The Official State Voter Information Guide includes a wealth of information for voters as they prepare for the June 7 Presidential Primary Election," Secretary of State Alex Padilla said. "The Voter Information Guide includes nonpartisan analysis and candidate statements that can help voters make informed decisions."

The guide is available for public inspection from February 23 through March 14 at: http://www.sos.ca.gov/elections/upcoming-elections/june-7-2016-presidential-primary-election/public-display-vig/ and at the Secretary of State's offices in Sacramento and Los Angeles. During this public display period, anyone may challenge any portion of the Official Voter Information Guide in Sacramento Superior Court. After March 14, the guide is finalized and printed.

The Secretary of State's office will begin mailing the Official Voter Information Guide to all households that have at least one registered voter beginning April 28 and ending May 17. The finalized Official Voter Information Guide will be available online at voterguide.sos.ca.gov. Audio and large print versions will be available as well. Additional hard copies or guides in any of the languages can be requested from the Secretary of State's Elections Division by calling (800) 345-VOTE (8683) or by email at vigfeedback@sos.ca.gov.

### ###

# EXHIBIT C

## Section 1: Ensuring and Protecting the Rights of Every Voter

Poll worker training should include an overview of the mission and role of the poll worker, which is to help every registered voter cast a ballot and ensure each ballot is safely secured until it can be counted. This requires the poll worker to provide a positive voting experience and ensure the rights of everyone seeking to vote are protected. Poll workers should be trained to approach their task with a customer service mentality to make each voter's experience as positive as possible. To fulfill that role, poll workers should be familiar with the rights of voters, be trained in cultural sensitivity, know how and when to assist voters with disabilities, know how and when to assist voters with specific needs, and know their responsibilities and the limits to their authority.  These four areas of knowledge are discussed independently below, but are components that should be integrated in the overall requirement to ensure the rights of voters are protected, respected, and valued.

## A. Poll Workers Should Know the Rights of Voters

All poll worker training should include a review of the rights of voters, with special emphasis placed on the rights discussed below.

## General Rights

### Right to Cast a Ballot

- Every validly registered voter has a right to cast a ballot. A validly registered voter is a United States citizen who is a resident of California, is at least 18 years old, is not imprisoned or on parole for conviction of a felony, is not currently found to be mentally incompetent by a court of law, and who is registered to vote at his or her current residence address.  (California Elections Code § 2300(a)(1))[*]

- At all elections, a voter claiming to be properly registered, but whose valid registration cannot be established by examining the voter index for the precinct or the records on file with the county elections official, shall be entitled to vote a provisional ballot. (§§ 2300(a)(2), 14310)

- A voter has the right to cast a secret ballot free from intimidation.  Poll workers should be trained to watch for and address any form of intimidation, which includes electioneering activities (see Section 3 of these standards).  Poll workers should also provide voters with disabilities, or any voter requiring assistance, the same opportunity for privacy when marking their ballots as they provide to all other voters.  (§§ 2300(a)(4), 18540; California Constitution, art. II, § 7)

- Poll workers must be trained about the right of voters to cast a ballot if they are in line at the polling place when the polls close at 8:00 p.m.  Voters who are in line at the polling place at the time polls close are entitled to vote and must be allowed to exercise that right.  (§§ 2300(a)(3), 14212, 14401, 14402)

---

[*] All references are to the California Elections Code, unless otherwise specified.

1

**Rights of Voters Who are Required to Provide Identification**

- Under federal law, first-time voters who registered by mail may be required to show identification to vote.  Poll workers may only ask a voter to provide their identification if the voter index clearly states identification is required.  This notation on the voter index will be made when the voter mailed in a voter registration form without providing a driver license number or the last four digits of their social security number. (Section 303 of the Help America Vote Act of 2002 (HAVA),52 United States Code (U.S.C.) § 21083(b); Cal. Code of Regs., tit. 2 § 20107)

- Poll workers may only ask a voter to provide identification if the voter index explicitly states identification is required because the voter is a new voter who mailed in a voter registration form without identification.  When asking for identification, the poll workers should know which forms of identification are acceptable and that a photo identification is not required, but is simply one of several acceptable forms of identification.

- Poll workers should also be instructed that a photo identification does not have to contain the voter's address or be issued by a government agency.

- Poll workers should be provided with a list of examples of acceptable forms of identification as listed in Section 20107 of the California Code of Regulations.

- Poll workers should explain to those voters why they, and not all voters, are being asked to show identification.

- Poll workers should clearly explain that if a voter who is required to provide identification does not have any acceptable form of identification or does not wish to provide identification, the voter is entitled to cast a provisional ballot and should be politely offered one.  (§ 14310; Cal. Code of Regs., tit. 2 § 20107(c))

**Rights of Voters Who Decline to State a Political Party Preference or Register with a Nonqualified Political Party**

- Poll workers should have a thorough understanding of the rights and options of voters who are not registered with a qualified political party, but are registered as No Party Preference (NPP) voters (voters who have declined to state a political party preference) or are registered with nonqualified political parties.  For the purposes of this section, any reference to NPP voters includes both those voters who have declined to state a political party preference and those who are registered with nonqualified political parties.

- During a primary election that includes at least one partisan public office (e.g., United State President) on the ballot, there should be a nonpartisan ballot and a separate ballot for each qualified political party.  It is important for trainers to clearly distinguish between ballots for qualified political parties and nonpartisan ballots.  (§§ 334, 337, 13102(a))

- A political party may adopt a party rule that allows a person who is registered as a NPP voter to vote the ballot of that political party in the partisan primary election.  (§ 13102(c))

- If a voter is registered as a NPP voter, they shall be given a nonpartisan ballot. However, this voter is entitled to vote the ballot of a political party that has authorized NPP voters to vote the ballot of that political party. (§ 13102(b))

- County elections officials should train poll workers how to use and distribute NPP voter information materials including, but not limited to, signs, posters, and written information, to inform these voters that they may request a ballot of a political party that has authorized a NPP voter to "crossover" to vote the ballot of that political party for a particular election.  The poll worker should provide information to the NPP voter in a way that avoids any advocacy towards a particular party's ballot.

- County elections officials should train poll workers how to properly record which political party's ballot was requested or whether a nonpartisan ballot was requested by each NPP voter.  (§ 13102(d))

- Prior to each partisan primary election, poll workers should be reminded that the ballot options available for voters who are not registered with a political party can change with each election, so they should rely only on the most current information.

**Right to a Provisional Ballot**

- If a voter requests a provisional ballot, or believes they are registered to vote despite not being listed on the voter index, the voter may cast a provisional ballot and must be told how to find out if the ballot was ultimately counted, and if not, why not.  In poll worker training, emphasis should be placed on checking supplemental indexes to ensure voters are not being unnecessarily required to cast provisional ballots.  It is ultimately the duty of the county elections official, not an individual poll worker, to determine whether a provisional ballot is eligible to be counted.  (§§ 2300(a)(2), 14310, 14312)

- A voter who is listed as a vote-by-mail voter, but who does not bring the vote-by-mail ballot to the polls on Election Day, has a right to cast a provisional ballot.(§§ 3016, 14310)

**Right to Replace a Spoiled Ballot**

- Poll workers should be aware that a voter has the right to receive a new ballot if, prior to casting a ballot, a voter makes a mistake marking votes.  A vote-by-mail voter may also request and receive a new ballot if the voter surrenders the blank or spoiled vote-by-mail ballot to an elections official before the polls close on Election Day.  However, a voter can only receive two replacement ballots.  Poll

3

workers should alert a voter who spoils their initial ballot that they are only entitled to two more replacements and should exercise caution when casting a replacement ballot.  (§§ 2300(a)(5), 3015, 14288)

**Right to Instruction on the Use of Voting Equipment**

- A voter has the right to receive instruction on how to cast a ballot using the voting equipment in the polling place.  Poll workers should be trained that any person who asks to vote on a direct recording electronic voting system (DRE) or any other voting machine is entitled to do so.  No voter is required to prove a disability or justify the request to use any machine in the polling place to cast a ballot.  Poll workers should be reminded that not all disabilities are visible.  Poll workers should be adequately trained to use all equipment and be available to help voters understand how to use it properly.  Furthermore, poll workers should understand the proper procedures and tools available for demonstrating the voting system, including the use of specially marked demonstration ballots.  Each voter who uses a paper ballot should be instructed how to fold the ballot or place it in a  secrecy sleeve or folder so the voter's selections are not visible.  (§§ 14272, 14275, 14292)

**Election Day Posting Requirements**

- Poll workers should be informed what materials are to be posted at the polls on Election Day and where and how each item should be posted.  This includes flags (and how to properly hang them and ensure they are easily visible to guide voters to the polling place), Voter Bill of Rights posters (which the law requires to be "conspicuously posted both inside and outside every polling place"), updated indexes, election date and polling place hours, sample ballots for all precincts at the polling place in all required languages, instructions on how to cast a provisional ballot, instructions for mail-in registrants and first-time voters, and information on federal and state laws regarding fraud and misrepresentation (e.g., a sign warning against tampering with voting equipment).  (§§ 2300(d)(2), 14105, 14105.3, 14200-14202, 18564)

**Materials in the Voting Booth**

- State and federal law do not prohibit voters from bringing the Secretary of State's Voter Information Guide, a sample ballot, a copy of the Voter Bill of Rights, or other similar explanatory materials into the voting booth.  However, the law does preclude voters from bringing electioneering materials (see Section 3, Electioneering) into the voting booth or within 100 feet of the polling place. (§ 18370)

**Right to Report Fraud or Illegal Activity**

- Voters have the right to report any illegal or fraudulent activity at or near the polls to a local elections official or to the Secretary of State's office.  The Secretary of State's office can be reached at (800) 345-VOTE (8683).  If a poll worker is

4

asked how to report illegal or fraudulent activity, the poll worker should provide the voter with that information.  (§ 2300(a)(10))

- A poll worker should inform a voter they can file a written complaint regarding any alleged violation of federal or state election laws.  For questions related to HAVA complaints, the voter should be directed to the Secretary of State's office for assistance.  The Secretary of State's office may be reached at (916) 657-2166 or elections@sos.ca.gov.  (52 U.S.C. § 21112(a)(2)(C))

## Other Rights

Voters are entitled to additional rights, depending on the circumstances.  Poll workers should be accommodating and flexible to ensure these rights are protected as well.

### Rights of All Voters to Receive Assistance at Polls

- Voters who, for any reason, need or want assistance to vote have the right to receive help to mark a ballot.  A voter can bring one or two people into the voting booth, or the voter may request assistance from a poll worker.  Poll workers should be trained in what (and what not) to do if asked to assist.  For example, it is a violation of state and federal law to disclose how a person votes.  (§§ 2300(a)(6) , 14224, 14282)

- County elections officials should train poll workers how to properly record the voters who have been assisted in marking their ballots.  (§ 14283)

### Rights of Voters with Disabilities

- Voters with disabilities have the right to vote privately and independently, the right to have a voting station reasonably modified, the right to have barriers removed from the voting process, and the right to receive additional aids and services.  At least one accessible voting unit must be available in each polling place where an election is being conducted.  (HAVA § 301(a)(3)(B); § 19242(b))

- Voters with disabilities have the right to an accessible polling place.  Poll workers need to be trained on how to use every voting machine that is offered in the polling place and on procedures for curbside voting if the voter is unable to enter the polling place.  A list of voters who have requested assistance must be maintained and returned to the elections official.   (§§ 12280, 14282, 14283)

- Under federal anti-discrimination laws, poll workers must permit a service animal to accompany a voter with a disability (e.g., a guide dog for a visually impaired person).  Poll workers should walk on the side of the voter that is on the opposite side of the service animal.  They should not pet or engage a service animal without permission from the owner.  A service animal can be any trained domestic animal for the purpose of assisting the voter.  Service dogs can be any breed or size.  (Code of Federal Regulations, Title 28, § 35.136)

- A person with a disability who is unable to write may use a signature stamp (which must be approved by the county elections official or the Department of Motor Vehicles prior to Election Day), or authorize another person to use the stamp, on any elections-related document that requires a signature (including a vote-by-mail ballot envelope).  A signature stamp on a vote-by-mail envelope is treated in the same manner as a written signature.  (§ 354.5)

- All eligible citizens have the right to register to vote unless a court has currently determined them to be mentally incompetent or they are otherwise ineligible because they are imprisoned or on parole for conviction of a felony.  It is not up to poll workers to determine a person's registration qualification or competence to vote.  Sometimes poll workers, upon encountering a voter who is disabled, may question the person's competence to vote.  Poll workers should be trained to provide the same respectful and courteous level of service to a voter with a disability as they would to any other voter.  No voter who is on the voter index is required to show any identification unless they are a first-time voter who registered to vote by mail and are so noted in the index, or to prove their competence to receive or cast a ballot.  Poll workers should be reminded that if a voter's name is not on the voter index, they are still entitled to cast a provisional ballot.  (§§ 2000, 2101, 2300(a)(1), (2), 14310; Cal. Const., art. II, § 2; HAVA § 303(a)(5); Cal. Code of Regs., tit. 2 § 21017)

- Voters with disabilities should not be asked or permitted to fill out their ballots at the table where poll workers are checking in voters, even if the voters have requested assistance in filling out their ballots, because the secrecy of the ballot may be compromised.  A separate table or voting booth compliant with the Americans with Disabilities Act (ADA) should be provided nearby.

- For additional information on assisting voters with disabilities, see page 10.

**Rights of Voters with Limited English Proficiency**

- The federal Voting Rights Act provides that in some precincts, ballots and election materials must be printed and provided in other languages spoken by voters.  Poll workers should be appropriately trained to offer alternate-language ballots, including bringing to the voter's attention the availability of alternate-language materials.  Poll workers should not make any comments regarding voters who ask to use alternative language materials.  The county elections official may want to provide poll workers with written materials explaining how to appropriately offer ballots and voting materials in other languages.  (§ 12303)

- Voters who need or want assistance to vote have the right to receive help in casting a ballot.  A voter who is not proficient in English can bring one or two people into the voting booth, or the voter may request assistance from a bilingual poll worker.  Poll workers should be trained in how best to communicate with voters who do not speak English or voters who have limited English proficiency. (§§ 2300(a)(8), 12303)

- Poll workers should also be instructed to respect people from backgrounds different from their own, including those who do not speak English fluently. Poll workers should be reminded that all voters must be treated with the utmost respect and courtesy.

- Voters will generally understand if poll workers are busy, but no voter should have to tolerate rudeness or disrespect, particularly if the inappropriate treatment is aimed at them because of a disability or limited English skills.  Voters needing language assistance should not be asked to step aside while other voters are serviced first; all voters should be processed in the order in which they appear to vote.

### Rights of Voters Accompanied by Children

- A voter who is accompanied by children below the age of 18 may take the children into the voting booth.  (§ 14222)

### Rights of Vote-by-Mail Voters

- Every voter has a right to vote by mail and to register as a permanent vote-by-mail voter.  (§§ 3001, 3003, 3201)

- To be counted, vote-by-mail ballots that are returned in person must be must be delivered to the county elections office that issued it or to any polling place in that county no later than the close of polls at 8:00 p.m. on Election Day.  Vote-by-mail ballots that are mailed must be postmarked on or before Election Day and received by the county elections office that issued it no later than three days after Election Day.. The voter or a designated third party may deliver the vote-by-mail ballot to the county elections office or the polling place. Vote-by-mail ballots cast after the polls close will not be counted.  (§§ 2300(a)(7), 3017(a), 3018, 3020)

- A voter listed as a vote-by-mail voter who wants to vote at the polling place may surrender their vote-by-mail ballot in exchange for a regular ballot.  A voter who does not bring their vote-by-mail ballot has a right to vote using a provisional ballot.  (§§ 3015, 3016, 14310)

### Rights of Elections Observers

- Only poll workers and voters engaged in voting may be within the voting booth area when the polls are open.  Other people may be in the polling place observing the process as long as they do not interfere with any voter's right to cast a secret ballot or a poll worker's ability to work.  Poll workers should be taught how to treat elections observers, as well as what elections observers are and are not allowed to do.  (§ 14221)

- Poll workers should be made aware that people have the right to observe the election process, even if they are not voting.    Observers may be at the polls before they open to the public, during polling hours, and after the polls close.

Observers have the right to ask poll workers questions about elections procedures and to receive an answer or be directed to the appropriate official for an answer. However, if persistent questioning disrupts the poll workers' duties, the poll workers can stop responding and direct the observers to the county elections office for further answers.  (§ 2300(a)(9))

- Frequently, people visit polling places on Election Day to check the voter index. These may be people working for campaigns who want to determine which voters have cast their ballots.  Poll workers should be provided with instructions on how best to interact with these people.  Poll workers should also be trained how to update the voter indexes and post such information in an accessible location, which is required by law to be completed at least once each hour, up to and including 6:00 p.m.  (§ 14294)

**Rights of News Media and Pollsters**

- Members of the news media and opinion-polling researchers are required to abide by different rules than elections observers.  Clearly identified members of the news media may speak to voters leaving the polling place as long as they do not interrupt voting and are at least 25 feet from the polling place entrance.  However, unless allowed by the county elections official, no voter may be photographed, videotaped, or filmed entering or exiting a polling place, or filmed inside the polling place, without their permission.  Pollworkers should be aware that members of the media should contact the county elections official before the election to prevent any problems or confusion on Election Day.  (§ 18541)

## B.  <u>Poll Workers Should Be Trained in Cultural Sensitivity</u>

Given the great diversity of California's population, poll workers should be instructed to treat voters of all backgrounds with equal respect.  Poll workers should be trained on cultural sensitivity – the ability to recognize and respond to cultural concerns and sensitivities of various groups.  Poll workers should be made aware of relevant differences between cultures and how the actions of a poll worker may be viewed differently than intended.

### Cultural Sensitivity

- Training should include information about people who speak languages other than English; people from racial or ethnic minorities; people who have physical, sensory, or mental disabilities; people with low literacy skills; and people who are elderly.

### Respect for Differences

- Poll workers should be taught that everyone in the polling place must be treated with the utmost level of respect and be provided with the same level of service, regardless of what language the voter speaks.  Many U.S. citizens speak

languages other than English, and in many California counties, federal law requires ballots to be available in languages other than English.  When multilingual ballots are available, voters should be offered a choice.  In addition, any voter, including non-English speaking voters and voters with limited literacy skills, is allowed to bring up to two people to help them to vote.  (§ 12303)

- Poll workers should be trained on appropriate language to use when speaking to a voter with a disability.  For example, the person is not a blind voter, but rather, a voter who is visually impaired.  The voter is not wheelchair bound, but rather, the voter uses a wheelchair.

- Poll workers should be encouraged to be considerate and patient, anticipate voters' needs, and offer assistance when possible. For example, when checking in a voter, the poll worker should politely determine how to spell the voter's name. Train poll workers to politely ask voters how to spell their names, provide paper and pen for a voter to write down the name, or, for spelling purposes, accept a voter's offer to show his or her name in print on an identification card or other document.  Poll workers may not require proof of identity except under the circumstances outlined in Section 1. A. of these standards.

- Poll workers should be instructed to assess the needs of each voter who might need assistance and meet that need in the course of their work, rather than treating voters as parts of specific population groups (such as "physically disabled" or "second language").

**Offering Assistance**

- Sometimes it can be difficult to realize when a voter needs assistance.  Some people may be much more independent than they appear to be.  However, poll workers should be trained not to be afraid to ask voters if they need assistance.  The poll workers should also be trained to ask voters directly if assistance is needed, regardless of whether the voter has brought an interpreter, companion, or assistant to the polls.  Unless the voter indicates otherwise, all communication with the voter should be directed to the voter rather than to any interpreter, companion, or assistant.  Eye contact is a sign of respect.  The county elections official may want to provide written materials explaining how to appropriately ask voters if assistance is needed.

**Three Communication Tools:  Wait.  Recognize.  Listen.**

- Poll workers should be instructed to use three tools on Election Day:

  1. Wait – Suppress the instinct to quickly respond or cut off a question.  Wait first to process the question, then formulate a reasoned and respectful response.

  2. Recognize – Focus on how to recognize other people's feelings, anticipate their needs, and be sensitive, accommodating, and courteous in assisting

them.

3. Listen – Listen before speaking to understand exactly what the voter is feeling, seeing, needing, and trying to communicate.  It is most important to remember to put assumptions aside so poll workers are better able to hear and understand a voter's responses.

**Voter Privacy**

- Poll workers should be trained to respect a voter's privacy.  Voter privacy is not only a courtesy; it is a legal requirement.  Training should emphasize the importance of voter confidentiality and clearly detail procedures for handling each ballot to ensure each voter's privacy is protected.

**How and When Poll Workers Should Ask for Help**

- If poll workers find language or any other barrier is interfering with the ability to communicate with a voter, they should be taught to ask a bilingual poll worker for help or to contact a hotline at the county elections office for assistance.  County officials should provide the appropriate contact information and the assistance necessary to make such contact.

**Display Materials**

- Poll workers should be trained how to set up and draw voters' attention to instructional materials, including materials offered in other languages.  A freestanding easel or display board is an effective way to post required notices in one place so voters can easily read them before receiving their ballots.

**Removing Insensitive Poll Workers**

- If a poll worker is identified on Election Day as being culturally insensitive or otherwise unsuitable for a particular polling place, that poll worker should be reported to the county elections official and immediately removed from the precinct.

**C.  Poll Workers Should Be Trained in How and When to Assist Voters with Disabilities**

In addition to understanding how to respectfully treat people from different cultures, poll workers should be trained to assist voters with disabilities.  Poll workers should understand that all voters have the right to vote privately and independently.  It is not up to a poll worker to determine a person's qualification to register or to vote.  Poll workers should be trained to provide the utmost respectful and courteous level of service to every voter.  Voters with disabilities, like every other voter, must be afforded the ability to cast their ballots in private.

**Access**

- Poll workers must be instructed how to ensure voters with disabilities can get into and maneuver inside the polling place.  This includes providing poll workers with the mitigating measures that were identified when the polling place was evaluated for disability access.  Poll workers need to be provided with necessary and proper equipment, signs, etc., to ensure the polling place is accessible.  Access starts by clearly marking the most accessible way to get to the polling place.  Accessible parking spaces must be clearly marked.  This may include creating temporary accessible parking spaces closest to the polling place entrance.  Directional signs will help voters identify the most accessible way to get to the polling place and voting equipment.  Poll workers should be trained to temporarily modify the outside and inside set-up of the polling place (parking, tables, chairs, voting booths, etc.) to make it accessible and still ensure voters can cast their ballots in private.

- Poll workers should be taught that not all polling places can be made accessible.  The law requires each polling place to have at least one accessible voting machine.  If a polling place is designated as inaccessible because it cannot be made accessible with mitigating measures, poll workers will need to direct voters with disabilities to a nearby accessible polling place or provide curbside voting.  Therefore, poll workers must be prepared to provide voters with disabilities from other precincts the opportunity to cast provisional ballots.

**Curbside Voting**

- If a polling place is not fully accessible, and cannot be made accessible on Election Day, poll workers must be  familiar with the procedures for conducting curbside voting.  (§ 14282)

- Procedures for curbside voting include:

    - Taking the voter index, ballot marking pen, and ballot (in a secrecy sleeve) outside to the voter.

    - Removing the receipt stub before giving the ballot and stub to the voter.

    - Allowing the voter to mark the ballot in private.

    - Taking the voted ballot in the secrecy sleeve and marking pen back into the polling place and inserting the voted ballot into the ballot box or  scanner.

    - Properly recording the voters who have been assisted in marking their ballots.  (§ 14283)

**Polling Place Set-up**

- Poll workers should be familiar with how to arrange furniture and equipment at a polling place to ensure materials are accessible to all voters and voters with disabilities are able to use equipment privately and independently.  Set-up procedures should provide instructions on how to put together voting booths for use by voters who, for example, use wheelchairs. Precinct supplies should include aids such as magnifying sheets for voters with sight disabilities, pen grips, or signature guides.  Poll workers should be prepared to offer the aides to voters.

- Many voters with disabilities have difficulty standing in line for any length of time.  If a voter asks to use a chair, poll workers should provide one.  Poll workers need to help such voters keep their place in line if necessary.  Also, some voters will need to sit down to use audio keypads.

**Voting System Access**

- Poll workers need to remember that some voters with disabilities may have disabilities that are not visible.  When a voter wants to vote on the accessible voting machine, poll workers must allow them to use it.  Poll workers should not question why the voter needs to use the accessible voting machine or assume the person does not have a disability simply because the poll worker cannot see it.

- Each polling place must have at least one accessible voting machine. Poll workers should ensure voting machines are set up in an accessible manner and, if a machine has auxiliary aids that provide or improve access, they should be familiar with the proper set-up and use (e.g., magnifying glasses, alternate language selection, audio headsets, and tactile controls).  Poll workers should be trained on how a voting machine can be modified, moved, or set up to accommodate individual disability-related access needs.  For example, poll workers should be trained to adjust the height and angle of the touch screen to match the most effective range and reach of voters with limited manual dexterity. (§ 19242(b); HAVA § 301(a)(3)(B))

- Poll workers should be taught to, before the polls open, practice connecting and removing equipment that provides accessibility for voters with disabilities to ensure the equipment is properly set up.  Specific suggestions and techniques for improving physical access to voting machines are available in the Accessibility Report on the Secretary of State's website at http://www.sos.ca.gov/elections/voting-systems/oversight/top-bottom-review/accessibility-review-report-california-top-bottom-voting-systems-review/.

**Poll Workers Should Be Trained in Disability Sensitivity**

- Poll workers should be trained on disability sensitivity – the ability to recognize and respond to the needs and sensitivities of people with different types of

disabilities.

- Poll workers should be taught disability sensitivity for working with voters with disabilities and, in particular, focus on not treating voters with disabilities as less-capable voters.

- Poll workers should do the following when working with voters with disabilities:

  - Use common sense.  People with disabilities want to be treated the same way everyone else is treated.  A person is a person first; the disability comes second.

  - Avoid patronizing words or actions.  Show the person the same courtesy and respect that you expect to receive from others.  Treat adults as adults.

  - Be considerate and patient.  Ask a voter what you can do to assist – do not help without asking or assume you know what is needed.  Be patient if the voter requires more time to accomplish various tasks.

  - Communicate with the voter.  Remember that some people with disabilities may have an assistant, interpreter, or companion with them.  It is important to  always look and speak directly to the voter rather than to their companion, interpreter, or assistant.  Face the voter with a disability when you are talking. For example, if you are looking at a voter who is blind, you will be speaking directly to them, too.

  - Keep the path to the voting booth clear.  If the polling place is in a building with several routes through it, be sure signs are posted to direct a person to the most accessible path.

**When working with voters who are blind or visually impaired:**

- Identify yourself as a poll worker as soon as you come in contact with the voter. If guiding a voter who is blind, offer your arm to the voter, rather than taking the voter's arm.  When giving verbal directions to help the voter move through the polling place, be as specific as possible and identify obstacles in their way.

- If the person has a guide dog, walk on the side of the voter opposite from the side the dog is on.  Do not pet or engage a guide dog without permission from the owner.  Guide dogs can be any breed or size.  If you are unsure if the dog is a service animal, simply ask.

- Describe what you are doing as you do it.  If you are going to leave a person who is blind or visually impaired, let the person know.

**When working with voters with speech disabilities and/or who are hard of hearing:**

- A voter who cannot speak can give his or her name and address by simply providing identification to a poll worker.  The poll worker is required by law to then read the name and address out loud.  (§ 14216)

- Follow the voter's cues to determine whether speaking, gestures, or writing is the most effective method of communication.

- If speaking, speak calmly, slowly, and directly to the voter.  Do not shout.  Your facial expressions, gestures, and body movements help the voter understand what you are saying.  Face the voter at all times.

- Rephrase, rather than repeat, sentences that the voter does not understand.

**When working with voters with limited mobility:**

- Do not push or touch a wheelchair without the owner's consent.  People using adaptive equipment consider the equipment to be part of their personal space.

- Ask before helping.  Grabbing someone's elbow may throw the person off balance.  A person with mobility impairments might lean on a door while opening it.  Quickly opening the door may cause the person to fall.

  - Fasten mats and throw rugs securely or move them out of the way to prevent people from tripping.

  - Keep floors as dry as possible.

  - Keep the ramps and accessible doors to the polling place unlocked and free of clutter.

**Removing insensitive poll workers**

  - If a poll worker is identified on Election Day as being insensitive to voters with  disabilities, or is otherwise unsuitable for a particular polling place, that poll  worker should be reported to the county elections official and should be immediately  removed from the precinct.

**D.  <u>Poll Workers Should Know Exactly What Responsibilities and Authority They Do and Do Not Have on Election Day</u>**

Poll workers are asked to follow and enforce complex rules on Election Day.  They are charged with managing a complex operation and are asked to provide customer service to equally inexperienced voters.

The large number of rules, election laws, and procedures can intimidate or empower

poll workers.  Either of these reactions can be problematic.  Poll workers may allow themselves to be bullied in ways that jeopardize the integrity of an election.  For instance, poll workers may issue an official ballot to a voter who demands one instead of the provisional ballot the voter should receive.  Alternatively, a poll worker may feel empowered to exercise authority they don't have.  For example, the poll worker might refuse to give a provisional ballot to a voter who is entitled to receive one, a decision that will disenfranchise that voter.

Given differences in human character, these problems cannot be eliminated.  However, elections officials can reduce the potential that such situations will arise through effective poll worker training and education that emphasizes the <u>mission</u> of the poll worker, which is to assist every person in voting and to ensure that each ballot is safely secured until it can be counted.  After training, poll workers can be coached and reminded on Election Day by roving inspectors who visit polling places throughout the day.

To ensure poll workers have the necessary tools to handle problems and respond to various situations (e.g., voters whose names cannot be found on the voter index), training should provide poll workers with:

- Easy access to written materials that will help them review procedures and make speedy decisions.

- The proper tools to quickly reach county officials. They should feel comfortable calling for help if they feel they need it. If one poll worker has a question, other poll workers should not dissuade them from calling for clarification, particularly if a voter could be disenfranchised.

- Information they can easily provide to voters who want or need to contact the county elections office themselves.

- The understanding that roving inspectors will visit them during the day to troubleshoot and respond to questions, problems, or needs.  Poll workers should feel comfortable calling on their roving inspectors or the county elections office at any time.

- Clear instruction about how to handle electioneering, exit pollsters, and elections observers.  Poll workers should be taught that if any other unfamiliar situation arises on Election Day, they should immediately contact the county elections office for assistance.

- Instructions to call the county elections office if they feel threatened or intimidated, if voters feel threatened or intimidated, or if a disturbance of any kind occurs.  Poll workers should be instructed to call local law enforcement <u>first</u> if they believe the safety of any person in the polling place is in jeopardy.

- Clear, unambiguous instruction regarding the limits of their authority.  They should understand poll workers have <u>no</u> authority to determine who may vote.

Rather, poll workers are required to consult with a supervisor or issue a provisional ballot when a question arises.

- Training to check supplemental voter indexes to ensure voters are not required to cast provisional ballots unnecessarily.

- An understanding they will be asked to leave and/or not be asked to work in the next election if they take any actions that threaten the voting process or infringe on the rights of voters.

# EXHIBIT D



**VOTE CALIFORNIA**
REGISTERTOVOTE.CA.GOV

# June 7, 2016, Presidential Primary Election
# How to Vote for President

| Registered to Vote with | Ballot Allowed to Vote |
|---|---|
| Democratic Party → | Democratic Party Presidential Candidates |
| Republican Party → | Republican Party Presidential Candidates |
| American Independent Party → | American Independent Party Presidential Candidates |
| Green Party → | Green Party Presidential Candidates |
| Libertarian Party → | Libertarian Party Presidential Candidates |
| Peace and Freedom Party → | Peace and Freedom Party Presidential Candidates |
| **No Party Preference** → | Non-Partisan Ballot (no presidential candidates) |

*OR you can request to vote the presidential ballot of one of the following political parties:*

**American Independent • Democratic • Libertarian**

For information on how to request a party's presidential ballot go to:

www.sos.ca.gov/elections/political-parties/no-party-preference

No matter how you are registered, you will receive a
ballot with state and local candidates and measures.

To check your registration status go to
**www.sos.ca.gov/Elections/Registration-Status**

**Want to change your political party preference?**
You must re-register to vote by **May 23, 2016**.
To register or re-register online go to **RegisterToVote.ca.gov**

# EXHIBIT E



# NEWS RELEASE
## CALIFORNIA SECRETARY OF STATE ALEX PADILLA

AP16:067

**FOR IMMEDIATE RELEASE**
**May 23, 2016**
**CONTACT:**
**Sam Mahood (916) 653-6575**

# Today is Final Day for Californians to Register to Vote for June Primary
### *Midnight Deadline to Register to Vote or Update Registration Online*

**SACRAMENTO** – Monday, May 23 is the final day for eligible California citizens to register to vote or to update their voter registration information for the June 7, 2016 Presidential Primary Election. Californians can register to vote or update voter registration information online through RegisterToVote.ca.gov until **midnight**. Paper voter registration applications can be turned into county elections offices or mailed and postmarked no later than May 23.

"Californians still have time to register to vote for the first time or update their registration information ahead of the June 7, 2016 Presidential Primary," Secretary of State Alex Padilla said.

"It only takes a few minutes and a quick visit to RegisterToVote.ca.gov to ensure that you're registered to vote. RegisterToVote.ca.gov is even available in 10 languages. If you've moved, changed your name, or want to change your political party preference you will need to update your voter registration no later than midnight on May 23. I encourage all Californians to register and share a link to RegisterToVote.ca.gov through social media," Padilla added.

Online voter registration is available in 10 languages: English, Spanish, Chinese, Hindi, Japanese, Khmer, Korean, Tagalog, Thai, and Vietnamese.

Californians can check their voter registration status through their county elections office. Some counties have online tools that allow voters to check their voter registration. A full list of contact information for county elections officials and links to county online voter registration status tools is available on the Secretary of State's website at: **http://www.sos.ca.gov/elections/registration-status/**

## Closed vs. Modified-Closed Presidential Primaries

Qualified political parties are holding their presidential primaries in one of two ways:

- **Closed presidential primary**, in which only voters registered with the party may vote that party's presidential ballot. The **Republican Party, Green Party, and Peace and Freedom Party** are holding <u>closed</u> presidential primaries.

- **Modified-closed primary**, in which the party also allows voters who registered with no party preference to request to receive and vote that party's presidential ballot. The **Democratic Party, American Independent Party, and Libertarian Party** are allowing voters with no party preference to vote their June 7 presidential primary ballot. (A voter may <u>not</u> request more than one party's presidential ballot.)

Voters who registered with a political party may only vote for a presidential candidate running in that party's primary election.

**Reminder:** Voters, regardless of their political party preference, can vote for any candidate running in their district for the following races: U.S. Senate, U.S. House of Representatives, State Senate, and State Assembly.

## Tips for voters registered with No Party Preference

Voters with no party preference who vote at the polls can request a Democratic Party, American Independent Party, or Libertarian Party ballot on Election Day from a poll worker.

Voters with no party preference who vote by mail were sent a post-card from their county elections office asking if the voter would like to receive a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. Voters who did not return this post card will receive a non-partisan ballot without presidential candidates.

"There is still time for voters with no party preference to request a new ballot—even if they have already received a ballot in the mail," Padilla said.

**Q: I am a voter with no party preference, and I received a vote-by-mail ballot with no presidential candidates. What can I do to request a ballot with presidential candidates?**

- Contact your county elections office <u>no later than May 31</u> to request a vote-by-mail ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. **Click Here for County Elections Contact Information**; OR
- Bring your vote-by-mail ballot to the polls on Election Day and exchange it for a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. If you have lost your original vote-by-mail ballot, you will have to vote a provisional ballot at the polls—your vote will still be counted; OR
- Bring your vote-by-mail ballot to an early voting location in your county and exchange it for a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. If you have lost your original vote-by-mail ballot, you will have to vote a provisional ballot at the polls—your vote will still be counted.
  NOTE: Contact your county elections office for early voting locations and availability **Click Here for County Elections Contact Information**

**Q: How can a voter with no party preference cast a ballot for Republican Party, Green Party, or Peace and Freedom Party presidential candidates?**

Voters registered with no party preference who would like to vote in the June 7 Presidential Primary for a Republican Party, Green Party, or Peace and Freedom Party presidential candidate must re-register to vote with one of those respective parties no later than May 23, 2016.

###



## June 7, 2016, Presidential Primary Election
## How to Vote for President

**Registered to Vote with**　　　　**Ballot Allowed to Vote**

Democratic Party　→　Democratic Party Presidential Candidates

Republican Party　→　Republican Party Presidential Candidates

American Independent Party　→　American Independent Party Presidential Candidates

Green Party　→　Green Party Presidential Candidates

Libertarian Party　→　Libertarian Party Presidential Candidates

Peace and Freedom Party　→　Peace and Freedom Party Presidential Candidates

**No Party Preference**　→　Non-Partisan Ballot (no presidential candidates)

*OR you can request to vote the presidential ballot of one*
*of the following political parties:*

**American Independent • Democratic • Libertarian**

For information on how to request a party's presidential ballot go to:

www.sos.ca.gov/elections/political-parties/no-party-preference

No matter how you are registered, you will receive a
ballot with state and local candidates and measures.

To check your registration status go to
**www.sos.ca.gov/Elections/Registration-Status**

**Want to change your political party preference?**
You must re-register to vote by **May 23, 2016.**
To register or re-register online go to **RegisterToVote.ca.gov**

# EXHIBIT F



## NEWS RELEASE
### CALIFORNIA SECRETARY OF STATE ALEX PADILLA

**AP16:065**

**FOR IMMEDIATE RELEASE**
**May 16, 2016**
**CONTACT:**
**Sam Mahood (916) 653-6575**

# One Week Remaining for Californians to Register to Vote in June 7, 2016 Presidential Primary

*Secretary of State Alex Padilla encourages California citizens to register to vote by May 23*

**SACRAMENTO –** May 23 is the deadline for eligible California citizens to register to vote for the first time or to update their voter registration information for the June 7, 2016 Presidential Primary Election.

"Californians have one more week to go until the May 23 voter registration deadline," Secretary of State Alex Padilla said. "Whether you're registering for the first time or you just need to update your registration information—it's quick and easy through RegisterToVote.ca.gov"

"You can use your smartphone, tablet, or laptop to register to vote in minutes. If you've moved, changed your name, or want to change your political party preference visit RegisterToVote.ca.gov by May 23."

Californians can check their voter registration status through their county elections office. Some counties have online tools that allow voters to check their voter registration. A full list of contact information for county elections officials and links to county online voter registration status tools is available on the Secretary of State's website at: **http://www.sos.ca.gov/elections/registration-status/**

## Closed vs. Modified-Closed Presidential Primaries

Qualified political parties are holding their presidential primaries in one of two ways:

- **Closed presidential primary**, in which only voters registered with the party may vote that party's presidential ballot. The **Republican Party, Green Party, and Peace and Freedom Party** are holding <u>closed</u> presidential primaries.

- **Modified-closed primary**, in which the party also allows voters who registered with no party preference to request to receive and vote that party's presidential ballot. The **Democratic Party, American Independent Party, and Libertarian Party** are allowing voters with no party preference to vote their June 7 presidential primary ballot. (A voter may <u>not</u> request more than one party's presidential ballot.)

Voters who registered with a political party may only vote for a presidential candidate running in that party's primary election.

**Reminder:** Voters, regardless of their political party preference, can vote for any candidate running in their district for the following races: U.S. Senate, U.S. House of Representatives, State Senate, and State Assembly.

## Tips for voters registered with No Party Preference

Voters with no party preference who vote at the polls can request a Democratic Party, American Independent Party, or Libertarian Party ballot on Election Day from a poll worker.

Voters with no party preference who vote by mail were sent a post-card from their county elections office asking if the voter would like to receive a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. Voters who did not return this post card will receive a non-partisan ballot without presidential candidates.

"There is still time for voters with no party preference to request a new ballot—even if they have already received a ballot in the mail," Padilla said.

**Q: I am a voter with no party preference, and I received a vote-by-mail ballot with no presidential candidates. What can I do to request a ballot with presidential candidates?**

- Contact your county elections office no later than May 31 to request a vote-by-mail ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. **Click Here for County Elections Contact Information**; OR

- Bring your vote-by-mail ballot to the polls on Election Day and exchange it for a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. If you have lost your original vote-by-mail ballot, you will have to vote a provisional ballot at the polls—your vote will still be counted; OR

- Bring your vote-by-mail ballot to an early voting location in your county and exchange it for a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. If you have lost your original vote-by-mail ballot, you will have to vote a provisional ballot at the polls—your vote will still be counted.
  NOTE: Contact your county elections office for early voting locations and availability **Click Here for County Elections Contact Information**

**Q: How can a voter with no party preference cast a ballot for Republican Party, Green Party, or Peace and Freedom Party presidential candidates?**

Voters registered with no party preference who would like to vote in the June 7 Presidential Primary for a Republican Party, Green Party, or Peace and Freedom Party presidential candidate must re-register to vote with one of those respective parties by May 23, 2016.

###



**VOTE CALIFORNIA**
REGISTERTOVOTE.CA.GOV

# June 7, 2016, Presidential Primary Election
# How to Vote for President

**Registered to Vote with**       **Ballot Allowed to Vote**

Democratic Party → Democratic Party Presidential Candidates

Republican Party → Republican Party Presidential Candidates

American Independent Party → American Independent Party Presidential Candidates

Green Party → Green Party Presidential Candidates

Libertarian Party → Libertarian Party Presidential Candidates

Peace and Freedom Party → Peace and Freedom Party Presidential Candidates

**No Party Preference** → Non-Partisan Ballot (no presidential candidates)

*OR you can request to vote the presidential ballot of one of the following political parties:*

**American Independent • Democratic • Libertarian**

For information on how to request a party's presidential ballot go to:

www.sos.ca.gov/elections/political-parties/no-party-preference

No matter how you are registered, you will receive a
ballot with state and local candidates and measures.

To check your registration status go to
**www.sos.ca.gov/Elections/Registration-Status**

**Want to change your political party preference?**
You must re-register to vote by **May 23, 2016**.
To register or re-register online go to **RegisterToVote.ca.gov**

# EXHIBIT G



**NEWS RELEASE**
CALIFORNIA SECRETARY OF STATE **ALEX PADILLA**

**AP16:063**

**FOR IMMEDIATE RELEASE**
**May 12, 2016**
**CONTACT:**
**Sam Mahood (916) 653-6575**

## Tips for No Party Preference Voters

**SACRAMENTO –** Secretary of State Alex Padilla has provided the following tips for voters registered with no party preference planning to vote in the June 7, 2016 Presidential Primary.

"The June 7, 2016 Presidential Primary is fast approaching, but voters registered with no party preference still have time to request a partisan ballot with presidential candidates," Secretary of State Alex Padilla said.

The following parties allow persons that registered to vote as having no party preference to cast a ballot in their presidential primary:

Democratic Party
American Independent Party
Libertarian Party

Voters with no party preference who vote at the polls can request a Democratic Party, American Independent Party, or Libertarian Party ballot on Election Day from a poll worker.

Voters with no party preference who vote by mail were sent a post-card from their county elections office asking if the voter would like to receive a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. Voters who did not return this post card will receive a non-partisan ballot without presidential candidates.

"There is still time for voters with no party preference to request a new ballot—even if they have already received a ballot in the mail," Padilla added.


**Q: I am a voter with no party preference, and I received a vote-by-mail ballot with no presidential candidates. What can I do to request a ballot with presidential candidates?**

- Contact your county elections office no later than May 31 to request a vote-by-mail ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. Click Here for County Elections Contact Information; OR

- Bring your vote-by-mail ballot to the polls on Election Day and exchange it for a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. If you have lost your original vote-by-mail ballot, you will have to vote a provisional ballot at the polls—your vote will still be counted; OR

- Bring your vote-by-mail ballot to an early voting location in your county and exchange it for a ballot with presidential candidates from the Democratic Party, American Independent Party, or Libertarian Party. If you have lost your original vote-by-mail ballot, you will have to vote a provisional ballot at the polls—your vote will still be counted.
NOTE: Contact your county elections office for early voting locations and availability Click Here for County Elections Contact Information

**Q: How can a voter with no party preference cast a ballot for Republican Party, Green Party, or Peace and Freedom Party presidential candidates?**

Voters registered with no party preference who would like to vote in the June 7 Presidential Primary for a Republican Party, Green Party, or Peace and Freedom Party presidential candidate must re-register to vote with one of those respective parties by May 23, 2016.

Register to vote or re-register online at registertovote.ca.gov

###



**VOTE CALIFORNIA**
REGISTERTOVOTE.CA.GOV

# June 7, 2016, Presidential Primary Election
# How to Vote for President

## Registered to Vote with | ## Ballot Allowed to Vote

Democratic Party → Democratic Party Presidential Candidates

Republican Party → Republican Party Presidential Candidates

American Independent Party → American Independent Party Presidential Candidates

Green Party → Green Party Presidential Candidates

Libertarian Party → Libertarian Party Presidential Candidates

Peace and Freedom Party → Peace and Freedom Party Presidential Candidates

**No Party Preference** → Non-Partisan Ballot (no presidential candidates)

*OR you can request to vote the presidential ballot of one of the following political parties:*

**American Independent • Democratic • Libertarian**

For information on how to request a party's presidential ballot go to:

www.sos.ca.gov/elections/political-parties/no-party-preference

No matter how you are registered, you will receive a
ballot with state and local candidates and measures.

To check your registration status go to
**www.sos.ca.gov/Elections/Registration-Status**

**Want to change your political party preference?**
You must re-register to vote by **May 23, 2016**.
To register or re-register online go to **RegisterToVote.ca.gov**

# EXHIBIT H



AP16:060

**FOR IMMEDIATE RELEASE**
**May 3, 2016**
**CONTACT:**
**Sam Mahood (916) 653-6575**

# Secretary of State Padilla Encourages Californians to Register to Vote for June 7, 2016 Election

**SACRAMENTO –** The June 7, 2016 Presidential Primary is 35 days away, and California Secretary of State Alex Padilla is urging citizens to register to vote.

"If you are unsure of your voter registration status, you can verify your information with your county elections office," Secretary of State Padilla said. "Some counties have online tools that allow voters to check their voter registration. A full list of contact information for county elections officials and links to county online voter registration status tools is available on the Secretary of State's website at: http://www.sos.ca.gov/elections/registration-status/"

**May 23 is the deadline to register to vote or update voter registration information for the June 7, 2016 Presidential Primary Election.**

"If you've moved, changed your name, or want to change your political party preference—you'll need to update your registration status by May 23. California citizens can quickly and easily update registration information online at RegisterToVote.ca.gov," Padilla added.

**Closed vs. Modified-Closed Presidential Primaries**

Qualified political parties are holding their presidential primaries in one of two ways:

- **Closed presidential primary**, in which only voters indicating a preference for the party may vote that party's presidential ballot. The **Republican, Green, and Peace and Freedom parties** are holding <u>closed</u> presidential primaries.

- **Modified-closed primary**, in which the party also allows voters who registered with no party preference (NPP) to request to receive and vote that party's presidential ballot. There are referred to as cross-over ballots. The **Democratic party, American Independent party, and Libertarian party** are allowing NPP voters to vote their June 7 presidential primary ballot. (A voter may not request more than one party's presidential ballot.)

**How can voters with "no party preference" request cross-over ballots for a party's presidential primary?**

Voters with no party preference who vote at the polls can request a Democratic party, American Independent party, or Libertarian party ballot on Election Day from a poll worker.

Voters with no party preference who vote by mail were sent a post-card from their county elections office asking which cross-over ballot the voter would like to receive.  Voters should return this to their county elections office as soon as possible. Voters can request a cross-over vote-by-mail ballot from their county elections office until May 31st.

Click Here for a Vote-By-Mail Ballot Application

Click Here for County Elections Contact Information

**Reminder:** Voters who registered with a political party may only vote for a presidential candidate running in that party's primary election.


**Top-Two Primary Act**

The Top Two Candidates Open Primary Act requires that all candidates for a voter-nominated office be listed on the same ballot. The voter-nominated offices on the June ballot are one member of the U.S. Senate, 53 members of the U.S. House of Representatives, the 80 State Assembly members, and the 20 odd-numbered State Senate district members. Any citizen can vote for any candidate for a voter-nominated office, regardless of party preference.

The Top Two Candidates Open Primary Act does not apply to candidates running for U.S. president, county central committee, and local offices.

###



**VOTE CALIFORNIA**
REGISTERTOVOTE.CA.GOV

# June 7, 2016, Presidential Primary Election
## How to Vote for President

### Registered to Vote with      Ballot Allowed to Vote

Democratic Party    →    Democratic Party Presidential Candidates

........................................................................................................

Republican Party    →    Republican Party Presidential Candidates

........................................................................................................

American Independent Party    →    American Independent Party Presidential Candidates

........................................................................................................

Green Party    →    Green Party Presidential Candidates

........................................................................................................

Libertarian Party    →    Libertarian Party Presidential Candidates

........................................................................................................

Peace and Freedom Party    →    Peace and Freedom Party Presidential Candidates

**No Party Preference**    →    Non-Partisan Ballot (no presidential candidates)

*OR you can request to vote the presidential ballot of one of the following political parties:*

**American Independent** • **Democratic** • **Libertarian**

For information on how to request a party's presidential ballot go to:

www.sos.ca.gov/elections/political-parties/no-party-preference

........................................................................................................

No matter how you are registered, you will receive a
ballot with state and local candidates and measures.

........................................................................................................

To check your registration status go to
**www.sos.ca.gov/Elections/Registration-Status**

........................................................................................................

**Want to change your political party preference?**
You must re-register to vote by **May 23, 2016**.
To register or re-register online go to **RegisterToVote.ca.gov**

# EXHIBIT I

# No Party Preference Voters

You can vote in the Presidential Primary for the following parties:

American Independent   •   Democratic   •   Libertarian

---

## Si se inscribió sin preferencia de partido politico

Puede votar en la primaria presidencial de los siguientes partidos:

Americano Independiente   •   Demócrata   •   Libertario

---

## 如果您登記為無政黨歸屬

您可在總統初選中投給以下政黨：

美國獨立黨   •   民主黨   •   自由黨

---

## यदि आप कोई पार्टी पसंद नहीं के साथ पंजीकृत है

तो आप निम्नलिखित पार्टियों के लिए राष्ट्रपति के प्राथमिक चुनाव में मतदान कर सकते है:

अमेरिकी स्वतंत्र   •   लोकतंत्रवादी   •   मुक्तिवादी

---

## 支持政党なしで登録なさっている場合

以下の政党の大統領予備選挙で投票できます。

アメリカ独立党   •   民主党   •   自由党

---

## បើអ្នកបានចុះឈ្មោះដោយគ្មានការប្រកាន់គណៈបក្ស

អ្នកអាចបោះឆ្នោតគាប្រធានាធិបតីជាបឋម សំរាប់គណៈបក្សនៅខាងក្រោម:

ឯករាជ្យអាមេរិក   •   ប្រជាធិបតេយ្យ   •   សេរីនិយម

---

## 선호 정당이 없이 등록한 경우에는

다음의 정당에대한 대통령 예비선거에서 투표할 수 있습니다:

미국독립당   •   민주당   •   자유당

---

## Kung ikaw ay nakarehistro nang walang kinakatigang partido

Makakaboto ka sa Pampanguluhang Primarya para sa mga sumusunod na partido:

Amerikanong Independiyente   •   Demokratiko   •   Libertaryan

---

## หากท่านได้ขึ้นทะเบียนโดยไม่ระบุพรรคการเมืองที่ชอบ

ท่านสามารถลงคะแนนเสียงในการเลือกตั้งประธานาธิบดีขั้นต้นได้สำหรับพรรคการเมืองต่อไปนี้:

อเมริกันอิสระ   •   เดโมแครต   •   เสรีนิยม

---

## Nếu quý vị ghi danh mà không chọn đảng nào

Quý vị có thể bỏ phiếu trong kỳ bầu cử sơ bộ Tổng Thống cho những đảng sau đây:

Người Mỹ Độc Lập   •   Dân chủ   •   Tự do

**For use in the June 7, 2016, Presidential Primary Election**

# EXHIBIT J

ALEX PADILLA | SECRETARY OF STATE | STATE OF CALIFORNIA
ELECTIONS DIVISION
1500 11th Street, 5th Floor, Sacramento, CA 95814 | **Tel** 916.657.2166 | **Fax** 916.653.3214 | www.sos.ca.gov

April 19, 2016

County Clerk/Registrar of Voters (CC/ROV) Memorandum #16124

TO:          All County Clerks/Registrars of Voters

FROM:        /s/ Jonathan Ivy
             Language and Accessibility Coordinator

RE:          Presidential Primary: Precinct Notice for No Party Preference

The Secretary of State has created the attached 8.5" x 14" flyer for use at polling places to inform "No Party Preference" voters of their options for requesting a partisan ballot for the upcoming June 7, 2016, Presidential Primary Election.

It is a multi-lingual flyer that provides information in English, Spanish, Chinese, Hindi, Japanese, Khmer, Korean, Tagalog, Thai, and Vietnamese.

To request copies of the flyer for your precinct supplies, please fill out the attached form and return via e-mail, Jonathan.Ivy@sos.ca.gov, or fax (916) 653-3214.

If you decide to print the flyer yourself, you may use the attached version. It is intended to be printed on **legal size paper**. If printing from Adobe, be sure the option "Choose paper source by PDF page size" is selected on the print menu.

If you have any questions, you may contact me via email at Jonathan.Ivy@sos.ca.gov or by phone at (916) 695-1581.



**ALEX PADILLA** | SECRETARY OF STATE | STATE OF CALIFORNIA
ELECTIONS DIVISION
1500 11th Street, 5th Floor, Sacramento, CA 95814 | **Tel** 916.657.2166 | **Fax** 916.653.3214 | www.sos.ca.gov

# No Party Preference Voters Flyer for the
# June 7, 2016, Presidential Primary
# Order Form

**Contact Information:**

County: _____

Contact Name: _____

Mailing Address: _____

City, State & Zip: _____

Email: _____

Phone: _____

**Quantity:** _____
(8.5" x 14" multi-lingual)

**Return completed order form to:**

Secretary of State
Elections Division
1500 11th Street, Fifth Floor
Sacramento, CA 95814
ATTN: Jonathan Ivy
or by email to:
Jonathan.Ivy@sos.ca.gov
Fax: (916) 653-3214

# No Party Preference Voters

You can vote in the Presidential Primary for the following parties:

American Independent     •     Democratic     •     Libertarian

---

## Si se inscribió sin preferencia de partido politico

Puede votar en la primaria presidencial de los siguientes partidos:

Americano Independiente     •     Demócrata     •     Libertario

---

## 如果您登記為無政黨歸屬

您可在總統初選中投給以下政黨：

美國獨立黨     •     民主黨     •     自由黨

---

## यदि आप कोई पार्टी पसंद नहीं के साथ पंजीकृत है

तो आप निम्नलिखित पार्टियों के लिए राष्ट्रपति के प्राथमिक चुनाव में मतदान कर सकते है:

अमेरिकी स्वतंत्र     •     लोकतंत्रवादी     •     मुक्तिवादी

---

## 支持政党なしで登録なさっている場合

以下の政党の大統領予備選挙で投票できます。

アメリカ独立党     •     民主党     •     自由党

---

## បើអ្នកបានចុះឈ្មោះដោយគ្មានការប្រកាន់គណៈបក្ស

អ្នកអាចបោះឆ្នោតប្រធានាធិបតីជាបឋមបប សំរាប់គណៈបក្សនៅខាងក្រោម:

ឯកឫជ្យអាមេរិក     •     ប្រជាធិបតេយ្យ     •     សេរីនិយម

---

## 선호 정당이 없이 등록한 경우에는

다음의 정당에대한 대통령 예비선거에서 투표할 수 있습니다:

미국독립당     •     민주당     •     자유당

---

## Kung ikaw ay nakarehistro nang walang kinakatigang partido

Makakaboto ka sa Pampanguluhang Primarya para sa mga sumusunod na partido:

Amerikanong Independiyente     •     Demokratiko     •     Libertaryan

---

## หากท่านได้ขึ้นทะเบียนโดยไม่ระบุพรรคการเมืองที่ชอบ

ท่านสามารถลงคะแนนเสียงในการเลือกตั้งประธานาธิบดีขั้นต้นได้สำหรับพรรคการเมืองต่อไปนี้:

อเมริกันอิสระ     •     เดโมแครต     •     เสรีนิยม

---

## Nếu quý vị ghi danh mà không chọn đảng nào

Quý vị có thể bỏ phiếu trong kỳ bầu cử sơ bộ Tổng Thống cho những đảng sau đây:

Người Mỹ Độc Lập     •     Dân chủ     •     Tự do

**For use in the June 7, 2016, Presidential Primary Election**

# EXHIBIT K

# Voter Hotline Quick Reference Guide

**ATTENTION VOTER HOTLINE OPERATORS:**
The Secretary of State's office does not take a position on any candidate or ballot measure. Do not express your political views to a caller, even though they may ask for your opinion. You may direct voters to their State Voter Information Guide and/or County Sample Ballot for information on the candidates and ballot measures.

**HOT TOPIC:**  The following political parties have notified the Secretary of State of their decision to allow No Party Preference voters to request their party's presidential ballot in the June 7, 2016 Presidential Primary Election. No other qualified political party will allow cross-over voters. See "How to Vote for President" flyer for more details.
- American Independent Party
- Democratic Party
- Libertarian Party

**HOT TOPIC:  Top Two Candidates – What does that mean?**
Under the Top Two Candidates Open Primary Act, voter-nominated (State Constitutional Offices (Governor, Lt. Governor, Secretary of State, Attorney General, State Controller, State Treasurer, Superintendent of Public Instruction, and Insurance Commissioner), Congressional, State Senate, State Assembly) candidates running in a primary election, regardless of their party preference, will appear on a single primary election ballot and voters can vote for any candidate regardless of their political party preference. The top two overall vote-getters – (not the top vote-getter from each qualified political party) – move on to the general election. This does not apply to the office of the President.

**POLLING PLACE: Polling Places Are Open From 7:00 a.m. to 8:00 p.m. on Election Day.**
For callers that do not feel comfortable giving their information over the Voter Hotline or simply want to look it up for themselves, a voter can find their polling place location by: checking the back of their county sample ballot booklet, contacting their county elections office directly, visiting their county elections office's website, texting the word "VOTE" to "GOVOTE", or visiting the Secretary of State's website (sos.ca.gov) and clicking "**Find Your Polling Place.**"

**LAST DAY TO REGISTER TO VOTE  IN THE JUNE 7 PRESIDENTIAL PRIMARY  ELECTION WAS MONDAY, MAY 23, 2016**
- Individuals may still register online <u>for future elections</u> at RegisterToVote.ca.gov after May 23rd.
- If a registered voter moves (changes residence) **within 14 days prior to an election** (after the close of registration on 5/23), the voter may vote in the polling place/precinct for their OLD address for the June 7 Primary Election. **HOWEVER: The voter will have to re-register to vote in order to vote in any future elections.**

**WHAT QUESTIONS MUST BE REFERRED TO THE VOTER'S COUNTY TO ANSWER?**
- Am I registered to vote? (some counties have a look up tool on their website)
- Why haven't I received my vote-by-mail (VBM) ballot? – The voter can visit our website at www.sos.ca.gov/elections/ballot-status/, which will direct them to their county's ballot status look up page.

**VOTING BY MAIL:**
- Counties began mailing vote-by-mail ballots – May 9, 2016
- Last day a voter could apply for a vote-by-mail ballot – May 31, 2016
- Completed vote-by-mail ballots must be **postmarked on or before Election Day and received by the county elections office no later than 3 days after Election Day.**
- Where can I turn in my vote-by-mail ballot (if I can't mail it in time)?
  - Ballots may be returned in-person to any polling place <u>within the voter's  county</u> by 8:00 p.m. on Election Day or at their county elections office.
  - Voters may authorize, in writing, a legally allowable third party (spouse, child, parent, grandparent, grandchild, brother, sister, or a person residing in the same household as you) to return the ballot (by 8:00 p.m. on Election Day) on their behalf.

**WHAT IS A "PROVISIONAL BALLOT" OR "PROVISIONAL VOTING?"**
If your name is not on the list of registered voters at your designated polling place but you believe you are registered to vote, you may request a provisional ballot. A poll worker will give you a ballot and a special envelope. After voting, place your ballot in the provisional ballot envelope and sign the outside affirming your identity and that you have not already voted in that election. Your provisional ballot is counted after your county elections office has confirmed that you are registered to vote and you did not already vote in that election either at another polling place or by mail.

A poll worker will give you information about how to check after the election that your provisional ballot was counted and, if it was not counted the reason why. Voters can also visit our **"Check Status of My Ballot"** page at http://www.sos.ca.gov/elections/ballot-status/.

**PRESIDENTIAL CANDIDATE STATEMENTS:**
Presidential candidate statements can be found in the online version of the State Voter Information Guide located at http://voterguide.sos.ca.gov/candidates/president-candidate-statements.htm. These statements are only online. They are not included in the printed guides mailed to voters. Not all candidates submitted statements.

**Voting Materials (State Voter Information Guide and County Sample Ballot)**
If a voter did not register by Monday, May 9, 2016 (29 days prior to Election Day), he or she may not have received a Voter Information Guide (VIG). However, VIGs are available at all polling places, as well as online at the Secretary of State's website at http://www.voterguide.sos.ca.gov. In addition, Sample Ballots are available at all polling places and some counties provide sample ballots on their websites (see county contact list for web addresses).

# EXHIBIT L



# SECRETARY OF STATE'S VOTER HOTLINE

## GOOD MORNING/AFTERNOON, SECRETARY OF STATE VOTER HOTLINE, HOW MAY I HELP YOU?

Please remember to raise your flag if you are unsure of an answer, have a complaint to be reviewed, or need assistance in any way. An Elections runner will be happy to help you.

### IMPORTANT INFORMATION: VOTE BY MAIL

Vote by mail ballots must be postmarked by Election Day and received no later than 3 days after Election Day by the County Elections Office.

Voters may drop off their vote by mail ballot at any polling place within their county by 8:00 p.m. on Election Day.

The following political parties have notified the Secretary of State that they will allow No Party Preference voters to request their party's presidential ballot in the **June 7, 2016** Presidential Primary Election:

- American Independent Party
- Democratic Party
- Libertarian Party

### THE SECRETARY OF STATE PROVIDES VOTING MATERIALS IN 10 LANGUAGES:

English
Spanish (S)
Chinese (C)
Hindi (H)
Japanese (J)
Khmer (KH)
Korean (K)
Tagalog (T)
Thai (TH)
Vietnamese (V)

Only Specify a Language Code if the caller request it.

# EXHIBIT M



## NEWS RELEASE
### CALIFORNIA SECRETARY OF STATE ALEX PADILLA

AP16:056

**FOR IMMEDIATE RELEASE**
**April 5, 2016**
**CONTACT:**
**Sam Mahood (916) 653-6575**

# California Secretary of State Alex Padilla Prepares for Surge in Voter Turnout

*Seeks Additional Resources for Printing and Staffing for Primary and General Elections*

**SACRAMENTO –** California Secretary of State Alex Padilla has reached out to Governor Jerry Brown, legislative leaders, and county elections officials in anticipation of a surge in voter turnout in the June 7, Presidential Primary Election and the November 8, General Election.

"I intend to work with the Governor and the legislature to move quickly to ensure we have the resources necessary to conduct smooth and successful elections," Padilla said.  In a memo last week, the Secretary of State urged county elections officials to "ensure each polling place has a sufficient number of ballots on hand to manage the anticipated increase in turnout that has been observed in other states."

[Click here for the Secretary of State's memo to county elections officials on sufficient ballot supplies](#)

"High interest in the 2016 election cycle, a significant rise in the use of online voter registration, growing demand for registration cards, and increased voter turnout in neighboring states suggests that California could see a major surge in voter turnout," Secretary of State Padilla said today.

Padilla has reached out to Governor Brown and legislative leaders requesting $32 million to ensure that California's 58 county election officials and the office of Secretary of State have adequate resources to conduct the June and November elections while also verifying petitions for as many as 21 potential ballot measures. "Counties will need more resources," Padilla said.

The funding would cover increased printing costs for a much larger General Election Statewide Voter Information Guide, as well as additional staff time to process initiative petitions and administer elections.

In his letter, Padilla expressed concerns about printing costs. "With as many as 21 potential ballot measures, the principal voter guide for the November General Election may be between 208 and 256 pages long. If the Legislature adds three measures, the principal voter information guide could grow to 288 pages," explained Padilla.



**ALEX PADILLA**
CALIFORNIA SECRETARY OF STATE

April 4, 2016

The Honorable Jerry Brown, Governor
State of California
State Capitol
Sacramento, CA 95814

Dear Governor Brown:

As California Secretary of State and California's Chief Elections Officer, it is my responsibility to oversee the administration of the upcoming statewide elections. Our data suggests a surge in voter participation in both the Presidential Primary Election in June and the General Election in November. For example, in just the past three months more than 600,000 California citizens have used our online voter registration site to register to vote, or update their registration. Western states that have already conducted their presidential primary election have seen voter turnout for major parties surpass the turnout for the 2012 primary election and approach or equal the voter turnout of the 2008 primary election.

With interest growing rapidly, California's 58 county elections officials will face higher than average costs. Voter registration cards are in high demand – one campaign recently requested 200,000 cards. Also, counties must print additional ballots and ensure that polling places have adequate "crossover" ballots on hand for those parties that conduct open primaries. Counties must also ensure compliance with both language access and voter access required under federal law.

There will be a need for increased staffing resources in many counties. In the coming months, county elections officials must verify a massive number of signatures on initiative petitions for the November election at the same time they are preparing for the June election. Thirteen measures are still in circulation – eight that amend statute and five that amend the constitution. Depending on how many measures go to a full signature count, counties could be required to verify as many as 9.4 million signatures. It is expected that many of these measures will be submitted to counties at, or just prior to, the filing deadline.

1500 11TH STREET, SACRAMENTO, CA 95814 • (916) 653-7244
300 SOUTH SPRING STREET, ROOM 16507, LOS ANGELES, CA 90013 • (213) 897-6225
WWW.SOS.CA.GOV

The Honorable Jerry Brown
April 4, 2016
Page 2

In addition, we will face higher printing costs for additional voter information guides in June, and much higher printing costs for the General Election. With as many as 21 potential ballot measures, the principal voter guide for the November General Election may be between 208 and 256 pages long. If the Legislature adds three measures, the principal voter information guide could grow to 288 pages. Either way we anticipate printing multiple volumes.

On June 7 and November 8, all eyes will be on California. I am requesting a meeting to discuss these and any other issues to ensure that California counties have the resources and time necessary to conduct smooth and successful elections in the months ahead.

Thank you for your consideration.

Sincerely,

Alex Padilla
California Secretary of State


cc:     The Honorable Kevin de León, Senate President pro Tempore
        The Honorable Jean Fuller, Senate Republican Leader
        The Honorable Anthony Rendon, Speaker of the Assembly
        The Honorable Chad Mayes, Assembly Republican Leader

###

# EXHIBIT N



AP16:059

**FOR IMMEDIATE RELEASE**
**April 29, 2016**
**CONTACT:**
**Sam Mahood (916) 653-6575**

# Governor Brown Signs Bill to Provide Additional Election Funding

### *Additional Resources for Staffing and Administering Primary Election*

**SACRAMENTO** – Governor Jerry Brown has signed legislation to provide the Secretary of State and county elections offices additional funding to administer the June 7, 2016 Presidential Primary Election.

AB 120, authored by Assemblymember Phil Ting (D-San Francisco) and sponsored by Secretary of State Alex Padilla, received bipartisan support in the State Senate (36-0) and State Assembly (73-0).

"I thank Governor Brown and the Legislature for recognizing the unique nature of the 2016 election cycle and working so quickly to provide critical funding to county elections officials," Secretary of State Padilla said. "County elections officials must not only prepare for a surge in voter turnout, they also have to verify a massive number of signatures for ballot measure initiative petitions. This funding will help ensure counties can conduct smooth and successful Presidential Primary Elections."

AB 120 provides an additional $16,288,000 to all 58 California counties. This funding will help cover costs associated conducting the June 7, Presidential Primary Election while simultaneously completing statewide initiative signature verifications. $115,000 of the total funding will be provided to the Secretary of State's office for elections costs—including hiring more phone interpreters for the voter hotline and conducting polling place observations in all 58 California counties.

"Voter interest is climbing, and elections officials need to be prepared," Padilla added.

Earlier this month Secretary of State Padilla reached out to Governor Brown, legislative leaders, and county elections officials in anticipation of a surge in voter turnout in the June 7, Presidential Primary Election. AB 120 is a direct result of these discussions.

In a memo last month, the Secretary of State urged county elections officials to "ensure each polling place has a sufficient number of ballots on hand to manage the anticipated increase in turnout that has been observed in other states."

[Click here for the Secretary of State's memo to county elections officials on sufficient ballot supplies](#)

###

# EXHIBIT O

# ALEX PADILLA | SECRETARY OF STATE | STATE OF CALIFORNIA
## ELECTIONS DIVISION
1500 11th Street, 5th Floor, Sacramento, CA 95814 | **Tel** 916.657.2166 | **Fax** 916.653.3214 | www.sos.ca.gov

January 25, 2016

County Clerk/Registrar of Voters (CC/ROV) Memorandum #16036

TO:          All County Clerks/Registrars of Voters

FROM:        /s/Evelyn Mendez
             Program Manager, Candidate Filing and Election Night Reporting

RE:          Presidential Primary: No Party Preference Voters

The following parties have notified the Secretary of State that they will allow No Party Preference voters to request their party's presidential ballot in the June 7, 2016, Presidential Primary Election:

- American Independent Party
- Democratic Party
- Libertarian Party

# EXHIBIT P

**ALEX PADILLA** | SECRETARY OF STATE | STATE OF CALIFORNIA
ELECTIONS DIVISION
1500 11th Street, 5th Floor, Sacramento, CA 95814 | **Tel** 916.657.2166 | **Fax** 916.653.3214 | www.sos.ca.gov

March 30, 2016

County Clerk/Registrar of Voters (CC/ROV) Memorandum # 16103

TO:          All County Clerks/Registrars of Voters

FROM:        /s/ Jana M. Lean
             Chief, Elections Division

RE:          Presidential Primary: Sufficient Supply of Ballots

Given the increase in public interest in the upcoming presidential primary election and the rise in the number of online voter registration applications, it is anticipated that voter turnout in the June 7, 2016, Presidential Primary Election could significantly increase as a result.

Therefore, the Secretary of State's office urges that you plan accordingly to ensure your county has an ample number of ballots, including any required multilingual ballots and other voting materials, available at your office and at the polls on Election Day.

While Elections Code section 14102 requires counties to provide ballots equal in number to at least 75 percent of registered voters in the precinct, we encourage you to provide more than the minimum 75 percent in order to ensure each polling place has a sufficient number of ballots on hand to manage the anticipated increase in turnout that has been recently observed in other states. It is our hope that in doing so, California will be fully prepared and will continue to lead the nation in the successful conduct of elections.

Should you have any questions or other ideas on how to address the anticipated increase in turnout, please feel free to contact me at Jana.Lean@sos.ca.gov.

# EXHIBIT Q

ALEX PADILLA | SECRETARY OF STATE | STATE OF CALIFORNIA
ELECTIONS DIVISION
1500 11th Street, 5th Floor, Sacramento, CA 95814 | Tel 916.657.2166 | Fax 916.653.3214 | www.sos.ca.gov

May 13, 2016

County Clerk/Registrar of Voters (CC/ROV) Memorandum # 16137

TO:          All County Clerks/Registrars of Voters

FROM:        /s/ Jana M. Lean
             Chief, Elections Division

RE:          Presidential Primary: Approved Alternative Procedures

As you are aware, Elections Code section 14299 requires counties to have an alternative procedure in place in the event there are insufficient ballots at a precinct.

In accordance with Elections Code section 14299(c), please submit your alternative procedure(s) to Stacey Jarrett at Stacey.Jarrett@sos.ca.gov by May 23, 2016 (E-15).

Following is a list of alternative procedures that have been approved by the Secretary of State for use in the June 7, 2016, Presidential Primary Election.

- Provisional ballots
- Vote-by-mail ballots
- Sample ballots
- Reasonable facsimiles of polling place, vote-by-mail, and sample ballots
- Ballots from neighboring precincts, provided the ballot types are identical
- Emergency ballots or test ballots that many counties include in their regular precinct supply kits, provided these ballots contain the names of all of the candidates and titles of ballots measures, along with corresponding areas to allow voters to select their choices
- A blank piece of paper upon which the names of all of the candidates and titles of ballots measures are printed, along with corresponding areas to allow voters to select their choices
- Direct Recording Electronic voting systems

Any ballot cast using one of the above-approved alternative procedures would have to be duplicated in accordance with the procedure set forth in Elections Code section 15210.

# EXHIBIT R

**Secretary of State Media Coverage**
**No Party Preference Voter Information**


**January 26, 2016**
**Sac Bee:** California independents have three choices for presidential primary (Sacramento) –
http://www.sacbee.com/news/politics-government/capitol-alert/article56697398.html

**Januray 26, 2016**
**YourCentralValley.com:** Open Presidential Primary For Democrats (Sacramento) –
http://www.yourcentralvalley.com/news/open-presidential-primary-for-democrats

**January 27, 2016**
**Politico:** California Playbook: BERNIE TAKE NOTE: Democrats welcome unaligned voters (National) –
http://www.politico.com/tipsheets/california-playbook/2016/01/politico-california-playbook-presented-by-jpmorgan-chase-co-porter-ranch-lawsuit-drops-transportation-spending-fight-snowpack-highest-since-2011-212383

**January 29, 2016**
**Lodinews.com:** Open Presidential Primary For Democrats (Sacramento) –
http://www.lodinews.com/news/article_a1cc1106-c596-11e5-aaea-b75142c092b5.html

**February 4, 2016**
**Citywatchla.com:** California's June Primary: Better Late than Never? (Los Angeles) –
http://www.citywatchla.com/index.php/the-la-beat/10457-california-s-june-primary-better-late-than-never

**February 15, 2016**
**Capitol Weekly:**  When open primary voters tune out (Sacramento) –
http://capitolweekly.net/open-primary-voters-tune-out-ca120/

**February 22, 1016**
**Independent Voter Network:** Independent Voters Will Soon Outnumber Republicans in California (National) –
http://ivn.us/2016/02/22/no-party-preference-voters-will-soon-outnumber-republicans-in-california/

**March 6, 2016**
**OC Breeze:** California no party preference voters should rethink registration for June primary (Los Angeles) –
http://www.oc-breeze.com/2016/03/06/83273_california-no-party-preference-voters-rethink-registration-june-primary/

**March 16, 2016**
**LA Times:** California's June primary just became crucial in the race for the White House (Los Angeles) –
http://www.latimes.com/politics/la-na-california-primary-20160316-story.html

**March 16, 2016**
**Mercury News:** Trump likely needs California triumph to win nomination (San Francisco) –
http://www.mercurynews.com/politics-government/ci_29646657/california-readies-make-or-break-republican-primary

**March 17, 2016**
**Inquisitr:** Will California Make Or Break Bernie Sanders? (National) –
http://www.inquisitr.com/2899510/what-happens-on-june-7/

**March 23, 2016**
**Santa Monica Daily Press:** Registration required to vote in primary elections (Los Angeles) –
http://smdp.com/registration-required-to-vote-in-primary-elections/154282

**April 3, 2016**
**City News Service:** Candidates for California's presidential primary ballot announced (Statewide) –
http://www.dailynews.com/government-and-politics/20160403/candidates-for-californias-presidential-primary-ballot-announced

**April 21, 2016**
**La Opinion:** Primarias en California el 7 de Junio: lo que hay que saber para votar (Los Angeles)
http://www.laopinion.com/2016/04/21/votar-en-las-primarias-de-california-del-7-de-junio-lo-que-hay-que-saber-ahora/

**April 21, 2016**
**Los Angeles Daily News/Riverside Press-Enterprise:** State Primary Postcards Confuse Some Voters (Los Angeles/Riverside/Palm Springs) –
http://www.pe.com/articles/voters-800676-ballot-vote.html

**April 25, 2016**
**Los Angeles Daily News:** LA County gears up for surge in June 7 primary voters (Los Angeles) –
http://www.dailynews.com/government-and-politics/20160425/la-county-gears-up-for-surge-in-june-7-primary-voters

**April 26, 2016**
**Capitol Weekly: CA120:** Confusion lurks in the California primary (Statewide) –
http://capitolweekly.net/ca120-confusion-lurks-primary-california/

**April 28, 2016**
**LAist:** Here's How You Can Register To Vote And Apply To Vote By Mail Online (Los Angeles)
http://laist.com/2016/04/28/democracy.php

**May 8, 2016**
**Associated Press:** Things to Know about California's June primary (National) –Ran by the following publications:

- **May 8, 2016**

**Napa Valley Register** - http://napavalleyregister.com/news/state/things-to-know-about-california-s-june-primary/article_e299fcaf-1616-56ee-a628-3c1d327be2d5.html

- **May 8, 2016**
  **Fairfield Citizen** -
  http://www.fairfieldcitizenonline.com/news/article/Things-to-Know-about-California-s-June-primary-7421437.php

- **May 8, 2016**
  **The San Luis Obispo Tribune –**
  No URL available

- **May 8, 2016**
  **Redding Record Searchlight** -
  http://www.redding.com/news/378561956.xhtml

- **May 8, 2016**
  **San Francisco Chronicle** -
  http://www.sfgate.com/news/article/Things-to-Know-about-California-s-June-primary-7421437.php

- **May 8, 2016**
  **San Jose Mercury** -
  http://www.mercurynews.com/ci_29865643/things-know-about-californias-june-primary

- **May 8, 2016**
  **San Diego Union Tribune-**
  http://www.sandiegouniontribune.com/news/2016/may/08/things-to-know-about-californias-june-primary/

- **May 8, 2016**
  **Oroville Mercury Register** -
  http://www.orovillemr.com/article/ZZ/20160508/NEWS/160505319

- **May 8, 2016**
  **Chico Enterprise-Record** -
  http://www.chicoer.com/article/ZZ/20160508/NEWS/160505319

- **May 8, 2016**
  **Santa Cruz Sentinel** -
  http://www.santacruzsentinel.com/article/ZZ/20160508/NEWS/160505319

- **May 8, 2016**
  **Monterey County Herald** -
  http://www.montereyherald.com/article/zz/20160508/NEWS/160505319

- **May 8, 2016**

**Paradise Post -**
http://www.paradisepost.com/government-and-politics/20160508/things-to-know-about-californias-june-primary

- **May 8, 2016**
  **Merced Sun-Star -**
  No URL available

**May 8, 2016**
**Monterey County Herald:** June 7 primary: Turnout of state voters may still be high (Monterey/Salinas) –
http://www.montereyherald.com/article/NF/20160508/NEWS/160509840

**May 8, 2016**
**Associated Press:** Clerks rush to handle influx ahead of California primary (National) –
http://www.sfgate.com/news/article/Clerks-rush-to-handle-influx-ahead-of-California-7421429.php

**May 11, 2016**
**SDcitytimes.com:** How to vote in June 7 primary election –
http://www.sdcitytimes.com/news/2016/05/11/how-to-vote-in-june-7-primary-election/

**May 7, 2016**
**Orange County Register:**  Attention turning to local races as presidential primaries solidify –
http://www.ocregister.com/articles/county-715184-race-district.html

**May 11, 2016**
**ABC 10:** Important dates to know for California's June primary – (Sacramento)
http://www.abc10.com/news/local/important-dates-to-know-for-californias-june-primary/185563502

**May 9, 2016**
**Stockton Record:** What voters need to know for June 7 primary –
http://www.recordnet.com/article/20160509/NEWS/160509656

**May 12, 2016**
**Auburn Journal: Another View:** Confused by primary election? Here is a concise overview –
http://www.auburnjournal.com/article/5/11/16/another-view-confused-primary-election-here-concise-overview

**May 8, 2016**
**Riverside Press Enterprise:** DECISION 2016: What you need to know about California's June 7 primary –
http://www.pe.com/articles/vote-802340-voters-riverside.html

**May 10, 2016**
**indybay.org/asiangreennews.com:** NPP California voters may need to re-register for Presidential Primary –https://www.indybay.org/newsitems/2016/05/10/18786274.php

**May 12, 2016**
**Times of San Diego:** Deadline Nears for Voting in California Republican Primary –
http://timesofsandiego.com/politics/2016/05/12/deadline-nears-voting-california-republican-primary/

**May 9, 2016**
**KPCC:** Human Voter Guide: How to register, change parties, request crossover ballot -
http://www.scpr.org/news/2016/05/09/60435/human-voter-guide-how-to-register-change-parties-r/

**May 10, 2016**
**KQED:** In Case You Forgot … How California's Top-Two Primary Works (San Francisco Bay Area) –
http://ww2.kqed.org/lowdown/2016/05/10/californias-new-top-two-primary-explained/

**May 13, 2016**
**Sacramento Bee:** Nonpartisan voters face hurdles in California presidential primary
(Sacramento/Stockton/Modesto) –http://www.sacbee.com/news/politics-government/capitol-
alert/article77323102.html

**May 19, 2016**
**KPBS-FM:** A Step-By-Step Guide To Vote In June 7 California Primary (San Diego) –
http://www.kpbs.org/news/2016/may/19/step-step-guide-vote-june-7-california-primary/

**May 16, 2016**
**Santa Barbara Independent:** No Presidential Candidate for 'No Party Preference' (Santa Barbara/Santa
Maria/San Luis Obispo) –http://www.independent.com/news/2016/may/16/no-presidential-candidate-
no-party-preference/

**May 20, 2016**
**Capital Public Radio:** Big Challenge For Sanders To Get California Independents To Vote
(Sacramento/Stockton/Modesto) –
http://www.capradio.org/articles/2016/05/19/big-challenge-for-sanders-to-get-california-
independents-to-vote/

**May 20, 2016**
**Los Angeles Times:** Thousands have left California's American Independent Party in the last month (Los
Angeles) –
http://www.latimes.com/politics/la-pol-ca-american-independent-voters-registration-20160520-snap-
story.html

**May 19, 2016**
**Idyllwild Town Crier:** Tips for no-party preference voters –
http://idyllwildtowncrier.com/2016/05/19/tips-no-party-preference-voters/

**May 13, 2016**
**Sierra Sun Times:** California Secretary of State Offers Tips for No Party Preference Voters –
http://goldrushcam.com/sierrasuntimes/index.php/news/local-news/6794-california-secretary-of-state-
offers-tips-for-no-party-preference-voters

**May 16, 2016**
**Telemundo 52:** Facebook Live interview with Alex Padilla on election procedures
https://www.facebook.com/Telemundo52/videos/10154151345289431/

**May 16, 2016**
**Highland Community News:** Register to Vote in June 7, 2016 Presidential Primary –
http://www.highlandnews.net/news/political/register-to-vote-in-june-presidential-primary/article_ee4e70f4-1baf-11e6-90e9-77e06b5bed31.html
**May 20, 2016**
**La Opinion:** Por qué y cómo votar el 7 de junio en las primarias de California (Los Angeles)
http://www.laopinion.com/2016/05/20/por-que-y-como-votar-el-7-de-junio-en-las-primarias-de-california/

# EXHIBIT S

# California Vote-By-Mail Ballot Application

**FOR OFFICIAL USE ONLY**

Rev. 04/2016

Enter the date of the election and the type of election (e.g., Primary, General, or Special). This application must be received by your county elections official not later than seven (7) days prior to the date of the election. The date of the election can be found at www.sos.ca.gov/elections/upcoming-elections/. A ballot will not be sent to you if this application is incomplete or inaccurate.

**1. This is an application for a vote-by-mail ballot for the** _____, _____ **election.**
Month/Day/Year      Type of Election (Primary, General, or Special)

**2. Print name:** _____     **3. Date of birth:** _____
First    Middle Name or Initial    Last      Month/Day/Year

**4. Residence address:** _____
Number and Street (P.O. Box, Rural Route, etc. will not be accepted)    (Designate N, S, E, W if used)

_____
City      Zip Code      California County

**5. Mailing address for ballot (if different from above):**
If your mailing address is outside of the U.S., and you are a military or overseas voter, re-register at RegisterToVote.ca.gov or use the Federal Post Card Application at www.fvap.gov.

_____
Number and Street/P.O. Box    (Designate N, S, E, W if used)

_____
City      State or Foreign County      Zip Code or Postal Code

**6. Telephone number (optional): (** _____ **)** _____ **(** _____ **)** _____
Day      Evening

**7.** ☐ (Only complete Item 7 if this application is for a Presidential Primary Election.)

**Yes, I want to request a political party ballot for the Presidential Primary Election.**
I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot for the _____ Party.*

\* The following political parties are allowing No Party Preference voters (voters who have declined to disclose a preference for a political party) to vote their party's presidential ballot for the upcoming June 7, 2016, Presidential Primary Election:
    •American Independent     •Democratic     •Libertarian

**8.** ☐ **Yes, I want to become a permanent vote-by-mail voter.**
By checking this box and by initialing here _____, I am requesting to become a permanent vote-by-mail voter. A vote-by-mail ballot will automatically be sent to me in all future elections. I understand that if I fail to vote by mail in four consecutive statewide general elections, I will need to reapply for permanent vote-by-mail voter status.

**9. This application must be signed.**
I have not applied for a vote-by-mail ballot from any other jurisdiction for this election. I certify under **penalty of perjury** under the laws of the State of California that the information I have provided on this application is true and correct.

**Signature:** _____      **Date:** _____

*Warning: Perjury is a felony, punishable by imprisonment in state prison for up to four years. (Penal Code § 126)*

## NOTICE

You have the right to mail or deliver this application directly to your county elections official.
Returning this application to anyone other than your county elections official may cause a delay that could interfere with your ability to vote.
If this application is returned by mail, it must be returned directly to your county elections official.
Only the registered voter himself or herself may apply for a vote-by-mail ballot. An application for a vote-by-mail ballot made by a person other than the registered voter is a criminal offense.

**Individuals/Organizations/Groups Distributing this Application**
The format used on this application must be followed by anyone distributing vote-by-mail ballot applications. Failure to conform to this format is a crime.
Anyone distributing this application may not preprint a mailing address in Item 5.
Anyone distributing this application may not preprint a check mark or political party name in Item 7.
Anyone providing this application to a voter must enter their name, address, and telephone number here: _____

_____
_____

## Instructions for Completing
## California Vote-By-Mail Ballot Application

**Who Can Use this Application**

The uniform California Vote-By-Mail Ballot Application can only be used by a registered voter.  If you have not already registered to vote, you can register to vote online on the Secretary of State's website at RegisterToVote.ca.gov. You may also pick up a Voter Registration Card at your county elections office, library, or U.S. Post Office.  Your completed Voter Registration Card must be submitted online or to your county elections office at least 15 days before the election.

To vote by mail, you can use this Vote-By-Mail Ballot Application, use the form in the sample ballot booklet you receive in the mail, or contact your county elections office.  This Vote-By-Mail Ballot Application is provided by the Secretary of State (SOS) for use by any person, group, or organization distributing vote-by-mail ballot applications for elections that involve more than one county.  For organizations distributing applications for elections that involve a single county, the county elections office should be contacted for the appropriate application format and barcode information.

Californians who are serving in the military and are absent from the county where they are eligible to vote, or living or studying abroad must register as a military or overseas voter, either online at RegisterToVote.ca.gov or via the Federal Post Card Application (FPCA)  in order to request a vote-by-mail ballot.  The FPCA is available at www.fvap.gov.

**How to Fill Out this Application**

**Item 1.**  Enter the date of the election in which you wish to vote (month, day, year), and the type of election (Primary, General, or Special).

**Item 2.**  Print your first, middle, and last names as they appear on your Voter Registration Card.

**Item 3.**  Print your date of birth in this order – month, day, year.

**Item 4.**  Print the complete street address of your voting residence.  A post office box or rural route cannot be accepted.

**Item 5.**  Mailing address information must be completed by the voter.  Print the complete address where you want your ballot sent, if it is different than the residence address provided in Item 4.

**Item 6.**  Print your telephone number (optional, not required) to allow the elections office to contact you if more information is needed.

**Item 7.**  Only complete Item 7 if the application is for a Presidential Primary Election.  If you have not disclosed a preference for a political party, you are considered a No Party Preference voter and may request to vote a party's presidential ballot at the Presidential Primary Election if the political party allows it.  **The check off box and name of the political party must be completed by the voter.**  The following parties have notified the Secretary of State that they will allow No Party Preference voters to request their party's presidential ballot in the June 7, 2016, Presidential Primary Election:

• American Independent  • Democratic  • Libertarian

1

If you choose not to request a political party ballot in the Presidential Primary Election, you will be provided a nonpartisan ballot containing only the names of candidates for voter-nominated and nonpartisan offices (this does not include presidential candidates) and measures, if any, to be voted for at the Presidential Primary Election.

**Item 8.**  Any registered voter may receive a vote-by-mail ballot automatically in all future elections by checking the Permanent Vote-By-Mail Voter box and initialing the line.  Any voter can opt out of the permanent vote-by-mail status at any time by contacting their county elections official directly.

**Item 9.**  Sign and date in this order – month, day, year.  No witness or notary required.


### How to Submit the Application

Your Vote-By-Mail Ballot Application must be returned to your county elections official <u>at least 7 days before the election</u>.  However, if you become ill or disabled during the final week before an election, or find that you will be unable to go to your polling place on Election Day, you may request that a vote-by-mail ballot be delivered to you by personally submitting a written application or letter to your county elections official.  The request must contain your name and residence address, the address to which you want the ballot sent, the name and date of the election in which you would like to vote, your signature, and the date.  You may authorize another person to receive the ballot from the elections official, and/or return the ballot to an elections official after you have voted it.

If this application is returned by mail, it must be returned directly to your county elections official.

Please do not send applications to the SOS's office.  Doing so will delay the application process.

You can find the address and telephone number of your county elections official on the SOS website at <u>www.sos.ca.gov/elections/voting-resources/county-elections-offices/</u>.


### What Can be Preprinted on the Application

<u>State law requires the voter to personally affix his or her signature and the address to which the ballot is to be mailed.</u>

If an organization is distributing the application, the name, address, and telephone number of the organization authorizing distribution must be included on the application.

In order to ensure accuracy, each voter should fill out all of the information on the application.  However, any person, group, or organization distributing the application may preprint the following:

- The printed name and home address of the voter as it appears on the Voter Registration Card.
- The name and date of the election for which the ballot is requested.
- The name, address, and telephone number of the person, group, or organization authorizing distribution of the application.


(Revised April 2016)

2

# EXHIBIT T

# California Vote-By-Mail Ballot Application

**FOR OFFICIAL USE ONLY**

Rev. 12/2014

Enter the date of the election and the type of election (e.g., Primary, General, or Special). This application must be received by your county elections official not later than seven (7) days prior to the date of the election. The date of the election can be found at www.sos.ca.gov/elections/upcoming-elections/. A ballot will not be sent to you if this application is incomplete or inaccurate.

1. This is an application for a vote-by-mail ballot for the _____, _____ election.
   Month/Day/Year                Type of Election (Primary, General, or Special)

2. Print name: _____    3. Date of birth: _____
   First        Middle Name or Initial        Last                                    Month/Day/Year

4. Residence address: _____
   Number and Street (P.O. Box, Rural Route, etc. will not be accepted)        (Designate N, S, E, W if used)

   _____
   City                        Zip Code                California County

5. **Mailing address for ballot (if different from above):**
   If your mailing address is outside of the U.S., and you are a military or overseas voter, re-register at RegisterToVote.ca.gov or use the Federal Post Card Application at www.fvap.gov.

   _____
   Number and Street/P.O. Box   (Designate N, S, E, W if used)

   _____
   City                        State or Foreign County                Zip Code or Postal Code

6. Telephone number (optional):  (_____) _____    (_____) _____
   Day                                          Evening

7. ☐  (Only complete Item 7 if this application is for a Presidential Primary Election.)

   **Yes, I want to request a political party ballot for the Presidential Primary Election.**
   I have declined to disclose a preference for a qualified political party. However, for this primary election only, I request a vote-by-mail ballot for the _____ Party.*

   *To find out if a qualified political party will allow voters who have declined to disclose a preference for a political party to vote the ballot of that political party, contact the Secretary of State at (800) 345-8683 or visit www.sos.ca.gov/elections/no-party-preference.htm.

8. ☐  **Yes, I want to become a permanent vote-by-mail voter.**
   By checking this box and by initialing here _____, I am requesting to become a permanent vote-by-mail voter. A vote-by-mail ballot will automatically be sent to me in all future elections. I understand that if I fail to vote by mail in four consecutive statewide general elections, I will need to reapply for permanent vote-by-mail voter status.

9. **This application must be signed.**
   I have not applied for a vote-by-mail ballot from any other jurisdiction for this election. I certify under **penalty of perjury** under the laws of the State of California that the information I have provided on this application is true and correct.

   Signature: _____    Date: _____

   *Warning: Perjury is a felony, punishable by imprisonment in state prison for up to four years. (Penal Code § 126)*

## NOTICE

You have the right to mail or deliver this application directly to your county elections official.
Returning this application to anyone other than your county elections official may cause a delay that could interfere with your ability to vote.
If this application is returned by mail, it must be returned directly to your county elections official.
Only the registered voter himself or herself may apply for a vote-by-mail ballot. An application for a vote-by-mail ballot made by a person other than the registered voter is a criminal offense.

**Individuals/Organizations/Groups Distributing this Application**
The format used on this application must be followed by anyone distributing vote-by-mail ballot applications. Failure to conform to this format is a crime.
Anyone distributing this application may not preprint a mailing address in Item 5.
Anyone distributing this application may not preprint a check mark or political party name in Item 7.
Anyone providing this application to a voter must enter their name, address, and telephone number here: _____

_____

_____

## Instructions for Completing
## California Vote-By-Mail Ballot Application

**Who Can Use this Application**

The uniform California Vote-By-Mail Ballot Application can only be used by a registered voter.  If you have not already registered to vote, you can register to vote online on the Secretary of State's website at RegisterToVote.ca.gov. You may also pick up a Voter Registration Form at your county elections office, library, or U.S. Post Office.  Your completed Voter Registration Form must be submitted online or to your county elections office at least 15 days before the election.

To vote by mail, you can use this Vote-By-Mail Ballot Application, use the form in the sample ballot booklet you receive in the mail, or contact your county elections office.  This Vote-By-Mail Ballot Application is provided by the Secretary of State (SOS) for use by any person, group, or organization distributing vote-by-mail ballot applications for elections that involve more than one county.  For organizations distributing applications for elections that involve a single county, the county elections office should be contacted for the appropriate application format and barcode information.

Californians who are serving in the military and are absent from the county where they are eligible to vote, or living or studying abroad must register as a military or overseas voter, either online at RegisterToVote.ca.gov or via the Federal Post Card Application (FPCA)  in order to request a vote-by-mail ballot.  The FPCA is available at www.fvap.gov.

**How to Fill Out this Application**

**Item 1.**  Enter the date of the election in which you wish to vote (month, day, year), and the type of election (Primary, General, or Special).

**Item 2.**  Print your first, middle, and last names as they appear on your Voter Registration Form.

**Item 3.**  Print your date of birth in this order – month, day, year.

**Item 4.**  Print the complete street address of your voting residence.  A post office box or rural route cannot be accepted.

**Item 5.**  Mailing address information must be completed by the voter.  Print the complete address where you want your ballot sent, if it is different than the residence address provided in Item 4.

**Item 6.**  Print your telephone number (optional, not required) to allow the elections office to contact you if more information is needed.

**Item 7.**  Only complete Item 7 if the application is for a Presidential Primary Election.  If you have not disclosed a preference for (formerly known as "registered with") a political party, you may request to vote a party ballot at the Presidential Primary Election if the political party allows it.  The checkoff box and name of the political party must be completed by the voter.  To find out which political parties have authorized voters who have declined to disclose a party preference (formerly know as "decline-to-state voters") to vote their party's ballot, call the SOS's toll-free Voter Hotline at (800) 345-VOTE (8683).  If you choose not to request a political party ballot in the Presidential

Primary Election, you will be provided a nonpartisan ballot containing only the names of candidates for voter-nominated and nonpartisan offices and measures, if any, to be voted for at the Presidential Primary Election.

**Item 8.**  Any registered voter may receive a vote-by-mail ballot automatically in all future elections by checking the Permanent Vote-By-Mail Voter box and initialing the line.  Any voter can opt out of the permanent vote-by-mail status at any time by contacting their county elections official directly.

**Item 9.**  Sign and date in this order – month, day, year.  No witness or notary required.

### How to Submit the Application

Your Vote-By-Mail Ballot Application must be returned to your county elections official <u>at least 7 days before the election</u>.  However, if you become ill or disabled during the final week before an election, or find that you will be unable to go to your polling place on election day, you may request that a vote-by-mail ballot be delivered to you by personally submitting a written application or letter to your county elections official.  The request must contain your name and residence address, the address to which you want the ballot sent, the name and date of the election in which you would like to vote, your signature, and the date.  You may authorize another person to receive the ballot from the elections official, and/or return the ballot to an elections official after you have voted it.

If this application is returned by mail, it must be returned directly to your county elections official.

Please do not send applications to the SOS's office.  Doing so will delay the application process.

You can find the address and telephone number of your county elections official on the SOS website at www.sos.ca.gov/elections/voting-resources/new-voters/county-elections-offices/.

### What Can be Preprinted on the Application

<u>State law requires the voter to personally affix his or her signature and the address to which the ballot is to be mailed.</u>

If an organization is distributing the application, the name, address, and telephone number of the organization authorizing distribution must be included on the application.

In order to ensure accuracy, each voter should fill out all of the information on the application. However, any person, group, or organization distributing the application may preprint the following:

- The printed name and home address of the voter as it appears on the Voter Registration Form.
- The name and date of the election for which the ballot is requested.
- The name, address, and telephone number of the person, group, or organization authorizing distribution of the application.

(Revised December 2014)