DONNA ZIEGLER [142415]
County Counsel
ANDREA WEDDLE [250297]
Assistant County Counsel
RAYMOND S. LARA [213181]
Senior Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:     (510) 272-6700

Attorneys for Defendant
Tim Dupuis, Registrar of Voters for
The County of Alameda

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, *et al.*, <br><br> Defendants. | Case No.  C 16-02739 WHA <br><br> **DECLARATION OF DEFENDANT TIM DUPUIS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** <br><br> Complaint filed:   May 20, 2016 <br> Date:                    June 1, 2016 <br> Time:                    11:00 a.m. <br> Department:        8 <br> Judge:                  Hon. William Alsup |

1

Dupuis Decl. ISO Opp., Case No.  C 16-02739 WHA

I, Tim Dupuis, declare as follows:

1.     I am the Registrar of Voters ("ROV") for the County of Alameda, State of California and have held this position for approximately four years.  As the Registrar, I am responsible for conducting local, state and federal, primary and general elections in Alameda County.  I have personal knowledge of the matters set forth herein and, if called upon, could testify competently thereto.

2.     Alameda County has approximately 833,000 registered voters.  As of Friday, May 27, 2016, my office has received approximately 65,000 vote by mail ballots from registered voters.

3.     In California, the Democratic, American Independent ("AIP"), and Libertarian parties will allow no party preference, also known as nonpartisan, voters (referred to herein as "NPP voters") to vote in their presidential primaries for the upcoming election on June 7, 2016.  This is commonly known as "cross-over voting."

4.     My office has engaged in extensive efforts to inform NPP voters of their options to cross-over vote in the upcoming primary election.  The ROV's webpage has an FAQ page dedicated to cross-over voting.  This page has been up since January of 2016.  The webpage can be located at: http://www.acgov.org/rov/crossoverfaq.htm.  Attached as Exhibit A to this declaration is a true and correct copy of the cross-over voting FAQ webpage that has been on the ROV's website since January of 2016.  The webpage lists the three cross-over voting options for NPP voters.

5.     The initial page of the ROV's website also has a direct link to the vote by mail application for NPP voters.  That link goes directly to the NPP vote by mail application at http://www.acgov.org/rov/documents/vbmBallotApplication.pdf.  Attached as Exhibit B to this declaration is a true and correct copy of the vote by mail application for NPP voters.  The application provides the option to choose a ballot for the AIP, Democratic, or Libertarian parties.  The application is only available for primary elections.  The application states that my office

1

1   must receive it by 5:00 pm on May 31, 2016 with the date in bold lettering.  This NPP voter

2   application must be "wet" signed and delivered to my office by May 31, 2016.

3       6.      This application is different from the electronic vote by mail application at:

4   http://acgov.org/rov/forms/vbme.htm.  This version available to all voters for all elections.  Unlike

5   the NPP voter application, It can be filled out and submitted electronically.

6       7.      Starting 40 days before the Presidential Primary Election, the same crossover

7   application is sent to all NPP vote by mail voters.  The ROV also sends postcards to all NPP

8   voters who are permanent vote by mail voters. These postcards allow the NPP voter to obtain a

9   cross-over ballot.  Attached as Exhibit C to this declaration is a true and correct copy of the

10  postcard.

11      8.      All Alameda County registered voters receive a "Sample Ballot and Voter

12  Information Pamphlet" (sometimes referred to simply as either "sample ballot" or "voter

13  information pamphlet").  A voter may choose to download it or receive it by mail.  The sample

14  ballot contains information for all parties and for NPP voters.  Each sample ballot for every voter

15  (regardless of whether the voter registered with a political party or as NPP) contains a page

16  entitled "CROSS-OVER VOTING FOR NONPARTISAN/ NO PARTY PREFERENCE VOTERS."

17  The page contains information indicating that NPP voters "may request a **party presidential**

18  ballot, **only if the party has adopted a party rule permitting this.**" (Emphasis in the original.)

19  The page then indicates that the NPP voters may request "one of these three party presidential

20  ballots: • American Independent • Democratic • Libertarian."  The page also lists a toll free

21  number for the Secretary of State to answer any questions.  Attached to this declaration as

22  Exhibit D is a true and correct copy of the first five page of the sample ballot, including the

23  cross-over voting page that appears in each sample ballot for all voters, regardless of party

24  affiliation.

25      9.      In addition to these forms of direct communication to the voters, my office has

26  issued notifications of on its social media sites, including Facebook, Instagram, Twitter, and

27

28

2

Dupuis Decl. ISO Opp., Case No.  C 16-02739 WHA

1    Snapchat. Attached to this declaration as Exhibit E is a true and correct copy of my office's

2    posting on social media regarding NPP cross-over voting.

3        10.     So far, Alameda County has over 4,000 poll workers for the upcoming election.

4    My staff has conducted over 300 poll worker training sessions to date for the upcoming election.

5    The training sessions are the same county-wide, using the same training materials. Training will

6    continue through June 6, 2016, the day before Election Day. The training sessions cover all

7    aspects of poll worker duties on Election Day, including notifying NPP voters of their cross-over

8    voting options. All poll workers are required to attend the training sessions, and my office will

9    not allow a person to work at the polls unless he/she has attended a training session.

10        11.     Poll workers fall into three different categories: inspectors, judges, and clerks.

11    The training for the inspectors and judges is the same. The clerks' training is somewhat shorter.

12        12.     The inspector and judge poll worker training materials for Alameda County is at:

13    http://www.acgov.org/rov/documents/InspectorandJudgePollWorkerTrainingSlides.pdf. Slides

14    67 to 70 cover cross-over voting in detail. The video in this link is included in the poll worker

15    training slides (https://youtu.be/clVVaTdejdg). It appears on slide 70.

16        13.     The clerk poll worker training materials for Alameda County can be located at:

17    http://www.acgov.org/rov/documents/ClerkPollWorkerTraining.pdf. Slides 59 to 62 are the same

18    as the NPP cross over voting slides from, and correspond with, the inspector and judge poll

19    worker training materials. The imbedded video (https://youtu.be/clVVaTdejdg) appears on slide

20    62 of the clerk poll worker training materials.

21        14.     Consistent with the poll worker training materials and video, all poll workers are

22    instructed at the training sessions to offer a cross-over ballot to all NPP voters without the NPP

23    voters having to request one. One slide specifically instructs the poll worker to advise the NPP

24    voter of his/her cross-over voting options and states verbatim what a poll worker should say to

25    each NPP voter at each polling place: "As a Nonpartisan Voter, you are entitled to vote

26    Nonpartisan or in one of the following parties: American Independent, Democratic, or

27    Libertarian."

28

3

15.     On Election Day, each polling place will have a "Primary Ballot Flow Chart."
Attached to this declaration as Exhibit F is a true and correct copy of the Primary Ballot Flow
Chart that will be present at each polling place for the poll workers' reference.  Just like the
training material slide, the flow chart highlights the ballots that an NPP voter may receive,
instructs the poll worker to advise NPP voters of their right to vote in one of three cross over
parties, and provides verbatim, in bold red lettering, how to advise the NPP voter.  The other
poll worker reference page, entitled "NOTICE TO NONPARTISAN VOTERS" is exclusively
dedicated to NPP voter cross-over voting options.  The flow chart is strategically placed in front
of the poll worker in charge of the roster index, which is where a voter signs right before
obtaining a ballot.

16.     Each polling place will also have signage provided by the Secretary of State,
entitled "No Party Preference Voters."  This signage states:  "You can vote in the Presidential
Primary for the following parties: • American Independent  •  Democratic  •  Libertarian."
Attached to this declaration as Exhibit G is a true and correct copy of the signage to be posted
at each polling place in the upcoming election.

17.     The number of ballots required is set by the California Election Code section
14102.  My office will exceed that number.

18.     Same day voting registration is impossible for the upcoming election because the
infrastructure is not in place.  Under California law, the deadline to register to vote, change party
preference or change from party preference to NPP was May 23, 2016.  My office requires the
time period from May 23, 2016 to Election Day to vet the newly registered voters or changed
registration materials.  The first step is to sort and batch all forms received (whether by mail or
email).  My staff then reviews and researches party changes for prior registrations, cross over
requests, vote by mail permanent status.  The research continues to correct any incorrect or
business addresses.  Sometimes my staff has to contact voters due to missing required
information on voter registration forms.  My staff must also research to ensure that the materials
are consistent with DMV and are not from deceased individuals' or duplicate files.

4

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3        Executed at Oakland, California, on May 31, 2016.

4

5                                                    Tim Dupuis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

 acgov.org    Quick Links    Search ACGOV



# Registrar of Voters
Registrar, Tim Dupuis

Español | 中文 | Tagalog | Tiếng Việt

ELECTIONS | POLL WORKERS | VOTER REGISTRATION | VOTING | CANDIDATE INFORMATION | VOTER EDUCATION | COMMUNITY ENGAGEMENT | E-STORE | FAQ'S | CONTACT US

**Voter Education**

Redistricting

State of California Redistricting Maps

Top-Two Open Primary Act

How-to Guidelines

Crossover FAQ's

Political Party Contact Information

eData

## Crossover Voting FAQs

- Registering to Vote FAQ's
- Crossover FAQ's
- Vote By Mail FAQ's
- Ranked-Choice Voting FAQ's
- Provisional Ballot FAQ's

Listen

How to use Listen button

**Q: What is Crossover Voting?**
A: Voters that are not registered with a qualified political party may request a party presidential ballot, **only if the party has adopted a party rule permitting this.**

**Q: Can I crossover to vote on another party's ballot if I'm already registered with a qualified political party?**
A: No. You can not crossover and choose to vote on another party's ballot.

**Q: How do I crossover to another party if I vote by mail?**
A: Starting 40 days before a Presidential Primary Election, a crossover application is sent to all vote by mail voters. The voters selects the party they would like to crossover to.
A vote by mail voter may complete a Vote-by-Mail Crossover Application (PDF- 103file)*, sign it, and mail the application to the Registrar of Voters Office.
1225 Fallon Street, Rm. G1
Oakland, CA 94612

**Q: I'm registered with a qualified party, may I request for another party's ballot?**
A: No. You can not crossover if you are registered with a qualified party. In order to vote on another party's ballot you will need to re-register with that party.

**Q: What if I don't request for a crossover ballot?**
A: You will be given a No Party Preference (nonpartisan) ballot. It will only contain candidates running for Voter Nominated and Nonpartisan offices along with measures that you are eligible to vote for.

### No Party Preference Voters Have Four Options

| Option 1 | Option 2 | Option 3 | Option 4 |
|---|---|---|---|
| You may choose to Crossover to vote as a **Democrat** **You will be eligible to vote for...** | You may choose to Crossover to vote as a **American Independent** **You will be eligible to vote for...** | You may choose to Crossover to vote as a **Libertarian** **You will be eligible to vote for...** | **Vote as No Party Preference (Nonpartisan)** **You will be eligible to vote for...** |
| PRESIDENT (Democratic Candidates Only) | PRESIDENT (American Independent Candidates Only) | PRESIDENT (Libertarian Candidates Only) | |
| VOTER NOMINATED OFFICES (all candidates regardless of party) | VOTER NOMINATED OFFICES (all candidates regardless of party) | VOTER NOMINATED OFFICES (all candidates regardless of party) | VOTER NOMINATED OFFICES (all candidates regardless of party) |
| NONPARTISAN OFFICES (all candidates) | NONPARTISAN OFFICES (all candidates) | NONPARTISAN OFFICES (all candidates) | NONPARTISAN OFFICES (all candidates) |
| BALLOT MEASURES (if any) | BALLOT MEASURES (if any) | BALLOT MEASURES (if any) | BALLOT MEASURES (if any) |

Crossover voters cannot vote on Party Central Committees.

*All ballots, regardless of party, will list the candidates for voter nominated offices, nonpartisan offices, state and local measures that apply.*

**Alameda County Registrar of Voters**

Home | Elections | Poll Workers | Voter Registration | Voting | Candidate Information | Voter Education | E-Store | FAQs | Contact Us | My Voter Profile

Copyright © 2015 Alameda County

# EXHIBIT B

# APPLICATION FOR A VOTE BY MAIL BALLOT
## FOR THE **June 7, 2016** - Presidential Primary Election
Electronic vote by mail ballot application for individual use only.

To obtain a vote by mail ballot, complete the information on this form. This application must be received by the elections official no later than 5 pm on **May 31, 2016.**

## VOTER INFORMATION WILL BE USED FOR OFFICIAL PURPOSES ONLY

**1. NAME:**

| First Name | Middle Name or Initial | Last Name |
|---|---|---|

**2.DATE OF BIRTH:** _____ (i.e. 01/01/1900)

**3. RESIDENCE ADDRESS (where you live):**
Number and Street - as registered (P.O. Box, Rural Route, etc. not acceptable) (Designate N, S, E, W if used)

| City | California County | Zip Code |
|---|---|---|

**4. TELEPHONE NO:**

| daytime | evening |
|---|---|

**5. MAILING ADDRESS FOR BALLOT (IF DIFFERENT FROM ABOVE):**
Number and Street/P.O. Box (Designate N, S, E, W if used)

| City | U.S. State or Foreign Country | Zip Code |
|---|---|---|

**6.** I have not applied for, nor do I intend to apply for, a vote by mail ballot from any other jurisdiction for this election. By submitting this application, I certify under the laws of the State of California that the name and residence address and information I have provided on this application are true and correct.

**7.** Only the registered voter himself or herself may apply for a vote by mail ballot. An application for a vote by mail ballot made by a person other than the registered voter is a criminal offense.

**8. A BALLOT WILL NOT BE SENT TO YOU IF THIS APPLICATION IS INCOMPLETE OR INACCURATE.**

**9.** Please Sign and Date.

---

**Notice to No Party Preference/Nonpartisan voter ONLY:**

If you wish to receive a ballot for one of the following Political parties for this election only, please check the party below.

○ American Independent
○ Democratic
○ Libertarian

---

Any voter may apply to become a PERMANENT VOTE BY MAIL VOTER. Contact us for further information.

**Address:**
REGISTRAR OF VOTERS
1225 Fallon Street, Room G-1
Oakland, CA 94612
**Phone:**
510 272-6973

---

To become a PERMANENT VOTE BY MAIL VOTER, please check the box below:

○ I want to become a Permanent Vote By Mail Voter.

# EXHIBIT C

## ALAMEDA COUNTY REGISTRAR OF VOTERS

Dear Voter,

You are receiving this notice because you are not registered with a qualified party. Our records show that you are either a Permanent Vote by Mail voter or you will be in a Mandatory Vote by Mail precinct and will not have a polling place for the Presidential Primary Election. State law provides that voters not affiliated with a qualified political party may request a party's presidential ballot, **if the party has adopted a party rule permitting this**.

Not all political parties have chosen to participate; if you choose to vote a party's presidential ballot, check one of the participating parties listed on the return portion of this notice.

If you have any questions about which parties allow Nonpartisan / No Party Preference voters to vote in their primaries, contact the Secretary of State's toll free number at 1-800-345-VOTE (8683).

## REGISTRO DE VOTANTES DEL CONDADO DE ALAMEDA

Estimado Votante,

Usted está recibiendo este aviso porque usted no está registrado con un partido calificado. Nuestros registros indican que usted es, ya sea un votante con Permanente Votación por Correo, o que se le asignará un recinto de Obligatoria Votación por Correo y no tendrá un lugar de votación para la Elección Primaria Presidencial. La ley Estatal dispone que los votantes que no están afiliados a un partido calificado, pueden solicitar una boleta presidencial de un partido, **si el partido ha adoptado un reglamento de partido que permita esto**.

No todos los partidos políticos han optado por participar; si usted decide votar en la boleta presidencial de un partido, marque uno de los partidos participantes que aparecen en la parte de retorno de este aviso.

Si usted tiene alguna pregunta acerca de cuáles partidos permiten que los votantes No Partidistas / Sin Preferencia de Partido voten en sus elecciones primarias, póngase en contacto con la Secretaría del Estado al siguiente número libre de cargos: 1-800-232-VOTA (8682).

**IMPORTANT:** To expedite your request, **please sign** (without your signature, your request cannot be processed) date and return immediately.

If you do not want to choose a party you do not need to return this card.

**IMPORTANTE:** Para agilizar su solicitud, **por favor firme** (sin su firma, su solicitud no puede ser procesada), ponga la fecha y devuelva de inmediato la solicitud.

Si usted no desea seleccionar un partido, no necesita devolver esta tarjeta.

---

Presidential Primary Election June 7, 2016
Elección Primaria Presidencial 7 de junio del 2016

I hereby request a ballot from the (check one) party for the June 7, 2016 Presidential Primary Election:

Por la presente solicito una boleta del partido (marque uno) para la Elección Primaria Presidencial del 7 de junio del 2016:

☐ American Independent Party / Partido Americano Independiente *(http://www.aipca.org)*

☐ Democratic Party / Partido Demócrata *(http://www.cadem.org)*

☐ Libertarian Party / Partido Libertario *(http:www.lp.org)*

Requesting a party ballot for the Presidential Primary Election does not change your registration. **You will still be registered as a Nonpartisan / No Party Preference voter.** However, your voting history will show which party you chose.

Solicitar boleta de partido para la Elección Primaria Presidencial no cambiará su inscripción. **Usted todavía seguirá registrado como votante No Partidista / Sin Preferencia de Partido.** Sin embargo, su historial de votación mostrará cuál partido usted seleccionó.

Signature / Firma _____        Date / Fecha _____

# EXHIBIT D



# COUNTY OF ALAMEDA

## Sample Ballot and
## Voter Information Pamphlet
### Presidential Primary Election
### TUESDAY, JUNE 7, 2016

## POLLS OPEN AT 7 A.M. AND CLOSE AT 8 P.M.

> **WARNING:** THE LOCATION OF YOUR POLLING
> PLACE MAY HAVE CHANGED

**SEE BACK COVER FOR YOUR POLLING PLACE
LOCATION AND VOTE BY MAIL BALLOT REQUEST**

**TAKE THIS SAMPLE BALLOT TO THE POLLS
AND PRE-MARK IT TO AVOID DELAY**

This Voter Pamphlet contains a Sample Ballot for the following political parties and nonpartisan options:

| | |
|---|---|
| AMERICAN INDEPENDENT | LIBERTARIAN |
| DEMOCRATIC | PEACE & FREEDOM |
| GREEN | REPUBLICAN |
| NONPARTISAN / NO PARTY PREFERENCE | NONPARTISAN / AMERICAN INDEPENDENT |
| NONPARTISAN / DEMOCRATIC | NONPARTISAN / LIBERTARIAN |



# ~ INSTRUCTIONS ON HOW TO MAKE YOUR VOTE COUNT ~

**Follow These Easy Steps To Ensure Your Vote Counts:**

- ➤ Clearly Mark Your Ballot
- ➤ Completely Connect the Arrow Next to Your Candidate or YES/NO Measure Choice
- ➤ Use Black or Blue Ballpoint Pen Only

*Vote for . . . how many?*

For most races, your choice is **ONE** but for others, you may be able to vote for two or three candidates.

***REMEMBER:***

- ➤ You can vote for fewer candidates than allowed

   **~BUT~**

- ➤ If you vote for **MORE** Candidates than allowed, your vote(s) in that race will **NOT BE COUNTED.**



**Voting for a Write-In Candidate?**



**Remember** – Only votes for *qualified* write-in candidates are counted. To obtain a list of the Qualified Write-In Candidates call (510) 272-6933 or visit our website at www.acgov.org/rov

**For Your Write-In Vote to Be Counted:**

- ➤ Completely Connect the Arrow Next to the Write-In Line
- ➤ Print or Write Legibly the Name of the Qualified Write-In Candidate on the Line Next to the Arrow

VIN



## IMPORTANT INFORMATION ON HOW TO RETURN YOUR VOTE BY MAIL BALLOT

- Alameda County Voters will receive **two** ballot cards for the upcoming June 7, 2016 Presidential Primary Election. Ballots will consist of cards A and B.
- **Additional** Postage will be required to return your Vote by Mail Ballot by mail.
- Fold your ballots properly before inserting it into the return envelope.

**Folding Instructions:**



| STEP 1 | STEP 2 | STEP 3 |
| --- | --- | --- |
| Separate **each** ballot card. | Fold **each** individual ballot card back into its initial fold. | Insert ballot cards A and B separately into the provided yellow return envelope. |
| Card A    Card B | Ballot should look like this after folding: | A   B    OFFICIAL VOTE BY MAIL BALLOT |

- Sign the back of your Vote by Mail Return Envelope.



- Ballots must be in the Alameda County Registrar of Voters Office or a polling place no later than 8pm on June 7, 2016.
- Mail your ballot by June 2ⁿᵈ to ensure it is received in time to be processed. Your ballot must be postmarked on or before Election Day and received by the Registrar of Voters office no later than June 10th.

| JUNE | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| S | M | T | W | T | F | S |
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

## TOP TWO OPEN PRIMARY ACT

On June 8, 2010, California voters approved Proposition 14, which created the "Top Two Open Primary Act"

### Prior to the "Top Two Open Primary Act"

- Candidates running for a partisan office appeared only on their party's ballot.
- The top vote-getter from each qualified party and any candidates who qualified using the independent nomination process would then move on to the General Election.

### Now, under the "Top Two Open Primary Act"

- All candidates running, regardless of their party preference, will appear on a single combined ballot.
- Voters can vote for any candidate from any political party.
- This changes the way elections are conducted for all statewide offices and the following offices:

  • **U.S. Senator**    • **U.S. Representative**    • **State Senate**    • **Member of the State Assembly**

- This **DOES NOT** affect the election of **U.S. President** and **County Central Committees**, which are still party nominated.

| PARTY-NOMINATED OFFICES (formerly known as Partisan) | Party-Nominated offices are contests in which the nominee is selected by the political party. |
|---|---|
| Offices | U.S. President and County Central Committees |
| Who Can Vote | Only voters registered with the same party preference as the candidate. (Except parties who allow nonpartisans to cross-over and join their primary) |
| Who Advances to the General Election | Presidential contests only; the top vote-getter in each qualified party will move on to the general election. |
| **VOTER-NOMINATED OFFICES** | Voter-Nominated offices are contests in which the nominee is selected by the voter. |
| June 7, 2016 Offices | U.S. Senator, U.S. Representative, State Senate and Member of the State Assembly |
| Who Can Vote | All voters, regardless of party preference. |
| Who Advances to the General Election | The top-two vote-getters, regardless of party preference will move on to the general election. |
| **NONPARTISAN OFFICES** | Nonpartisan offices are contests in which no political party nominates a candidate. |
| June 7, 2016 Offices | Superior Court Judge, County Supervisor, County Board of Education, Union Sanitary District Directors, Zone 7 Flood Control Board Directors, City of Hayward Councilmembers. |
| Who Can Vote | All voters, regardless of party preference. |
| Who Advances to the General Election | In majority vote contests, candidates that receive a majority of the votes win outright in the Primary. If no candidate receives a majority of the vote, then the top-two vote-getters move on to the general election. |

TOP2-2016

# CROSS-OVER VOTING
## FOR
## NONPARTISAN / NO PARTY PREFERENCE VOTERS

- Voters that are not registered with a qualified political party may request a **party presidential** ballot, **only if the party has adopted a party rule permitting this.**
- For this election, Nonpartisan voters may request for one of these three party presidential ballots:

  - American Independent  • Democratic  • Libertarian

- If you would like to receive a qualified party ballot other than the ones listed above, you will need to re-register and change your political party preference with the party.

**If you have any questions about which parties allow Nonpartisan/No Party Preference voters to vote in their primaries, contact the Secretary of State's toll free number: 1-800-345-VOTE(8683)**



### Nonpartisan/No Party Preference Voters Have 4 Options

**OPTION 1**
You may choose to cross-over to vote as an
**American Independent**
you will be eligible to vote for...

**OPTION 2**
You may choose to cross-over to vote as a
**Democrat**
you will be eligible to vote for...

**OPTION 3**
You may choose to cross-over to vote as a
**Libertarian**
you will be eligible to vote for...

**OPTION 4**
You may choose to vote as a
**Nonpartisan/No Party Preference**
you will be eligible to vote for...

| | | | |
|---|---|---|---|
| **PRESIDENT** American Independent candidates only | **PRESIDENT** Democratic candidates only | **PRESIDENT** Libertarian candidates only | **VOTER-NOMINATED OFFICES** |
| **VOTER-NOMINATED OFFICES** | **VOTER-NOMINATED OFFICES** | **VOTER-NOMINATED OFFICES** | **NONPARTISAN OFFICES** |
| **NONPARTISAN OFFICES** | **NONPARTISAN OFFICES** | **NONPARTISAN OFFICES** | **BALLOT MEASURES/ PROPOSITIONS** if any |
| **BALLOT MEASURES/ PROPOSITIONS** if any | **BALLOT MEASURES/ PROPOSITIONS** if any | **BALLOT MEASURES/ PROPOSITIONS** if any | |

COV-2016

# EXHIBIT E



# EXHIBIT F

# Primary Ballot Flow Chart

## Copies of the Primary Ballot Flow Chart are available in English, Chinese, Spanish, Tagalog, Vietnamese, Hindi, Japanese, Khmer, and Korean

### PRIMARY BALLOT FLOW CHART

| | |
|---|---|
| DEMOCRATIC | → DEM BALLOT |
| REPUBLICAN | → REP BALLOT |
| AMERICAN INDEPENDENT | → AIP BALLOT |
| GREEN | → GRN BALLOT |
| LIBERTARIAN | → LIB BALLOT |
| PEACE AND FREEDOM | → PF BALLOT |
| NONPARTISAN OR DECLINE TO STATE | ⇨ NP BALLOT |
| | OR   N - DEM BALLOT |
| | OR   N - AIP BALLOT |
| | OR   N - LIB BALLOT |

When Nonpartisan Voters (NP) sign the Roster-Index, advise the Nonpartisan Voters of their right to vote a Nonpartisan Ballot or a partisan Ballot by saying:

"As a Nonpartisan Voter, you are entitled to vote Nonpartisan or in one of the following parties: American Independent, Democratic, or Libertarian."

### NOTICE TO NONPARTISAN VOTERS

Nonpartisan voters may choose to vote the Nonpartisan Ballot. Nonpartisan Voters may also choose to vote the Ballot of the political parties listed below. The Ballots of the qualified political parties include partisan candidates but do not include candidates for Democratic, American Independent, or Libertarian Central Committees.

### BALLOT CHOICES FOR NONPARTISAN VOTERS

NONPARTISAN

OR

N - DEMOCRATIC

OR

N - AMERICAN INDEPENDENT

OR

N - LIBERTARIAN

### NONPARTISAN VOTERS VOTING AT THE POLLS:

If you are a Nonpartisan Voter voting at the Polls, you may request one of the three Partisan Ballots listed above at the time you check in and sign the Roster-Index. If you do not request one of the three Partisan Ballots, the Poll Worker will give you a Nonpartisan Ballot with only Nonpartisan candidates and measures.

2

# EXHIBIT G

# No Party Preference Voters

You can vote in the Presidential Primary for the following parties:

American Independent   •   Democratic   •   Libertarian

---

## Si se inscribió sin preferencia de partido politico

Puede votar en la primaria presidencial de los siguientes partidos:

Americano Independiente   •   Demócrata   •   Libertario

---

## 如果您登記為無政黨歸屬

您可在總統初選中投給以下政黨：

美國獨立黨   •   民主黨   •   自由黨

---

## यदि आप कोई पार्टी पसंद नहीं के साथ पंजीकृत है

तो आप निम्नलिखित पार्टियों के लिए राष्ट्रपति के प्राथमिक चुनाव में मतदान कर सकते है:

अमेरिकी स्वतंत्र   •   लोकतंत्रवादी   •   मुक्तिवादी

---

## 支持政党なしで登録なさっている場合

以下の政党の大統領予備選挙で投票できます。

アメリカ独立党   •   民主党   •   自由党

---

## បើអ្នកបានចុះឈ្មោះដោយគ្មានការប្រកាន់គណៈបក្ស

អ្នកអាចចុះឈ្មោះប្រធានាធិបតីជាបឋម សំរាប់គណៈបក្សនៅខាងក្រោម៖

ឯករាជ្យអាមេរិក   •   ប្រជាធិបតេយ្យ   •   សេរីនិយម

---

## 선호 정당이 없이 등록한 경우에는

다음의 정당에대한 대통령 예비선거에서 투표할 수 있습니다:

미국독립당   •   민주당   •   자유당

---

## Kung ikaw ay nakarehistro nang walang kinakatigang partido

Makakaboto ka sa Pampanguluhang Primarya para sa mga sumusunod na partido:

Amerikanong Independiyente   •   Demokratiko   •   Libertaryan

---

## Nếu quý vị ghi danh mà không chọn đảng nào

Quý vị có thể bỏ phiếu trong kỳ bầu cử sơ bộ Tổng Thống cho những đảng sau đây:

Người Mỹ Độc Lập   •   Dân chủ   •   Tự do

**For use in the June 7, 2016, Presidential Primary Election**