1
2
3
4
5
6
7
8

DONNA ZIEGLER [142415]
County Counsel
ANDREA WEDDLE [250297]
Assistant County Counsel
RAYMOND S. LARA [213181]
Senior Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:     (510) 272-6700

Attorneys for Defendant
Tim Dupuis, Registrar of Voters for
the County of Alameda

9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, *et al.*,<br><br>                        Defendants. | Case No.  C 16-02739 WHA<br><br>**DECLARATION OF CLAUDIA GUZMAN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

18
19
20

Complaint filed:   May 20, 2016
Date:                  June 1, 2016
Time:                  11:00 a.m.
Department:       8
Judge:                Hon. William Alsup

21
22
23
24
25
26
27
28

1

1    I, Claudia Guzman, declare as follows:

2         1.      I am an Election Technician with the Registrar of Voters ("ROV") for the County

3    of Alameda, State of California.  I have worked and been a trainer in eight elections with the

4    ROV since 2012.  One of my current duties is to supervise the poll worker trainers.  I attend

5    different training sessions during the election season to ensure that the trainers are effective,

6    provide consistent training, and use the ROV-developed training materials. I have personal

7    knowledge of the matters set forth herein and, if called upon, could testify competently thereto.

8         2.      All of the trainings that I have supervised for the upcoming election have been

9    consistent county-wide and have used the same training materials. The trainings cover all

10   aspects of poll worker duties on Election Day, including NPP voters and their cross-over voting

11   options.  All poll workers are required to attend the training.

12        3.      I supervised the poll worker training that Ms. Gabrielle Dolphin attended.  Dainty

13   Castro was the instructor.  Ms. Castro used the poll worker training materials for Alameda

14   County, located

15   at: http://www.acgov.org/rov/documents/InspectorandJudgePollWorkerTrainingSlides.pdf.

16        4.      The video in this link was included in the poll worker training slides and shown at

17   the training (https://youtu.be/cIVVaTdejdg).

18        5.      Consistent with the poll worker training materials and video, all poll workers at

19   this particular training session were instructed to offer a cross-over ballot without the NPP voter

20   having to request one. At the training, one slide was presented that specifically stated verbatim

21   what a poll worker should say to each NPP voter at each polling place:  "As a Nonpartisan

22   Voter, you are entitled to vote Nonpartisan or in one of the following parties: American

23   Independent, Democratic, or Libertarian."

24        6.      Attached to this declaration as Exhibit A is a true and correct copy of an

25   instructor evaluation form filled out by an individual identified as Gabrielle Dolphin.  She

26   indicated that the materials were presented in a manner that was easy to understand.  Among

27   the highlights according to her was the PowerPoint material and the hands-on experience.  She

28

1

1 | requested that the instructor spend more time on provisional ballots and federal voter id
2 | requirements for first time voters.

3 |       I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct.

5 |       Executed at Oakland, California, on May 31, 2016.

Claudia Guzman

# EXHIBIT A

## INSTRUCTOR EVALUATION FORM

### ELECTION DATE: Tuesday, June 7, 2016

1. Was the material presented in a manner that was easy to understand?

Difficult ← 1  2  3  4  5  6  7  8  9  (10) → Easy to understand

2. What helped you the most to learn the material?

The gentle nature of instructor + powerpoint and hands on experience really worked

3. What helped you the least to learn the material?

I think a little more time

4. What suggestions do you have to improve the presentation?

I think you folks are doing well ~~and~~ with "self correction" and improvement. Please spend more time on Provisional Ballots.

*(right margin, vertical)* Please mention to workers that their is likely to be an increase in 1st time federal Election Student VOTERS - 1st time need can ID.

NAME: Gabrielle Dolphin   INSTRUCTOR NAME: Dainty
(Optional)

PHONE: 510 846-8508      CLASS DATE: 4/26/16    CLASS TIME: 1:30
(Optional)

CLASS TYPE: ____ Precinct Coordinator     ____ Inspector     X Judge        ____ Clerk

____ Return Center Captain     ____ Asst. Captain     ____ Scanner     ____ Helper

____ RCV Inspector     ____ RCV Judge     ____ RCV Clerk

Instructor Evaluation Form