DONNA ZIEGLER [142415]
County Counsel
ANDREA WEDDLE [250297]
Assistant County Counsel
RAYMOND S. LARA [213181]
Senior Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:    (510) 272-6700

Attorneys for Defendant
Tim Dupuis, Registrar of Voters for
the County of Alameda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, *et al.*,<br><br>    Defendants. | Case No.  C 16-02739 WHA<br><br>**DECLARATION OF RICARDO REYNOSO IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>Complaint filed:  May 20, 2016<br>Date:  June 1, 2016<br>Time:  11:00 a.m.<br>Department:  8<br>Judge:  Hon. William Alsup |

I, Ricardo Reynoso, declare as follows:

1. I have worked and been a trainer in eight elections with the Registrar of Voters ("ROV") for the County of Alameda, State of California since 2012. I am a poll worker trainer this year as well. I have personal knowledge of the matters set forth herein and, if called upon, could testify competently thereto.

2. My training sessions cover all aspects of poll worker duties on Election Day, including NPP voters and their cross-over voting options.

3. I trained Ms. Dawn DelMonte at the poll worker training. I was the instructor. I used the poll worker training materials for Alameda County, located at: http://www.acgov.org/rov/documents/ClerkPollWorkerTraining.pdf.

4. The video in this link was included in the poll worker training slides and shown at the training (https://youtu.be/clVVaTdejdg). In fact, one trainee was not understanding the cross-over options, so I showed the video twice.

2. Consistent with the poll worker training materials and video, all poll workers at this particular training session were instructed to offer a cross-over ballot without the NPP voter having to request one. At the training, one slide was presented that specifically stated verbatim what a poll worker should say to each NPP voter at each polling place: "As a Nonpartisan Voter, you are entitled to vote Nonpartisan or in one of the following parties: American Independent, Democratic, or Libertarian."

3. I recall one individual who indicated that NPP voters should receive Demcoratic ballots. The class had seasoned poll workers who corrected her, noting that they could receive Democratic, American Independent, or Libertarian ballots.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on May 31, 2016.



Ricardo Reynoso

---

Reynoso Decl. ISO Opp., Case No. C 16-02739 WHA

1