DONNA ZIEGLER [142415]
County Counsel
ANDREA WEDDLE [250297]
Assistant County Counsel
RAYMOND S. LARA [213181]
Senior Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for Defendant
Tim Dupuis, Registrar of Voters for
the County of Alameda

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, *et al.*, | Case No. C 16-02739 WHA |
| Plaintiffs, | **DEFENDANT TIM DUPUIS' OBJECTIONS TO THE DECLARATION OF GABRIELLE DOLPHIN'S DECLARATION** |
| v. | |
| ALEX PADILLA, *et al.*, | |
| Defendants. | |

Complaint filed:   May 20, 2016
Date:               June 1, 2016
Time:               11:00 a.m.
Department:         8
Judge:              Hon. William Alsup

---

1
Dupuis Obj to Dolphin's Decl., Case No. C 16-02739 WHA

Defendant Tim Dupuis hereby objects to the following portions of Gabrielle Dolphin's declaration:

| Material Objected to: | Grounds for Objection: | Ruling: |
|---|---|---|
| Dolphin's Declaration, page 2:2-3. | Defendant Dupuis objects to this portion regarding what was "mentioned" as inadmissible hearsay. | _____ Sustained<br><br>_____ Overruled |
| Dolphin's Declaration page 2, Paragraph 4. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay and lacking foundation. | _____ Sustained<br><br>_____ Overruled |
| Dolphin's Declaration page 2, Paragraph 5. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay and as irrelevant. | _____ Sustained<br><br>_____ Overruled |

DATED:   May 31, 2016

DONNA ZIEGLER, County Counsel in and for the County of Alameda, State of California

By   /s/ Raymond S. Lara
Raymond S. Lara
Senior Deputy County Counsel
Attorneys for Tim Dupuis, the
Registrar of Voters For
the County of Alameda