DONNA ZIEGLER [142415]
County Counsel
ANDREA WEDDLE [250297]
Assistant County Counsel
RAYMOND S. LARA [213181]
Senior Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for Defendant
Tim Dupuis, Registrar of Voters for
the County of Alameda

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., | Case No. C 16-02739 WHA |
| Plaintiffs, | **DEFENDANT TIM DUPUIS' OBJECTIONS TO THE DECLARATION OF DAWN DELMONTE** |
| v. | |
| ALEX PADILLA, et al., | |
| Defendants. | Complaint filed: May 20, 2016<br>Date: June 1, 2016<br>Time: 11:00 a.m.<br>Department: 8<br>Judge: Hon. William Alsup |

Defendant Tim Dupuis hereby objects to the following portions of Dawn DelMonte's declaration:

| Material Objected to: | Grounds for Objection: | Ruling: |
|---|---|---|
| DelMonte Declaration, page 1, Paragraph 5. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay. | _____ Sustained<br>_____ Overruled |
| DelMonte Declaration page 1, Paragraph 6. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay. | _____ Sustained<br>_____ Overruled |
| DelMonte Declaration page 1, Paragraph 7. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay and as irrelevant. | _____ Sustained<br>_____ Overruled |
| DelMonte Declaration page 1, Paragraph 8. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay. | _____ Sustained<br>_____ Overruled |
| DelMonte Declaration page1, Paragraph 9. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay. | _____ Sustained<br>_____ Overruled |

| DelMonte Declaration page 1, Paragraph 10. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay, as irrelevant, and as lacking foundation as to voter education, poll worker information to voters, and what is likely to occur at the election. | _____ Sustained  _____ Overruled |
|---|---|---|
| DelMonte Declaration page 2, Paragraph 11. | Defendant Dupuis objects to this paragraph in its entirety as inadmissible hearsay, as irrelevant, and as lacking foundation. | _____ Sustained  _____ Overruled |

DATED:  May 31, 2016

DONNA ZIEGLER, County Counsel in and for the County of Alameda, State of California

By \_\_\_/s/ Raymond S. Lara_____
Raymond S. Lara
Senior Deputy County Counsel
Attorneys for Tim Dupuis, the Registrar of Voters For the County of Alameda