William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> DECLARATION OF SVETLANA CHYETTE <br><br> Date: 6/1/16 <br> Time: 11:00 am <br> Dept: 8, Hon. William Alsup |

I, SVETLANA CHYETTE, declare:

1. I am a resident of Oakland, in Alameda County.

2. I am a student at Berkeley City College and a first-time poll worker in Alameda County. I knew nothing of crossover voting before this month.

DECLARATION OF SVETLANA CHYETTE    1

3. I had not met Dawn DelMonte before we found ourselves sitting next to each other at a poll worker training on May 19 in Alameda County that is the subject of this declaration. I recall that our trainer's first name was Ricardo.

4. During the training, Ricardo was showing a slide about how NPP meant no party preference. It wasn't clear how to instruct these voters.

5. Dawn asked what it meant for NPPs to be "crossing over", and the person behind her gave her a hard time for interrupting Ricardo's presentation.

6. I then asked "what do we do when someone gets an NPP ballot and doesn't realize that the ballot does not include a vote for president"?

7. The way Ricardo trained us, I was given the distinct impression that the voter was supposed to know that the ballot did not include a presidential option, and we were not supposed to inform them of the presidential vote option.

8. The people behind us then objected, saying things like it was a deliberate decision by the no party preference voters not to vote for president. A chaotic situation then ensued.

9. Ricardo then explained if an NPP person came back to the booth and said that they didn't get a chance to vote for President, you can spoil the ballot and then give them a new one.

10. I left not understanding how a crossover ballot worked, and that we were not supposed to inform NPP voters of their right to receive a presidential ballot. It was made clear that if they didn't ask for one, they didn't get one.

DECLARATION OF SVETLANA CHYETTE     2

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  personal knowledge.  Executed in Oakland, Alameda County, California on June 1,
3  2016.

_/s/ Svetlana Chyette_
SVETLANA CHYETTE

DECLARATION OF SVETLANA CHYETTE    3

PLAINTIFFS' FIRST AMENDED COMPLAINT

Proof of Service

I am not a party to this action. On May 20, 2016, I caused a copy of the Summons and Complaint and the ADR packet to be served to:

_____

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2016, in Oakland, California.

_____

WILLIAM M. SIMPICH

PLAINTIFF'S OPPOSITION TO DEFENDANTS' DEMURRER