1  DONNA ZIEGLER [142415]
   County Counsel
2  By: ANDREA WEDDLE [250297]
   Assistant County Counsel
3  RAYMOND S. LARA [213181]
   Senior Deputy County Counsel
4  Office of the County Counsel, County of Alameda
   1221 Oak Street, Suite 450
5  Oakland, California 94612
   Telephone:    (510) 272-6700
6
   Attorneys for Defendant
7  Tim Dupuis, Registrar of Voters for
   The County of Alameda
8

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11

12
   VOTING RIGHTS DEFENSE PROJECT, *et al.*,       Case No.  C 16-02739 WHA
13
                          Plaintiffs,             **DEFENDANT TIM DUPUIS' JOINDER TO**
14                                                **THE OPPOSITION OF THE SECRETARY**
                                                  **OF STATE TO PLAINTIFFS' MOTION FOR**
15  v.                                            **PRELIMINARY INJUNCTION**

16  ALEX PADILLA, *et al.*,

17                          Defendants.

18
                                                  Complaint filed:   May 20, 2016
19                                                Date:              June 1, 2016
                                                  Time:              11:00 a.m.
20                                                Department:        8
                                                  Judge:             Hon. William Alsup
21

22

23

24

25

26

27

28
                                        1
Dupuis' Joinder, Case No.  C 16-02739 WHA

1      **JOINDER**

2      In addition to his Opposition to Plaintiffs' Motion for Preliminary Injunction and supporting

3  papers, Defendant Tim Dupuis ("Dupuis"), Registrar of Voters for the County of Alameda

4  ("ROV") hereby joins the Opposition of the Secretary of State to Motion for Preliminary

5  Injunction filed by Defendant Alex Padilla, the Secretary of State for the State of California

6  ("Padilla"), and adopts and incorporates in its entirety Statement of Facts, Legal Standard and

7  all arguments, assertions and authorities made by Padilla in his concurrent Opposition and

8  supporting papers.

9

10  DATED:     June 1, 2016                          DONNA ZIEGLER, County Counsel in and for
                                                     the County of Alameda, State of California
11

12

13                                                   By /s/ Raymond S. Lara
                                                     Raymond S. Lara
                                                     Senior Deputy County Counsel
14                                                   Attorneys for Tim Dupuis, the
                                                     Registrar of Voters For
15                                                   the County of Alameda

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dupuis' Joinder, Case No.  C 16-02739 WHA