William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Stephen R. Jaffe SB #49539
The Jaffe Law Firm
101 California, Suite 2710
San Francisco, CA 94110
Telephone: (415) 618-0100
E-mail: stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VOTING RIGHTS DEFENSE PROJECT, et al., | Case No. C-16-02739 |
|---|---|
| Plaintiffs, | DECLARATION OF JULIA GORGONE |
| v. | Date: 6/1/16<br>Time: 11:00 am<br>Dept: 8, Hon. William Alsup |
| ALEX PADILLA, et al., | |
| Defendants. | |

I, JULIA GORGONE, declare:

1. I am a resident of Alameda County.

2. I was at the training for Alameda County poll workers on or about Thursday, May 12, 2016. I was given a book. I saw a video. I was trained for approximately two to

DECLARATION OF JULIA GORGONE                                                    1

three hours on how to be a poll worker for the June 7 primary election. At the training, I was told that I could ask people if they wanted an NPP ballot, and I could ask them if they wanted a crossover ballot. That was the entire script.

3. However, the trainer said that I couldn't explain to the voter what was a crossover ballot was. It was explained that crossing over was affiliating with that party. I asked whether the voter would be NPP again at the next election and she responded that yes, the crossover to that party would just be for this election. I don't know her name but she was in the video we watched.

4. The trainer also said I could not explain that the crossover ballot had anything to do with voting for President.

5. Nor did the trainer inform me that the four different types of NPP ballots had different content with regard to the presidential race: One for all the races but President, and the other included the Presidential primaries for Democrat, AIP and Libertarian. I found that out later.

6. The trainer didn't know that the basic NPP ballot contains no presidential candidate. Nor did my fellow poll workers that I spoke with.

7. I was told to say "I can't tell you what is on the ballot, but do you want to crossover to the Democratic, American Independent or Libertarian Party or get a crossover ballot?".

8. I was told not to say what was the difference between the ballots and my question of whether I could show them the different ballots was not addressed other than to remind me to keep the ballots in the security sleeves at all times.

9. I asked if the person got the NPP ballot and it didn't have their candidate on it, could we get them a different type of NPP ballot at that time as it would require changing the checked box on the NPP voter roll. I got no definitive answer to that question.

I declare under penalty of perjury that the foregoing is true and correct to the best of My personal knowledge. Executed in Oakland, Alameda County, California on June 1, 2016.

*Julia Gorgone*
JULIA GORGONE

PLAINTIFFS' FIRST AMENDED COMPLAINT

1  Proof of Service

2

3  I am not a party to this action. On May 20, 2016, I caused a copy of the Summons and Complaint

4  and the ADR packet to be served to:

5  _____

6  I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20,

7  2016, in Oakland, California.

8

9  _____

10  WILLIAM M. SIMPICH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28