DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD D. FLYNN, State Bar #184186
Chief Deputy City Attorney
JON GIVNER, State Bar #208000
ANDREW SHEN, State Bar #232499
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:  (415) 554-4661
Facsimile:  (415) 554-4699
E-Mail:   joshua.white@sfgov.org

Attorneys for Defendant
JOHN ARNTZ, in his official capacity as
Director of the San Francisco Department of
Elections

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENCE PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I–X,<br><br>Defendants. | Case No. 16-cv-02739-WHA<br><br>**DECLARATION OF SAN FRANCISCO DIRECTOR OF ELECTIONS JOHN ARNTZ**<br><br>Hearing Date: August 18, 2016<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup<br>Place: Ctrm. 8, 19th Floor |
|---|---|

I, John Arntz, declare as follows:

1. I am San Francisco's Director of Elections, and I am a named defendant in this action. I have personal knowledge of the following facts. If called upon to testify, I could and would testify competently to the contents of this Declaration.

2. The website of the San Francisco Department of Elections ("Department") offers voters an online tool to register to vote by mail.[1] The first step in the online application process requires the voter to input his or her house number, zip code, and date of birth. Attached hereto as Exhibit A is a screenshot of this initial page. From this information, the Department can determine if the person is an NPP voter. If so, the voter is informed that he or she has the option of voting in one of the presidential primaries, and that to do so, the voter must fill out an application. Attached hereto as Exhibit B is a screenshot of this page. This page contains a link to that application. A true and correct copy of that application is attached hereto as Exhibit C.

3. In early May 2016, the Department provided a Voter Information Pamphlet ("VIP") to every registered San Francisco voter in either hard copy or digital format. Though the substance of the VIP is the same for all voters, the back cover varies depending on whether or not the voter has expressed a party preference. All back covers contain a vote-by-mail application. However, for NPP voters, that application includes the option to select a party preference. A voter who submits that application will receive a ballot for the presidential primary indicated on the application. Attached hereto as Exhibit D is a true and correct copy of a VIP that an NPP voter would receive. Attached hereto as Exhibit E is a true and correct copy of the back cover of a VIP that a non-NPP voter would receive.

4. On June 16, 2016, I checked the Department's voter registration database, which includes each voter's voting history, to determine if Suzanne Bushnell and Clara Daims voted in the election on June 7, 2016, and if so, whether they voted in a presidential primary. Both Ms. Daims and Ms. Bushnell cast votes in the Democratic presidential primary for the June 7, 2016 election. Ms. Daims voted at her polling place, and Ms. Bushnell voted by mail. Both votes were counted.

---

[1] http://sfelections.org/tools/vbmapp/index.php

1  
2  I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 20th day of June, 2016, in San Francisco, California.

*/s/ John Arntz*

JOHN ARNTZ