KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5899
  Fax: (415) 703-1234
  E-mail: Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENCE PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DUPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I-X,**<br><br>                              Defendants. | 3:16-cv-02739-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE SET FOR AUGUST 18, 2016**<br><br>Date: August 18, 2016<br>Time: 11:00 a.m.<br>Dept: 8<br>Judge: The Honorable William Alsup |

      Pursuant to Civil Local Rules 6-1(b), 6-2 and 16-2(e), the Parties submit and stipulate to the following:

      WHEREAS, on May 20, 2016, Plaintiffs filed the operative amended complaint ("Complaint") in this matter.

      WHEREAS, on June 1, 2016, the Court denied Plaintiffs motion for preliminary

1

injunction in which Plaintiffs sought that defendants be ordered to take certain actions in connection with the June 7, 2016 California presidential primary election.

WHEREAS, on May 24, 2016 the Court set the Case Management Conference in this matter for August 18, 2016.

WHEREAS, Defendants have filed motions to dismiss the Complaint, asking that it be dismissed without leave to amend. The hearing on the motions is set for August 18, 2016.

WHEREAS, in Plaintiffs' opposition to the motions. Plaintiffs have indicated that they intend to seek leave to further amend their Complaint.

WHEREAS, Defendants contend that the Court should deny leave to amend the Complaint on grounds of futility, including, among other grounds, that this action is moot because the June 7, 2016 primary election has concluded.

WHEREAS, the Parties agreed that it would be appropriate to have the motion to dismiss heard and resolved before a case management conference was held in this case, since resolution of Defendants' motions could dispose of all of the issues in this case.

NOW, THEREFORE, the Parties hereby stipulate to, and request that the Court enter, an order vacating the August 18, 2016 Case Management Conference and all corresponding deadlines and filings.

| | | | |
|---|---|---|---|
| 1 | DATED: | August 1, 2016 | Respectfully Submitted |
| 2 | | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | | TAMAR PACHTER<br>Supervising Deputy Attorney General |

DATED: August 1, 2016    Respectfully Submitted

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

By: /s/_____
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Defendant Alex Padilla*

DATED: August 1, 2016

TIM DUPUIS
Chief of the Alameda County Registrar of Voter

By: /s/_____
RAYMOND LARA
Office of the County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612
Tel: (510) 272.6700
Email: raymond.lara@acgov.org
*Attorneys for Tim Dupuis*

DATED: August 1, 2016

JOHN ARNTZ
Department of Elections
Director of the San Francisco Board
Of Elections

By: /s/_____
JOSHUA WHITE
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102-4862
Tel: (415) 554-3800
Email: joshua.white@sfgov.org
*Attorneys for John Arntz*

| | |
|---|---|
| DATED: August 1, 2016 | By: /s/_____<br>WILLIAM M. SIMPICH<br>1736 Franklin Street<br>Tenth Floor<br>Oakland, CA 94612<br>Tel: (510) 542-6809<br>Fax: (510) 444-1704<br>E-mail: bsimpich@gmail.com<br>*Attorneys for Plaintiffs* |

SA2016102240
Stip Proposed Order Vacating CMC.doc

4

STIP & [PROPOSED] ORDER VACATING CASE MANAGEMENT CONF. (3:16-cv-02739-WHA)

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

_____
The Honorable William Alsup
United States District Court Judge

**ATTESTATION**

I, Sharon L. O'Grady, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE SET FOR AUGUST 18, 2016. In compliance with Local Rules 5, 6, and 7-12, I hereby attest that Raymond Lara, Joshua White, and William M. Simpich have all concurred in this filing.