1 | KAMALA D. HARRIS
Attorney General of California
2 | TAMAR PACHTER
Supervising Deputy Attorney General
3 | SHARON L. O'GRADY
Deputy Attorney General
4 | State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
  Telephone:  (415) 703-5899
6 | Fax:  (415) 703-1234
  E-mail:  Sharon.OGrady@doj.ca.gov
7 | *Attorneys for Defendant Alex Padilla, Secretary of*
  *State*

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | **VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,**

Case No.  3:16-cv-02739-WHA

14 | **DECLARATION OF SHARON L. O'GRADY IN SUPPORT OF STIPULATION VACATING CASE MANAGEMENT CONFERENCE**

15 | Plaintiffs,

16 | **v.**

Date:          August 18, 2016
Time:          11:00 a.m.

17 | Courtroom:    8
Judge:  William Alsup

18 | **ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DUPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, AND DOES I-X,**

Trial Date:  None set
Action Filed:  May 20, 2016

19

20

21

22 | Defendants.

23

24 |        I, Sharon L. O'Grady, declare as follows:

25 |              1.        I am a Deputy Attorney General and represent Defendant Alex Padilla,

26 | Secretary of State in this action.  I am submitting this declaration in support of the parties'

27 | Stipulation Vacating Case Management Conference.  The facts set forth herein are based on my

28 | personal knowledge, and I could competently so testify if called as a witness.

1

Declaration of Sharon L. O'Grady in Support of Stipulation (3:16-cv-02739-WHA)

1    2.    Plaintiffs filed the complaint in this action on May 20, 2016.  Plaintiffs filed an

2    amended complaint that same day.  The amended complaint seeks declaratory and injunctive

3    relief relating the to June 7, 2016 presidential primary.  On May 24, the Court set the Case

4    Management Conference in this matter for August 18, 2016.

5    3.    On June 1, 2016, the Court denied plaintiffs' motion for a preliminary

6    injunction.

7    4.    On June 14, 2016 Defendant Alex Padilla filed a motion to dismiss the

8    amended complaint.  On June 15, 2016, defendant Tim Dupuis filed a joinder in that motion.  On

9    June 20, Defendant John Arntz filed a motion to dismiss the amended complaint.  The motions

10   ask that the amended complaint be dismissed without leave to amend.  The hearing on these

11   motions is set for hearing on August 18, 2016.  The grounds for the motion include, but are not

12   limited to, that this action is moot because the June 7 primary has now occurred, and Plaintiffs

13   now can obtain no effective relief relating to that election.

14   5.    On July 8, 2016, Joshua White and I, on behalf of Defendants, met and

15   conferred telephonically with William Simpich, counsel for Plaintiffs.  We agreed that it would

16   be appropriate to have the motion to dismiss heard and resolved before a case management

17   conference was held in this case, since resolution of Defendants' motions could dispose of all of

18   the issues in this case.  Counsel subsequently communicated via e-mail concerning the terms of

19   the proposed stipulation.

20   6.    There have been no previous time modifications in this case.

21   7.    Except for the hearing on Defendants' motion to dismiss and this case

22   management conference, no schedule for this case has been set.  Therefore the requested

23   continuance will not adversely affect the schedule for this case.

24

25

26

27

28

2

1      I declare under penalty of perjury under the laws of the United States and the State of

2   California that the foregoing is true and correct.  Executed this 1st day of August, 2016, in San

3   Francisco, California.

4

5

6                                                              /s/ Sharon L. O'Grady
                                                               Sharon L. O'Grady

7   SA2015102025
    O'Grady Dec VRDP (2).doc
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Sharon L. O'Grady in Support of Stipulation (3:16-cv-02739-WHA)