IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENCE PARTY, CLARA DAIMS, and SUZANNE BUSHNELL,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DUPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES I-X,**<br><br>Defendants. | 3:16-cv-02739-WHA<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

X have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

1

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Sharon O'Grady, *Attorneys for Defendant Alex Padilla* | (415) 703-5899 *Sharon.OGrady@doj.ca.gov* |
| Raymond Lara, *Attorneys for Defendant Tim Dupuis* | (510) 272-6700 *raymond.lara@acgov.org* |
| Joshua White, *Attorneys for Defendant John Arntz* | (415) 554-3800 *joshua.white@sfgov.org* |
| William M. Simpich, *Attorneys for Plaintiffs* | (510) 542-6809 *lawland@pacbell.net* |

Dated: August 11, 2016

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General


By: /s/ *SHARON L. O'GRADY*
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Defendant Alex Padilla*

Dated: August 11, 2016

By: /s/ *RAYMOND LARA*
RAYMOND LARA
Office of the County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612
Tel: (510) 272-6700
Email: raymond.lara@acgov.org
*Attorneys for Defendant Tim Dupuis*

1 | Dated:  August 11, 2016

By: /s/ *JOSHUA WHITE*
JOSHUA WHITE
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102-4862
Tel: (415) 554-3800
Email:  joshua.white@sfgov.org
*Attorneys for Defendant John Arntz*

Dated:  August 11, 2016

By: /s/ *WILLIAM M. SIMPICH*
WILLIAM M. SIMPICH
1736 Franklin Street
Tenth Floor
Oakland, CA 94612
Tel: (510) 542-6809
Fax: (510) 444-1704
E-mail: bsimpich@gmail.com
*Attorneys for Plaintiffs*

**ATTESTATION**

I, Sharon L. O'Grady, am the ECF user whose identification and password are being used to file the Notice for Need for ADR Conference.  I hereby attest that Raymond Lara, Joshua White, and William M. Simpich have all concurred in this filing.

SA2016102240
ADR Notice re Phone Conference.doc