UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                                  |                                               |
|----------------------------------|-----------------------------------------------|
|          , Plaintiff(s)          | Case No. C                                    |
| v.                               | ADR CERTIFICATION BY PARTIES AND COUNSEL      |
|          , Defendant(s)          |                                               |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:          Signed: _____
                                  Party

Date:          Signed: _____
                                Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 6-2016*