IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENCE PARTY, CLARA DAIMS, and SUZANNE BUSHNELL, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DEPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES 1–X, <br><br> Defendants. | No. C 16-02739 WHA <br><br> **ORDER DENYING VACATING CASE MANAGEMENT CONFERENCE** |

The Court **DENIES** the parties' stipulation to vacate the case management conference on August 25.

**IT IS SO ORDERED.**

Dated: August 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE