# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 8/25/16 | **Time:** 5 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:16-cv-02739-WHA | **Case Name:** Voting Rights Defense Project v. Padilla | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Rhonda Aquilina | |

**Attorney for Plaintiff:** William Simpich

**Attorney for Defendant:** Sharon O'Grady; Raymond Lara; Joshua White

# PROCEEDINGS

Motion to Dismiss (dkt #48 and #51) - Granted

CMC - NOT HELD

Case is dismissed as moot.