IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VOTING RIGHTS DEFENSE PROJECT,
AMERICAN INDEPENDENCE PARTY,
CLARA DAIMS, and SUZANNE BUSHNELL,

No. C 16-02739 WHA

Plaintiffs,

v.

ALEX PADILLA, in his official capacity as Secretary of State and an indispensable party, TIM DUPUIS, in his official capacity as chief of the Alameda County Registrar of Voters, JOHN ARNTZ, in his official capacity as Director of the San Francisco Board of Elections, and DOES 1–X,

**JUDGMENT**

Defendants.

For the reasons stated in the accompanying order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Alex Padilla, Tim Dupuis, and John Arntz and against Voting Rights Defense Project, American Independence Party, Clara Daims, and Suzanne Bushnell. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE