William M. Simpich SB #106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (415) 542-6809
E-mail: bsimpich@gmail.com

Attorney for Plaintiffs Voting Rights Defense Project and the American Independent Party

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT, AMERICAN INDEPENDENT PARTY, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, et al., <br><br> Defendants. | Case No. C-16-02739 <br><br> NOTICE OF APPEAL |

    Plaintiffs Voting Rights Defense Project and American Independent Party appeal the court's judgment of August 26, 2016 and the related rulings on June 2, 2016 and August 25, 2016 on behalf of Defendants Alex Padilla, Secretary of State, in his official capacity as Secretary of State and as an indispensable party to this action; Tim Dupuis, in his official capacity as chief of the Alameda County Registrar of Voters, and John Arntz, in his official capacity as chief of the San Francisco Board of Elections.

    Dated: September 26, 2016

    _____/s/_____
    WILLIAM M. SIMPICH
    Attorney for Plaintiffs
    VOTING RIGHTS DEFENSE PROJECT and
    AMERICAN INDEPENDENT PARTY