**FILED**

UNITED STATES COURT OF APPEALS

APR 13 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VOTING RIGHTS DEFENSE PROJECT and AMERICAN INDEPENDENT PARTY, <br><br> Plaintiffs-Appellants, <br><br> and <br><br> CLARA DAIMS and SUZANNE BUSHNELL, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, in his official capacity as Secretary of State; et al., <br><br> Defendants-Appellees. | No. 16-16717 <br><br> D.C. No. 3:16-cv-02739-WHA Northern District of California, San Francisco <br><br> ORDER |

The appellants' motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

tah/4.10.17/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7