UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                          General Court Number
Clerk of Court                                                                           415-522-2000

April 19, 2017

CASE NUMBER:  16-cv-02739-WHA

CASE TITLE: Voting Rights Defense Project v. Padilla

USCA NUMBER:  16-16717

DATE MANDATE FILED:  4/13/2017

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

*Ann L. Slayton*
by:  Ann Lynette Slayton
Case Systems Administrator
415-522-3619